# EXHIBIT 3, PART 1



US006832958B2

(12) **United States Patent**
    Acres et al.

(10) Patent No.:      **US 6,832,958 B2**
(45) Date of Patent:      **Dec. 21, 2004**

---

(54) **METHOD AND APPARATUS FOR OPERATING NETWORKED GAMING DEVICES**

(75) Inventors: **John F. Acres**, Corvallis, OR (US); **Alec Ginsburg**, Corvallis, OR (US); **David Wiebenson**, Corvallis, OR (US)

(73) Assignee: **Acres Gaming, Inc.**, Reno, NV (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U S C 154(b) by 0 days

(21) Appl No : **10/443,685**

(22) Filed: **May 21, 2003**

(65) **Prior Publication Data**

US 2004/0002378 A1 Jan 1, 2004

**Related U.S. Application Data**

(63) Continuation of application No. 09/827,870, filed on Apr. 6, 2001, which is a continuation of application No. 08/465,717, filed on Jun 6, 1995, now Pat. No. 5,836,817, which is a continuation of application No 08/322,172, filed on Oct 12, 1994, now Pat No 5,655,961

(51) Int. Cl.[7] ............................. A63F 13/00
(52) U.S. Cl. .................... **463/25**; 463/42; 463/27
(58) Field of Search ..................... 463/42, 40, 27, 463/25, 20, 16; 273/138 A, 143 R

(56) **References Cited**

U S PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,598,964 A | 8/1971 | Dell et al | 235/61.6 R |
| 3,659,284 A | 4/1972 | Rusch | 340/324 A |
| 3,796,433 A | 3/1974 | Fraley et al. | 273/138 A |

(List continued on next page )

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | PF 9129 | 2/1983 |
| AU | B 27572/84 | 5/1984 |
| AU | B 53370/86 | 8/1986 |

(List continued on next page )

OTHER PUBLICATIONS

Casino Data Systems and Sunset Station Hotel & Casino's ("CDS") Motion for Summary Judgment of Invalidity of U S Patent No 5,752,882 CDS' Supplemental Brief Regarding CDS' First Motion for Summary Judgment of Invalidity

Casino Data Systems and Sunset Station Hotel & Casino's Evidence in Support of CDS' Motion for Summary Judgment of Invalidity and Opposition to Acres' Motion for Preliminary Injunction ("CDS Exhibits") [Filed In Camera—Subject to Protective Order]

Acres Gaming, Inc 's Opposition to Casino Data Systems' and Sunset Station Hotel and Casino's Motion for Summary Judgement.

(List continued on next page )

*Primary Examiner*—J Harrison
(74) *Attorney, Agent, or Firm*—Marger Johnson & McCollom

(57) **ABSTRACT**

A system for monitoring and configuring gaming devices interconnected over a high-speed network is disclosed The system can support a file server, one or more floor controllers, one or more pit terminals, and other terminals all interconnected over the network Each gaming device includes an electronic module which allows the gaming device to communicate with a floor controller over a current loop network The electronic module includes a player tracking module and a data communication node The player tracking module includes a card reader for detecting a player tracking card inserted therein which identifies the player The data communication node communicates with both the floor controller and the gaming device The data communication node communicates with the gaming device over a serial interface through which the data communication node transmits reconfiguration commands The gaming device reconfigures its payout schedule responsive to the reconfiguration commands to provide a variety of promotional bonuses such as multiple jackpot bonuses, mystery jackpot bonuses, progressive jackpot bonuses, or player specific bonuses

