# EXHIBIT 4, PART 1

US006319125B1

(12) **United States Patent**

Acres

(10) Patent No.: **US 6,319,125 B1**

(45) Date of Patent: **\*Nov. 20, 2001**

(54) **METHOD APPARATUS FOR PROMOTING PLAY ON A NETWORK OF GAMING DEVICES**

(75) Inventor: **John Acres**, Corvallis, OR (US)

(73) Assignee: **Acres Gaming Incorporated**, Las Vegas, NV (US)

( \* ) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **08/843,411**

(22) Filed: **Apr. 15, 1997**

**Related U.S. Application Data**

(60) Continuation of application No. 08/465,915, filed on Jun. 6, 1995, now Pat. No. 5,752,882, which is a division of application No. 08/322,172, filed on Oct. 12, 1994, now Pat. No. 5,655,961.

(51) Int. Cl.[7] ............................... **A63F 9/22**
(52) U.S. Cl. ......................... **463/25; 463/42**
(58) Field of Search ..................... 463/40–42, 25, 463/29

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,598,964 | 8/1971 | Dell et al. |
| 4,072,930 | 2/1978 | Lucero et al. |
| 4,230,265 | 10/1980 | Casaly |
| 4,258,838 | 3/1981 | Rockola et al. ............ 273/138 A |
| 4,283,709 | 8/1981 | Lucero et al. |
| 4,335,809 | 6/1982 | Wain |
| 4,467,424 | 8/1984 | Hedges et al. ............ 364/412 |
| 4,575,622 | 3/1986 | Pellegrini ............ 235/382 |

| | | |
|---|---|---|
| 4,624,459 | 11/1986 | Kaufman ............ 273/143 R |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AUX | 11/1984 | (AU) |
| 53370/89 | 8/1986 | (AU) |
| 589158 | 10/1989 | (AU) |
| 71194/91 | 8/1991 | (AU) |
| 10488/92 | 7/1992 | (AU) |
| 20209/86 | 1/1993 | (AU) |
| 20986/92 | 1/1993 | (AU) |
| 633469 | 1/1993 | (AU) |
| 649009 | 5/1994 | (AU) |
| 21618/95 | 1/1996 | (AU) |
| 48323/97 | 6/1998 | (AU) |
| 2211975 | 7/1993 | (GB) |
| WO 94/12256 | 6/1994 | (WO) |
| WO 95/22811 | 8/1995 | (WO) |
| WO 98/35309 | 8/1998 | (WO) |
| WO 98/40140 | 9/1998 | (WO) |

OTHER PUBLICATIONS

Report & Recommendation (Findings of Fact & Conclusions of Law Re. Claim Construction), May 2000

(List continued on next page.)

*Primary Examiner*—Michael O'Neill
*Assistant Examiner*—John M. Hotaling, II
(74) *Attorney, Agent, or Firm*—Marger Johnson & McCollom, PC

(57) **ABSTRACT**

A method and apparatus for controlling a bonusing promotion system using a bonus server interconnected to a plurality of gaming devices is described. A percentage of a wager played on each gaming device is accumulated into a bonus pool stored on the bonus server. The bonus pool is compared to a threshold value stored on the bonus server each time the bonus pool changes. One of the gaming devices is selected when the threshold value is substantially met. A bonus prize funded by the bonus pool is awarded to the selected gaming device.

