# EXHIBIT 5, PART 1

US006244958B1

(12) **United States Patent**

Acres

(10) Patent No.: **US 6,244,958 B1**

(45) Date of Patent: **Jun. 12, 2001**

(54) **METHOD FOR PROVIDING INCENTIVE TO PLAY GAMING DEVICES CONNECTED BY A NETWORK TO A HOST COMPUTER**

(75) Inventor: **John Acres**, Corvalis, OR (US)

(73) Assignee: **Acres Gaming Incorporated**, Las Vegas, NV (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **08/672,217**

(22) Filed: **Jun. 25, 1996**

(51) Int. Cl.[7] .................................... **A63F 9/00**

(52) U.S. Cl. ................... **463/26**; 463/16; 463/25; 463/42

(58) Field of Search ................... 463/16, 25, 26, 463/27, 28, 40, 42

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,598,964 | 8/1971 | Dell | 235/61 6 |
| 4,072,930 | 2/1978 | Lucero et al. | |
| 4,230,265 | 10/1980 | Casaly | |
| 4,258,838 | 3/1981 | Rockola et al | |
| 4,283,709 | 8/1981 | Lucero et al | |
| 4,335,809 | 6/1982 | Wain | |
| 4,467,424 | 8/1984 | Hedges et al. | 364/412 |
| 4,575,622 | 3/1986 | Pellegrini | 235/382 |
| 4,624,459 | 11/1986 | Kaufman | |
| 4,636,951 | 1/1987 | Harlick | 364/412 |
| 4,652,998 | 3/1987 | Koza et al | |
| 4,669,596 | 6/1987 | Capers et al | |
| 4,669,730 | 6/1987 | Small | |
| 4,679,143 | 7/1987 | Hagiwara | |
| 4,760,247 | 7/1988 | Keane et al | |
| 4,775,937 | 10/1988 | Bell | |
| 4,805,907 | 2/1989 | Hagiwara | |
| 4,815,741 | 3/1989 | Small | |
| 4,837,728 | 6/1989 | Barrie et al. | |
| 4,839,640 | 6/1989 | Ozer et al | |
| 4,856,787 | 8/1989 | Itkis | 273/237 |
| 4,880,237 | 11/1989 | Kishishita | 273/138 A |
| 4,882,473 | 11/1989 | Bergeron | |
| 4,926,996 | 5/1990 | Eglise et al. | 194/212 |
| 4,964,638 | 10/1990 | Ishida | |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 27572/84 | 11/1984 | (AU) |
| 53370/86 | 10/1989 | (AU) |
| 10488/92 | 7/1992 | (AU) |
| 20986/92 | 1/1993 | (AU) |
| 71194/91 | 5/1994 | (AU) |
| 21618/95 | 1/1996 | (AU) |
| 48323/97 | 6/1998 | (AU) |
| 2 211 975 | 7/1989 | (GB) |
| WO 94/12256 | 6/1994 | (WO) |
| WO 95/22811 | 8/1995 | (WO) |
| WO 98/35309 | 8/1998 | (WO) |
| WO 98/40140 | 9/1998 | (WO) |

*Primary Examiner*—Joe H. Cheng

(74) *Attorney, Agent, or Firm*—Marger Johnson & McCollom, PC

(57) **ABSTRACT**

A method for providing incentive to players of networked slot machines includes a card reader associated with each machine and a card associated with each player. A player account accessible by a host computer on the network is created which associates the player's card with the account. A predetermined credit is applied to the player's account. In a complementary incentive, credit from the player's account is applied to the coin-in meter of a slot machine responsive to insertion of the player card into a card reader associated with the machine. In a matching incentive also implemented by the present invention, each time the player inserts a coin into the slot machine, an equal credit is debited from the player's account and applied to the coin-in meter of the machine. In both cases, the credit can only be used by the player to play the machines and cannot be cashed out by the player.

