# EXHIBIT 6, PART 1

US006431983B2

(12) **United States Patent**
Acres

(10) Patent No.: **US 6,431,983 B2**
(45) Date of Patent: **\*Aug. 13, 2002**

(54) **METHOD FOR PROVIDING INCENTIVE TO PLAY GAMING DEVICES CONNECTED BY A NETWORK TO A HOST COMPUTER**

(75) Inventor: **John Acres**, Corvallis, OR (US)

(73) Assignee: **Acres Gaming, Inc.**, Las Vegas, NV (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: 09/832,425

(22) Filed: **Apr. 10, 2001**

**Related U.S. Application Data**

(63) Continuation of application No. 08/672,217, filed on Jun 25, 1996, now Pat. No. 6,244,958

(51) Int. Cl.[7] ........................................ A63F 9/22
(52) U.S. Cl. ........... 463/25; 463/16; 463/42
(58) Field of Search ..................... 463/16, 25, 42

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,598,964 A | 8/1971 | Dell | 235/61.6 |
| 4,072,930 A | 2/1978 | Lucero et al | 340/152 T |
| 4,230,265 A | 10/1980 | Casaly | 235/455 |
| 4,258,838 A | 3/1981 | Rockola et al | 194/1 R |
| 4,283,709 A | 8/1981 | Lucero et al | 340/147 R |
| 4,335,809 A | 6/1982 | Wain | 194/1 R |
| 4,467,424 A | 8/1984 | Hedges et al | 364/412 |
| 4,575,622 A | * 3/1986 | Pellegrini | 463/25 |
| 4,624,459 A | 11/1986 | Kaufman | 273/143 R |
| 4,636,951 A | * 1/1987 | Harlick | 463/25 |
| 4,652,998 A | 3/1987 | Koza et al | 364/412 |
| 4,669,596 A | 6/1987 | Capers et al | 194/210 |
| 4,669,730 A | 6/1987 | Small | 273/138 A |
| 4,679,143 A | 7/1987 | Hagiwara | 364/412 |
| 4,760,247 A | 7/1988 | Keane et al | 235/454 |
| 4,764,666 A | 8/1988 | Bergeron | 235/380 |
| 4,775,937 A | 10/1988 | Bell | 364/412 |
| 4,805,907 A | 2/1989 | Hagiwara | 273/138 A |
| 4,815,741 A | 3/1989 | Small | 273/138 A |
| 4,837,728 A | 6/1989 | Barrie et al | 364/412 |
| 4,839,640 A | 6/1989 | Ozer et al | 340/825.31 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | B-27572/84 | 11/1984 |
| AU | B-53370/86 | 10/1989 |
| AU | B-20986/62 | 1/1993 |
| AU | B-104488/92 | 3/1994 |
| AU | B-71194/91 | 5/1994 |
| AU | A-21618/95 | 1/1996 |
| AU | A-48323/97 | 6/1998 |
| GB | 2 211 975 A | 7/1989 |
| WO | WO 94/12256 | 6/1994 |
| WO | WO 95/22811 | 8/1995 |
| WO | WO 98/35309 | 8/1998 |
| WO | WO 98/40140 | 9/1998 |

*Primary Examiner*—Valencia Martin-Wallace
*Assistant Examiner*—Carmen D. White
(74) *Attorney, Agent, or Firm*—Marger Johnson & McCollom, PC

(57) **ABSTRACT**

A method for providing incentive to players of networked slot machines includes a card reader associated with each machine and a card associated with each player. A player account accessible by a host computer on the network is created which associates the player's card with the account. A predetermined credit is applied to the player's account. In a complementary incentive, credit from the player's account is applied to the coin-in meter of a slot machine responsive to insertion of the player card into a card reader associated with the machine. In a matching incentive also implemented by the present invention, each time the player inserts a coin into the slot machine, an equal credit is debited from the player's account and applied to the coin-in meter of the machine. In both cases, the credit can only be used by the player to play the machines and cannot be cashed out

