# EXHIBIT 8, PART 1

US006565434B1

(12) **United States Patent**

Acres

(10) Patent No.: **US 6,565,434 B1**

(45) Date of Patent: **\*May 20, 2003**

(54) **METHOD AND APPARATUS FOR PROMOTING PLAY ON A NETWORK OF GAMING DEVICES**

(75) Inventor: **John Acres**, Corvallis, OR (US)

(73) Assignee: **Acres Gaming, Inc.**, Las Vegas, NV (US)

(\*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/425,544**

(22) Filed: **Oct. 22, 1999**

**Related U.S. Application Data**

(62) Division of application No. 08/843,411, filed on Apr. 15, 1997, now Pat. No. 6,319,125, which is a continuation of application No. 08/465,915, filed on Jun 6, 1995, now Pat. No. 5,752,882, which is a division of application No. 08/322,172, filed on Oct. 12, 1994, now Pat. No. 5,655,961.

(51) Int. Cl.[7] .................................................. **A63F 13/00**

(52) U.S. Cl. .......................... **463/25**; 463/27; 463/42

(58) Field of Search ...................... 463/1, 16–20, 463/25–28

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,598,964 A | 8/1971 | Dell et al. | 235/382 |
| 3,659,284 A | 4/1972 | Rusch | 340/324 A |
| 3,796,433 A | 3/1974 | Fraley et al. | 273/138 A |
| 3,819,186 A | 6/1974 | Hinterstocker | 273/138 A |
| 4,072,930 A | 2/1978 | Lucero et al. | 340/152 T |
| 4,230,265 A | 10/1980 | Casaly | 273/138 A |
| 4,258,838 A | 3/1981 | Rockola et al. | 194/1 R |
| 4,283,709 A | 8/1981 | Lucero et al. | 340/147 R |
| 4,335,809 A | 6/1982 | Wain | 194/1 R |
| 4,409,656 A | 10/1983 | Anderson | 364/200 |
| 4,467,424 A | 8/1984 | Hedges et al. | 364/412 |
| 4,575,622 A | 3/1986 | Pellegrini | 235/382 |
| 4,582,324 A | 4/1986 | Koza et al. | |
| 4,624,459 A | 11/1986 | Kaufman | 273/143 R |
| 4,636,951 A | 1/1987 | Harlick | 364/412 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | B 27572/84 | 11/1984 |
| AU | B 53370/86 | 8/1986 |
| AU | 589158 | 10/1989 |

(List continued on next page.)

OTHER PUBLICATIONS

Report & Recommendation (Findings of Fact & Conclusions of Law Re: Claim Construction), May 2000

Expert Report of Michael J. Bennett Pursuant to Fed. R. Civ. P. 26(A(2)(sic), Feb. 1999

(List continued on next page.)

*Primary Examiner*—Michael O'Neil
*Assistant Examiner*—John M. Hotaling, II
(74) *Attorney, Agent, or Firm*—Marger & Johnson & McCollom, P.C.

(57) **ABSTRACT**

A method and apparatus for controlling a bonusing promotion system using a bonus server interconnected to a plurality of gaming devices is described. A percentage of a wager played on each gaming device is accumulated into a bonus pool stored on the bonus server. The bonus pool is compared to a threshold value stored on the bonus server each time the bonus pool changes. One of the gaming devices is selected when the threshold value is substantially met. A bonus prize funded by the bonus pool is awarded to the selected gaming device.

