✎ AO 120 (Rev. 3/04)

| TO:  Mail Stop 8<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____ Delaware _____ on the following  X Patents or  ☐ Trademarks:

| DOCKET NO.<br>06cv282 | DATE FILED<br>4/28/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>International Game Technology | | DEFENDANT<br>Bally Gaming International, Inc., Bally Technologies, Inc., and Bally Gaming, Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US RE38,812 E | 10/4/05 | Acres Gaming Incorporated |
| 2 | US RE37,885 E | 10/15/02 | Acres Gaming Incorporated |
| 3 | US 6,832,958 B2 | 12/21/04 | Acres Gaming Incorporated |
| 4 | US 6,319,125 B1 | 11/20/01 | Acres Gaming Incorporated |
| 5 | US 6,244,958 B1 | 6/12/01 | Acres Gaming Incorporated |
| | US 6,431,983 B2 | 8/13/02 | Acres Gaming Incorporated |
| | US 6,607,441 B1 | 8/19/03 | Acres Gaming Incorporated |
| | US 6,565,434 B1 | 5/20/03 | Acres Gaming Incorporated |
| | US 6,620,046 B2 | 9/16/03 | IGT |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

AO 120 (Rev. 3/04)

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | | May 1, 2006 |

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**