# EXHIBIT 1, PART 1

US00RE38812E

(19) **United States**

(12) **Reissued Patent**
Acres et al.

(10) Patent Number: **US RE38,812 E**

(45) Date of Reissued Patent:     **Oct. 4, 2005**

(54) **METHOD AND APPARATUS FOR OPERATING NETWORKED GAMING DEVICES**

(75) Inventors: **John F. Acres**, Corvallis, OR (US); **Alec Ginsburg**, Las Vegas, NV (US); **David Wiebenson**, Corvallis, OR (US)

(73) Assignee: **Acres Gaming Incorporated**, Las Vegas, NV (US)

(21) Appl. No.: **09/574,632**

(22) Filed: **May 16, 2000**

Related U.S. Patent Documents
Reissue of:
(64) Patent No.: **5,836,817**
    Issued:     **Nov. 17, 1998**
    Appl. No.: **08/465,717**
    Filed:     **Jun. 6, 1995**

U.S. Applications:

(62) Division of application No. 08/322,172, filed on Oct. 12, 1994, now Pat. No. 5,655,961.

(51) Int. Cl.⁷ ........................................... A63F 9/00
(52) U.S. Cl. .................. 463/26; 463/16; 463/42
(58) Field of Search ................... 463/16, 25, 26, 463/27, 28, 42

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,598,964 A | 8/1971 | Dell | 235/61.6 R |
| 3,659,284 A | 4/1972 | Rusch | 340/324 A |
| 3,796,433 A | 3/1974 | Fraley et al. | 273/138 A |
| 3,819,186 A | 6/1974 | Hinterstocker | 273/138 A |
| 4,072,930 A | 2/1978 | Lucero et al. | 340/152 T |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | B 27572/84 | 11/1984 |

| | | | |
|---|---|---|---|
| AU | B 53370/86 | 8/1986 | |
| AU | B 53370/89 | * 8/1986 | |
| AU | B 71194/91 | 8/1991 | |
| AU | 647234 | * 7/1992 | 273/138 A |

(Continued)

OTHER PUBLICATIONS

Report and Recommendation (Finding of Fact & Conclusions of Law Re: Claim Construction), May 2000 *

(Continued)

*Primary Examiner*—Jessica Harrison
(74) *Attorney, Agent, or Firm*—Marger Johnson & McCollom, PC

(57)        **ABSTRACT**

A system for monitoring and configuring gaming devices interconnected over a high-speed network is disclosed. The system can support a file server, one or more floor controllers, one or more pit terminals, and other terminals all interconnected over the network. Each gaming device includes an electronic module which allows the gaming device to communicate with a floor controller over a current loop network. The electronic module includes a player tracking module and a data communication node. The player tracking module includes a card reader for detecting a player tracking card inserted therein which identifies the player. The data communication node communicates with both the floor controller and the gaming device. The data communication node communicates with the gaming device over a serial interface through which the data communication node transmits reconfiguration commands. The gaming device reconfigures its payout schedule responsive to the reconfiguration commands to provide a variety of promotional bonuses such as multiple jackpot bonuses, mystery jackpot bonuses, progressive jackpot bonuses, or player specific bonuses.

