# EXHIBIT 4, PART 1

US006319125B1

(12) **United States Patent**

Acres

(10) Patent No.: **US 6,319,125 B1**

(45) Date of Patent: **\*Nov. 20, 2001**

(54) **METHOD APPARATUS FOR PROMOTING PLAY ON A NETWORK OF GAMING DEVICES**

(75) Inventor: **John Acres**, Corvallis, OR (US)

(73) Assignee: **Acres Gaming Incorporated**, Las Vegas, NV (US)

(\*) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 08/843,411

(22) Filed: **Apr. 15, 1997**

**Related U.S. Application Data**

(60) Continuation of application No. 08/465,915, filed on Jun. 6, 1995, now Pat. No. 5,752,882, which is a division of application No. 08/322,172, filed on Oct. 12, 1994, now Pat. No. 5,655,961.

(51) Int. Cl.$^7$ ........................................ **A63F 9/22**

(52) U.S. Cl. ................................. **463/25; 463/42**

(58) Field of Search ........................ 463/40–42, 25, 463/29

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,598,964 | 8/1971 | Dell et al. |
| 4,072,930 | 2/1978 | Lucero et al. |
| 4,230,265 | 10/1980 | Casaly |
| 4,258,838 | 3/1981 | Rockola et al. ......... 273/138 A |
| 4,283,709 | 8/1981 | Lucero et al. |
| 4,335,809 | 6/1982 | Wain |
| 4,467,424 | 8/1984 | Hedges et al. ......... 364/412 |
| 4,575,622 | 3/1986 | Pellegrini ......... 235/382 |

| | | |
|---|---|---|
| 4,624,459 | 11/1986 | Kaufman ......... 273/143 R |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AUX | 11/1984 | (AU) |
| 53370/89 | 8/1986 | (AU) |
| 589158 | 10/1989 | (AU) |
| 71194/91 | 8/1991 | (AU) |
| 10488/92 | 7/1992 | (AU) |
| 20209/86 | 1/1993 | (AU) |
| 20986/92 | 1/1993 | (AU) |
| 633469 | 1/1993 | (AU) |
| 649009 | 5/1994 | (AU) |
| 21618/95 | 1/1996 | (AU) |
| 48323/97 | 6/1998 | (AU) |
| 2211975 | 7/1993 | (GB) |
| WO 94/12256 | 6/1994 | (WO) |
| WO 95/22811 | 8/1995 | (WO) |
| WO 98/35309 | 8/1998 | (WO) |
| WO 98/40140 | 9/1998 | (WO) |

OTHER PUBLICATIONS

Report & Recommendation (Findings of Fact & Conclusions of Law Re. Claim Construction), May 2000

(List continued on next page.)

*Primary Examiner*—Michael O'Neill
*Assistant Examiner*—John M. Hotaling, II
(74) *Attorney, Agent, or Firm*—Marger Johnson & McCollom, PC

(57) **ABSTRACT**

A method and apparatus for controlling a bonusing promotion system using a bonus server interconnected to a plurality of gaming devices is described A percentage of a wager played on each gaming device is accumulated into a bonus pool stored on the bonus server. The bonus pool is compared to a threshold value stored on the bonus server each time the bonus pool changes. One of the gaming devices is selected when the threshold value is substantially met. A bonus prize funded by the bonus pool is awarded to the selected gaming device.

