# EXHIBIT 6, PART 1

US006431983B2

(12) **United States Patent**
Acres

(10) Patent No.: **US 6,431,983 B2**
(45) Date of Patent: **\*Aug. 13, 2002**

(54) **METHOD FOR PROVIDING INCENTIVE TO PLAY GAMING DEVICES CONNECTED BY A NETWORK TO A HOST COMPUTER**

(75) Inventor: **John Acres**, Corvallis, OR (US)

(73) Assignee: **Acres Gaming, Inc.**, Las Vegas, NV (US)

(\*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: 09/832,425

(22) Filed: **Apr. 10, 2001**

**Related U.S. Application Data**

(63) Continuation of application No. 08/672,217, filed on Jun 25, 1996, now Pat. No. 6,244,958

(51) Int. Cl.[7] .................................. A63F 9/22
(52) U.S. Cl. .................. 463/25; 463/16; 463/42
(58) Field of Search ................. 463/16, 25, 42

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,598,964 A | 8/1971 | Dell | 235/61.6 |
| 4,072,930 A | 2/1978 | Lucero et al | 340/152 T |
| 4,230,265 A | 10/1980 | Casaly | 235/455 |
| 4,258,838 A | 3/1981 | Rockola et al | 194/1 R |
| 4,283,709 A | 8/1981 | Lucero et al | 340/147 R |
| 4,335,809 A | 6/1982 | Wain | 194/1 R |
| 4,467,424 A | 8/1984 | Hedges et al | 364/412 |
| 4,575,622 A | \* 3/1986 | Pellegrini | 463/25 |
| 4,624,459 A | 11/1986 | Kaufman | 273/143 R |
| 4,636,951 A | \* 1/1987 | Harlick | 463/25 |
| 4,652,998 A | 3/1987 | Koza et al | 364/412 |
| 4,669,596 A | 6/1987 | Capers et al | 194/210 |
| 4,669,730 A | 6/1987 | Small | 273/138 A |
| 4,679,143 A | 7/1987 | Hagiwara | 364/412 |
| 4,760,247 A | 7/1988 | Keane et al | 235/454 |
| 4,764,666 A | 8/1988 | Bergeron | 235/380 |
| 4,775,937 A | 10/1988 | Bell | 364/412 |
| 4,805,907 A | 2/1989 | Hagiwara | 273/138 A |
| 4,815,741 A | 3/1989 | Small | 273/138 A |
| 4,837,728 A | 6/1989 | Barrie et al | 364/412 |
| 4,839,640 A | 6/1989 | Ozer et al | 340/825.31 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | B-27572/84 | 11/1984 |
| AU | B-53370/86 | 10/1989 |
| AU | B-20986/62 | 1/1993 |
| AU | B-104488/92 | 3/1994 |
| AU | B-71194/91 | 5/1994 |
| AU | A-21618/95 | 1/1996 |
| AU | A-48323/97 | 6/1998 |
| GB | 2 211 975 A | 7/1989 |
| WO | WO 94/12256 | 6/1994 |
| WO | WO 95/22811 | 8/1995 |
| WO | WO 98/35309 | 8/1998 |
| WO | WO 98/40140 | 9/1998 |

*Primary Examiner*—Valencia Martin-Wallace
*Assistant Examiner*—Carmen D. White
(74) *Attorney, Agent, or Firm*—Marger Johnson & McCollom, PC

(57) **ABSTRACT**

A method for providing incentive to players of networked slot machines includes a card reader associated with each machine and a card associated with each player. A player account accessible by a host computer on the network is created which associates the player's card with the account. A predetermined credit is applied to the player's account. In a complementary incentive, credit from the player's account is applied to the coin-in meter of a slot machine responsive to insertion of the player card into a card reader associated with the machine. In a matching incentive also implemented by the present invention, each time the player inserts a coin into the slot machine, an equal credit is debited from the player's account and applied to the coin-in meter of the machine. In both cases, the credit can only be used by the player to play the machines and cannot be cashed out

