# EXHIBIT 8, PART 1

US006565434B1

(12) **United States Patent**　　　　(10) Patent No.: **US 6,565,434 B1**

Acres　　　　　　　　　　　　　　　　(45) Date of Patent: **\*May 20, 2003**

(54) **METHOD AND APPARATUS FOR PROMOTING PLAY ON A NETWORK OF GAMING DEVICES**

(75) Inventor: **John Acres**, Corvallis, OR (US)

(73) Assignee: **Acres Gaming, Inc.**, Las Vegas, NV (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/425,544**

(22) Filed: **Oct. 22, 1999**

**Related U.S. Application Data**

(62) Division of application No. 08/843,411, filed on Apr. 15, 1997, now Pat. No. 6,319,125, which is a continuation of application No. 08/465,915, filed on Jun. 6, 1995, now Pat. No. 5,752,882, which is a division of application No. 08/322,172, filed on Oct. 12, 1994, now Pat. No. 5,655,961.

(51) Int. Cl.[7] ............................................ **A63F 13/00**

(52) U.S. Cl. ...................... **463/25**; 463/27; 463/42

(58) Field of Search ........................ 463/1, 16–20, 463/25–28

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,598,964 A | 8/1971 | Dell et al. | 235/382 |
| 3,659,284 A | 4/1972 | Rusch | 340/324 A |
| 3,796,433 A | 3/1974 | Fraley et al. | 273/138 A |
| 3,819,186 A | 6/1974 | Hinterstocker | 273/138 A |
| 4,072,930 A | 2/1978 | Lucero et al. | 340/152 T |
| 4,230,265 A | 10/1980 | Casaly | 273/138 A |
| 4,258,838 A | 3/1981 | Rockola et al. | 194/1 R |
| 4,283,709 A | 8/1981 | Lucero et al. | 340/147 R |
| 4,335,809 A | 6/1982 | Wain | 194/1 R |
| 4,409,656 A | 10/1983 | Anderson | 364/200 |
| 4,467,424 A | 8/1984 | Hedges et al. | 364/412 |
| 4,575,622 A | 3/1986 | Pellegrini | 235/382 |
| 4,582,324 A | 4/1986 | Koza et al. | |
| 4,624,459 A | 11/1986 | Kaufman | 273/143 R |
| 4,636,951 A | 1/1987 | Harlick | 364/412 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | B 27572/84 | 11/1984 |
| AU | B 53370/86 | 8/1986 |
| AU | 589158 | 10/1989 |

(List continued on next page.)

OTHER PUBLICATIONS

Report & Recommendation (Findings of Fact & Conclusions of Law Re: Claim Construction), May 2000
Expert Report of Michael J. Bennett Pursuant to Fed. R. Civ. P. 26(A(2)(sic), Feb. 1999

(List continued on next page.)

Primary Examiner—Michael O'Neil
Assistant Examiner—John M. Hotaling, II
(74) Attorney, Agent, or Firm—Marger & Johnson & McCollom, P.C.

(57) **ABSTRACT**

A method and apparatus for controlling a bonusing promotion system using a bonus server interconnected to a plurality of gaming devices is described. A percentage of a wager played on each gaming device is accumulated into a bonus pool stored on the bonus server. The bonus pool is compared to a threshold value stored on the bonus server each time the bonus pool changes. One of the gaming devices is selected when the threshold value is substantially met. A bonus prize funded by the bonus pool is awarded to the selected gaming device.

**40 Claims, 31 Drawing Sheets**

  

