UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation,<br><br>        Plaintiff,<br><br>v.<br><br>BALLY GAMING INTERNATIONAL, INC., et al.,<br><br>        Defendants. | C.A. No. 06-282<br><br>DEMAND FOR JURY TRIAL |

## MOTION FOR EXPEDITED DISCOVERY

Plaintiff IGT, by and through its undersigned counsel, hereby moves for expedited discovery to enable the Court to better evaluate the merits of IGT's preliminary injunction motion. The grounds for this motion are fully set forth in Plaintiff IGT's Opening Brief in Support of Its Motion for Expedited Discovery, filed contemporaneously herewith.

Of Counsel:
David P. Enzminger
Brett J. Williamson
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6429


Dated: May 9, 2006

/s/ William Wade
William J. Wade (#704)
wade@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
*Attorneys for Plaintiff IGT*

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation,<br><br>        Plaintiff,<br><br>v.<br><br>BALLY GAMING INTERNATIONAL, INC., et al.,<br><br>        Defendants. | C.A. No. 06-282<br><br>**DEMAND FOR JURY TRIAL** |

**O R D E R**

The Court, having considered IGT's Motion for Expedited Discovery,

IT IS HEREBY ORDERED this ____ day of _____, 2006 that the Motion is GRANTED.

 

_____
United States District Court Judge

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

Defendants have not yet had counsel appear for them in this action. Copies of Plaintiff's Motion for Expedited Discovery and Opening Brief in Support Thereof have been sent by overnight delivery to Defendants with the request that Defendants have their counsel contact Plaintiff's counsel forthwith. When contacted, Plaintiff's counsel will attempt to reach agreement with Defendants' counsel on the matters set forth in the Motion for Expedited Discovery.

William J. Wade (#704)
Wade@rlf.com

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 9, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and caused the same to be served on the defendants at the addresses and in the manner indicated below:

**BY HAND**
Bally Technologies, Inc.
c/o Secretary of State
State of Delaware
John G. Townsend Building
401 Federal Street, Suite 4
Dover, Delaware  19901

**BY HAND**
Bally Gaming International, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

**BY FEDERAL EXPRESS**
Bally Gaming, Inc.
6601 S. Bermuda Rd.
Las Vegas, NV 89119

**BY HAND**
Bally Gaming, Inc. d/b/a Bally Technologies
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

**BY FEDERAL EXPRESS**
Bally Technologies, Inc.
6601 S. Bermuda Road
Las Vegas, NV 89119

**BY FEDERAL EXPRESS**
Bally Gaming International, Inc.
6601 S. Bermuda Rd.
Las Vegas, NV 89119

_____
William J. Wade  (#704)