IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation,<br><br>            Plaintiff,<br><br>v.<br><br>BALLY GAMING INTERNATIONAL, INC., et al.,<br><br>            Defendants. | C.A. No. 06-282<br><br>**DEMAND FOR JURY TRIAL** |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff IGT states the following: (i) International Game Technology is the parent company of IGT; and (ii) no publicly held corporation owns 10% or more of the stock of IGT or International Game Technology. IGT reserves the right to supplement this statement, if necessary, pursuant to Rule 7.1(b).

Of Counsel:
David P. Enzminger
Brett J. Williamson
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17thFloor
Newport Beach, California 92660-6429

Dated: May 10, 2006

/s/ William J. Wade
William J. Wade (#704)
wade@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
*Attorneys for Plaintiff IGT*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 10, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and caused the same to be served on the defendants at the addresses and in the manner indicated below:

**BY HAND**
Bally Technologies, Inc.
c/o Secretary of State
State of Delaware
John G. Townsend Building
401 Federal Street, Suite 4
Dover, Delaware 19901

**BY HAND**
Bally Gaming, Inc. d/b/a Bally Technologies
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

**BY HAND**
Bally Gaming International, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

**BY FEDERAL EXPRESS**
Bally Gaming, Inc.
6601 S. Bermuda Rd.
Las Vegas, NV 89119

**BY FEDERAL EXPRESS**
Bally Technologies, Inc.
6601 S. Bermuda Road
Las Vegas, NV 89119

_____
Matthew W. King (#4566)
king@rlf.com