IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IGT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-282 (KAJ) |
| | ) | |
| BALLY GAMING INTERNATIONAL, | ) | |
| INC., BALLY TECHNOLOGIES, INC., | ) | |
| and BALLY GAMING, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Please enter our appearance for defendants Bally Gaming International, Inc., Bally Technologies, Inc. and Bally Gaming, Inc.

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    /s/ Jack B. Blumenfeld
    _____
    Jack B. Blumenfeld (#1014)
    Karen Jacobs Louden (#2881)
    jblumenfeld@mnat.com
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE 19899
    (302) 658-9200
       *Attorneys for Defendants Bally Gaming International, Inc., Bally Technologies, Inc. and Bally Gaming, Inc.*

OF COUNSEL:

Charles K. Verhoeven
Kevin P.B. Johnson
Amy H. Candido
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600

May 11, 2006

## **CERTIFICATE OF SERVICE**

I, Karen Jacobs Louden, hereby certify that May 11, 2006 I electronically filed *Notice of Appearance* with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>William J. Wade
>Richards, Layton & Finger

and that I also caused copies to be served upon the following in the manner indicated:

**BY HAND**

>William J. Wade
>Richards, Layton & Finger
>One Rodney Square
>P.O. Box 551
>Wilmington, DE  19801

>/s/      Jack B. Blumenfeld
>Karen Jacobs Louden (#2881)
>klouden@mnat.com