IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 06-282 (KAJ) |
| | ) |
| BALLY GAMING INTERNATIONAL, | ) |
| INC., BALLY TECHNOLOGIES, INC., | ) |
| and BALLY GAMING, INC., | ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to D. Del. L. R. 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Charles K. Verhoeven, Esq. and Amy H. Candido, Esq. of the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 50 California Street, 22nd Floor, San Francisco, California, 94104, to represent defendants in this action.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden (#2881)*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  Attorneys for defendants

May 11, 2006

SO ORDERED this _____ day of _____, 2006.

_____
J.

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Charles K. Verhoeven
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94104
(415) 875-6600

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

*Amy H. Candido*
Amy H. Candido
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94104
(415) 875-6600

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 11, 2006 I electronically filed *Motion and Order for Admission Pro Hac Vice* with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> William J. Wade
> Richards, Layton & Finger

and that I also caused copies to be served upon the following in the manner indicated:

### BY HAND

> William J. Wade
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE  19801

> */s/ Karen Jacobs Louden (#2881)*
> Karen Jacobs Louden (#2881)
> klouden@mnat.com