IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-282-KAJ |
| | ) |
| BALLY GAMING INTERNATIONAL, | ) |
| INC., ET AL., | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this **15th** day of **May, 2006**,

For the reasons set forth by the Court during the teleconference on May 12, 2006,

IT IS HEREBY ORDERED that plaintiff's motion for expedited discovery (D.I. 7) is DENIED.

/s/ Kent A. Jordan
UNITED STATES DISTRICT JUDGE