IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation,<br><br>    Plaintiff,<br><br>v.<br><br>BALLY GAMING INTERNATIONAL, INC., a Delaware corporation; BALLY TECHNOLOGIES, INC., a Nevada corporation; and BALLY GAMING, INC., a Nevada corporation d/b/a BALLY TECHNOLOGIES,<br><br>    Defendants. | C.A. No. 06-282-KAJ<br><br>**DEMAND FOR JURY TRIAL** |

### NOTICE OF LODGING

PLEASE TAKE NOTICE that Plaintiff IGT hereby lodges the following documents with the Court:

1. Return of Service of Amended Complaint on Defendant Bally Gaming International Inc.; and

2. Return of Service of Amended Complaint on Defendant Bally Gaming, Inc.

              /s/ William J. Wade
              William J. Wade (#704)

*OF COUNSEL:*
David P. Enzminger
Brett J. Williamson
Charles A. Thomasian
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6429
(949) 760-9600

wade@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302-651-7700
 *Attorneys for Plaintiff IGT*

Dated: May 15, 2006

RLF1-3013976-1

# RETURN OF SERVICE

CASE NO:       06-282

SERVED:        BALLY GAMING INTERNATIONAL INC

DOCUMENT:      AMENDED COMPLAINT

ADDRESS:       C/O CT 1209 ORANGE ST. WILMINGTON, DE

DATE:          5/9/06

## MANNER OF SERVICE

☒ PERSONAL:    ACCEPTED BY:   SCOTT LASCALA (PROCESS AGENT) AUTHORIZED TO ACCEPT

☐ SUBSTITUTE:

☐ NO SERVICE:

_____
GRANVILLE MORRIS

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON DE 19899
302-475-2600

SWORN TO BEFORE ME ON   5/9/06
_____
NOTARY PUBLIC

*KEVIN DUNN*
*NOTARY PUBLIC*
*STATE OF DELAWARE*
*MY COMMISSION EXPIRES NOV. 23, 2006*

# RETURN OF SERVICE

| | |
|---|---|
| CASE NO: | 06-282 |
| SERVED: | BALLY GAMING INC |
| DOCUMENT: | AMENDED COMPLAINT |
| ADDRESS: | C/O CT 1209 ORANGE ST. WILMINGTON, DE |
| DATE: | 5/9/06 |

## MANNER OF SERVICE

☒ **PERSONAL:**   ACCEPTED BY:   SCOTT LASCALA (PROCESS AGENT) AUTHORIZED TO ACCEPT

☐ **SUBSTITUTE:**

☐ **NO SERVICE:**

_____
GRANVILLE MORRIS

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON DE 19899
302-475-2600

SWORN TO BEFORE ME ON   5/9/06
_____
NOTARY PUBLIC

*KEVIN DUNN*
*NOTARY PUBLIC*
*STATE OF DELAWARE*
*MY COMMISSION EXPIRES NOV. 23, 2006*

*BRANDYWINE PROCESS SERVERS, LTD  PO BOX 1360  WILMINGTON, DE 19899*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY HAND**

Jack B. Blumenthal, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

_____
Matthew W. King (#4566)

RLF1-3011549-1