IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation,<br><br>       Plaintiff,<br><br>v.<br><br>BALLY GAMING INTERNATIONAL, INC., a Delaware corporation; BALLY TECHNOLOGIES, INC., a Nevada corporation; and BALLY GAMING, INC., a Nevada corporation d/b/a BALLY TECHNOLOGIES,<br><br>       Defendants. | C.A. No. 06-282-KAJ<br><br>**DEMAND FOR JURY TRIAL** |

## NOTICE OF LODGING

PLEASE TAKE NOTICE that Plaintiff IGT hereby lodges the following documents with the Court:

1. Return of Service of Motion for Expedited Discovery, Opening Brief in support thereof, and Plaintiff's Rule 7.1 Disclosure Statement on Defendant Bally Gaming International Inc.; and

2. Return of Service of Motion for Expedited Discovery, Opening Brief in support thereof, and Plaintiff's Rule 7.1 Disclosure Statement on Defendant Bally Gaming, Inc.

                                         /s/ William J. Wade
                                         William J. Wade (#704)

| | |
|---|---|
| *OF COUNSEL:*<br>David P. Enzminger<br>Brett J. Williamson<br>Charles A. Thomasian<br>O'MELVENY & MYERS LLP<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, California 92660-6429<br>(949) 760-9600 | wade@rlf.com<br>Matthew W. King (#4566)<br>king@rlf.com<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>302-651-7700<br>  *Attorneys for Plaintiff IGT* |

Dated: May 15, 2006

RLF1-3013416-1

# RETURN OF SERVICE

| | |
|---|---|
| **CASE NO:** | 06-282 |
| **SERVED:** | BALLY GAMING INTERNATIONAL INC |
| **DOCUMENT:** | MOTION FOR EXPEDITED DISCOVERY, OPENING BRIEF IN SUPPORT OF PLAINTIFF IGT'S MOTION FOR EXPEDITED DISCOVERY, PLAINTIFFS' RULE 7 1 DISCLOSURE STATEMENT & CERTIFICATE OF SERVICE |
| **ADDRESS:** | C/O CT 1209 ORANGE ST. WILMINGTON, DE |
| **DATE:** | 5/10/06 |

## MANNER OF SERVICE

☒ **PERSONAL:**   ACCEPTED BY:   SCOTT LASCALA (PROCESS AGENT) AUTHORIZED TO ACCEPT

☐ **SUBSTITUTE:**

☐ **NO SERVICE:**


_____
BARRY EVELAND

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON DE 19899
302-475-2600

SWORN TO BEFORE ME ON   5/10/06

_____
NOTARY PUBLIC

*KEVIN DUNN*
*NOTARY PUBLIC*
*STATE OF DELAWARE*
*MY COMMISSION EXPIRES NOV. 23, 2006*

# RETURN OF SERVICE

| | |
|---|---|
| **CASE NO:** | 06-282 |
| **SERVED:** | BALLY GAMING, INC |
| **DOCUMENT:** | MOTION FOR EXPEDITED DISCOVERY, OPENING BRIEF IN SUPPORT OF PLAINTIFF IGT'S MOTION FOR EXPEDITED DISCOVERY, PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT & CERTIFICATE OF SERVICE |
| **ADDRESS:** | C/O CT 1209 ORANGE ST. WILMINGTON, DE |
| **DATE:** | 5/10/06 |

## MANNER OF SERVICE

☒ **PERSONAL:** ACCEPTED BY: SCOTT LASCALA (PROCESS AGENT) AUTHORIZED TO ACCEPT

☐ **SUBSTITUTE:**

☐ **NO SERVICE:**

_____
BARRY EVELAND

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON DE 19899
302-475-2600

SWORN TO BEFORE ME ON  5/10/06
_____
NOTARY PUBLIC

*KEVIN DUNN*
*NOTARY PUBLIC*
*STATE OF DELAWARE*
*MY COMMISSION EXPIRES NOV. 23, 2006*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY HAND**

Jack B. Blumenthal, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

_____
Matthew W. King (#4566)

RLF1-3011549-1