IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation,<br><br>        Plaintiff,<br><br>v.<br><br>BALLY GAMING INTERNATIONAL, INC., a Delaware corporation; BALLY TECHNOLOGIES, INC., a Nevada corporation; and BALLY GAMING, INC., a Nevada corporation d/b/a BALLY TECHNOLOGIES,<br><br>        Defendants. | C.A. No. 06-282<br><br>**DEMAND FOR JURY TRIAL** |

**MOTION AND ORDER**
**FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of David P. Enzminger of O'Melveny & Myers LLP to represent Plaintiff IGT in this matter.

| | |
|---|---|
| *OF COUNSEL:*<br>David P. Enzminger<br>Brett J. Williamson<br>Charles A. Thomasian<br>O'MELVENY & MYERS LLP<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, California 92660-6429<br>(949) 760-9600<br><br><br>Dated: May 15, 2006 | */s/ Anne Shea Gaza*<br>William J. Wade (#704)<br>wade@rlf.com<br>Anne Shea Gaza (:#4093)<br>gaza@rlf.com<br>Matthew W. King (#4566)<br>king@rlf.com<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>302-651-7700<br>    *Attorneys for Plaintiff IGT* |

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Dated: _____   _____
                                  United States District Judge

RLF1-3014258-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bars of California and Arizona and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

David P. Enzminger, Esquire
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, California 90071

Dated: May 13, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Jack B. Blumenfeld, Esquire
>Karen Jacobs Louden, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>Wilmington, DE 19899

I hereby certify that on May 15, 2006, I caused to be sent by Federal Express the foregoing document to the following non-registered participant:

>Charles K. Verhoeven
>Kevin P.B. Johnson
>Amy H. Candido
>Quinn Emanuel Urquhart Oliver & Hedges, LLP
>50 California Street, 22nd Floor
>San Francisco, CA 94111

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3013436-1