IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-282 (KAJ) |
| | ) |
| BALLY GAMING INTERNATIONAL, | ) |
| INC., BALLY TECHNOLOGIES, INC., | ) |
| and BALLY GAMING, INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time of defendants Bally Gaming International, Inc., Bally Technologies, Inc. and Bally Gaming, Inc. to answer, move or otherwise respond to the Amended Complaint in this action is hereby extended through and including Wednesday, June 21, 2006.

| RICHARDS, LAYTON & FINGER | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Matthew W. King* | */s/ Karen Jacobs Louden* |
| _____ | _____ |
| William J. Wade (#704) | Jack B. Blumenfeld (#1014) |
| Matthew W. King (#4566) | Karen Jacobs Louden (#2881) |
| king@rlf.com | klouden@mnat.com |
| One Rodney Square | 1201 N. Market Street |
| P.O. Box 551 | P.O. Box 1347 |
| Wilmington, DE | Wilmington, DE  19899 |
| Attorneys for plaintiff | (302) 658-9200 |
| | Attorneys for defendants |

SO ORDERED this _____ day of _____, 2006.

_____
J.

521374