IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IGT, a Nevada corporation, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-282-KAJ |
| | ) | |
| v. | ) | |
| | ) | |
| BALLY GAMING INTERNATIONAL, | ) | |
| INC., a Delaware corporation; BALLY | ) | |
| TECHNOLOGIES,INC., a Nevada | ) | |
| corporation; and BALLY GAMING, | ) | |
| INC., a Nevada corporation d/b/a BALLY | ) | |
| TECHNOLOGIES, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 26, 2006, copies of Plaintiff IGT's

First Set of Requests for Production of Documents and Things to Defendants were served

as follows:

### BY HAND

Jack B. Blumenthal, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

- 2 -

*OF COUNSEL:*
David P. Enzminger
Brett J. Williamson
Charles A. Thomasian
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6429
(949) 760-9600

/s/ William J. Wade
William J. Wade (#704)
wade@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302-651-7700
   *Attorneys for Plaintiff IGT*

Dated: May 26, 2006

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY HAND**

Jack B. Blumenthal, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

William J. Wade (#704)