IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-282 (KAJ) |
| | ) |
| BALLY GAMING INTERNATIONAL, | ) |
| INC., BALLY TECHNOLOGIES, INC., | ) |
| and BALLY GAMING, INC., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO TRANSFER

Defendants Bally Gaming Interational, Inc., Bally Technologies, Inc., and Bally Gaming, Inc. hereby move to transfer this action pursuant to 28 U.S.C. § 1404(a) to the District of Nevada. The grounds for this motion are set forth in defendants' opening brief and supporting declarations, filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
*Attorneys for Defendants*

OF COUNSEL:

Charles K. Verhoeven
Amy H. Candido
QUINN EMANUEL URQUHART OLIVER
 & HEDGES, LLP
50 California Street
San Francisco, CA  94111
(415) 875-6600

Edward J. DeFranco
QUINN EMANUEL URQUHART OLIVER
 & HEDGES, LLP
335 Madison Avenue
New York, NY  10017
(212) 849-7000


June 1, 2006
522865

## CERTIFICATE OF SERVICE

I, Karen Jacobs Louden, hereby certify that on June 1, 2006 I electronically filed Defendants' Motion to Transfer with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> William J. Wade
> Richards, Layton & Finger

and that I also caused copies to be served upon the following in the manner indicated:

### BY HAND

> William J. Wade
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE  19801

### BY FEDERAL EXPRESS

> David P. Enzminger
> O'Melveny & Myers LLP
> 610 Newport Center Drive
> Newport Beach, CA  92660

*/s/ Karen Jacobs Louden*
Karen Jacobs Louden (#2881)
klouden@mnat.com