IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-282 (KAJ) |
| | ) |
| BALLY GAMING INTERNATIONAL, | ) |
| INC., BALLY TECHNOLOGIES, INC., | ) |
| and BALLY GAMING, INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of (1) Bally's First Set Of Requests To IGT For Production Of Documents And Things (Nos. 1-84), and (2) Bally's First Set Of Interrogatories To IGT (Nos. 1-11) were caused to be served on June 7, 2006 upon the following counsel in the manner indicated:

BY E-MAIL

William J. Wade
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

David P. Enzminger
O'Melveny & Myes LLP
610 Newport Center Drive
Newport Beach, CA  92660

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Karen Jacobs Louden*

          _____
          Jack B. Blumenfeld (#1014)
          Karen Jacobs Louden (#2881)
          klouden@mnat.com
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE  19899
          (302) 658-9200
           Attorneys for Defendants

OF COUNSEL:

Charles K. Verhoeven
Kevin P.B. Johnson
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive
Suite 560
Redwood Shores, CA  94065
650-801-5000

Edward J. DeFranco
Quinn Emanuel Urquhart Oliver & Hedges, LLP
335 Madison Avenue
New York, NY  10017
(212) 849-7000

June 8, 2006
523823

# **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on June 8, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> William J. Wade
> Richards, Layton & Finger

and that I also caused copies to be served upon the following in the manner indicated:

> **BY MAIL**
>
> William J. Wade
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE  19801

/s/ *Karen Jacobs Louden*
klouden@mnat.com