IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 JUN 13 PM 12:59

| | |
|---|---|
| IGT, a Nevada corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-282-KAJ |
| ) | |
| BALLY GAMING INTERNATIONAL, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER FOR SCHEDULING CONFERENCE**

At Wilmington, this 13th day of June, 2006

IT IS ORDERED that:

1. A telephonic scheduling conference to be initiated by plaintiff's counsel shall be held on **July 6, 2006 at 3:00 p.m.** See D. Del. LR 16.2.

2. At the teleconference with the Court, all parties shall be represented by counsel who shall have full authority to bind their clients in all pretrial matters.

3. If any party enters an appearance after the date of this order and before the teleconference set by this order, counsel for plaintiff shall notify said party of the teleconference and forward to that party a copy of these materials.

4. The parties shall advise the undersigned immediately if this matter has been settled or terminated so that the scheduled teleconference may be canceled.

_____
UNITED STATES DISTRICT JUDGE