IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, | ) |
|       Plaintiff, | ) ) ) ) |
| v. | ) )   C.A. No. 06-282-KAJ |
| BALLY GAMING INTERNATIONAL, INC., et al., | ) ) ) ) |
|       Defendants. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, through their respective counsel and subject to the approval of the Court, that the time within which Plaintiff IGT must file its Answering Brief in Opposition to Defendants' Motion to Transfer is hereby extended to and including Thursday, June 22, 2006.

| | |
|---|---|
| /s/ Anne Shea Gaza | /s/ Jack B. Blumenfeld |
| William J. Wade (#704) | Jack B. Blumenfeld (#1014) |
| wade@rlf.com | jblumenfeld@mnat.com |
| Anne Shea Gaza (#4093) | Karen Jacobs Louden (#2881) |
| gaza@rlf.com | klouden@mnat.com |
| Matthew W. King (#4566) | Morris, Nichols, Arsht & Tunnell LLP |
| king@rlf.com | 1201 N. Market Street |
| Richards, Layton & Finger | Wilmington, DE 19899 |
| One Rodney Square | (302) 658-9200 |
| P.O. Box 551 | *Attorneys for Defendants* |
| Wilmington, DE 19899 | |
| 302-651-7700 | |
| *Attorneys for Plaintiff* | |

SO ORDERED this _____ day of _____, 2006

_____
Honorable Kent A. Jordan
United States District Judge

RLF1-3026340-1