IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-282 (KAJ) |
| | ) |
| BALLY GAMING INTERNATIONAL, | ) |
| INC., BALLY TECHNOLOGIES, INC., | ) |
| and BALLY GAMING, INC., | ) |
| | ) |
| Defendants. | ) |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time of defendants Bally Gaming International, Inc., Bally Technologies, Inc. and Bally Gaming, Inc. to answer, move or otherwise respond to the Amended Complaint in this action is hereby extended through and including Wednesday, June 28, 2006.

| RICHARDS, LAYTON & FINGER | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Anne Shea Gaza* | */s/ Karen Jacobs Louden* |
| _____ | _____ |
| William J. Wade (#704) | Jack B. Blumenfeld (#1014) |
| Anne Shea Gaza (#4093) | Karen Jacobs Louden (#2881) |
| gaza@rlf.com | klouden@mnat.com |
| Matthew W. King (#4566) | 1201 N. Market Street |
| king@rlf.com | P.O. Box 1347 |
| One Rodney Square | Wilmington, DE  19899 |
| P.O. Box 551 | (302) 658-9200 |
| Wilmington, DE | Attorneys for defendants |
| Attorneys for plaintiff | |

SO ORDERED this _____ day of _____, 2006.

_____
J.

521374