IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation,<br><br>    Plaintiff,<br><br>v.<br><br>BALLY GAMING INTERNATIONAL, INC., BALLY TECHNOLOGIES, INC., and BALLY GAMING, INC.,<br><br>    Defendant. | CIVIL ACTION<br><br>No. 06-282 (KAJ) |

**DECLARATION OF MICHAEL ORDILLE IN SUPPORT OF IGT'S OPPOSITION TO BALLY'S MOTION TO TRANSFER**

I, Michael Ordille, hereby declare as follows:

1. I am an Account Executive in Eastern Region for IGT. In this capacity, I am responsible for IGT's accounts in Delaware. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. As an international leader in the gaming industry, IGT designs, manufactures, distributes and operates gaming machines and software and hardware for operating and tracking gaming machines and players' use of the machines. To maintain its position as a leader in the gaming industry, IGT invests considerable resources in research, development and acquisition of gaming technology.

3. IGT is registered to do business in Delaware and conducts substantial business there. IGT maintains an office in Dover, Delaware.

4. IGT is one of four technology providers recognized and approved by the Delaware State Lottery. As a licensed technology provider, IGT leases thousands of video lottery terminals to the state of Delaware, which are operated at all three of the state's racinos: Delaware Park, Dover Downs, and Harrington Raceway's Midway Slots. Bally is also one of the four technology providers licensed by the Delaware State Lottery.

5. IGT distributes, sells and leases various software and hardware gaming systems in the state of Delaware, including the sale of a player tracking and slot management system to Harrington Raceway's Midway Slots.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration is executed on June 21, 2006, in Egg Harbor Township, New Jersey.

_____
Michael Ordille

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2006, I caused the foregoing document to be served on the following attorney of record in the manner and at the address indicated:

**BY HAND**

Jack B. Blumenthal, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

_____
Matthew W. King (#4566)