IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IGT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-282 (KAJ) |
| | ) | |
| BALLY GAMING INTERNATIONAL, INC., BALLY TECHNOLOGIES, INC., and BALLY GAMING, INC., | ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for defendants to answer, move or otherwise respond to the Amended Complaint in this action is extended through and including Friday, June 30, 2006, and that the time for defendants to file their reply brief in support of their motion to transfer (D.I. 25) is also extended through and including Friday, June 30, 2006.

| RICHARDS, LAYTON & FINGER | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ William J. Wade* | */s/ Rodger D. Smith II* |
| _____ | _____ |
| William J. Wade (#704) | Jack B. Blumenfeld (#1014) |
| Anne Shea Gaza (#4093) | Karen Jacobs Louden (#2881) |
| gaza@rlf.com | Rodger D. Smith II (#3778) |
| Matthew W. King (#4566) | rsmith@mnat.com |
| king@rlf.com | 1201 N. Market Street |
| One Rodney Square | P.O. Box 1347 |
| P.O. Box 551 | Wilmington, DE 19899 |
| Wilmington, DE | (302) 658-9200 |
| Attorneys for Plaintiff | Attorneys for Defendants |

SO ORDERED this _____ day of _____, 2006.

_____
J.

526953