IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 06-282 (KAJ) |
| | ) |
| BALLY GAMING INTERNATIONAL, | ) |
| INC., BALLY TECHNOLOGIES, INC., | ) |
| and BALLY GAMING, INC., | ) |
| | ) |
|       Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Bally's Responses And Objections To IGT's First Set Of Requests For Production Of Documents And Things were caused to be served on June 28, 2006 upon the following counsel in the manner indicated:

BY E-MAIL

William J. Wade
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

David P. Enzminger
O'Melveny & Myes LLP
610 Newport Center Drive
Newport Beach, CA  92660

Charles A. Thomasian
O'Melveny & Myes LLP
400 South Hope Street
Los Angeles, CA  90071

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
jblumenfeld@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  Attorneys for Defendants

OF COUNSEL:

Charles K. Verhoeven
Kevin P.B. Johnson
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive
Suite 560
Redwood Shores, CA  94065
650-801-5000

Edward J. DeFranco
Quinn Emanuel Urquhart Oliver & Hedges, LLP
335 Madison Avenue
New York, NY  10017
(212) 849-7000

June 29, 2006
523823

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 29, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>William J. Wade
>Richards, Layton & Finger

and that I also caused copies to be served upon the following in the manner indicated:

### BY MAIL

>William J. Wade
>Richards, Layton & Finger
>One Rodney Square
>P.O. Box 551
>Wilmington, DE 19801

>/s/   Jack B. Blumenfeld
>jblumenfeld@mnat.com