## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>BALLY GAMING INTERNATIONAL,<br>INC., a Delaware corporation; BALLY<br>TECHNOLOGIES, INC., a Nevada<br>corporation; and BALLY GAMING, INC.,<br>a Nevada corporation d/b/a BALLY<br>TECHNOLOGIES,<br><br>    Defendants. | C.A. No. 06-282-KAJ |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of Plaintiff IGT's Objections and Responses to

Bally's First Set of Requests for Production of Documents and Things (Nos. 1-84) were served

on July 12, 2006 upon the following counsel of record in the manner indicated below:

**VIA HAND DELIVERY**
Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

**VIA FEDERAL EXPRESS**
Charles K. Verhoeven
Kevin P.B. Johnson
Amy H. Candido
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111

*OF COUNSEL:*

David P. Enzminger
Brett J. Williamson
Charles A. Thomasian
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6429
(949) 760-9600

Dated: July 12, 2006

William J. Wade (#704)
wade@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302-651-7700
 *Attorneys for Plaintiff IGT*

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Jack B. Blumenfeld, Esquire
> Karen Jacobs Louden, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> Wilmington, DE  19899

I hereby certify that on July 12, 2006, I caused to be sent by Federal Express the foregoing document to the following non-registered participant:

> Charles K. Verhoeven
> Kevin P.B. Johnson
> Amy H. Candido
> Quinn Emanuel Urquhart Oliver & Hedges, LLP
> 50 California Street, 22nd Floor
> San Francisco, CA 94111

> Anne Shea Gaza (#4093)
> Gaza@rlf.com
> Richards, Layton & Finger, P.A.
> One Rodney Square
> P.O. Box 551
> Wilmington, Delaware 19899
> (302) 651-7700