IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-282-KAJ ) |
| BALLY GAMING INTERNATIONAL, INC., BALLY TECHNOLOGIES, INC., and BALLY GAMING, INC., | ) ) ) ) |
| Defendants. | ) ) |

### ORDER

Oral argument on defendants' motion to transfer (D.I. 25) in the above captioned action will be heard on **August 22, 2006** beginning at 2:00 p.m. and concluding at 3:00 p.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE

July 14, 2006
Wilmington, Delaware