IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 06-282 (KAJ) |
| | ) |
| BALLY GAMING INTERNATIONAL, | ) |
| INC., BALLY TECHNOLOGIES, INC., | ) |
| and BALLY GAMING, INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of Bally's Rule 26 Initial Disclosures were caused to be served on July 18, 2006 upon the following counsel in the manner indicated:

BY E-MAIL

William J. Wade
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

David P. Enzminger
O'Melveny & Myers LLP
610 Newport Center Drive
Newport Beach, CA  92660

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden (#2881)*
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
 Attorneys for Defendants

OF COUNSEL:

Charles K. Verhoeven
Kevin P.B. Johnson
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive
Suite 560
Redwood Shores, CA 94065
650-801-5000

Edward J. DeFranco
Quinn Emanuel Urquhart Oliver & Hedges, LLP
335 Madison Avenue
New York, NY 10017
(212) 849-7000

July 19, 2006
523823

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on July 19, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>William J. Wade
>Richards, Layton & Finger

and that I also caused copies to be served upon the following in the manner indicated:

### **BY MAIL**

>William J. Wade
>Richards, Layton & Finger
>One Rodney Square
>P.O. Box 551
>Wilmington, DE  19801

>/s/ Karen Jacobs Louden (#2881)
>klouden@mnat.com