IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IGT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-282 (KAJ) |
| | ) | |
| BALLY GAMING INTERNATIONAL, | ) | |
| INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the approval of the Court, that the time within which plaintiff IGT must move, answer or otherwise respond to the Counterclaims in this action is hereby extended through and including Monday, July 24, 2006.

RICHARDS, LAYTON & FINGER

*/s/ Anne Shea Gaza*

William J. Wade (#704)
wade@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Matthew W. King (#4566)
king@rlf.com
One Rodney Square
P.O. Box 551
Wilmington, DE
   Attorneys for Plaintiff

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
   Attorneys for Defendants

SO ORDERED this _____ day of _____, 2006.

_____
J.