IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation, | |
| Plaintiff, | |
| v. | C.A. No. 06-282 (KAJ) |
| BALLY GAMING INTERNATIONAL, INC., BALLY TECHNOLOGIES, INC., and BALLY GAMING, INC., | JURY TRIAL DEMANDED |
| Defendant. | |

## IGT's MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM COUNTS X, XI AND XII

Plaintiff IGT, by and through its undersigned counsel, hereby moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing Defendants' Counterclaim Counts X, XI and XII in a form substantially similar to the Order attached as Exhibit A hereto. The grounds for this motion are fully set forth in IGT's Opening Brief in Support of IGT's Motion to Dismiss Defendants' Counterclaim Counts X, XI and XII and in IGT's Request for Judicial Notice in Support of IGT's Motion to Dismiss Defendants' Counterclaim Counts X, XI and XII, filed contemporaneously herewith.

_OF COUNSEL:_

David P. Enzminger
Brett J. Williamson
Charles A. Thomasian
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6429
(949) 760-9600

Dated: July 24, 2006

William J. Wade (#704)
wade@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302-651-7700
_Attorneys for Plaintiff IGT_

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 24, 2006, I caused to be served by hand delivery and electronic mail the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Jack B. Blumenfeld, Esquire
> Karen Jacobs Louden, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> Wilmington, DE  19899

I hereby certify that on July 24, 2006, I caused to be sent by electronic mail the foregoing document to the following non-registered participants:

| | |
|---|---|
| Charles K. Verhoeven | Edward J. DeFranco |
| Quinn Emanuel Urquhart | Quinn Emanuel Urquhart |
| Oliver & Hedges, LLP | Oliver & Hedges, LLP |
| 50 California Street, 22nd Floor | 51 Madison Avenue |
| San Francisco, CA 94111 | New York, NY 10010-1601 |

Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3013436-1

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IGT, a Nevada corporation,

      Plaintiff,

    v.

BALLY GAMING INTERNATIONAL,
INC., BALLY TECHNOLOGIES, INC.,
and BALLY GAMING, INC.,

      Defendant.

C.A. No. 06-282 (KAJ)

JURY TRIAL DEMANDED

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM COUNTS X, XI AND XII

The Court having considered Plaintiff/Counterclaim Defendant's Motion to Dismiss

Counterclaims X, XI, and XII, all briefs submitted in support thereof and in opposition

thereto, and good cause having been shown,

IT IS HEREBY ORDERED this _____ day of _____, 2006, that the

motion is GRANTED.

 

_____
HON. KENT A. JORDAN
UNITED STATES DISTRICT JUDGE

NB1:691068.1