IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation,<br><br>       Plaintiff,<br><br>    v.<br><br>BALLY GAMING INTERNATIONAL, INC., BALLY TECHNOLOGIES, INC., and BALLY GAMING, INC.,<br><br>       Defendants. | C.A. No. 06-282 (KAJ)<br><br>JURY TRIAL DEMANDED |

### IGT's REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM COUNTS X, XI AND XII

OF COUNSEL

David P. Enzminger
Brett J. Williamson
Charles A. Thomasian
O'MELVENY & MYERS L.L.P.
400 S. Hope Street
Los Angeles, CA 90071
(213) 430-6000

William J. Wade (#704)
wade@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
  *Attorneys for Plaintiff and Counterclaim Defendant IGT*

July 24, 2006

RLF1-3040537-1

Pursuant to Federal Rules of Evidence 201, plaintiff IGT, by and through its attorneys, hereby requests the Court to take judicial notice of the following:

1.  Judgment, dated September 29, 2004, Case No. CV-01-1109-JCM-PAL (D. Nev.). A true and correct copy of this document is attached as Exhibit A.

2.  Judgment, dated July 11, 2006, Case No. 01-CV-1109 (Fed. Cir.). A true and correct copy of this document is attached as Exhibit B.

The above documents are matters of public record and are proper subject of a request for judicial notice. *LUM v. Bank of Am.*, 361 F.3d 217, 222 (3d Cir.) *cert. denied*, 543 U.S. 918 (2004) ("a prior judicial opinion constitutes a public record of which a court may take judicial notice …on a motion to dismiss").

*OF COUNSEL:*

David P. Enzminger
Brett J. Williamson
Charles A. Thomasian
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6429
(949) 760-9600

Dated: July 24, 2006

William J. Wade (#704)
wade@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302-651-7700
*Attorneys for Plaintiff IGT*

RLF1-3040537-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2006, I caused to be served by hand delivery and electronic mail the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Jack B. Blumenfeld, Esquire
> Karen Jacobs Louden, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> Wilmington, DE 19899

I hereby certify that on July 24, 2006, I caused to be sent by electronic mail the foregoing document to the following non-registered participants:

| | |
|---|---|
| Charles K. Verhoeven | Edward J. DeFranco |
| Quinn Emanuel Urquhart | Quinn Emanuel Urquhart |
| Oliver & Hedges, LLP | Oliver & Hedges, LLP |
| 50 California Street, 22nd Floor | 51 Madison Avenue |
| San Francisco, CA 94111 | New York, NY 10010-1601 |

*Anne Shea Gaza*
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3013436-1

# EXHIBIT A

Richard J. Pocker (Nev. State Bar No. 3568)
DICKERSON, DICKERSON, CONSUL, AND POCKER
777 North Rainbow Boulevard, Suite 350
Las Vegas, NV 89107
(702) 388-8600 (phone)
(702) 388-0210 (fax)

Robert G. Krupka, P.C.
Barry F. Irwin
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000 (phone)
(312) 861-2200 (fax)



# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ACTION GAMING, INC. and IGT<br><br>*Plaintiffs,*<br><br>v.<br><br>ALLIANCE GAMING CORP.,<br>BALLY GAMING, INC. and<br>UNITED COIN MACHINE CO.<br><br>*Defendants.* | Case No(s).: CV-01-1109-JCM-PAL<br><br>[~~PROPOSED~~] JUDGMENT |

1.   The jury having returned a verdict against United Coin Machine Co. ("United") and in favor of Action Gaming, Inc. and IGT (collectively "Action") and finding that United has infringed claim 3 of U.S. Patent No. 5,823,873 ("the '873 patent") and claims 1 and 3 of U.S. Patent No. 6,007,066 ("the '066 patent"), which this Court has previously found are not invalid or unenforceable;

2.   The jury having returned a verdict that the method of play of the accused Multi-Play Poker game with autohold infringes claim 3 of the '873 patent and claims 1 and 3 of the '066 patent;

3.   The jury having returned a verdict that Alliance Gaming Corp. ("Alliance") is liable for the infringing conduct of United; and

484

4.  The jury having determined that Action has been damaged in the amount of $7,361,000.00.

IT IS ORDERED that JUDGMENT is entered against Alliance and United, jointly and severally, and in favor of Action in the amount of $ 7,361,000 for infringement of claims 1 and 3 of the '066 Patent and claim 3 of the '873 Patent.

Dated: September 29, 2004

_____
Hon. James C. Mahan
United States District Judge

# EXHIBIT B

NOTE: Pursuant to Fed. Cir. R. 47.6, this disposition is not citable as precedent. It is a public record.

# United States Court of Appeals for the Federal Circuit

05-1287, -1315

**CLERK'S OFFICE COPY**

ACTION GAMING, INC. and IGT,

Plaintiffs-Cross Appellants,

v.

ALLIANCE GAMING CORP.
and UNITED COIN MACHINE CO.,

Defendants-Appellants,

and

BALLY GAMING, INC.,

Defendant.

## Judgment

ON APPEAL from the    U.S. DISTRICT COURT
                     DISTRICT OF NEVADA

In CASE NO(S).    01-CV-1109

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 1 2006

JAN HORBALY
CLERK**

Per Curiam: (MAYER, LOURIE, and PROST, Circuit Judges):

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED  JUL 1 1 2006

_____
Jan Horbaly, Clerk