IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-282 (KAJ) |
| ) | |
| BALLY GAMING INTERNATIONAL, ) | |
| INC., BALLY TECHNOLOGIES, INC., ) | |
| and BALLY GAMING, INC., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that defendants' time to file and serve their answering brief in opposition to IGT's Motion to Dismiss Defendants' Counterclaim Counts X, XI and XII (D.I. 53) is hereby extended through and including Friday, August 11, 2006.

RICHARDS, LAYTON & FINGER, P.A.           MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Anne Shea Gaza*                                       */s/ Karen Jacobs Louden*

William J. Wade (#704)                              Jack B. Blumenfeld (#1014)
Anne Shea Gaza (#4093)                           Karen Jacobs Louden (#2881)
One Rodney Square                                   1201 North Market Street
P.O. Box 551                                               P.O. Box 1347
Wilmington, DE  19899                             Wilmington, DE  19899
(302) 658-6541                                           (302) 658-9200
gaza@rlf.com                                              klouden@mnat.com

SO ORDERED this \_\_\_\_ day of _____, 2006.

                                        _____
                                        The Honorable Kent A. Jordan