IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IGT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-282 (KAJ) |
| | ) | |
| BALLY GAMING INTERNATIONAL, INC., BALLY TECHNOLOGIES, INC., and BALLY GAMING, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1. Defendants' time to file and serve their answering brief in opposition to IGT's Motion to Dismiss Defendants' Counterclaim Counts X, XI and XII (D.I. 53) is hereby extended through and including Friday, August 18, 2006;

2. Plaintiff's time to file and serve its reply brief in support of its motion is hereby extended through and including Friday, September 1, 2006.

RICHARDS, LAYTON & FINGER, P.A.          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Anne Shea Gaza*                          */s/ Karen Jacobs Louden*
_____          _____
William J. Wade (#704)                    Jack B. Blumenfeld (#1014)
Anne Shea Gaza (#4093)                    Karen Jacobs Louden (#2881)
One Rodney Square                         1201 North Market Street
P.O. Box 551                              P.O. Box 1347
Wilmington, DE  19899                     Wilmington, DE  19899
(302) 658-6541                            (302) 658-9200
gaza@rlf.com                              klouden@mnat.com
Attorneys for plaintiff                   Attorneys for defendants

SO ORDERED this ____ day of _____, 2006.

_____
The Honorable Kent A. Jordan

530821