IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 AUG 22  PM 3: 59

| | | |
|---|---|---|
| IGT, a Nevada corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-282-KAJ |
| | ) | |
| BALLY GAMING INTERNATIONAL, | ) | |
| INC., BALLY TECHNOLOGIES, INC., | ) | |
| and BALLY GAMING, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth by the Court during the hearing today,

IT IS HEREBY ORDERED that defendants' motion to transfer (D.I. 25) is

DENIED.


_____
UNITED STATES DISTRICT JUDGE


Dated:  August 22, 2006
Wilmington, Delaware