## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, | : |
|       Plaintiff, | : |
| v. | :   Civil Action No. 06-282-KAJ |
| BALLY GAMING INTERNATIONAL INC., et al., | : |
|       Defendants. | : |

## ORDER

At Wilmington this **28th** day of **August, 2006**.

IT IS ORDERED that the teleconference scheduled for September 12, 2006 at 9:30 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences has been rescheduled to **October 5, 2006 at 3:30 p.m. Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                              /s/ Mary Pat Thynge
                                              UNITED STATES MAGISTRATE JUDGE