# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Karen Jacobs Louden
(302) 351-9227
(302) 425-4681
klouden@mnat.com

September 6, 2006

By E-Filing

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

    Re:    <u>IGT v. Bally Gaming International, Inc., et al.</u>; C.A. No. 06-282 (KAJ)

Dear Judge Jordan:

    Briefing on IGT's Motion To Dismiss Defendants' Counterclaim Counts X, XI and XII (D.I. 53) is now complete. Pursuant to D. Del. L.R. 7.1.4, defendants respectfully request oral argument on the motion.

    Respectfully,

    */s/ Karen Jacobs Louden*

    Karen Jacobs Louden
    klouden@mnat.com

cc:    Peter T. Dalleo, Clerk (by e-filing and by hand)
       William J. Wade, Esq. (by hand)
       David Enzminger, Esq. (by telecopy)
       Charles Verhoeven, Esq. (by telecopy)

528011