IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-282-KAJ |
| | ) |
| BALLY GAMING INTERNATIONAL, | ) |
| INC., BALLY TECHNOLOGIES, INC., | ) |
| and BALLY GAMING, INC., | ) |
| | ) |
| Defendants. | ) |

### ORDER

At Wilmington this **11th** day of **October, 2006**,

IT IS ORDERED that the tutorial hearing presently set for **November 2, 2006 at 10:00 a.m.** is hereby rescheduled to **November 2, 2006 at 11:00 a.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE