IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>BALLY GAMING INTERNATIONAL, INC.,<br>BALLY TECHNOLOGIES, INC., and BALLY<br>GAMING, INC.,<br><br>        Defendants. | C.A. No. 06-282 (KAJ) |

## PLAINTIFF IGT'S MOTION FOR A PRELIMINARY INJUNCTION

Plaintiff IGT, by and through its undersigned counsel and pursuant to Rules 26 and 65 of the Federal Rules of Civil Procedure, hereby moves for an Order, substantially in the form attached hereto, preliminarily enjoining defendants from further infringing the patents-in-suit. The grounds for this motion are fully set forth in IGT's Memorandum in Support of Its Motion for Preliminary Injunction, IGT's Request for Judicial Notice and in the Declarations of Bart Lewin, Reed Alewel and David Dalke, filed contemporaneously herewith.

OF COUNSEL

David P. Enzminger
Brett J. Williamson
David P. Dalke
Charles A. Thomasian
O'MELVENY & MYERS L.L.P.
400 S. Hope Street
Los Angeles, CA 90071
(213) 430-6000


Dated: October 31, 2006

William J. Wade (#704)
Anne Shea Gaza (#4093)
Matthew W. King (#4566)
Richards, Layton & Finger
wade@rlf.com
gaza@rlf.com
king@rlf.com
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

Attorneys for Plaintiff IGT

RLF1-3076653-1

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

Pursuant to Local Rule 7.1.1, counsel for plaintiff IGT has contacted counsel for defendants to discuss the matters set forth in the motion and counsel for defendants has indicated that defendants oppose the relief sought in the motion.

Anne Shea Gaza (#4093)
Gaza@rlf.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2006, I caused to be served by hand delivery and electronic mail the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Jack B. Blumenfeld, Esquire
> Karen Jacobs Louden, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> Wilmington, DE  19899

I hereby certify that on October 31, 2006, I caused to be sent by electronic mail the foregoing document to the following non-registered participants:

| | |
|---|---|
| Charles K. Verhoeven<br>Quinn Emanuel Urquhart<br>  Oliver & Hedges, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111 | Edward J. DeFranco<br>Quinn Emanuel Urquhart<br>  Oliver & Hedges, LLP<br>51 Madison Avenue<br>New York, NY 10010-1601 |

_Anne Shea Gaza_

Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700