IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation,<br><br>               Plaintiff,<br><br>v.<br><br>BALLY GAMING INTERNATIONAL, INC., BALLY TECHNOLOGIES, INC., and BALLY GAMING, INC.,<br><br>               Defendants. | CIVIL ACTION<br><br>No. 06-282 (KAJ) |

### [PROPOSED] ORDER GRANTING PLAINTIFF IGT'S MOTION FOR A PRELIMINARY INJUNCTION

At Wilmington this ____ day of _____, 2006, having considered Plaintiff IGT's Motion for a Preliminary Injunction, and all submissions and any argument thereon, it is hereby ordered, declared and adjudged that Defendants Bally Gaming International, Inc., Bally Technologies, Inc., and Bally Gaming, Inc., their respective officers, agents, servants, employees, all parent, subsidiary and affiliated entities, successors and interests and assigns, and all other persons or companies in active concert or participation with them, are immediately enjoined during the pendency of this action from committing further acts of infringement of, contributory infringement of, and inducement to infringe:

    1.    U.S. Patent No. RE 37,885 by offering to sell, selling, using, manufacturing, having manufactured, advertising, promoting, distributing, implementing, installing, maintaining, supporting, or filling orders for any ACSC or SDS compatible version of Defendants' bonusing products commercially sold under the names "Bally Power Winners™" (also referred to by

Defendants as "Bally Power Progressives™") or "Bally Power Rewards™" (also referred to by Defendants as "eBONUS"), or any similar bonusing products.

2. U.S. Patent No. RE 38,812 by offering to sell, selling, using, manufacturing, having manufactured, advertising, promoting, distributing, implementing, installing, maintaining, supporting, or filling orders for any ACSC or SDS compatible version of Defendants' bonusing product commercially sold under the name "Bally Power Rewards,™" or any similar bonusing product.

3. U.S. Patent No. 6,431,983 by offering to sell, selling, using, manufacturing, having manufactured, advertising, promoting, distributing, implementing, installing, maintaining, supporting, or filling orders for any ACSC or SDS compatible version of Defendants' bonusing products commercially sold under the names "Bally Power Winners™" or "Bally Power Rewards™" or "Bally Power Promotions™" (also referred to by Defendants as "ePROMO"), or any similar bonusing products.

4. U.S. Patent No. 6,832,958 by offering to sell, selling, using, manufacturing, having manufactured, advertising, promoting, distributing, implementing, installing, maintaining, supporting, or filling orders for any SDS compatible version of Defendants' bonusing products commercially sold under the names "Bally Power Winners™" or "Bally Power Rewards™," or any similar bonusing products.

5. U.S. Patent No. 6,620,046 by offering to sell, selling, using, manufacturing, having manufactured, advertising, promoting, distributing, implementing, installing, maintaining, supporting, or filling orders for any ACSC or SDS compatible version of Defendants' bonusing product commercially sold under the name "Bally Power Winners™," or any similar bonusing product.

It is further ordered that Plaintiff IGT will post bond in the amount of $_____.

_____
United States District Court Judge