**20 Claims, 34 Drawing Sheets**



US 6,832,958 B2

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,819,186 A | 6/1974 | Hinterstocker | 273/138 A |
| 4,072,930 A | 2/1978 | Lucero et al | 340/152 T |
| 4,230,265 A | 10/1980 | Casaly | 235/455 |
| 4,258,838 A | 3/1981 | Rockola et al | 273/138 A |
| 4,283,709 A | 8/1981 | Lucero et al | 273/138 A |
| 4,335,809 A | 6/1982 | Wain | 273/138 A |
| 4,409,656 A | 10/1983 | Andersen et al. | 364/200 |
| 4,467,424 A | 8/1984 | Hedges et al | 273/138 A |
| 4,575,622 A | 3/1986 | Pellegrini | 235/382 |
| 4,582,324 A | 4/1986 | Koza et al |
| 4,624,459 A | 11/1986 | Kaufman | 273/143 R |
| 4,636,951 A | 1/1987 | Harlick | 364/412 |
| 4,652,998 A | 3/1987 | Koza et al | 364/412 |
| 4,669,596 A | 6/1987 | Capers et al | 194/210 |
| 4,669,730 A | 6/1987 | Small | 273/138 A |
| 4,679,143 A | 7/1987 | Hagiwara | 273/138 A |
| 4,760,247 A | 7/1988 | Keane et al | 235/454 |
| 4,760,527 A | 7/1988 | Sidley | 364/412 |
| 4,764,666 A | 8/1988 | Bergeron | 235/380 |
| 4,775,937 A | 10/1988 | Bell | 273/138 A |
| 4,805,907 A | 2/1989 | Hagiwara | 273/138 A |
| 4,815,741 A | 3/1989 | Small | 273/138 A |
| 4,837,728 A | 6/1989 | Barrie et al | 364/412 |
| 4,839,640 A | 6/1989 | Ozer et al | 340/825.31 |
| 4,844,464 A | 7/1989 | Berge | 138/273 A |
| 4,856,787 A | 8/1989 | Itkis |
| 4,880,237 A | 11/1989 | Kishishita | 273/138 A |
| 4,882,473 A | 11/1989 | Bergeron et al | 235/380 |
| 4,922,420 A | 5/1990 | Nakagawa et al |
| 4,926,327 A | 5/1990 | Sidley | 364/412 |
| 4,926,996 A | 5/1990 | Eglise et al |
| 4,948,138 A | 8/1990 | Pease et al |
| 4,964,638 A | 10/1990 | Ishida | 273/138 A |
| 4,991,848 A | 2/1991 | Greenwood et al | 273/143 R |
| 5,007,649 A | 4/1991 | Richardson | 273/237 |
| 5,016,880 A | 5/1991 | Berge | 138/273 A |
| 5,038,022 A | 8/1991 | Lucero | 235/380 |
| 5,042,810 A | 8/1991 | Williams | 273/142 |
| 5,043,887 A | 8/1991 | Richardson |
| 5,072,381 A | 12/1991 | Richardson et al. |
| 5,078,405 A | 1/1992 | Jones et al | 273/309 |
| 5,096,195 A | 3/1992 | Gimmon | 273/138 A |
| 5,103,081 A | 4/1992 | Fisher et al. | 235/464 |
| 5,116,055 A | 5/1992 | Tracy | 273/138 A |
| 5,123,649 A | 6/1992 | Tiberio | 273/143 R |
| 5,129,652 A | 7/1992 | Wilkinson | 273/139 |
| 5,135,224 A | 8/1992 | Yamamoto et al | 273/143 R |
| 5,159,549 A | 10/1992 | Hallman, Jr et al |
| 5,179,517 A | 1/1993 | Sarbin et al | 364/410 |
| 5,197,094 A | 3/1993 | Tillery et al | 379/91 |
| 5,216,613 A | 6/1993 | Head, III | 369/275.2 |
| 5,217,224 A | 6/1993 | Sincock | 273/460 |
| 5,224,706 A | 7/1993 | Bridgeman et al |
| 5,242,163 A | 9/1993 | Fulton | 85/273 CP |
| 5,249,800 A | 10/1993 | Hilgendorf et al | 273/138 A |
| 5,257,179 A | 10/1993 | DeMar | 273/138 A |
| 5,265,874 A | 11/1993 | Dickinson et al | 273/138 |
| 5,275,400 A | 1/1994 | Weingardt et al | 273/85 CP |
| 5,280,909 A | 1/1994 | Tracy | 273/138 A |
| 5,286,023 A | 2/1994 | Wood |
| 5,287,269 A | 2/1994 | Dorrough et al | 364/408 |
| 5,292,127 A | 3/1994 | Kelly et al | 273/138 A |
| 5,321,241 A | 6/1994 | Craine | 235/380 |
| 5,324,035 A | 6/1994 | Morris et al | 273/138 |
| 5,326,104 A | 7/1994 | Pease | 273/138 |
| 5,332,219 A | 7/1994 | Marnell, II et al. |