**22 Claims, 31 Drawing Sheets**



US 6,319,125 B1

Page 2

## U S PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,636,951 | 1/1987 | Harlick | 364/412 |
| 4,652,998 | 3/1987 | Koza et al | 364/412 |
| 4,669,596 | 6/1987 | Capers et al | 194/210 |
| 4,669,730 | 6/1987 | Small | 273/138 |
| 4,679,143 | 7/1987 | Hagiwara | |
| 4,760,247 | 7/1988 | Keane et al | 235/454 |
| 4,764,666 | 8/1988 | Bergeron | 235/380 |
| 4,775,937 | 10/1988 | Bell | 273/138 A |
| 4,805,907 | 2/1989 | Hagiwara | |
| 4,815,741 | 3/1989 | Small | 273/138 A |
| 4,837,728 | 6/1989 | Barrie et al | |
| 4,839,640 | 6/1989 | Ozer et al | |
| 4,856,787 | 8/1989 | Itkis | |
| 4,880,237 | 11/1989 | Kishishita | 273/138 A |
| 4,882,473 | 11/1989 | Bergeron et al | 235/380 |
| 4,926,996 | 5/1990 | Eglise et al | 194/212 |
| 4,964,638 | 10/1990 | Ishida | |
| 4,991,848 | 2/1991 | Greenwood et al | 273/143 R |
| 5,038,022 | 8/1991 | Lucero | 235/380 |
| 5,042,810 | 8/1991 | Williams | |
| 5,096,195 | 3/1992 | Gimmon | 273/138 A |
| 5,103,081 | 4/1992 | Fisher et al | 235/464 |
| 5,116,055 | 5/1992 | Tracy | |
| 5,123,649 | 6/1992 | Tiberio | |
| 5,135,224 | 8/1992 | Yamamoto et al | 273/143 R |
| 5,159,549 | 10/1992 | Hallman, Jr et al | 364/412 |
| 5,179,517 | 1/1993 | Sarbin et al | 364/410 |
| 5,197,094 | 3/1993 | Tillery et al | 379/91 |
| 5,217,224 | 6/1993 | Sincock | 273/460 |
| 5,249,800 | 10/1993 | Hilgendorf et al | |
| 5,257,179 | 10/1993 | DeMar | |
| 5,265,874 | 11/1993 | Dickinson et al | 273/138 A |
| 5,280,909 | 1/1994 | Tracy | |
| 5,286,023 | 2/1994 | Wood | |
| 5,287,269 | 2/1994 | Dorrough et al | 364/408 |
| 5,292,127 | 3/1994 | Kelly et al | 273/138 R |
| 5,321,241 | 6/1994 | Craine | |
| 5,326,104 * | 7/1994 | Pease et al | 273/138 |
| 5,344,144 | 9/1994 | Canon | |
| 5,345,379 | 9/1994 | Brous et al | |
| 5,370,306 | 12/1994 | Schulze et al | 273/138 A |
| 5,371,345 | 12/1994 | LeStrange et al | 235/380 |
| 5,429,361 | 7/1995 | Raven et al | |
| 5,470,079 * | 11/1995 | LeStrange et al | 273/138 |
| 5,472,194 | 12/1995 | Breeding et al | |
| 5,473,144 | 12/1995 | Mathurin, Jr | 235/380 |
| 5,477,040 | 12/1995 | Lalonde | 235/380 |
| 5,494,287 | 2/1996 | Manz | 273/143 |
| 5,533,727 | 7/1996 | DeMar | 463/23 |
| 5,536,016 | 7/1996 | Thompson | |
| 5,550,359 | 8/1996 | Bennett | 235/382 |
| 5,551,692 | 9/1996 | Pettitt et al | 273/143 R |
| 5,559,312 | 9/1996 | Lucero | 235/380 |
| 5,577,959 | 11/1996 | Takemoto et al | 463/25 |
| 5,580,309 | 12/1996 | Piechowiak | 463/16 |
| 5,580,310 | 12/1996 | Orus et al | 463/16 |
| 5,586,936 | 12/1996 | Bennett | 463/25 |
| 5,586,937 | 12/1996 | Menashe | 463/41 |
| 5,611,730 | 3/1997 | Weiss | |
| 5,655,961 | 8/1997 | Acres et al | |
| 5,674,128 * | 10/1997 | Holch et al | 463/42 |
| 5,702,304 | 12/1997 | Acres et al | |
| 5,741,183 | 4/1998 | Acres et al | |
| 5,743,523 * | 4/1998 | Kelly et al | 273/138 |
| 5,752,882 | 5/1998 | Acres et al | |
| 5,758,875 | 6/1998 | Giacalone, Jr | 273/143 R |
| 5,761,647 | 6/1998 | Boushy | 705/10 |
| 5,770,533 | 6/1998 | Franchi | 463/42 |
| 5,811,772 | 9/1998 | Lucero | 235/380 |
| 5,816,917 | 10/1998 | Kelmer et al | 463/16 |
| 5,816,918 * | 10/1998 | Kelly et al | 463/16 |
| 5,820,459 | 10/1998 | Acres et al | |
| 5,833,540 * | 11/1998 | Miodunski et al | 463/42 |
| 5,836,817 | 11/1998 | Acres et al | |
| 5,839,956 * | 11/1998 | Takemoto | 469/29 |
| 5,854,542 | 12/1998 | Forbes | 315/291 |
| 5,902,983 | 5/1999 | Crevelt et al | 235/380 |
| 5,919,091 | 7/1999 | Bell et al | 463/25 |
| 6,048,269 | 4/2000 | Burns et al | 463/25 |