**29 Claims, 34 Drawing Sheets**



**US 6,244,958 B1**
Page 2

## U S PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,991,848 | 2/1991 | Greenwood et al |
| 5,038,022 | 8/1991 | Lucero ................................ 235/380 |
| 5,042,810 | 8/1991 | Williams |
| 5,096,195 | 3/1992 | Gimmon ..................... 273/138 A |
| 5,103,081 | 4/1992 | Fisher et al |
| 5,116,055 | 5/1992 | Tracy |
| 5,123,649 | 6/1992 | Tiberio |
| 5,135,224 | 8/1992 | Yamamoto et al |
| 5,159,549 | 10/1992 | Hallman, Jr et al ........... 364/412 |
| 5,179,517 | 1/1993 | Sarbin et al ................. 364/410 |
| 5,197,094 | 3/1993 | Tillery et al |
| 5,249,800 | 10/1993 | Hilgendorf et al |
| 5,257,179 | 10/1993 | DeMar |
| 5,265,874 | 11/1993 | Dickinson et al ........ 273/138 A |
| 5,280,909 | 1/1994 | Tracy |
| 5,286,023 | 2/1994 | Canon |
| 5,287,269 | 2/1994 | Dorrough et al ......... 364/408 |
| 5,292,127 | 3/1994 | Kelly et al |
| 5,321,241 | 6/1994 | Craine ..................... 235/380 |
| 5,326,104 | 7/1994 | Pease et al .......... 273/138 A |
| 5,344,144 | 9/1994 | Canon |
| 5,345,379 | 9/1994 | Brous et al ................. 364/146 |
| 5,370,306 | 12/1994 | Schulze et al |
| 5,371,345 | 12/1994 | LeStrange et al ......... 235/380 |
| 5,429,361 | 7/1995 | Raven et al ......... 273/138 A |
| 5,470,079 | 11/1995 | LeStrange et al ....... 273/138 A |
| 5,472,194 | 12/1995 | Breeding et al |
| 5,473,144 | 12/1995 | Mathurin, Jr ............... 235/380 |
| 5,477,040 | 12/1995 | Lalonde .................... 235/380 |
| 5,494,287 | 2/1996 | Manz |
| 5,533,727 | 7/1996 | DeMar |
| 5,536,016 | 7/1996 | Thompson |
| 5,559,312 | 9/1996 | Lucero ..................... 235/380 |
| 5,577,959 | 11/1996 | Takemoto et al |
| 5,580,309 | 12/1996 | Piechowiak et al |
| 5,580,310 | 12/1996 | Orus et al |
| 5,586,936 | 12/1996 | Bennett et al |
| 5,586,937 | 12/1996 | Menashe ................... 463/41 |
| 5,611,730 | 3/1997 | Weiss |
| 5,655,961 | 8/1997 | Acres et al ............... 463/27 |
| 5,674,128 | 10/1997 | Holch et al |
| 5,702,304 | 12/1997 | Acres et al ............... 463/29 |
| 5,741,183 | 4/1998 | Acres et al ............... 463/42 |
| 5,743,523 | 4/1998 | Kelly et al |
| 5,752,882 | 5/1998 | Acres et al ............... 463/42 |
| 5,758,875 | 6/1998 | Giacalone, Jr |
| 5,761,647 | 6/1998 | Boushy |
| 5,770,533 | 6/1998 | Franchi ..................... 463/42 |
| 5,811,772 | 9/1998 | Lucero |
| 5,816,917 | 10/1998 | Kelmer et al |
| 5,816,918 | 10/1998 | Kelly et al |
| 5,820,459 | 10/1998 | Acres et al ............... 463/25 |
| 5,833,540 | 11/1998 | Miodunski et al |
| 5,836,817 | 11/1998 | Acres et al ............... 463/26 |
| 5,839,959 | 11/1998 | Takemoto et al |
| 5,854,542 | 12/1998 | Forbes ..................... 315/291 |
| 5,902,983 | 5/1999 | Crevelt et al |
| 5,919,091 | 7/1999 | Bell et al |
| 6,048,269 | 4/2000 | Burns et al |



Fig.1

Case 1:06-cv-00282-SLR     Document 1-10     Filed 04/28/2006     Page 5 of 37



**Fig.2**



Fig.3



**Fig.4**



Fig.5



Fig.6



Fig.7A



Fig.7C

Fig.7B



Fig.8



**Fig.9**



Fig.11

Fig.10



Fig.12



Fig.13



Fig.14



Fig.15



Fig.16



Fig.17



Fig.18



Fig.19



Fig.20



Fig.21



Fig.22



Fig.23



Fig.24



Fig.25

Case 1:06-cv-00282-SLR    Document 1-10    Filed 04/28/2006    Page 29 of 37



Fig.26



Fig.27



Fig.28



Fig.29



Fig.30



Fig.31



Fig.32



Fig.33



Fig.34