**27 Claims, 34 Drawing Sheets**



US 6,431,983 B2

Page 2

## U S PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,856,787 A | 8/1989 | Itkis | 273/237 |
| 4,880,237 A | * 11/1989 | Kishishita | 463/25 |
| 4,882,473 A | 11/1989 | Bergeron et al | 235/380 |
| 4,926,996 A | 5/1990 | Eglise et al | 194/212 |
| 4,964,638 A | 10/1990 | Ishida | 273/138 A |
| 4,991,848 A | 2/1991 | Greenwood et al | 273/143 R |
| 5,038,022 A | 8/1991 | Lucero | 235/380 |
| 5,042,810 A | 8/1991 | Williams | 273/142 |
| 5,096,195 A | 3/1992 | Gimmon | 273/138 A |
| 5,103,081 A | 4/1992 | Fisher et al | 235/464 |
| 5,116,055 A | 5/1992 | Tracy | 273/138 A |
| 5,123,649 A | 6/1992 | Tiberio | 273/143 R |
| 5,135,224 A | * 8/1992 | Yamamoto et al | 273/143 R |
| 5,159,549 A | * 10/1992 | Hallman, Jr et al | 463/42 |
| 5,179,517 A | * 1/1993 | Sarbin et al | 463/25 |
| 5,197,094 A | * 3/1993 | Tillery et al | 379/91 |
| 5,217,224 A | 6/1993 | Sincock | |
| 5,249,800 A | 10/1993 | Hilgendorf et al | 273/138 A |
| 5,257,179 A | 10/1993 | DeMar | 364/410 |
| 5,265,874 A | * 11/1993 | Dickinson et al | 463/42 |
| 5,280,909 A | 1/1994 | Tracy | 273/138 A |
| 5,286,023 A | 2/1994 | Wood | 273/138 A |
| 5,287,269 A | * 2/1994 | Dorrough et al | 463/25 |
| 5,290,033 A | * 3/1994 | Bittner et al | 273/138 A |
| 5,292,127 A | 3/1994 | Kelly et al | 273/138 R |
| 5,321,241 A | * 6/1994 | Craine | 463/25 |
| 5,326,104 A | 7/1994 | Pease et al | 273/138 A |
| 5,344,144 A | 9/1994 | Canon | 273/138 A |
| 5,345,379 A | 9/1994 | Brous et al | 364/146 |
| 5,370,306 A | 12/1994 | Schulze et al | 273/138 A |
| 5,371,345 A | 12/1994 | LeStrange et al | 235/380 |
| 5,429,361 A | * 7/1995 | Raven et al | 463/29 |
| 5,470,079 A | * 11/1995 | LeStrange et al | 463/42 |
| 5,472,194 A | * 12/1995 | Breeding et al | 463/29 |
| 5,473,144 A | 12/1995 | Mathurin, Jr | 235/380 |
| 5,477,040 A | 12/1995 | Lalonde | 235/380 |
| 5,494,287 A | 2/1996 | Manz | 273/143 |
| 5,533,727 A | 7/1996 | DeMar | 463/23 |
| 5,536,016 A | 7/1996 | Thompson | 273/269 |
| 5,550,359 A | 8/1996 | Bennett | |
| 5,551,692 A | 9/1996 | Pettit et al | |
| 5,559,312 A | * 9/1996 | Lucero | 463/25 |
| 5,577,959 A | * 11/1996 | Takemoto et al | 463/25 |
| 5,580,309 A | 12/1996 | Piechowiak | 463/16 |
| 5,580,310 A | 12/1996 | Orus et al | 763/16 |
| 5,586,936 A | 12/1996 | Bennett | 463/25 |
| 5,586,937 A | 12/1996 | Menashe | 463/41 |
| 5,611,730 A | 3/1997 | Weiss | 463/20 |
| 5,655,961 A | 8/1997 | Acres et al | 463/27 |
| 5,674,128 A | 10/1997 | Holch et al | 463/42 |
| 5,702,304 A | 12/1997 | Acres et al | 463/29 |
| 5,741,183 A | 4/1998 | Acres et al | 463/42 |
| 5,743,523 A | 4/1998 | Kelly et al | 273/138.1 |
| 5,752,882 A | 5/1998 | Acres et al | 463/42 |
| 5,758,875 A | 6/1998 | Giacalone, Jr | 273/143 R |
| 5,761,647 A | * 6/1998 | Boushy | 705/10 |
| 5,770,533 A | * 6/1998 | Franchi | 463/25 |
| 5,811,772 A | 9/1998 | Lucero | 235/380 |
| 5,816,917 A | 10/1998 | Kelmer et al | 463/16 |
| 5,816,918 A | 10/1998 | Kelly et al | 463/16 |
| 5,820,459 A | 10/1998 | Acres et al | 463/25 |
| 5,833,540 A | 11/1998 | Miodunski et al | 463/42 |
| 5,836,817 A | 11/1998 | Acres et al | 463/26 |
| 5,839,956 A | 11/1998 | Takemoto | 463/25 |
| 5,854,542 A | 12/1998 | Forbes | 315/291 |
| 5,902,983 A | 5/1999 | Crevelt et al | 235/380 |
| 5,919,091 A | 7/1999 | Bell et al | 463/25 |
| 6,048,269 A | 4/2000 | Burns et al | 462/25 |
| 6,244,958 B1 | 6/2001 | Acres | |

* cited by examiner

Case 1:06-cv-00282-SLR    Document 1-12    Filed 04/28/2006    Page 4 of 37



Fig.1



Fig.2



Fig.3



Fig.4



Fig.5



Fig.6



Fig.7A





Fig.8



Fig.9



Fig.10

Fig.11



Fig.12



Fig.13



Fig.14



Fig.15



Fig.16



Fig.17



Fig.18



Fig.19



Fig.20



Fig.21



Fig.22



Fig.23



Fig.24



Fig.25



Fig.26



Fig.27



Fig.28

START

472

480 — SEND MESSAGES IN
OUTPUT QUEUE TO DCN

482 — RECEIVE INCOMING
MESSAGES FROM DCN

Fig.29

484 — GET INPUT
MESSAGE DATA

486 — MESSAGE
COMPLETE?    NO

YES

488 — HANDLE MESSAGE

490 — RESPONSE
PENDING?    YES    492 — QUEUE UP
OUTGOING MESSAGE

NO

END

Fig.30





Fig.31



Fig.32



Fig.33



Fig.34