**40 Claims, 31 Drawing Sheets**







US 6,565,434 B1

Page 2

## U S PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,652,998 A | 3/1987 | Koza et al | 364/412 |
| 4,669,596 A | 6/1987 | Capers et al | 194/210 |
| 4,669,730 A | 6/1987 | Small | 273/138 |
| 4,679,143 A | 7/1987 | Hagiwara | 364/412 |
| 4,760,247 A | 7/1988 | Keane et al | 235/454 |
| 4,760,527 A | 7/1988 | Sidley | 364/412 |
| 4,764,666 A | 8/1988 | Bergeron | 235/380 |
| 4,775,937 A | 10/1988 | Bell | 364/412 |
| 4,805,907 A | 2/1989 | Hagiwara | 273/138 |
| 4,815,741 A | 3/1989 | Small | 273/138 A |
| 4,837,728 A | 6/1989 | Barrie et al | 364/412 |
| 4,839,640 A | 6/1989 | Ozer et al | 340/825 34 |
| 4,844,464 A | 7/1989 | Berge | 273/138 A |
| 4,856,787 A | 8/1989 | Itkis | 273/237 |
| 4,880,237 A | 11/1989 | Kishishita | 273/138 A |
| 4,882,473 A | 11/1989 | Bergeron et al | 235/380 |
| 4,922,420 A | 5/1990 | Nakagawa et al | |
| 4,926,327 A | 5/1990 | Sidley | 364/412 |
| 4,926,996 A | 5/1990 | Eglise et al | |
| 4,948,138 A | 8/1990 | Pease et al | |
| 4,964,638 A | 10/1990 | Ishida | 273/138 A |
| 4,991,848 A | 2/1991 | Greenwood et al | 273/143 R |
| 5,007,649 A | 4/1991 | Richardson | 273/237 |
| 5,016,880 A | 5/1991 | Berge | |
| 5,038,022 A | 8/1991 | Lucero | 235/380 |
| 5,042,810 A | 8/1991 | Williams | 273/142 |
| 5,043,887 A | 8/1991 | Richardson | |
| 5,072,381 A | 12/1991 | Richardson et al | |
| 5,078,405 A | 1/1992 | Jones | 273/309 |
| 5,096,195 A | 3/1992 | Gimmon | 273/138 A |
| 5,103,081 A | 4/1992 | Fisher et al | 235/464 |
| 5,116,055 A | 5/1992 | Tracy | 273/138 A |
| 5,123,649 A | 6/1992 | Tiberio | 273/143 R |
| 5,129,652 A | 7/1992 | Wilkinson | 273/139 |
| 5,135,224 A | 8/1992 | Yamamoto et al | 273/143 R |
| 5,159,549 A | 10/1992 | Hallman, Jr et al | |
| 5,179,517 A | 1/1993 | Sarbin et al | 364/410 |
| 5,197,094 A | 3/1993 | Tillery et al | 379/91 |
| 5,216,613 A | 6/1993 | Head, III | 369/275 2 |
| 5,217,224 A | 6/1993 | Sincock | 273/138 A |
| 5,224,706 A | 7/1993 | Bridgeman et al | |
| 5,242,163 A | 9/1993 | Fulton | 273/85 CP |
| 5,249,800 A | 10/1993 | Hilgendorf et al | 273/138 A |
| 5,257,179 A | 10/1993 | DeMar | 364/410 |
| 5,265,874 A | 11/1993 | Dickinson et al | 273/138 A |
| 5,275,400 A | * 1/1994 | Weingardt et al | 463/27 |
| 5,280,909 A | 1/1994 | Tracy | 273/138 A |
| 5,286,023 A | 2/1994 | Wood | 273/138 A |
| 5,287,269 A | 2/1994 | Dorrough et al | 364/408 |
| 5,292,127 A | 3/1994 | Kelly et al | 273/138 R |
| 5,321,241 A | 6/1994 | Craine | |
| 5,324,035 A | 6/1994 | Morris | 273/138 |
| 5,326,104 A | 7/1994 | Pease et al | 273/138 A |
| 5,332,219 A | 7/1994 | Marnell, II et al | |
| 5,342,049 A | 8/1994 | Wichinsky et al | |
| 5,344,144 A | * 9/1994 | Canon | 273/138 |
| 5,345,379 A | 9/1994 | Brous et al | 235/382 |
| 5,351,970 A | 10/1994 | Fioretti | |
| 5,370,306 A | 12/1994 | Schulze et al | 273/138 A |
| 5,370,399 A | 12/1994 | Liverance | |
| 5,371,345 A | 12/1994 | LeStrange et al | 235/380 |
| 5,398,932 A | 3/1995 | Eberhardt et al | |
| 5,401,024 A | 3/1995 | Simunek | |
| 5,410,590 A | 4/1995 | Blood et al | |
| 5,429,361 A | 7/1995 | Raven et al | 273/138 A |
| 5,470,079 A | 11/1995 | LeStrange | 273/138 |
| 5,472,194 A | 12/1995 | Breeding et al | 273/138 A |
| 5,473,144 A | 12/1995 | Mathurin, Jr | 235/380 |