**49 Claims, 34 Drawing Sheets**



**US RE38,812 E**

Page 2

U S PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,230,265 | A | 10/1980 | Casaly ............... 235/455 |
| 4,258,838 | A | 3/1981 | Rockola et al ............ 194/1 R |
| 4,283,709 | A | 8/1981 | Lucero et al ...... 340/147 R |
| 4,335,809 | A | 6/1982 | Wain ............... 194/1 R |
| 4,409,656 | A | 10/1983 | Andersen ............ 364/200 |
| 4,467,424 | A | 8/1984 | Hedges et al ........ 364/412 |
| 4,575,622 | A | 3/1986 | Pellegrini ........ 235/382 |
| 4,582,324 | A | 4/1986 | Koza et al |
| 4,624,459 | A | 11/1986 | Kaufman ........ 273/143 R |
| 4,636,951 | A | 1/1987 | Harlick ........ 364/412 |
| 4,652,998 | A | 3/1987 | Koza et al ........ 364/412 |
| 4,669,596 | A | 6/1987 | Capers et al ........ 194/210 |
| 4,669,730 | A | 6/1987 | Small ........ 273/138 |
| 4,679,143 | A | 7/1987 | Hagiwara ........ 364/412 |
| 4,760,247 | A | 7/1988 | Keane et al. ........ 235/454 |
| 4,760,527 | A | 7/1988 | Sidley ........ 364/412 |
| 4,764,666 | A | 8/1988 | Bergeron ........ 235/380 |
| 4,775,937 | A | 10/1988 | Bell ........ 364/412 |
| 4,805,907 | A | 2/1989 | Hagiwara ........ 273/138 |
| 4,815,741 | A | 3/1989 | Small ........ 273/138 |
| 4,837,728 | A | * 6/1989 | Barrie et al ........ . 463/27 |
| 4,839,640 | A | 6/1989 | Ozer et al ........ 340/825.31 |
| 4,844,464 | A | 7/1989 | Berge ........ 273/138 A |
| 4,856,787 | A | 8/1989 | Itkis ........ 273/237 |
| 4,880,237 | A | 11/1989 | Kishishita ........ 273/138 A |
| 4,882,473 | A | 11/1989 | Bergeron et al ........ 235/380 |
| 4,922,420 | A | 5/1990 | Nakagawa et al |
| 4,926,327 | A | 5/1990 | Sidley ........ 364/412 |
| 4,926,996 | A | 5/1990 | Eglise et al |
| 4,948,138 | A | 8/1990 | Pease et al |
| 4,964,638 | A | * 10/1990 | Ishida ........ . . . 463/27 |
| 4,991,848 | A | 2/1991 | Greenwood et al ........ 273/143 R |
| 5,007,649 | A | 4/1991 | Richardson ........ 273/237 |
| 5,016,880 | A | 5/1991 | Berge ........ 138/273 A |
| 5,038,022 | A | 8/1991 | Lucero ........ 235/380 |
| 5,042,810 | A | 8/1991 | Williams ........ 273/142 |
| 5,043,887 | A | 8/1991 | Richardson |
| 5,072,381 | A | 12/1991 | Richardson et al. |
| 5,078,405 | A | 1/1992 | Jones ........ 273/309 |
| 5,096,195 | A | 3/1992 | Gimmon ........ 273/138 A |
| 5,103,081 | A | 4/1992 | Fisher et al. ........ 235/464 |
| 5,116,055 | A | 5/1992 | Tracy ........ 273/138 A |
| 5,123,649 | A | 6/1992 | Tiberio ........ 273/143 R |
| 5,129,652 | A | 7/1992 | Wilkinson ........ 273/139 |
| 5,135,224 | A | 8/1992 | Yamamoto et al ........ 273/143 R |
| 5,159,549 | A | 10/1992 | Hallman, Jr et al. |
| 5,179,517 | A | 1/1993 | Sarbin et al ........ 364/410 |
| 5,197,094 | A | 3/1993 | Tillery et al ........ . 379/91 |
| 5,216,613 | A | 6/1993 | Head, III ........ 369/275.2 |
| 5,217,224 | A | 6/1993 | Sincock ........ 273/138 A |
| 5,224,706 | A | 7/1993 | Bridgeman et al |
| 5,242,163 | A | 9/1993 | Fulton ........ 273/85 CP |
| 5,249,800 | A | * 10/1993 | Hilgendorf et al ........ 463/27 |
| 5,257,179 | A | 10/1993 | DeMar ........ 364/410 |
| 5,265,874 | A | 11/1993 | Dickinson et al ........ 273/138 A |
| 5,275,400 | A | * 1/1994 | Weingardt et al ........ 463/12 |
| 5,280,909 | A | * 1/1994 | Tracy ........ 463/27 |
| 5,286,023 | A | 2/1994 | Wood |
| 5,287,269 | A | 2/1994 | Dorrough et al. ........ 364/408 |
| 5,292,127 | A | 3/1994 | Kelly et al ........ 273/138 R |
| 5,321,241 | A | 6/1994 | Craine |
| 5,324,035 | A | 6/1994 | Morris ........ 273/138 |
| 5,326,104 | A | 7/1994 | Pease et al ........ 273/138 A |
| 5,332,219 | A | 7/1994 | Marnell, II et al. |
| 5,344,144 | A | 9/1994 | Canon ........ 273/138 A |
| 5,345,379 | A | 9/1994 | Brous et al ........ 364/146 |
| 5,351,970 | A | 10/1994 | Fioretti |
| 5,370,306 | A | 12/1994 | Schulze et al. ........ 273/138 A |
| 5,370,399 | A | 12/1994 | Liverance |
| 5,371,345 | A | 12/1994 | LeStrange et al ........ 235/380 |