**22 Claims, 31 Drawing Sheets**



**US 6,319,125 B1**
Page 2

## U S PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,636,951 | 1/1987 | Harlick | 364/412 |
| 4,652,998 | 3/1987 | Koza et al | 364/412 |
| 4,669,596 | 6/1987 | Capers et al | 194/210 |
| 4,669,730 | 6/1987 | Small | 273/138 |
| 4,679,143 | 7/1987 | Hagiwara | |
| 4,760,247 | 7/1988 | Keane et al | 235/454 |
| 4,764,666 | 8/1988 | Bergeron | 235/380 |
| 4,775,937 | 10/1988 | Bell | 273/138 A |
| 4,805,907 | 2/1989 | Hagiwara | |
| 4,815,741 | 3/1989 | Small | 273/138 A |
| 4,837,728 | 6/1989 | Barrie et al | |
| 4,839,640 | 6/1989 | Ozer et al | |
| 4,856,787 | 8/1989 | Itkis | |
| 4,880,237 | 11/1989 | Kishishita | 273/138 A |
| 4,882,473 | 11/1989 | Bergeron et al | 235/380 |
| 4,926,996 | 5/1990 | Eglise et al | 194/212 |
| 4,964,638 | 10/1990 | Ishida | |
| 4,991,848 | 2/1991 | Greenwood et al | 273/143 R |
| 5,038,022 | 8/1991 | Lucero | 235/380 |
| 5,042,810 | 8/1991 | Williams | |
| 5,096,195 | 3/1992 | Gimmon | 273/138 A |
| 5,103,081 | 4/1992 | Fisher et al | 235/464 |
| 5,116,055 | 5/1992 | Tracy | |
| 5,123,649 | 6/1992 | Tiberio | |
| 5,135,224 | 8/1992 | Yamamoto et al | 273/143 R |
| 5,159,549 | 10/1992 | Hallman, Jr et al | 364/412 |
| 5,179,517 | 1/1993 | Sarbin et al | 364/410 |
| 5,197,094 | 3/1993 | Tillery et al | 379/91 |
| 5,217,224 | 6/1993 | Sincock | 273/460 |
| 5,249,800 | 10/1993 | Hilgendorf et al | |
| 5,257,179 | 10/1993 | DeMar | |
| 5,265,874 | 11/1993 | Dickinson et al | 273/138 A |
| 5,280,909 | 1/1994 | Tracy | |
| 5,286,023 | 2/1994 | Wood | |
| 5,287,269 | 2/1994 | Dorrough et al | 364/408 |
| 5,292,127 | 3/1994 | Kelly et al | 273/138 R |
| 5,321,241 | 6/1994 | Craine | |
| 5,326,104 * | 7/1994 | Pease et al | 273/138 |
| 5,344,144 | 9/1994 | Canon | |
| 5,345,379 | 9/1994 | Brous et al | |
| 5,370,306 | 12/1994 | Schulze et al | 273/138 A |
| 5,371,345 | 12/1994 | LeStrange et al | 235/380 |
| 5,429,361 | 7/1995 | Raven et al | |
| 5,470,079 * | 11/1995 | LeStrange et al | 273/138 |
| 5,472,194 | 12/1995 | Breeding et al | |
| 5,473,144 | 12/1995 | Mathurin, Jr | 235/380 |
| 5,477,040 | 12/1995 | Lalonde | 235/380 |
| 5,494,287 | 2/1996 | Manz | 273/143 |
| 5,533,727 | 7/1996 | DeMar | 463/23 |
| 5,536,016 | 7/1996 | Thompson | |
| 5,550,359 | 8/1996 | Bennett | 235/382 |
| 5,551,692 | 9/1996 | Pettitt et al | 273/143 R |

| | | | |
|---|---|---|---|
| 5,559,312 | 9/1996 | Lucero | 235/380 |
| 5,577,959 | 11/1996 | Takemoto et al | 463/25 |
| 5,580,309 | 12/1996 | Piechowiak | 463/16 |
| 5,580,310 | 12/1996 | Orus et al | 463/16 |
| 5,586,936 | 12/1996 | Bennett | 463/25 |
| 5,586,937 | 12/1996 | Menashe | 463/41 |
| 5,611,730 | 3/1997 | Weiss | |
| 5,655,961 | 8/1997 | Acres et al | |
| 5,674,128 * | 10/1997 | Holch et al | 463/42 |
| 5,702,304 | 12/1997 | Acres et al | |
| 5,741,183 | 4/1998 | Acres et al | |
| 5,743,523 * | 4/1998 | Kelly et al | 273/138 |
| 5,752,882 | 5/1998 | Acres et al | |
| 5,758,875 | 6/1998 | Giacalone, Jr | 273/143 R |
| 5,761,647 | 6/1998 | Boushy | 705/10 |
| 5,770,533 | 6/1998 | Franchi | 463/42 |
| 5,811,772 | 9/1998 | Lucero | 235/380 |
| 5,816,917 | 10/1998 | Kelmer et al | 463/16 |
| 5,816,918 * | 10/1998 | Kelly et al | 463/16 |
| 5,820,459 | 10/1998 | Acres et al | |
| 5,833,540 * | 11/1998 | Miodunski et al | 463/42 |
| 5,836,817 | 11/1998 | Acres et al | |
| 5,839,956 * | 11/1998 | Takemoto | 469/29 |
| 5,854,542 | 12/1998 | Forbes | 315/291 |
| 5,902,983 | 5/1999 | Crevelt et al | 235/380 |
| 5,919,091 | 7/1999 | Bell et al | 463/25 |
| 6,048,269 | 4/2000 | Burns et al | 463/25 |