**27 Claims, 34 Drawing Sheets**



## US 6,431,983 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,856,787 A | 8/1989 | Itkis | 273/237 |
| 4,880,237 A | * 11/1989 | Kishishita | 463/25 |
| 4,882,473 A | 11/1989 | Bergeron et al | 235/380 |
| 4,926,996 A | 5/1990 | Eglise et al | 194/212 |
| 4,964,638 A | 10/1990 | Ishida | 273/138 A |
| 4,991,848 A | 2/1991 | Greenwood et al | 273/143 R |
| 5,038,022 A | 8/1991 | Lucero | 235/380 |
| 5,042,810 A | 8/1991 | Williams | 273/142 |
| 5,096,195 A | 3/1992 | Gimmon | 273/138 A |
| 5,103,081 A | 4/1992 | Fisher et al | 235/464 |
| 5,116,055 A | 5/1992 | Tracy | 273/138 A |
| 5,123,649 A | 6/1992 | Tiberio | 273/143 R |
| 5,135,224 A | * 8/1992 | Yamamoto et al | 273/143 R |
| 5,159,549 A | * 10/1992 | Hallman, Jr et al | 463/42 |
| 5,179,517 A | * 1/1993 | Sarbin et al | 463/25 |
| 5,197,094 A | * 3/1993 | Tillery et al | 379/91 |
| 5,217,224 A | 6/1993 | Sincock | |
| 5,249,800 A | 10/1993 | Hilgendorf et al | 273/138 A |
| 5,257,179 A | 10/1993 | DeMar | 364/410 |
| 5,265,874 A | * 11/1993 | Dickinson et al | 463/42 |
| 5,280,909 A | 1/1994 | Tracy | 273/138 A |
| 5,286,023 A | 2/1994 | Wood | 273/138 A |
| 5,287,269 A | * 2/1994 | Dorrough et al | 463/25 |
| 5,290,033 A | * 3/1994 | Bittner et al | 273/138 A |
| 5,292,127 A | 3/1994 | Kelly et al | 273/138 R |
| 5,321,241 A | * 6/1994 | Craine | 463/25 |
| 5,326,104 A | 7/1994 | Pease et al | 273/138 A |
| 5,344,144 A | 9/1994 | Canon | 273/138 A |
| 5,345,379 A | 9/1994 | Brous et al | 364/146 |
| 5,370,306 A | 12/1994 | Schulze et al | 273/138 A |
| 5,371,345 A | 12/1994 | LeStrange et al | 235/380 |
| 5,429,361 A | * 7/1995 | Raven et al | 463/29 |
| 5,470,079 A | * 11/1995 | LeStrange et al | 463/42 |
| 5,472,194 A | * 12/1995 | Breeding et al | 463/29 |
| 5,473,144 A | 12/1995 | Mathurin, Jr | 235/380 |
| 5,477,040 A | 12/1995 | Lalonde | 235/380 |
| 5,494,287 A | 2/1996 | Manz | 273/143 |
| 5,533,727 A | 7/1996 | DeMar | 463/23 |
| 5,536,016 A | 7/1996 | Thompson | 273/269 |
| 5,550,359 A | 8/1996 | Bennett | |
| 5,551,692 A | 9/1996 | Pettit et al | |
| 5,559,312 A | * 9/1996 | Lucero | 463/25 |
| 5,577,959 A | * 11/1996 | Takemoto et al | 463/25 |
| 5,580,309 A | 12/1996 | Piechowiak | 463/16 |
| 5,580,310 A | 12/1996 | Orus et al | 763/16 |
| 5,586,936 A | 12/1996 | Bennett | 463/25 |
| 5,586,937 A | 12/1996 | Menashe | 463/41 |
| 5,611,730 A | 3/1997 | Weiss | 463/20 |
| 5,655,961 A | 8/1997 | Acres et al | 463/27 |
| 5,674,128 A | 10/1997 | Holch et al | 463/42 |
| 5,702,304 A | 12/1997 | Acres et al | 463/29 |
| 5,741,183 A | 4/1998 | Acres et al | 463/42 |
| 5,743,523 A | 4/1998 | Kelly et al | 273/138.1 |
| 5,752,882 A | 5/1998 | Acres et al | 463/42 |
| 5,758,875 A | 6/1998 | Giacalone, Jr | 273/143 R |
| 5,761,647 A | * 6/1998 | Boushy | 705/10 |
| 5,770,533 A | * 6/1998 | Franchi | 463/25 |
| 5,811,772 A | 9/1998 | Lucero | 235/380 |
| 5,816,917 A | 10/1998 | Kelmer et al | 463/16 |
| 5,816,918 A | 10/1998 | Kelly et al | 463/16 |
| 5,820,459 A | 10/1998 | Acres et al | 463/25 |
| 5,833,540 A | 11/1998 | Miodunski et al | 463/42 |
| 5,836,817 A | 11/1998 | Acres et al | 463/26 |
| 5,839,956 A | 11/1998 | Takemoto | 463/25 |
| 5,854,542 A | 12/1998 | Forbes | 315/291 |
| 5,902,983 A | 5/1999 | Crevelt et al | 235/380 |
| 5,919,091 A | 7/1999 | Bell et al | 463/25 |
| 6,048,269 A | 4/2000 | Burns et al | 462/25 |
| 6,244,958 B1 | 6/2001 | Acres | |

* cited by examiner



Fig.1



Fig.2



Fig.3



Fig.4



Fig.5



Fig.6



Fig.7A





Fig.8



Fig.9





Fig.12



Fig.13



Fig.14



Fig.15



Fig.16



Fig.17



Fig.18



Fig.19



Fig.20



Fig.21



Fig.22



Fig.23



408

START

NEW MSG RECEIVED FROM DCN?

416

NEW MESSAGE

416

PROCESS DCN INTERFACE

SAME MESSAGE AS LAST TIME

420

BUILD CARD STATUS REPLY MESSAGE TO DCN

422

SEND CARD STATUS REPLY MESSAGE TO DCN

424

END

Fig.24



Fig.25



Fig.26



Fig.27



Fig.28

START

472

480  SEND MESSAGES IN
OUTPUT QUEUE TO DCN

482  RECEIVE INCOMING
MESSAGES FROM DCN

Fig.29

484  GET INPUT
MESSAGE DATA

486  MESSAGE
COMPLETE?  NO

YES

488  HANDLE MESSAGE

492

490  RESPONSE
PENDING?  YES    QUEUE UP
OUTGOING MESSAGE

NO

END



Fig.30



Fig.31



Fig.32



Fig.33



Fig.34