# US 6,565,434 B1
Page 2

## U S PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,652,998 A | 3/1987 | Koza et al | 364/412 |
| 4,669,596 A | 6/1987 | Capers et al | 194/210 |
| 4,669,730 A | 6/1987 | Small | 273/138 |
| 4,679,143 A | 7/1987 | Hagiwara | 364/412 |
| 4,760,247 A | 7/1988 | Keane et al | 235/454 |
| 4,760,527 A | 7/1988 | Sidley | 364/412 |
| 4,764,666 A | 8/1988 | Bergeron | 235/380 |
| 4,775,937 A | 10/1988 | Bell | 364/412 |
| 4,805,907 A | 2/1989 | Hagiwara | 273/138 |
| 4,815,741 A | 3/1989 | Small | 273/138 A |
| 4,837,728 A | 6/1989 | Barrie et al | 364/412 |
| 4,839,640 A | 6/1989 | Ozer et al | 340/825 34 |
| 4,844,464 A | 7/1989 | Berge | 273/138 A |
| 4,856,787 A | 8/1989 | Itkis | 273/237 |
| 4,880,237 A | 11/1989 | Kishishita | 273/138 A |
| 4,882,473 A | 11/1989 | Bergeron et al | 235/380 |
| 4,922,420 A | 5/1990 | Nakagawa et al |  |
| 4,926,327 A | 5/1990 | Sidley | 364/412 |
| 4,926,996 A | 5/1990 | Eglise et al |  |
| 4,948,138 A | 8/1990 | Pease et al |  |
| 4,964,638 A | 10/1990 | Ishida | 273/138 A |
| 4,991,848 A | 2/1991 | Greenwood et al | 273/143 R |
| 5,007,649 A | 4/1991 | Richardson | 273/237 |
| 5,016,880 A | 5/1991 | Berge |  |
| 5,038,022 A | 8/1991 | Lucero | 235/380 |
| 5,042,810 A | 8/1991 | Williams | 273/142 |
| 5,043,887 A | 8/1991 | Richardson |  |
| 5,072,381 A | 12/1991 | Richardson et al |  |
| 5,078,405 A | 1/1992 | Jones | 273/309 |
| 5,096,195 A | 3/1992 | Gimmon | 273/138 A |
| 5,103,081 A | 4/1992 | Fisher et al | 235/464 |
| 5,116,055 A | 5/1992 | Tracy | 273/138 A |
| 5,123,649 A | 6/1992 | Tiberio | 273/143 R |
| 5,129,652 A | 7/1992 | Wilkinson | 273/139 |
| 5,135,224 A | 8/1992 | Yamamoto et al | 273/143 R |
| 5,159,549 A | 10/1992 | Hallman, Jr et al |  |
| 5,179,517 A | 1/1993 | Sarbin et al | 364/410 |
| 5,197,094 A | 3/1993 | Tillery et al | 379/91 |
| 5,216,613 A | 6/1993 | Head, III | 369/275 2 |
| 5,217,224 A | 6/1993 | Sincock | 273/138 A |
| 5,224,706 A | 7/1993 | Bridgeman et al |  |
| 5,242,163 A | 9/1993 | Fulton | 273/85 CP |
| 5,249,800 A | 10/1993 | Hilgendorf et al | 273/138 A |
| 5,257,179 A | 10/1993 | DeMar | 364/410 |
| 5,265,874 A | 11/1993 | Dickinson et al | 273/138 A |
| 5,275,400 A * | 1/1994 | Weingardt et al | 463/27 |
| 5,280,909 A | 1/1994 | Tracy | 273/138 A |
| 5,286,023 A | 2/1994 | Wood | 273/138 A |
| 5,287,269 A | 2/1994 | Dorrough et al | 364/408 |
| 5,292,127 A | 3/1994 | Kelly et al | 273/138 R |
| 5,321,241 A | 6/1994 | Craine |  |
| 5,324,035 A | 6/1994 | Morris | 273/138 |
| 5,326,104 A | 7/1994 | Pease et al | 273/138 A |
| 5,332,219 A | 7/1994 | Marnell, II et al |  |
| 5,342,049 A | 8/1994 | Wichinsky et al |  |
| 5,344,144 A * | 9/1994 | Canon | 273/138 |
| 5,345,379 A | 9/1994 | Brous et al | 235/382 |
| 5,351,970 A | 10/1994 | Fioretti |  |
| 5,370,306 A | 12/1994 | Schulze et al | 273/138 A |
| 5,370,399 A | 12/1994 | Liverance |  |
| 5,371,345 A | 12/1994 | LeStrange et al | 235/380 |
| 5,398,932 A | 3/1995 | Eberhardt et al |  |
| 5,401,024 A | 3/1995 | Simunek |  |
| 5,410,590 A | 4/1995 | Blood et al |  |
| 5,429,361 A | 7/1995 | Raven et al | 273/138 A |
| 5,470,079 A | 11/1995 | LeStrange | 273/138 |
| 5,472,194 A | 12/1995 | Breeding et al | 273/138 A |
| 5,473,144 A | 12/1995 | Mathurin, Jr | 235/380 |