| 5,344,144 A | 9/1994 | Canon | 273/138 |
| 5,345,379 A | 9/1994 | Brous et al | 364/146 |
| 5,351,970 A | 10/1994 | Fioretti |
| 5,370,306 A | 12/1994 | Schulze et al | 273/138 A |
| 5,370,399 A | 12/1994 | Liverance |
| 5,371,345 A | 12/1994 | LeStrange et al | 235/380 |
| 5,398,932 A | 3/1995 | Eberhardt et al |
| 5,401,024 A | 3/1995 | Simunek |
| 5,410,590 A | 4/1995 | Blood et al |
| 5,429,361 A | 7/1995 | Raven et al | 273/138 A |
| 5,470,079 A | 11/1995 | LeStrange et al | 273/138 |
| 5,472,194 A | 12/1995 | Breeding et al |
| 5,473,144 A | 12/1995 | Mathurin, Jr | 235/380 |
| 5,477,040 A | 12/1995 | Lalonde | 235/380 |
| 5,488,411 A | 1/1996 | Lewis |
| 5,494,287 A | 2/1996 | Manz | 273/143 |
| 5,507,489 A | 4/1996 | Reibel et al |
| 5,511,781 A | 4/1996 | Wood et al |
| 5,524,888 A | 6/1996 | Heidel |
| 5,533,727 A | 7/1996 | DeMar | 463/23 |
| 5,536,016 A | 7/1996 | Thompson | 273/269 |
| 5,542,669 A | 8/1996 | Charron et al |
| 5,550,359 A | 8/1996 | Bennett | 235/382 |
| 5,551,692 A | 9/1996 | Pettit et al | 273/143 R |
| 5,559,312 A | 9/1996 | Lucero | 235/380 |
| 5,564,700 A | 10/1996 | Celona | 463/27 |
| 5,577,959 A | 11/1996 | Takemoto et al. | 463/16 |
| 5,580,309 A | 12/1996 | Piechowiak et al |
| 5,580,310 A | 12/1996 | Orus et al | 463/16 |
| 5,586,936 A | 12/1996 | Bennett et al |
| 5,586,937 A | 12/1996 | Menashe |
| 5,603,659 A | 2/1997 | Okada |
| 5,611,730 A | 3/1997 | Weiss | 463/20 |
| 5,651,057 A | 7/1997 | Blood et al |
| 5,655,961 A | 8/1997 | Acres et al | 463/27 |
| 5,668,950 A | 9/1997 | Kikuchi et al | 395/200.47 |
| 5,674,128 A | 10/1997 | Holch et al | 463/42 |
| 5,702,304 A | 12/1997 | Acres et al | 463/29 |
| 5,722,891 A | 3/1998 | Inoue | 463/20 |
| 5,741,183 A | 4/1998 | Acres et al | 463/42 |
| 5,743,523 A | 4/1998 | Kelly et al | 273/138.1 |
| 5,752,882 A | 5/1998 | Acres et al | 463/42 |
| 5,758,875 A | 6/1998 | Giacalone, Jr | 273/143 R |
| 5,761,647 A | 6/1998 | Boushy | 705/10 |
| 5,766,076 A | 6/1998 | Pease et al | 463/27 |
| 5,770,533 A | 6/1998 | Franchi | 463/42 |
| 5,811,772 A | 9/1998 | Lucero | 235/380 |
| 5,816,917 A | 10/1998 | Kelmer et al | 463/16 |
| 5,816,918 A | 10/1998 | Kelly et al | 463/16 |
| 5,820,459 A | 10/1998 | Acres et al | 463/25 |
| 5,833,540 A | 11/1998 | Miodunski et al | 463/42 |
| 5,836,817 A | 11/1998 | Acres et al | 463/26 |
| 5,839,956 A | 11/1998 | Takemoto | 463/25 |
| 5,851,148 A | 12/1998 | Brune et al | 463/25 |
| 5,851,149 A | 12/1998 | Xidos et al | 463/42 |
| 5,852,306 A | 12/1998 | Forbes | 315/291 |
| 5,902,983 A | 5/1999 | Crevelt et al | 235/380 |
| 5,919,091 A | 7/1999 | Bell et al | 463/25 |
| 6,012,982 A | 1/2000 | Piechowiak et al | 463/16 |
| 6,039,648 A | 3/2000 | Guinn et al | 463/16 |
| 6,048,269 A | 4/2000 | Burns et al | 463/25 |
| 6,077,162 A | 6/2000 | Weiss | 463/26 |
| 6,257,981 B1 | 7/2001 | Acres et al |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | B 71194/91 | 8/1991 |
| AU | 647432 | 7/1992 |
| AU | B 10488/92 | 7/1992 |
| AU | B 13023/92 | 9/1992 |
| AU | 2020986 | 1/1993 |
| AU | 21618/95 | 1/1996 |
| AU | A 48323/97 | 6/1998 |
| GB | 2151054 A | 7/1985 |
| GB | 2211975 | 7/1993 |
| WO | WO 94/12256 | 6/1994 |