## OTHER PUBLICATIONS

Expert Report of Michael J Bennett Pursuant to Fed R Civ p 26(A)(2), (sic), February 1999

Expert Report of Michael J Bennett Pursuant to Fed R Civ p 26(A)(2), July 1999

Expert Witness Report of Leroy A Prohofsky, February 1999

Expert Witness Report of Leroy A Prohofsky, June 1999.

Supplement to Expert Witness Reports of Leroy A Prohofsky, June 1999

Second Supplement to Expert Witness Reports of Leroy A Prohofsky, September 1999

Rebuttal Statement by Expert Witness William K Bertram, Ph D, March 1999.

Rebuttal Statement by Expert Witness John F Acres, July 1999

Rebuttal Statement by Expert Witness William K Bertram, Ph D, July 1999

Expert Witness Report of R Franklin Burnett, June 1999

Rebuttal Statement by Expert Witness Thomas F Smegal, Jr, July 1999

* cited by examiner

## Fig. 1



## Fig. 2A

CROWN CONFIGURATION WORKSTATION-[LOGON1]    ▬ ▢ ✕

File Configure View Help Window LOGIN    ▬ ▢ ✕

Ready

## Fig. 2B

```
┌─────────────────────────────────────────────────────┬──┬──┬──┐
│CROWN CONFIGURATION WORKSTATION-[LOGON1]              │─ │□ │✕ │
├─────────────────────────────────────────────────────┼──┼──┼──┤
│File  Configure  View  Help  Window  LOGIN            │─ │□ │✕ │
├──────────────────────────────────────────────────────┴──┴──┴──┤
│                                                                 │
│     ┌──────────────────────────────────────────────┬──┐        │
│     │ USER LOGIN / PASSWORD VERIFICATION           │✕ │        │
│     │ ┌ CROWN CASINO ──────────────┐   ┌──────────┐│        │
│     │ │ NAME      [            ]    │   │   OK     ││        │
│     │ │ PASSWORD  [            ]    │   └──────────┘│        │
│     │ │─────────────────────────────┐  ┌──────────┐│        │
│     │ │ VCGA ──────────────────┐       │ CANCEL   ││        │
│     │ │ NAME      [            ]│       └──────────┘│        │
│     │ │ PASSWORD  [            ]│                    │        │
│     │ └─────────────────────────┘                    │        │
│     └────────────────────────────────────────────────┘        │
│                                                                 │
├─────────────────────────────────────────┬──┬──┬──┬──────────────┤
│Ready                                     │  │  │  │              │
└───────────────────────────────────────────────────────────────┘
```