| | | | |
|---|---|---|---|
| 5,477,040 A | 12/1995 | Lalonde | 235/380 |
| 5,488,411 A | 1/1996 | Lewis | |
| 5,494,287 A | 2/1996 | Manz | 273/143 |
| 5,507,489 A | 4/1996 | Reibel et al | |
| 5,511,781 A | 4/1996 | Wood et al | |
| 5,524,888 A | 6/1996 | Heidel | |
| 5,533,727 A | 7/1996 | DeMar | 463/23 |
| 5,536,016 A | 7/1996 | Thompson | 273/269 |
| 5,542,669 A | 8/1996 | Charron et al | |
| 5,550,359 A | 8/1996 | Bennett | 235/382 |
| 5,551,692 A | 9/1996 | Pettitt et al | 273/143 R |
| 5,559,312 A | 9/1996 | Lucero | 235/380 |
| 5,564,700 A | * 10/1996 | Celona | 463/27 |
| 5,577,959 A | 11/1996 | Takemoto et al | 463/25 |
| 5,580,309 A | 12/1996 | Piechowiak | 463/16 |
| 5,580,310 A | 12/1996 | Orus et al | 463/16 |
| 5,586,936 A | 12/1996 | Bennett | 463/25 |
| 5,586,937 A | 12/1996 | Menashe | |
| 5,603,659 A | 2/1997 | Okada | |
| 5,611,730 A | * 3/1997 | Weiss | 463/20 |
| 5,651,057 A | 7/1997 | Blood et al | |
| 5,655,961 A | * 8/1997 | Acres et al | 463/27 |
| 5,668,950 A | 9/1997 | Kikuchi | 395/200.47 |
| 5,674,128 A | 10/1997 | Holch et al | 463/42 |
| 5,702,304 A | 12/1997 | Acres et al | 463/29 |
| 5,722,891 A | * 3/1998 | Inoue | 463/20 |
| 5,741,183 A | 4/1998 | Acres et al | 463/42 |
| 5,743,523 A | 4/1998 | Kelly et al | 273/138 1 |
| 5,752,882 A | 5/1998 | Acres et al | 463/42 |
| 5,758,875 A | 6/1998 | Giacalone, Jr | 273/143 R |
| 5,761,647 A | 6/1998 | Boushy | 705/10 |
| 5,766,076 A | * 6/1998 | Pease et al | 463/27 |
| 5,770,533 A | 6/1998 | Franchi | 463/42 |
| 5,811,772 A | 9/1998 | Lucero | 235/380 |
| 5,816,917 A | 10/1998 | Kelmer et al | 463/16 |
| 5,816,918 A | * 10/1998 | Kelly et al | 463/16 |
| 5,820,459 A | 10/1998 | Acres et al | 463/25 |
| 5,833,540 A | 11/1998 | Miodunski | 463/42 |
| 5,836,817 A | 11/1998 | Acres | 463/26 |
| 5,839,956 A | 11/1998 | Takemoto | 463/25 |
| 5,851,148 A | * 12/1998 | Brune et al | 463/25 |
| 5,851,149 A | * 12/1998 | Xidos et al | 463/42 |
| 5,854,542 A | 12/1998 | Forbes | 315/291 |
| 5,902,983 A | 5/1999 | Crevelt et al | 235/380 |
| 5,919,091 A | 7/1999 | Bell et al | 463/25 |
| 6,012,982 A | * 1/2000 | Piechowiak et al | 463/16 |
| 6,039,648 A | * 3/2000 | Guinn et al | 463/163 |
| 6,048,269 A | 4/2000 | Burns et al | 463/25 |
| 6,077,162 A | * 6/2000 | Weis | 463/26 |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | B 71194/91 | 8/1991 |
| AU | B 10488/92 | 7/1992 |
| AU | B 13023/92 | 9/1992 |
| AU | 20209/86 | 1/1993 |
| AU | B 20986/92 | 1/1993 |
| AU | 649009 | 5/1994 |
| AU | 21618/95 | 1/1996 |
| AU | 633469 | 1/1998 |
| AU | A 48323/97 | 6/1998 |
| GB | 2 151 054 A | 7/1985 |
| GB | 2 211 975 A | 7/1989 |
| WO | WO 94/12256 | 6/1994 |
| WO | WO 95/22811 | 8/1995 |
| WO | WO 95/30944 | 11/1995 |
| WO | WO 97/12338 | 4/1997 |
| WO | WO 98/35309 | 8/1998 |
| WO | WO 98/40140 | 9/1998 |