| | | | |
|---|---|---|---|
| 5,398,932 | A | 3/1995 | Eberhardt et al |
| 5,401,024 | A | 3/1995 | Simunek |
| 5,410,590 | A | 4/1995 | Blood et al. |
| 5,429,361 | A | 7/1995 | Raven et al. ........ 273/138 A |
| 5,470,079 | A | 11/1995 | LeStrange et al ........ 273/138 A |
| 5,472,194 | A | 12/1995 | Breeding et al. |
| 5,473,144 | A | 12/1995 | Mathurin, Jr ........ 235/380 |
| 5,477,040 | A | 12/1995 | Lalonde ........ 235/380 |
| 5,488,411 | A | 1/1996 | Lewis |
| 5,494,287 | A | 2/1996 | Manz ........ 273/143 |
| 5,507,489 | A | 4/1996 | Reibel et al |
| 5,511,781 | A | 4/1996 | Wood et al |
| 5,524,888 | A | 6/1996 | Heidel |
| 5,533,727 | A | 7/1996 | DeMar ........ 463/23 |
| 5,536,016 | A | 7/1996 | Thompson ........ 273/269 |
| 5,542,669 | A | 8/1996 | Charron et al |
| 5,550,359 | A | 8/1996 | Bennett ........ 235/382 |
| 5,551,692 | A | 9/1996 | Pettit et al ........ 273/143 R |
| 5,559,312 | A | 9/1996 | Lucero ........ 235/380 |
| 5,564,700 | A | * 10/1996 | Celona ........ 463/27 |
| 5,577,959 | A | 11/1996 | Takemoto et al ........ 463/25 |
| 5,580,309 | A | 12/1996 | Piechowiak ........ 463/16 |
| 5,580,310 | A | 12/1996 | Orus et al ........ 463/16 |
| 5,586,936 | A | 12/1996 | Bennett ........ 463/25 |
| 5,586,937 | A | 12/1996 | Menashe |
| 5,603,659 | A | 2/1997 | Okada |
| 5,611,730 | A | 3/1997 | Weiss ........ 463/20 |
| 5,651,057 | A | 7/1997 | Blood et al. |
| 5,655,961 | A | 8/1997 | Acres et al ........ 463/27 |
| 5,668,950 | A | 9/1997 | Kikuchi ........ 395/200.47 |
| 5,674,128 | A | 10/1997 | Holch et al ........ 463/42 |
| 5,702,304 | A | 12/1997 | Acres et al ........ 463/29 |
| 5,722,891 | A | * 3/1998 | Inoue ........ 463/20 |
| 5,741,183 | A | 4/1998 | Acres et al ........ ... 463/42 |
| 5,743,523 | A | 4/1998 | Kelly et al ........ 273/138.1 |
| 5,752,882 | A | 5/1998 | Acres et al ........ .. 463/42 |
| 5,758,875 | A | 6/1998 | Giacalone, Jr ........ 273/143 R |
| 5,761,647 | A | 6/1998 | Boushy ........ 705/10 |
| 5,766,076 | A | * 6/1998 | Pease et al ........ 463/27 |
| 5,770,533 | A | 6/1998 | Franchi ........ 463/42 |
| 5,811,772 | A | 9/1998 | Lucero ........ 235/380 |
| 5,816,917 | A | 10/1998 | Kelmer et al ........ 463/16 |
| 5,816,918 | A | 10/1998 | Kelly et al ........ 463/16 |
| 5,820,459 | A | 10/1998 | Acres et al ........ 463/25 |
| 5,833,540 | A | 11/1998 | Miodunski et al ........ 463/42 |
| 5,839,956 | A | 11/1998 | Takemoto ........ 463/25 |
| 5,851,148 | A | * 12/1998 | Brune et al ........ 463/25 |
| 5,851,149 | A | * 12/1998 | Xidos et al ........ 463/42 |
| 5,854,542 | A | 12/1998 | Forbes ........ 315/291 |
| 5,902,983 | A | 5/1999 | Crevelt et al ........ 235/380 |
| 5,919,091 | A | 7/1999 | Bell et al ........ 463/25 |
| 6,012,982 | A | * 1/2000 | Piechowiak et al ........ 463/16 |
| 6,039,648 | A | * 3/2000 | Guinn et al ........ 463/16 |
| 6,048,269 | A | 4/2000 | Burns et al ........ 463/25 |
| 6,077,162 | A | * 6/2000 | Weiss ........ 463/26 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| AU | B 10488/92 | 7/1992 | |
| AU | B 13023/92 | 9/1992 | |
| AU | 2020986 | * 1/1993 | ........ 273/434 |
| AU | B 20986/92 | 1/1993 | |
| AU | 21618/95 | 1/1996 | |
| AU | A 48323/97 | 6/1998 | |
| GB | 2 151 054 A | 7/1985 | |
| GB | 2 211 975 A | 7/1989 | |
| WO | WO 94/12256 | 6/1994 | |
| WO | WO 95/22811 | 8/1995 | |
| WO | WO 95/30944 | 11/1995 | |
| WO | WO 98/35309 | 8/1998 | |
| WO | WO 98/40140 | 9/1998 | |