## OTHER PUBLICATIONS

Expert Report of Michael J Bennett Pursuant to Fed R Civ p 26(A)(2), (sic), February 1999
Expert Report of Michael J Bennett Pursuant to Fed R Civ p 26(A)(2), July 1999
Expert Witness Report of Leroy A Prohofsky, February 1999
Expert Witness Report of Leroy A Prohofsky, June 1999
Supplement to Expert Witness Reports of Leroy A Prohofsky, June 1999
Second Supplement to Expert Witness Reports of Leroy A Prohofsky, September 1999
Rebuttal Statement by Expert Witness William K Bertram, Ph D, March 1999
Rebuttal Statement by Expert Witness John F Acres, July 1999
Rebuttal Statement by Expert Witness William K Bertram, Ph D, July 1999
Expert Witness Report of R Franklin Burnett, June 1999
Rebuttal Statement by Expert Witness Thomas F Smegal, Jr, July 1999

* cited by examiner

Fig. 1



Fig. 2A

| CROWN CONFIGURATION WORKSTATION-[LOGON1] | – □ ✕ |
|---|---|
| File  Configure  View  Help  Window  LOGIN | – □ ✕ |

Ready

## Fig. 2B

| CROWN CONFIGURATION WORKSTATION-[LOGON1] | ─ □ ☒ |
|---|---|

| File  Configure  View  Help  Window  LOGIN | ─ □ ☒ |

USER LOGIN / PASSWORD VERIFICATION  ☒

┌─ CROWN CASINO ──────────────
NAME        [              ]        ┌─────────┐
                                    │   OK    │
PASSWORD    [              ]        └─────────┘
┌─ VCGA ───────────                 ┌─────────┐
NAME        [              ]        │ CANCEL  │
                                    └─────────┘
PASSWORD    [              ]

Ready

## Fig. 2D

| CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1] | ─ □ ☒ |
|---|---|

| File  Configure  View  Help  Window  LOGOUT | ─ □ ☒ |

ABOUT CONFIGURATION WORKSTATION        ☒

┌──────┐  CROWN CASINO CONFIGURATION WORKSTATION
│      │  VERSION 1.04
│      │  COPYRIGHT©1996 ACRES GAMING
└──────┘  ALL RIGHTS RESERVED

                                    ┌─────────┐
                                    │   OK    │
                                    └─────────┘

Ready

Fig. 2C

CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1]

File  Configure  View  Help  Window  LOGOUT

CHOOSE BONUS TO EDIT OR CREATE:

BONUS INFORMATION

BONUS TYPE

PROGRESSIVE

DEFINED BONUSES    AVAILABLE SERVERS

NUMBERS OF POOL DEFINED

EDIT PARAMETERS

EDIT JACKPOT VALUES

ADD NEW POOL

DELETE POOL

CREATE NEW BONUS

REFRESH SERVER LIST

CANCEL

LOAD FROM DISK

Ready

## Fig. 2E

| CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1] | — | ▢ | ☒ |

File  Configure  View  Help  Window  LOGOUT     — ▢ ☒

CHOOSE LOG FILE TO OPEN     ? ☒

LOOK IN: 📁FEBRUARY     ▼ 🖭 🗋 ▤ ▦

📄FEB 13.LOG

FILE NAME: FEB 13.LOG     OPEN

FILES OF TYPE: CONFIGURATION LOG FILES (*.LOG) ▼     CANCEL

CONFIGURATION LOG FILES (*.LOG)

Ready

## Fig. 2F

| CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1] | — | ▢ | ☒ |

File  Configure  View  Help  Window  LOGOUT     — ▢ ☒

MASTER USER LIST     ☒

| USER NAME | USER TYPE | |
|-----------|-----------|---|
| JOE HART | CROWN | EDIT |
| JOHN ACRES | VCGA | NEW |
| | | DELETE |
| | | CHANGE PASSWORD |
| | | DONE |