| | | | |
|---|---|---|---|
| 5,477,040 A | 12/1995 | Lalonde | 235/380 |
| 5,488,411 A | 1/1996 | Lewis |  |
| 5,494,287 A | 2/1996 | Manz | 273/143 |
| 5,507,489 A | 4/1996 | Reibel et al |  |
| 5,511,781 A | 4/1996 | Wood et al |  |
| 5,524,888 A | 6/1996 | Heidel |  |
| 5,533,727 A | 7/1996 | DeMar | 463/23 |
| 5,536,016 A | 7/1996 | Thompson | 273/269 |
| 5,542,669 A | 8/1996 | Charron et al |  |
| 5,550,359 A | 8/1996 | Bennett | 235/382 |
| 5,551,692 A | 9/1996 | Pettitt et al | 273/143 R |
| 5,559,312 A | 9/1996 | Lucero | 235/380 |
| 5,564,700 A * | 10/1996 | Celona | 463/27 |
| 5,577,959 A | 11/1996 | Takemoto et al | 463/25 |
| 5,580,309 A | 12/1996 | Piechowiak | 463/16 |
| 5,580,310 A | 12/1996 | Orus et al | 463/16 |
| 5,586,936 A | 12/1996 | Bennett | 463/25 |
| 5,586,937 A | 12/1996 | Menashe |  |
| 5,603,659 A | 2/1997 | Okada |  |
| 5,611,730 A * | 3/1997 | Weiss | 463/20 |
| 5,651,057 A | 7/1997 | Blood et al |  |
| 5,655,961 A * | 8/1997 | Acres et al | 463/27 |
| 5,668,950 A | 9/1997 | Kikuchi | 395/200.47 |
| 5,674,128 A | 10/1997 | Holch et al | 463/42 |
| 5,702,304 A | 12/1997 | Acres et al | 463/29 |
| 5,722,891 A * | 3/1998 | Inoue | 463/20 |
| 5,741,183 A | 4/1998 | Acres et al | 463/42 |
| 5,743,523 A | 4/1998 | Kelly et al | 273/138 1 |
| 5,752,882 A | 5/1998 | Acres et al | 463/42 |
| 5,758,875 A | 6/1998 | Giacalone, Jr | 273/143 R |
| 5,761,647 A | 6/1998 | Boushy | 705/10 |
| 5,766,076 A * | 6/1998 | Pease et al | 463/27 |
| 5,770,533 A | 6/1998 | Franchi | 463/42 |
| 5,811,772 A | 9/1998 | Lucero | 235/380 |
| 5,816,917 A | 10/1998 | Kelmer et al | 463/16 |
| 5,816,918 A * | 10/1998 | Kelly et al | 463/16 |
| 5,820,459 A | 10/1998 | Acres et al | 463/25 |
| 5,833,540 A | 11/1998 | Miodunski | 463/42 |
| 5,836,817 A | 11/1998 | Acres | 463/26 |
| 5,839,956 A | 11/1998 | Takemoto | 463/25 |
| 5,851,148 A * | 12/1998 | Brune et al | 463/25 |
| 5,851,149 A * | 12/1998 | Xidos et al | 463/42 |
| 5,854,542 A | 12/1998 | Forbes | 315/291 |
| 5,902,983 A | 5/1999 | Crevelt et al | 235/380 |
| 5,919,091 A | 7/1999 | Bell et al | 463/25 |
| 6,012,982 A * | 1/2000 | Piechowiak et al | 463/16 |
| 6,039,648 A * | 3/2000 | Guinn et al | 463/163 |
| 6,048,269 A | 4/2000 | Burns et al | 463/25 |
| 6,077,162 A * | 6/2000 | Weis | 463/26 |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | B 71194/91 | 8/1991 |
| AU | B 10488/92 | 7/1992 |
| AU | B 13023/92 | 9/1992 |
| AU | 20209/86 | 1/1993 |
| AU | B 20986/92 | 1/1993 |
| AU | 649009 | 5/1994 |
| AU | 21618/95 | 1/1996 |
| AU | 633469 | 1/1998 |
| AU | A 48323/97 | 6/1998 |
| GB | 2 151 054 A | 7/1985 |
| GB | 2 211 975 A | 7/1989 |
| WO | WO 94/12256 | 6/1994 |
| WO | WO 95/22811 | 8/1995 |
| WO | WO 95/30944 | 11/1995 |
| WO | WO 97/12338 | 4/1997 |
| WO | WO 98/35309 | 8/1998 |
| WO | WO 98/40140 | 9/1998 |

# US 6,565,434 B1

Page 3

OTHER PUBLICATIONS

Expert Report of Michael J. Bennett Pursuant to Fed. R. Civ. P. 26(A)(2), Jul. 1999.