## US 6,832,958 B2

Page 3

| WO | WO 95/22811 | 8/1995 |
|----|-------------|--------|
| WO | WO 95/30944 | 11/1995 |
| WO | WO 98/35309 | 8/1998 |
| WO | WO 98/40140 | 9/1998 |

### OTHER PUBLICATIONS

Acres Gaming, Inc.'s Supplement to its Opposition to Casino Data Systems' and Sunset Station Hotel and Casino's Motion for Summary Judgment.

Expert Witness Report of Leroy A. Prohofsky, Feb. 1999.

Expert Witness Report of Leroy A. Prohofsky, Jun. 1999.

Supplement to Expert Witness Reports of Leroy A. Prohofsky, Jun. 1999.

Second Supplement to Expert Witness Reports of Leroy A. Prohofsky, Sep. 1999.

Rebuttal Statement by Expert Witness William K. Betram, Ph.D., Mar. 1999.

Rebuttal Statement by Expert Witness John F. Acres, Jul. 1999.

Rebuttal Statement by Expert Witness William K. Betram, Ph.D., Jul. 1999.

Expert Witness Report of R. Franklin Burnett, Jun. 1999.

Rebuttal Statement by Expert Witness Thomas F. Smegal, Jr., Jul. 1999.



Fig.1



Fig.2





Fig.4



Fig.5



Fig.6



Fig.7A

Case 1:06-cv-00282-SLR     Document 1-6     Filed 04/28/2006     Page 12 of 38



Fig.7C

Fig.7B



Fig.8



Fig.9



TO BONUS
DISPLAY

244A 244B 244C 244D 244E 244F

244

Fig.11

242

240

238

238A 238B 238C

TO D.C.N.
CONTROLLER 46
(FIG.2)

TO BONUS
DISPLAY

236A 236B 236C 236D 236E 236F

236

232

234

230

OPTO-
COUPLER

Fig.10

228

228A 228B 228C

TO D.C.N.
CONTROLLER 46
(FIG.2)



Fig.12



Fig.13



Fig.14



Fig.15



Fig.16



Fig.17



Fig.18



Fig.19



Fig.20



Fig.21



Fig.22



Fig.23



Fig.24



Fig.25



Fig.26



Fig.27



Fig.28



Fig.29

Case 1:06-cv-00282-SLR    Document 1-6    Filed 04/28/2006    Page 34 of 38



Fig. 30



Fig.31



Fig.32



Fig.33



Fig.34