## Fig. 2D

```
┌──────────────────────────────────────────────────────────┬──┬──┬──┐
│CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1]│─│□│✕│
├──────────────────────────────────────────────────────────┼──┼──┼──┤
│File  Configure  View  Help  Window  LOGOUT               │─ │□ │✕ │
├───────────────────────────────────────────────────────────┴──┴──┴──┤
│                                                                      │
│   ┌────────────────────────────────────────────────────┬──┐        │
│   │ ABOUT CONFIGURATION WORKSTATION                    │✕ │        │
│   │                                                     │  │        │
│   │  ┌─────┐  CROWN CASINO CONFIGURATION WORKSTATION   │  │        │
│   │  │     │  VERSION 1.04                              │  │        │
│   │  │     │  COPYRIGHT©1996 ACRES GAMING               │  │        │
│   │  └─────┘  ALL RIGHTS RESERVED                       │  │        │
│   │                                         ┌──────────┐│  │        │
│   │                                         │   OK     ││  │        │
│   │                                         └──────────┘│  │        │
│   └────────────────────────────────────────────────────┘        │
│                                                                      │
├────────────────────────────────────────────┬──┬──┬──┬──────────────┤
│Ready                                        │  │  │  │              │
└──────────────────────────────────────────────────────────────────┘
```

Fig. 2C



Ready

## Fig. 2E

CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1] — ▢ ✕

File  Configure  View  Help  Window  LOGOUT    — ▢ ✕

CHOOSE LOG FILE TO OPEN    ? ✕

LOOK IN: ▢FEBRUARY ▼ ▣ ▢ ▤ ▦

▢FEB 13.LOG

FILE NAME: FEB 13.LOG    OPEN

FILES OF TYPE: CONFIGURATION LOG FILES (*.LOG)▼  CANCEL
CONFIGURATION LOG FILES (*.LOG)

Ready

## Fig. 2F

CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1] — ▢ ✕

File  Configure  View  Help  Window  LOGOUT    — ▢ ✕

MASTER USER LIST    ✕

| USER NAME | USER TYPE |
|---|---|
| JOE HART | CROWN |
| JOHN ACRES | VCGA |

EDIT
NEW
DELETE
CHANGE PASSWORD
DONE

Ready

Fig. 2G

CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1]

File  Configure  View  Help  Window  LOGOUT

USER CONFIGURATION SCREEN

USER INFORMATION

FIRST NAME:  JOE

LAST NAME:  HART

PASSWORD:  ***

USER TYPE:  ⊙ CROWN CASINO PERSONNEL
            ○ VCGA PERSONNEL

USER ACCESS RIGHTS

☒ USER CONFIGURATION
☒ BONUS CONFIGURATION
☒ GROUP CONFIGURATION
☒ UPDATE EXECUTABLES
☒ DISPLAY MESSAGE CONFIGURATION
☒ BANK CONTROLLER ID / NAME TABLE
☒ CANCEL / RESET ACTIVE JACKPOTS
☒ SOFTWARE SIGNATURE OVERRIDE
☒ VIEW / PRINT LOG FILES
☒ VIEW CONFIGURATION PARAMETERS

OK
CANCEL

Ready

## Fig. 2H

CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON ⊞ □ ☒

File  Configure  View  Help  Window  LOGOUT    − □ ☒

BANK CONTROLLER ID / DESCRIPTION TABLE    ☒

BCID ID NUMBER                              OK

123            SOUTH END FLOOR             CANCEL

BCID ID NUMBER: 234

DESCRIPTION:    NORTH END FLOOR

        ADD RECORD

Ready

## Fig. 2I

CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1] − □ ☒

File  Configure  View  Help  Window  LOGOUT    − □ ☒

MANAGE GROUPS                              ☒

DEFINED GROUPS    ITEMS IN GROUP    GROUP TYPE
                  FLOOR LOCATION    ⦿ BONUS
                                    ○ DISPLAY
ENTER THE NAME OF THE GROUP ☒        ○ SOUND