# US 6,565,434 B1

Page 3

## OTHER PUBLICATIONS

Expert Report of Michael J. Bennett Pursuant to Fed. R. Civ. P. 26(A)(2), Jul. 1999.

Expert Witness Report of Leroy A. Prohofsky, Feb. 1999.

Expert Witness Report of Leroy A. Prohofsky, Jun. 1999.

Supplement to Expert Witness Reports of Leroy A. Prohofsky, Jun. 1999.

Second Supplement to Expert Witness Reports of Leroy A. Prohofsky, Sep. 1999.

Rebuttal Statement by Expert Witness William K. Bertram, Ph.D., Mar. 1999.

Rebuttal Statement by Expert Witness John F. Acres, Jul. 1999.

Rebuttal Statement by Expert Witness William K. Bertram, Ph.D., Jul. 1999.

Expert Witness Report of R. Franklin Burnett, Jun. 1999.

Rebuttal Statement by Expert Witness Thomas F. Smegal, Jr., Jul. 1999.

* cited by examiner

Fig. 1



Fig. 2A

CROWN CONFIGURATION WORKSTATION-[LOGON1]

File  Configure  View  Help  Window  LOGIN

Ready

## Fig. 2B

```
┌──────────────────────────────────────────────────┬───┬───┬───┐
│ CROWN CONFIGURATION WORKSTATION-[LOGON1]         │ ─ │ □ │ ☒ │
├──────────────────────────────────────────────────┼───┼───┼───┤
│ File Configure View Help Window LOGIN            │ ─ │ □ │ ☒ │
│                                                              │
│    ┌──────────────────────────────────────────┬───┐        │
│    │ USER LOGIN / PASSWORD VERIFICATION       │ ☒ │        │
│    │   ┌─ CROWN CASINO ─────────────┐  ┌──────────┐        │
│    │   │ NAME     [            ]     │  │    OK    │        │
│    │   │ PASSWORD [            ]     │  ├──────────┤        │
│    │   └────────────────────────────┘  │  CANCEL  │        │
│    │   ┌─ VCGA ─────────────────────┐  └──────────┘        │
│    │   │ NAME     [            ]     │                      │
│    │   │ PASSWORD [            ]     │                      │
│    │   └────────────────────────────┘                      │
│    └──────────────────────────────────────────┘            │
├──────────────────────────────────────────────────┬──┬──┬──┐│
│ Ready                                             │  │  │  ││
└──────────────────────────────────────────────────┴──┴──┴──┘┘
```

## Fig. 2D

```
┌──────────────────────────────────────────────────────────┬───┬───┬───┐
│ CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1] │ ─ │ □ │ ☒ │
├──────────────────────────────────────────────────────────┼───┼───┼───┤
│ File Configure View Help Window LOGOUT                   │ ─ │ □ │ ☒ │
│                                                                      │
│    ┌──────────────────────────────────────────────┬───┐            │
│    │ ABOUT CONFIGURATION WORKSTATION              │ ☒ │            │
│    │                                                  │            │
│    │   ┌──────┐  CROWN CASINO CONFIGURATION WORKSTATION           │
│    │   │      │  VERSION 1.04                                     │
│    │   │      │  COPYRIGHT©1996 ACRES GAMING                      │
│    │   └──────┘  ALL RIGHTS RESERVED                              │
│    │                                    ┌──────────┐              │
│    │                                    │    OK    │              │
│    │                                    └──────────┘              │
│    └──────────────────────────────────────────────┘              │
│                                                                    │
├──────────────────────────────────────────────────────────┬──┬──┬──┐│
│ Ready                                                     │  │  │  ││
└──────────────────────────────────────────────────────────┴──┴──┴──┘┘
```