## OTHER PUBLICATIONS

Expert Report of Michael J Bennett Pursuant to Fed. R Civ p  26(A(2)(sic), Feb  1999 *

Expert Report of Michael J  Bennett Pursuant to Fed. R Civ p  26(A(2)(sic), Jul  1999 *

Expert Witness Report of Leroy A Prohofsky, Feb  1999 *

Expert Witness Report of Leroy A Prohofsky, Jun  1999 *

Supplement to Expert Witness Report of Leroy A Prohofsky, Jun  1999 *

Second Supplement to Expert Witness Report of Leroy A Prohofsky, Jun  1999 *

Rebuttal Statement by Expert Witness William K Bertram, Ph. D , Mar  1999 *

Rebuttal Statement by Expert Witness John F. Acres, Jul 1999 *

Rebuttal Statement by Expert Witness William K. Bertram, Ph D , Jul  1999 *

Expert Witness Report of R  Franklin Burnett, Jun  1999 *

Rebuttal Statement by Expert Witness Thomas F  Smegal, Jr , Jul  1999 *

R. Stäuble, MPL  4215 Interface, Oct  1991, pp. 1–16

BYTE, Hardware/Software Showcase, Dec  1992, p 308.

Inder S  Gopal and Adrian Segall, IEEE Transactions on Communications, "Dynamic Address Assignment in Broadcast Networks," Jan  1986, vol Com–34, No. 1, pp  32–37

Fred Swainston, A Systems Approach to Programmable Controllers, 1992, pp  ix–226

Casino Data Systems and Sunset Station Hotel & Casino's ("CDS") Motion for Summary Judgment of Invalidity of U S  Pat  No  5,752,882

CDS' Memorandum of Points and Authorities in Support of CDS' Motion for Summary Judgment of Invalidity of U S Pat. No. 5,752,882 Filed In Camera

CDS' Supplemental Brief Regarding CDS' First Motion for Summary Judgment of Invalidity

Casino Data Systems and Sunset Hotel & Casino's Evidence in Support of CDS' Motion for Summary Judgment of Invalidity and Opposition to Acres' Motion for Preliminary Injunction ("CDS Exhibits") [Filed In Camera—Subject to Protective Order], including Exhibit T, of Acres Gaming Incorporated Form SB–2 filed with the Securities and Exchange Commission on Sep  20, 1993

Acres' Response to the Proposed Findings of Fact of Casino Data Systems Regarding CDS' Motion for Summary Judgment of Invalidity

Acres Gaming, Inc 's Opposition to Casino Data Systems' and Sunset Station Hotel and Casino's Motion for Summary Judgment

Acres Gaming, Inc 's Supplement to its Opposition to Casino Data Systems' and Sunset Station Hotel and Casino's Motion for Summary Judgment

Acres Gaming, Inc 's Second Supplement to its Opposition to Casino Data Systems' and Sunset Station Hotel and Casino's Motion for Summary Judgment

Acres Gaming, Inc 's Third Supplement to its Opposition to Casino Data System s and Sunset Station Hotel and Casino's Motion for Summary Judgment

Expert Report of W  Alan Jorgensen Pursuant to Federal Rule of Civil Procedure 26(a)(2)

Expert Report of Samuel Wolff Pursuant to Federal Rule of Civil Procedure 26(a)(2)

Transcript of Motion for Summary Judgment of Invalidity of U.S. Pat. No  5,752,882 Before the Honorable Howard D McKibben on Jan  19, 1999

Deposition of Disclosure, Inc  and Exhibits.

Additional Exhibits to deposition of Disclosure, Inc

CDS' Third Motion and Memorandum of Points and Authorities in Support of CDS' Motion for Summary Judgment of Invalidity of U S  Pat  No  5,752,882 (On-Sale Bar)

Exhibits in Support of CDS' Third Motion and Memorandum of Points and Authorities in Support of CDS' Motion for Summary Judgment of Invalidity of U S  Pat  No  5,752,882 (On–Sale Bar).