Ready

Fig. 2G

CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1]

File  Configure  View  Help  Window  LOGOUT

USER CONFIGURATION SCREEN

┌─ USER INFORMATION ─────────────────────────

FIRST NAME:  JOE

LAST NAME:  HART

PASSWORD:  ***

USER TYPE:  ⦿ CROWN CASINO PERSONNEL
           ○ VCGA PERSONNEL

┌─ USER ACCESS RIGHTS ───────────────────────

☑ USER CONFIGURATION            ☑ BANK CONTROLLER ID / NAME TABLE
☑ BONUS CONFIGURATION           ☑ CANCEL / RESET ACTIVE JACKPOTS
☑ GROUP CONFIGURATION           ☑ SOFTWARE SIGNATURE OVERRIDE
☑ UPDATE EXECUTABLES            ☑ VIEW / PRINT LOG FILES
☑ DISPLAY MESSAGE CONFIGURATION ☑ VIEW CONFIGURATION PARAMETERS

OK

CANCEL

Ready

## Fig. 2H

CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON⊞─□☒

File  Configure  View  Help  Window  LOGOUT    ─□☒

BANK CONTROLLER ID / DESCRIPTION TABLE    ☒

BCID ID NUMBER                                    OK

123            SOUTH END FLOOR                 CANCEL

BCID ID NUMBER: 234

DESCRIPTION:    NORTH END FLOOR

ADD RECORD

Ready

## Fig. 2I

CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1]─□☒

File  Configure  View  Help  Window  LOGOUT    ─□☒

MANAGE GROUPS    ☒

DEFINED GROUPS    ITEMS IN GROUP    GROUP TYPE
                  FLOOR LOCATION    ⦿ BONUS
                                    ○ DISPLAY
ENTER THE NAME OF THE GROUP ☒       ○ SOUND

GROUP NAMES: GROUP1

OK                      OK    CANCEL

0 GROUP(S)        ADD ITEMS(S) TO GROUP

CREATE NEW GROUP    DELETE ITEMS(S)
                    FROM GROUP

Ready

## Fig. 2J

CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1]  — ▢ ✕

File | Configure | View  Help  Window  LOGOUT    — ▢ ✕

MESSAGE EDITOR

BONUS INFORMATION
GROUP INFORMATION
BAND CONTROLLER ID / NAME TABLE

USER INFORMATION

Ready

## Fig. 2K

CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1]  — ▢ ✕

File  Configure  View  Help  Window  LOGOUT    — ▢ ✕

MYSTERY BONUS SETUP FOR MYSTER: (PAGE 1 OF 6)

┌─ MYSTERY BONUS SETTINGS ──────────────
POOL NAME:                MYSTERY1
LUCKY NUMBER MIN:         2000
LUCKY NUMBER MAX:         5500
CURRENT INCREMENT %:      50
HIDDEN POOL AMOUNT:       500    HIDDEN INCREMENT %:  10
BONUS TYPE:               MEMBER BONUS  ▼

┌─ COMMUNICATION TIMEOUT/ACTION ──────────
◉ DO NOTHING                MESSAGE TO DISPLAY
○ DISPLAY MESSAGE AND CONTINUE
○ DISPLAY MESSAGE AND LOCK MACHINE

        <BACK     NEXT>     CANCEL

Ready

## Fig. 2L

CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1] — □ ☒

File  Configure  View  Help  Window  LOGOUT    — □ ☒

MYSTERY BONUS SETUP FOR MYSTER: (PAGE 2 OF 6)

MYSTERY FLOOR
LOCATION GROUPS LIST

A0102G~1
SHELLY~1

ADD

REMOVE

FLOOR LOCATIONS
IN BONUS

A0102
A0103

2 MACHINES IN BONUS

<BACK    NEXT>    CANCEL

Ready

## Fig. 2M

CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1] — □ ☒

File  Configure  View  Help  Window  LOGOUT    — □ ☒

MYSTERY BONUS SETUP FOR MYSTER: (PAGE 4 OF 6)