Expert Witness Report of Leroy A. Prohofsky, Feb. 1999.

Expert Witness Report of Leroy A. Prohofsky, Jun. 1999.

Supplement to Expert Witness Reports of Leroy A. Prohofsky, Jun. 1999.

Second Supplement to Expert Witness Reports of Leroy A. Prohofsky, Sep. 1999.

Rebuttal Statement by Expert Witness William K. Bertram, Ph.D., Mar. 1999.

Rebuttal Statement by Expert Witness John F. Acres, Jul. 1999.

Rebuttal Statement by Expert Witness William K. Bertram, Ph.D., Jul. 1999.

Expert Witness Report of R. Franklin Burnett, Jun. 1999.

Rebuttal Statement by Expert Witness Thomas F. Smegal, Jr., Jul. 1999.

* cited by examiner

Fig. 1



Fig. 2A

| CROWN CONFIGURATION WORKSTATION-[LOGON1] | ▬ ☐ ☒ |
|---|---|
| File  Configure  View  Help  Window  LOGIN | ▬ ☐ ☒ |

Ready

## Fig. 2B

CROWN CONFIGURATION WORKSTATION-[LOGON1]    ▭ ▭ ☒

File  Configure  View  Help  Window  LOGIN    ▭ ▭ ☒

USER LOGIN / PASSWORD VERIFICATION    ☒

┌─ CROWN CASINO ─────────────────┐
NAME     [              ]      [  OK  ]
PASSWORD [              ]      [ CANCEL ]

┌─ VCGA ─────────────────────────┐
NAME     [              ]
PASSWORD [              ]

Ready

## Fig. 2D

CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1]    ▭ ▭ ☒

File  Configure  View  Help  Window  LOGOUT    ▭ ▭ ☒

ABOUT CONFIGURATION WORKSTATION    ☒

CROWN CASINO CONFIGURATION WORKSTATION
VERSION 1.04
COPYRIGHT©1996 ACRES GAMING
ALL RIGHTS RESERVED

[  OK  ]

Ready

Fig. 2C



## Fig. 2E

```
┌──────────────────────────────────────────────────────────────────┐
│CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1] [─][□][✕]│
├──────────────────────────────────────────────────────────────────┤
│ File  Configure  View  Help  Window  LOGOUT        [─][□][✕]      │
│                                                                    │
│  ┌──────────────────────────────────────────────────────┐         │
│  │ CHOOSE LOG FILE TO OPEN                    [?][✕]      │         │
│  │ LOOK IN: [⌷FEBRUARY          ][▼][⌂][▭][≣][▨]          │         │
│  │ ┌────────────────────────────────────────────┐        │         │
│  │ │ [⌷]FEB 13.LOG                               │        │         │
│  │ │                                             │        │         │
│  │ │                                             │        │         │
│  │ └────────────────────────────────────────────┘        │         │
│  │    FILE NAME: [FEB 13.LOG          ]     [ OPEN ]      │         │
│  │ FILES OF TYPE: [CONFIGURATION LOG FILES (*.LOG)▼][CANCEL]│       │
│  │                [CONFIGURATION LOG FILES (*.LOG)]       │         │
│  └──────────────────────────────────────────────────────┘         │
│ Ready                                   [   ][   ][   ]            │
└──────────────────────────────────────────────────────────────────┘
```

## Fig. 2F

```
┌──────────────────────────────────────────────────────────────────┐
│CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1] [─][□][✕]│
├──────────────────────────────────────────────────────────────────┤
│ File  Configure  View  Help  Window  LOGOUT        [─][□][✕]      │
│                                                                    │
│  ┌──────────────────────────────────────────────────────┐         │
│  │ MASTER USER LIST                           [✕]        │         │
│  │                                                        │         │
│  │  USER NAME          USER TYPE                          │         │
│  │  JOE HART           CROWN          [    EDIT    ]      │         │
│  │  JOHN ACRES         VCGA           [    NEW     ]      │         │
│  │                                    [   DELETE   ]      │         │
│  │                                    [CHANGE PASSWORD]   │         │
│  │                                    [    DONE    ]      │         │
│  │                                                        │         │
│  └──────────────────────────────────────────────────────┘         │
│ Ready                                   [   ][   ][   ]            │
└──────────────────────────────────────────────────────────────────┘
```