GROUP NAMES: GROUP1

                                    OK
    OK        CANCEL

0 GROUP(S)        ADD ITEMS(S) TO GROUP

CREATE NEW GROUP    DELETE ITEMS(S)
                    FROM GROUP

Ready

## Fig. 2J

```
┌──────────────────────────────────────────────────────────┬──┬──┬──┐
│ CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1] │ ─│ □│ ☒│
├──────────────────────────────────────────────────┬──┬──┬──┤
│ File │ Configure │ View  Help  Window  LOGOUT      │ ─│ □│ ☒│
├──────┴───────────────────────────────────┬────────┘
│      │ MESSAGE EDITOR                     │
│      ├────────────────────────────────────┤
│      │ BONUS INFORMATION                  │
│      │ GROUP INFORMATION                  │
│      │ BAND CONTROLLER ID / NAME TABLE    │
│      ├────────────────────────────────────┤
│      │ USER INFORMATION                   │
│      └────────────────────────────────────┘
├──────────────────────────────────────┬─────┬─────┬─────┐
│ Ready                                 │     │     │     │
└──────────────────────────────────────┴─────┴─────┴─────┘
```

## Fig. 2K

```
┌──────────────────────────────────────────────────────────┬──┬──┬──┐
│ CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1] │ ─│ □│ ☒│
├──────────────────────────────────────────────────┬──┬──┬──┤
│ File  Configure  View  Help  Window  LOGOUT       │ ─│ □│ ☒│
├─┬────────────────────────────────────────────────┴──┴──┴──┤
│ │ MYSTERY BONUS SETUP FOR MYSTER: (PAGE 1 OF 6)            │
│ │ ┌─MYSTERY BONUS SETTINGS─────────────────────────────┐   │
│ │ │ POOL NAME:            [ MYSTERY1              ]     │   │
│ │ │ LUCKY NUMBER MIN:     [ 2000 ]                      │   │
│ │ │ LUCKY NUMBER MAX:     [ 5500 ]                      │   │
│ │ │ CURRENT INCREMENT %:  [ 50 ]                        │   │
│ │ │ HIDDEN POOL AMOUNT:   [ 500 ]  HIDDEN INCREMENT %: [ 10 ]│
│ │ │ BONUS TYPE:           [ MEMBER BONUS      ▼ ]       │   │
│ │ └────────────────────────────────────────────────────┘   │
│ │ ┌─COMMUNICATION TIMEOUT/ACTION───────────────────────┐   │
│ │ │ ⦿ DO NOTHING              MESSAGE TO DISPLAY        │   │
│ │ │ ○ DISPLAY MESSAGE AND CONTINUE  [          ]        │   │
│ │ │ ○ DISPLAY MESSAGE AND LOCK MACHINE                  │   │
│ │ └────────────────────────────────────────────────────┘   │
│ │              [ <BACK ]  [ NEXT> ]  [ CANCEL ]            │
├─┴──────────────────────────────────────┬─────┬─────┬─────┐
│ Ready                                   │     │     │     │
└─────────────────────────────────────────┴─────┴─────┴─────┘
```

## Fig. 2L

CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1] ▬ ☐ ☒

File  Configure  View  Help  Window  LOGOUT    ▬ ☐ ☒

MYSTERY BONUS SETUP FOR MYSTER: (PAGE 2 OF 6)

MYSTERY FLOOR
LOCATION GROUPS LIST

| A0102G~1 |
| SHELLY~1 |

FLOOR LOCATIONS
IN BONUS

| A0102 |
| A0103 |

[ ADD ]

[ REMOVE ]

2 MACHINES IN BONUS

[ <BACK ]    [ NEXT> ]    [ CANCEL ]

Ready

## Fig. 2M

CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1] ▬ ☐ ☒

File  Configure  View  Help  Window  LOGOUT    ▬ ☐ ☒

MYSTERY BONUS SETUP FOR MYSTER: (PAGE 4 OF 6)