Fig. 2C



CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1]

File  Configure  View  Help  Window  LOGOUT

CHOOSE BONUS TO EDIT OR CREATE:

BONUS INFORMATION

BONUS TYPE

PROGRESSIVE

DEFINED BONUSES    AVAILABLE SERVERS

NUMBERS OF POOL DEFINED

EDIT PARAMETERS

EDIT JACKPOT VALUES

ADD NEW POOL

DELETE POOL

CREATE NEW BONUS

REFRESH SERVER LIST

CANCEL

LOAD FROM DISK

Ready

## Fig. 2E

| CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1] | ⬚ 🗖 ✕ |

File  Configure  View  Help  Window  LOGOUT    ⬚ 🗖 ✕

CHOOSE LOG FILE TO OPEN    ? ✕

LOOK IN: 🗁 FEBRUARY    ▼ 🗁 🗀 ⊞ ▦

☐ FEB 13.LOG

FILE NAME: FEB 13.LOG    OPEN

FILES OF TYPE: CONFIGURATION LOG FILES (*.LOG) ▼    CANCEL
CONFIGURATION LOG FILES (*.LOG)

Ready

## Fig. 2F

| CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1] | ⬚ 🗖 ✕ |

File  Configure  View  Help  Window  LOGOUT    ⬚ 🗖 ✕

MASTER USER LIST    ✕

| USER NAME | USER TYPE | |
| JOE HART | CROWN | EDIT |
| JOHN ACRES | VCGA | NEW |
| | | DELETE |
| | | CHANGE PASSWORD |
| | | DONE |

Ready

Fig. 2G

CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1]

File  Configure  View  Help  Window  LOGOUT

USER CONFIGURATION SCREEN

USER INFORMATION
FIRST NAME: JOE
LAST NAME: HART
PASSWORD: ***
USER TYPE: ◉ CROWN CASINO PERSONNEL
          ○ VCGA PERSONNEL

USER ACCESS RIGHTS
☑ USER CONFIGURATION          ☑ BANK CONTROLLER ID / NAME TABLE
☑ BONUS CONFIGURATION         ☑ CANCEL / RESET ACTIVE JACKPOTS
☑ GROUP CONFIGURATION         ☑ SOFTWARE SIGNATURE OVERRIDE
☑ UPDATE EXECUTABLES          ☑ VIEW / PRINT LOG FILES
☑ DISPLAY MESSAGE CONFIGURATION ☑ VIEW CONFIGURATION PARAMETERS

OK

CANCEL

Ready

## Fig. 2H

CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON] ⊟ ▭ ✕

File  Configure  View  Help  Window  LOGOUT    ▬ ▭ ✕

BANK CONTROLLER ID / DESCRIPTION TABLE    ✕

BCID ID NUMBER

| 123 | SOUTH END FLOOR |

OK
CANCEL

BCID ID NUMBER: 234

DESCRIPTION:    NORTH END FLOOR

ADD RECORD

Ready

## Fig. 2I

CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1] ▬ ▭ ✕

File  Configure  View  Help  Window  LOGOUT    ▬ ▭ ✕

MANAGE GROUPS    ✕

┌DEFINED GROUPS┐  ┌ITEMS IN GROUP┐  ┌GROUP TYPE┐
                   FLOOR LOCATION      ● BONUS
                                       ○ DISPLAY
ENTER THE NAME OF THE GROUP ✕          ○ SOUND

GROUP NAMES:  GROUP1

OK
        OK        CANCEL

0 GROUP(S)    ADD ITEMS(S) TO GROUP

CREATE NEW GROUP    DELETE ITEMS(S)
                    FROM GROUP

Ready

## Fig. 2J

CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1] ▬ ☐ ✖

File | Configure | View  Help  Window  LOGOUT    ▬ ☐ ✖

MESSAGE EDITOR

BONUS INFORMATION
GROUP INFORMATION
BAND CONTROLLER ID / NAME TABLE

USER INFORMATION

Ready

## Fig. 2K

CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1] ▬ ☐ ✖

File  Configure  View  Help  Window  LOGOUT    ▬ ☐ ✖

MYSTERY BONUS SETUP FOR MYSTER: (PAGE 1 OF 6)