Acres Gaming's Opposition to CDS' Third Motion for Summary Judgment of Invalidity of U S  Pat  No  5,752,882 (On–Sale Bar).

Deposition of Jose Vega Dated Jan  25, 1999 with Exhibit Nos  191, 193, 194, 195, 197, 198

CDS Motion and Memorandum of Points and Authorities in Support of CDS Motion for Summary Judgment of Invalidity of U S  Pat  No  5,752,882 (On–Sale Bar) [Filed Under Seal—Subject to Protective Order]

Proposed Findings of Facts in Support of CDS' Memorandum of Points and Authorities in Support of CDS' Third Motion for Summary Judgment of Invalidity of U S  Pat No. 5,752,882 (On–Sale Bar) [Filed Under Seal—Subject to Protective Order]

Exhibits in Support of CDS' Motion and Memorandum of Points and Authorities in Support of CDS' Motion for Summary Judgment of Invalidity of U S  Pat  No  5,752,882 (On–Sale Bar), with Affidavit of Gregory C  Schodde [Filed Under Seal—Subject to Protective Order]

Deposition of Derell M  Jones and Exhibits 618, 619 & 620

Deposition of John F  Acres and Exhibits 706 (color copies), 709 & 715

Acres' Responses to CDS' Proposed Findings of Fact Regarding CDS' Motion for Summary Judgment of Invalidity of U S  Pat  No  5,752,882 (On–Sale Bar) [Filed Under Seal—Subject to Protective Order]

CDS' Reply Memorandum in Support of CDS' Motion for Summary Judgment of Invalidity of U S  Pat  No  5,752,882 (On–Sale Bar) [Filed Under Seal—Subject to Protective Order]

Acres Gaming's Opposition to CDS' Motion for Summary Judgment of Invalidity of U S  Pat. No  5,752,882 (On–Sale Bar) [Filed Under Seal—Subject to Protective Order]

Acres' Responses to Proposed Findings of Fact of Casino Data Systems Regarding CDS' Motion for Summary Judgment of Invalidity of U S  Pat  No  5,836,817 (On–Sale Bar) [Filed Under Seal—Subject to Protective Order]

CDS' Reply Memorandum in Support of CDS' Motion for Summary Judgment of Invalidity of U S  Pat  No  5,836,817 (On–Sale Bar) [Filed Under Seal—Subject to Protective Order]

Proposed Findings of Fact in Support of CDS' Memorandum of Points and Authorities in Support of CDS' Third Motion for Summary Judgment of Invalidity of U S  Pat No  5,836,817 (On–Sale Bar) [Filed Under Seal—Subject to Protective Order].

CDS' Motion and Memorandum of Point and Authorities in Support of CDS' Motion for Summary Judgment of Invalidity of U S  Pat  No  5,836,817 (On–Sale Bar) [Filed Under Seal—Subject to Protective Order]

Acres Gaming's Opposition to CDS' Motion for Summary Judgment of Invalidity of U S  Pat. No  5,836,817 (On–Sale Bar) [Filed Under Seal—Subject to Protective Order]

## US RE38,812 E

Page 4

Exhibits in Support of CDS' Memorandum of Point and Authorities in Support of CDS' Motion for Summary Judgment of Invalidity of U.S. Pat. No. 5,836,817 (On–Sale Bar) [Filed Under Seal—Subject to Protective Order]

Jan 1993 Product Catalog (Mikohn)
1989 Mikohn Super Controller Manual

* cited by examiner



**Fig.1**



**Fig.2**



Fig.3



**Fig.4**



Fig.5



Fig.6

Case 1:06-cv-00282-SLR    Document 6-2    Filed 05/08/2006    Page 12 of 39



Fig.7A



Fig.7C

Fig.7B



Fig.8



**Fig.9**





Fig.12



Fig.13



Fig.14



Fig.15



Fig.16



Fig.17



Fig.18



Fig.19



Fig.20



Fig.21



Fig.22



Fig.23



408

START

NEW MSG
RECEIVED
FROM DCN?

416

NEW
MESSAGE

416

PROCESS DCN
INTERFACE

SAME
MESSAGE AS
LAST TIME

420

BUILD CARD STATUS
REPLY MESSAGE TO
DCN

422

SEND CARD STATUS
REPLY MESSAGE TO DCN

424

END

Fig.24



Fig.25



Fig.26



Fig.27



Fig.28



Fig.29



Fig.30



Fig.31



Fig.32



Fig.33



Fig.34