☑ ENABLE CONSOLATION PRIZE
CONSOLATION PRIZE SETTINGS

BASE CONSOLATION $: 100      ☑ ELIGIBILITY REQUIRED
MEMBER CARD AWARD (%): 200    ☑ ENABLE FLASHING FLUORESCENT
NUMBER CARD AWARD (%): 100        DURATION: 0
UNCARDED AWARD(%): 50        ☐ BONUS BUTTON PRESS REQUIRED
                                TIME LIMIT:
                            ☐ CONSOLATION ABI TONE
                                ABI TONE:
                                REPEAT:

<BACK    NEXT>    CANCEL

Ready

Fig. 2N

CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1]

File  Configure  View  Help  Window  LOGOUT

MYSTERY BONUS SETUP FOR MYSTER: (PAGE 5 OF 6)

SOUND GROUP:  <NONE>  ▶

ANTICIPATION SOUND
☐ ENABLE ANTICIPATION SOUND
COUNTS PRIOR TO WIN:  [0]
CD SEQUENCE NUMBER:  [0]
REPEAT:  [0]    DURATION:  [0]    VOLUME:  [0]

CELEBRATION SOUND
☐ ENABLE CELEBRATION SOUND
CD SEQUENCE NUMBER:  [0]
REPEAT:  [0]    DURATION:  [0]    VOLUME:  [0]

<BACK    NEXT>    CANCEL

Ready

Fig. 3





Fig. 4

328
DETERMINE ELIGIBILITY

340
WAGER WITHIN LAST 10 SEC ? — YES
NO

342
LEGIT DELAY ? — YES

343
CASH OUT PRESSED ? — NO

341
ELIGIBLE

YES

344
LOST ELIGIBILITY

NO

345
WAGER WITHIN LAST 30 SEC ? — YES

NO

346
GAME INACTIVE

RETURN

359 CONFIGURATION STATION

351 BONUS SERVER

352 CONCENTRATOR

353 TRANSLATOR

354 DACOM

357 OVERHEAD DISPLAY

BANK CONTROLLER

356 MCI

355

358 MUSIC SYSTEM

350

Fig. 5



Fig. 6



Fig. 7



Fig. 8A



Fig. 8B

Fig. 9A



Fig. 9B



Fig. 9C

Fig. 11



Fig. 10





Fig. 19

Fig. 20



Fig. 21

Fig. 22

Fig. 23



Fig. 24



Fig. 26

Fig. 25

Fig. 27





Fig. 28

Fig. 31



Fig. 32



*Fig. 33*



*Fig. 34*





Fig. 35



Fig. 38



Fig. 37



Fig. 36

Fig. 39





Fig. 40

MCM  —376

INITIALIZE POOL
PERCENTAGES
AND READ CURRENT
METER VALUE  —441

WAIT FOR
EVENT  —442

MESSAGE
QUEUE EVENT
?  —443

NO

YES

READ MESSAGE
QUEUE  —444

DISPATCH PROCESS
EVENT TO UPDATE
POOL VALUES  —445

Fig. 41A



UPDATE
POOL VALUES — 445

FIRST
TIME UP
? — 450

YES

SET SEQUENCE
NUMBER TO NEXT
SET OF METERS — 451

NO

SEQUENCE
NUMBER CHANGE
? — 452

NO

YES

SAVE A COPY OF
OLD POOL VALUES
BEFORE UPDATING
POOLS WITH NEW
METER INCREMENTS — 453

RESET SEQUENCE
NUMBER TO
NO CHANGE — 454

SEQUENCE
NUMBER NOT
CHANGED
? — 455

NO

YES

ALL
METERS SELECTED
? — 456

YES

RETURN

NO

TO FIG. 41B

# Fig. 41B



FROM FIG. 41A

SELECT A METER —457

CALCULATE DELTA FOR METER INCREASE TO DETERMINE AMOUNT(S) TO ADD TO POOL(S) —458

NON-ZERO DELTA ? —459  NO  YES

UPDATE EACH POOL VALUE THIS MACHINE CONTRIBUTES TO BY SELECTING A POOL FROM BONUS METER TABLE —460

DEPENDING ON MACHINE STATUS, UPDATE CURRENT OR HIDDEN POOL —461

ALL POOLS UPDATED ? —462  NO  YES