Fig. 2G



CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1]

File  Configure  View  Help  Window  LOGOUT

USER CONFIGURATION SCREEN

USER INFORMATION

FIRST NAME: JOE

LAST NAME: HART

PASSWORD: ***

USER TYPE: ⦿ CROWN CASINO PERSONNEL
           ◯ VCGA PERSONNEL

USER ACCESS RIGHTS

☑ USER CONFIGURATION
☑ BONUS CONFIGURATION
☑ GROUP CONFIGURATION
☑ UPDATE EXECUTABLES
☑ DISPLAY MESSAGE CONFIGURATION

☑ BANK CONTROLLER ID / NAME TABLE
☑ CANCEL / RESET ACTIVE JACKPOTS
☑ SOFTWARE SIGNATURE OVERRIDE
☑ VIEW / PRINT LOG FILES
☑ VIEW CONFIGURATION PARAMETERS

OK

CANCEL

Ready

## Fig. 2H

```
CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON[|-][□][X]
File  Configure  View  Help  Window  LOGOUT     [–][□][X]

    BANK CONTROLLER ID / DESCRIPTION TABLE        [X]

    BCID ID NUMBER                          [   OK   ]

    123              SOUTH END FLOOR        [ CANCEL ]


    BCID ID NUMBER: [234      ]
    DESCRIPTION:     [NORTH END FLOOR ]
               [ ADD RECORD ]

Ready                                    [    ][    ][    ]
```

## Fig. 2I

```
CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1][–][□][X]
File  Configure  View  Help  Window  LOGOUT     [–][□][X]

  MANAGE GROUPS                                   [X]

  ┌DEFINED GROUPS┐ ┌ITEMS IN GROUP┐ ┌GROUP TYPE┐
                    FLOOR LOCATION    (●) BONUS
       ENTER THE NAME OF THE GROUP [X]  ( ) DISPLAY
                                          ( ) SOUND
       GROUP NAMES: [GROUP1    ]
                                       [   OK   ]
           [  OK  ]   [ CANCEL ]

    0 GROUP(S)      [ ADD ITEMS(S) TO GROUP ]
  [ CREATE NEW GROUP ] [ DELETE ITEMS(S)
                         FROM GROUP ]

Ready                                    [    ][    ][    ]
```

## Fig. 2J

CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1] ▬ ☐ ☒

File | Configure | View  Help  Window  LOGOUT    ▬ ☐ ☒

MESSAGE EDITOR

BONUS INFORMATION
GROUP INFORMATION
BAND CONTROLLER ID / NAME TABLE

USER INFORMATION

Ready

## Fig. 2K

CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1] ▬ ☐ ☒

File  Configure  View  Help  Window  LOGOUT    ▬ ☐ ☒

MYSTERY BONUS SETUP FOR MYSTER: (PAGE 1 OF 6)

MYSTERY BONUS SETTINGS

POOL NAME:              MYSTERY1
LUCKY NUMBER MIN:       2000
LUCKY NUMBER MAX:       5500
CURRENT INCREMENT %:    50
HIDDEN POOL AMOUNT:     500    HIDDEN INCREMENT %: 10
BONUS TYPE:             MEMBER BONUS ▼

COMMUNICATION TIMEOUT/ACTION
◉ DO NOTHING                    MESSAGE TO DISPLAY
○ DISPLAY MESSAGE AND CONTINUE
○ DISPLAY MESSAGE AND LOCK MACHINE

[ <BACK ]  [ NEXT> ]  [ CANCEL ]

Ready

## Fig. 2L

CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1] ⊟ ⊡ ☒

File  Configure  View  Help  Window  LOGOUT          ⊟ ⊡ ☒

MYSTERY BONUS SETUP FOR MYSTER: (PAGE 2 OF 6)

MYSTERY FLOOR                              FLOOR LOCATIONS
LOCATION GROUPS LIST                       IN BONUS

```
A0102G~1                                   A0102
SHELLY~1                 [ ADD ]           A0103

                        [REMOVE]           2 MACHINES IN BONUS
```

[ <BACK ]    [ NEXT> ]    [ CANCEL ]