☑ ENABLE CONSOLATION PRIZE
CONSOLATION PRIZE SETTINGS

BASE CONSOLATION $: [100]        ☑ ELIGIBILITY REQUIRED
MEMBER CARD AWARD (%): [200]     ☑ ENABLE FLASHING FLUORESCENT
NUMBER CARD AWARD (%): [100]       DURATION: [0]
UNCARDED AWARD(%): [50]          ☐ BONUS BUTTON PRESS REQUIRED
                                   TIME LIMIT: [      ]
                                 ☐ CONSOLATION ABI TONE
                                   ABI TONE: [      ]
                                   REPEAT: [      ]

[ <BACK ]    [ NEXT> ]    [ CANCEL ]

Ready

Fig. 2N

CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1]

File  Configure  View  Help  Window  LOGOUT

MYSTERY BONUS SETUP FOR MYSTER: (PAGE 5 OF 6)

SOUND GROUP:  <NONE>  ▶

ANTICIPATION SOUND
☐ ENABLE ANTICIPATION SOUND
COUNTS PRIOR TO WIN:  [0]
CD SEQUENCE NUMBER:  [0]
REPEAT:  [0]    DURATION:  [0]    VOLUME:  [0]

CELEBRATION SOUND
☐ ENABLE CELEBRATION SOUND
CD SEQUENCE NUMBER:  [0]
REPEAT:  [0]    DURATION:  [0]    VOLUME:  [0]

<BACK    NEXT>    CANCEL

Ready

Fig. 3





Fig. 4

DETERMINE ELIGIBILITY ⟨328⟩

WAGER WITHIN LAST 10 SEC ? ⟨340⟩

LEGIT DELAY ? ⟨342⟩

CASH OUT PRESSED ? ⟨343⟩

ELIGIBLE ⟨341⟩

LOST ELIGIBILITY ⟨344⟩

WAGER WITHIN LAST 30 SEC ? ⟨345⟩

GAME INACTIVE ⟨346⟩

RETURN

Fig. 5

359  CONFIGURATION STATION

351  BONUS SERVER

352  CONCENTRATOR

353  TRANSLATOR

354  DACOM

357  OVERHEAD DISPLAY

BANK CONTROLLER ⟨355⟩

356  MCI

358  MUSIC SYSTEM

350



Fig. 6



Fig. 7



Fig. 8A



Fig. 8B

## Fig. 9A



## Fig. 9B



## Fig. 9C

## Fig. 11





Fig. 10



Fig. 19

Fig. 20



Fig. 21

Fig. 22

Fig. 23



Fig. 24



Fig. 26

Fig. 25



Fig. 27



Fig. 28

Fig. 31



Fig. 32



## Fig. 33



## Fig. 34





Fig. 35

Fig. 38



Fig. 37



Fig. 36



Fig. 39





Fig. 40

MCM — 376

441
INITIALIZE POOL
PERCENTAGES
AND READ CURRENT
METER VALUE

442
WAIT FOR
EVENT

443
MESSAGE
QUEUE EVENT
?

NO

YES

444
READ MESSAGE
QUEUE

445
DISPATCH PROCESS
EVENT TO UPDATE
POOL VALUES

Fig. 41A



# Fig. 41B



FROM FIG. 41A

457
SELECT A METER

458
CALCULATE DELTA FOR
METER INCREASE TO
DETERMINE AMOUNT(S)
TO ADD TO POOL(S)

459
NON-ZERO
DELTA
?
NO
YES

460
UPDATE EACH POOL
VALUE THIS MACHINE
CONTRIBUTES TO BY
SELECTING A POOL FROM
BONUS METER TABLE

461
DEPENDING ON MACHINE
STATUS, UPDATE CURRENT
OR HIDDEN POOL

462
ALL
POOLS
UPDATED
?
NO
YES