┌ MYSTERY BONUS SETTINGS ──────────────

POOL NAME:                    MYSTERY1

LUCKY NUMBER MIN:     2000

LUCKY NUMBER MAX:     5500

CURRENT INCREMENT %:   50

HIDDEN POOL AMOUNT:   500   HIDDEN INCREMENT %: 10

BONUS TYPE:                  MEMBER BONUS ▼

┌ COMMUNICATION TIMEOUT/ACTION ─────────
  ⦿ DO NOTHING                        MESSAGE TO DISPLAY
  ◯ DISPLAY MESSAGE AND CONTINUE    [          ]
  ◯ DISPLAY MESSAGE AND LOCK MACHINE

[ <BACK ]    [ NEXT> ]    [ CANCEL ]

Ready

Fig. 2L

CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1] ☐ ☐ ☒

File  Configure  View  Help  Window  LOGOUT      ☐ ☐ ☒

MYSTERY BONUS SETUP FOR MYSTER: (PAGE 2 OF 6)

MYSTERY FLOOR                                    FLOOR LOCATIONS
LOCATION GROUPS LIST                             IN BONUS

A0102G~1                                         A0102
SHELLY~1              ADD                         A0103

                     REMOVE                      2 MACHINES IN BONUS

                     <BACK      NEXT>      CANCEL

Ready

Fig. 2M

CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1] ☐ ☐ ☒

File  Configure  View  Help  Window  LOGOUT      ☐ ☐ ☒

MYSTERY BONUS SETUP FOR MYSTER: (PAGE 4 OF 6)

☑ ENABLE CONSOLATION PRIZE
CONSOLATION PRIZE SETTINGS

BASE CONSOLATION $: [100]    ☑ ELIGIBILITY REQUIRED
MEMBER CARD AWARD (%): [200]  ☑ ENABLE FLASHING FLUORESCENT
NUMBER CARD AWARD (%): [100]    DURATION: [0]
UNCARDED AWARD(%): [50]       ☐ BONUS BUTTON PRESS REQUIRED
                               TIME LIMIT: [   ]
                             ☐ CONSOLATION ABI TONE
                               ABI TONE: [   ]
                               REPEAT: [   ]

                     <BACK      NEXT>      CANCEL

Ready

## Fig. 2N

CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1]

File Configure View Help Window LOGOUT

MYSTERY BONUS SETUP FOR MYSTER: (PAGE 5 OF 6)

SOUND GROUP: <NONE> ▶

ANTICIPATION SOUND

☐ ENABLE ANTICIPATION SOUND

COUNTS PRIOR TO WIN: 0

CD SEQUENCE NUMBER: 0

REPEAT: 0

DURATION: 0

VOLUME: 0

CELEBRATION SOUND

☐ ENABLE CELEBRATION SOUND

CD SEQUENCE NUMBER: 0

REPEAT: 0

DURATION: 0

VOLUME: 0

<BACK    NEXT>    CANCEL

Ready

Fig. 3





Fig. 4

Fig. 5



Fig. 6



Fig. 7



Fig. 8A



Fig. 8B

## Fig. 9A



## Fig. 9B



## Fig. 9C

## Fig. 11



Fig. 10





Fig. 12

Fig. 13



Fig. 14

Fig. 15

Fig. 16



Fig. 17



Fig. 19

Fig. 18



Fig. 20



Fig. 21

Fig. 22



Fig. 23



## Fig. 24



## Fig. 25





Fig. 26



Fig. 29



Fig. 28



Fig. 27

Fig. 30





Fig. 31

Fig. 32A



# Fig. 32B



FROM FIG. 32A

457
SELECT A METER

458
CALCULATE DELTA FOR
METER INCREASE TO
DETERMINE AMOUNT(S)
TO ADD TO POOL(S)

459
*NO*  NON-ZERO
DELTA
?
*YES*

460
UPDATE EACH POOL
VALUE THIS MACHINE
CONTRIBUTES TO BY
SELECTING A POOL FROM
BONUS METER TABLE

461
DEPENDING ON MACHINE
STATUS, UPDATE CURRENT
OR HIDDEN POOL

462
*NO*  ALL
POOLS
UPDATED
?
*YES*