Ready                              ☐ ☐ ☐

## Fig. 2M

CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1] ⊟ ⊡ ☒

File  Configure  View  Help  Window  LOGOUT          ⊟ ⊡ ☒

MYSTERY BONUS SETUP FOR MYSTER: (PAGE 4 OF 6)

☑ ENABLE CONSOLATION PRIZE
CONSOLATION PRIZE SETTINGS

BASE CONSOLATION $: [100]      ☑ ELIGIBILITY REQUIRED

MEMBER CARD AWARD (%): [200]   ☑ ENABLE FLASHING FLUORESCENT

NUMBER CARD AWARD (%): [100]      DURATION: [0]

UNCARDED AWARD(%): [50]        ☐ BONUS BUTTON PRESS REQUIRED
                                 TIME LIMIT: [    ]

                               ☐ CONSOLATION ABI TONE

                                 ABI TONE: [    ]

                                 REPEAT: [    ]

[ <BACK ]    [ NEXT> ]    [ CANCEL ]

Ready                              ☐ ☐ ☐

# Fig. 2N

CROWN CONFIGURATION WORKSTATION [JOE HART / JOHN ACRES] - [LOGON1]

File Configure View Help Window LOGOUT

MYSTERY BONUS SETUP FOR MYSTER: (PAGE 5 OF 6)

SOUND GROUP: <NONE> ▶

ANTICIPATION SOUND
☐ ENABLE ANTICIPATION SOUND

COUNTS PRIOR TO WIN: [0]

CD SEQUENCE NUMBER: [0]    DURATION: [0]    VOLUME: [0]

REPEAT: [0]

CELEBRATION SOUND
☐ ENABLE CELEBRATION SOUND

CD SEQUENCE NUMBER: [0]    DURATION: [0]    VOLUME: [0]

REPEAT: [0]

<BACK    NEXT>    CANCEL

Ready

Fig. 3





Fig. 4

328

DETERMINE ELIGIBILITY

340
WAGER WITHIN LAST 10 SEC ? — YES

NO

342
LEGIT DELAY ? — YES

343
CASH OUT PRESSED ? — NO

341
ELIGIBLE

YES

NO

344
LOST ELIGIBILITY

345
WAGER WITHIN LAST 30 SEC ? — YES

NO

346
GAME INACTIVE

RETURN

Fig. 5

359 CONFIGURATION STATION

351 BONUS SERVER

357 OVERHEAD DISPLAY

352 CONCENTRATOR

356 MCI

355 BANK CONTROLLER

353 TRANSLATOR

358 MUSIC SYSTEM

354 DACOM

350



Fig. 6



Fig. 7



Fig. 8A



Fig. 8B

## Fig. 9A



311

99

P14    92

P12    14

P11

93    P13    90

96    94

95

97    88

98    89

100

## Fig. 9B

311

## Fig. 9C

311



## Fig. 11

94

$V_{CC}$

P21

124    124    124

R ▽ G    R ▽ G    R ▽ G

124    124    124

R ▽ G    R ▽ G    R ▽ G

Fig. 10





Fig. 12

Fig. 13



Fig. 14

Fig. 15

Fig. 16



Fig. 17



Fig. 19

Fig. 18



Fig. 20



Fig. 21

## Fig. 22



## Fig. 23



## Fig. 24



## Fig. 25





Fig. 26



Fig. 29



Fig. 28



Fig. 27

Fig. 30





Fig. 31

MCM ⌐376

INITIALIZE POOL
PERCENTAGES
AND READ CURRENT
METER VALUE ⌐441

WAIT FOR
EVENT ⌐442

MESSAGE
QUEUE EVENT
? ⌐443

NO

YES

READ MESSAGE
QUEUE ⌐444

DISPATCH PROCESS
EVENT TO UPDATE
POOL VALUES ⌐445

Fig. 32A



TO FIG. 32B

Fig. 32B



FROM FIG. 32A

457
SELECT A METER

458
CALCULATE DELTA FOR
METER INCREASE TO
DETERMINE AMOUNT(S)
TO ADD TO POOL(S)

459
NO    NON-ZERO
DELTA
?
YES

460
UPDATE EACH POOL
VALUE THIS MACHINE
CONTRIBUTES TO BY
SELECTING A POOL FROM
BONUS METER TABLE

461
DEPENDING ON MACHINE
STATUS, UPDATE CURRENT
OR HIDDEN POOL

462
NO    ALL
POOLS
UPDATED
?
YES