IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IGT, a Nevada corporation,

                    Plaintiff,

        v.

BALLY GAMING INTERNATIONAL, INC.,
BALLY TECHNOLOGIES, INC., and BALLY
GAMING, INC.,

                    Defendants.

CA No. 06-282 (KAJ)

## REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
## IGT'S MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Federal Rules of Evidence 201, plaintiff IGT, by and through its attorneys, hereby requests the Court to take judicial notice of the following:

1.      Pages 104, 154-169 and 176-239 of the transcript of proceedings in Case No. CV-S-97-1383-EJW (LRL) (D. Nev.), produced as IGTB107112, IGTB107163 to IGTB107178 and IGTB107185 to IGTB107248. A true and correct copy of these excerpts is attached as Exhibit 1.

2.      Special Verdict Form, dated March 27, 2001, Case Nos. CV-S-98-1462-EJW (LRL) and CV-S-97-1383-EJW (LRL) (D. Nev.), produced as IGTB08990-IGTB089901. A true and correct copy of this document is attached as Exhibit 2.

3.      Judgment In A Civil Case, dated March 29, 2001, Case No. CV-S-97-1383-EJW (LRL) (D. Nev.), produced as IGTB090324. A true and correct copy of this document is attached as Exhibit 3.

The above documents are matters of public record and are properly the subject of a request for judicial notice. *LUM v. Bank of Am.*, 361 F.3d 217, 222 (3d Cir. 2004), *cert. denied,* 543 U.S. 918 (2004) ("[A] prior judicial opinion constitutes a public record of which a court may take judicial notice . . . on a motion to dismiss."); *Southern Cross Overseas Agencies, Inc. v. Wah Kwong Shipping Group, Ltd.*, 181 F.3d 410, 426 (3d Cir. 1999) ("To resolve a 12(b)(6) motion, a court may properly look at public records,

including judicial proceedings, in addition to the allegations in the complaint."); *Southmark Prime Plus LP v. Falzone*, 776 F.Supp. 888, 892 (D. Del. 1991) ("[F]ederal courts may also take notice of proceedings in other courts . . . if the proceedings have a direct relation to matters at issue.").

OF COUNSEL

David P. Enzminger
Brett J. Williamson
David P. Dalke
Charles A. Thomasian
O'MELVENY & MYERS L.L.P.
400 S. Hope Street
Los Angeles, CA 90071
(213) 430-6000

October 31, 2006

William J. Wade (#704)
Anne Shea Gaza (#4093)
Matthew W. King (#4566)
Richards, Layton & Finger
wade@rlf.com
gaza@rlf.com
king@rlf.com
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

Attorneys for Plaintiff IGT

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2006, I caused to be served by hand delivery and electronic

mail the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF

which will send notification of such filing(s) to the following:

> Jack B. Blumenfeld, Esquire
> Karen Jacobs Louden, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> Wilmington, DE 19899

I hereby certify that on October 31, 2006, I caused to be sent by electronic mail the foregoing

document to the following non-registered participants:

Charles K. Verhoeven
Quinn Emanuel Urquhart
  Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111

Edward J. DeFranco
Quinn Emanuel Urquhart
  Oliver & Hedges, LLP
51 Madison Avenue
New York, NY 10010-1601

Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

# EXHIBIT 1

104

1                    UNITED STATES DISTRICT COURT

2                         DISTRICT OF NEVADA

3           THE HON. EVAN J. WALLACH, JUDGE PRESIDING

4

5    MIKOHN GAMING CORPORATION,    )
                                   )
6                    Plaintiff,    )
                                   )
7             vs.                  )     NO. CV-S-97-1383-EJW-LRL
                                   )
8    ACRES GAMING, INC.,           )     VOLUME 2
                                   )
9                    Defendant.    )
     _____)

FILED

MAR 1 6 2001

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

BY_____ DEPUTY

13          REPORTER'S DAILY TRANSCRIPT OF JURY TRIAL

14                 Thursday, March 15, 2001

15

16

17   APPEARANCES:
     (See following page.)

18

19

20

21

22   ORIGINAL

23

24                      FELICIA ZABIN, CSR 478
                        LUCILLE M. LITSHEIM, CSR 349
25                      Official Federal Reporter

          LUCILLE M. LITSHEIM, CERTIFIED REALTIME REPORTER

IGTB107112

154

```
1              THE COURT:  Go ahead, Mr. Riedinger.

2              MR. RIEDINGER:  Thank you.

3         Your Honor, our first witness is Mr. Floyd Glisson.

4              THE COURT:  Mr. Glisson.

5              THE CLERK:  The witness stand is on this side.

6              THE WITNESS:  Wrong side.

7              THE CLERK:  Please step up behind the witness stand

8    and remain standing for the oath.

9

10                         FLOYD GLISSON,

11   called as a witness on behalf of the plaintiff, having been

12   first duly sworn, was examined and testified as follows:

13             THE CLERK:  Please raise your right hand.

14        You do solemnly swear that the testimony you may give

15   in this case now before this Court will be the truth, the

16   whole truth, and nothing but the truth, so help you God?

17             THE WITNESS:  Yes.

18             THE CLERK:  Please be seated.

19        For the record, please state your full name.

20             THE WITNESS:  My name is Floyd Wright Glisson.  I go

21   by "Bud."

22             THE CLERK:  Please spell your last name.

23             THE WITNESS:  G-l-i-s-s-o-n.

24             THE CLERK:  Which city and state do you reside?

25             THE WITNESS:  Henderson, Nevada.
```

IGTB107163

155

```
1                          FLOYD GLISSON,

2      called as a witness on behalf of the Acres Gaming, having been

3      first duly sworn, was examined and testified as follows:

4                THE CLERK:  Please raise your right hand.

5                You do solemnly swear that the testimony you may give

6      in this case now before this Court will be the truth, the

7      whole truth, and nothing but the truth, so help you God?

8                THE WITNESS:  Yes.

9                THE CLERK:  Please be seated.

10               For the record, please state your full name.

11               THE WITNESS:  My name is Floyd Wright Glisson.  I go

12     by "Bud."

13               THE CLERK:  Please spell your last name.

14               THE WITNESS:  G-l-i-s-s-o-n.

15               THE CLERK:  Which city and state do you reside?

16               THE WITNESS:  Henderson, Nevada.

17               THE CLERK:  Thank you.

18

19                          DIRECT EXAMINATION

20

21     BY MR. RIEDINGER:

22     Q.   Thank you, Mr. Glisson.

23          Can you tell us what you do for a living?

24     A.   Yes.  I am the Chairman of the Board and Chief Executive

25     Officer of Acres Gaming.
```

IGTB107164

156

1  we call "bonus games."  We don't actually do just games.  We

2  do bonus games.

3  Q.    Where does the company have its officers?

4  A.    Our headquarters is here in Las Vegas.  We also have an

5  engineering office in Corvallis, Oregon.

6  Q.    And why does the Las Vegas headquarters company have an

7  engineering office in Corvallis?

8  A.    Because the company was originally founded in Corvallis.

9  That's where John Acres was when he started it.  And we've got

10  quite a number of very important engineers up there that we

11  have chosen to retain that location.

12  Q.    When was the company founded?

13  A.    The company was, I think, the result of the merger of

14  three predecessor companies.  And that took place in September

15  of '93.  And then the company's initial public offering was in

16  October of '93.

17  Q.    Okay.  How big is Acres Gaming?  How many employees does

18  it have?

19  A.    At last count we had 113 employees.

20  Q.    Okay.  Is the company growing?

21  A.    Yes.  Actually, recently we have been doing quite well.

22  We've gone through some very difficult times in the past.  But

23  right now we are certainly on an upward tick, I'm pleased to

24  say.

25  Q.    Okay.  What do those 113 people do?

IGTB107165

157

1   A.   Well, I -- I know quite well what they do.  35 of them

2   are in the engineering group.  We've got a lot of engineers

3   because that is basically what we do is engineering.  Those

4   are computer engineers, software engineers, mechanical

5   engineers, electric engineers; design both software and

6   hardware components for our systems.

7        We have 32 people that are in the quality assurance,

8   product management, and project management area.  And then

9   we've got 35 -- 36 people -- sorry -- 36 people that are in

10  the operations area where they receive components, assemble

11  some of the components, warehouse them, keep track of them,

12  and ultimately install our products.  And then service them

13  after they've been installed.

14        And then we have 20 people in the sales/general

15  administrative area.

16  Q.   Okay.  Where are the people located?

17  A.   23 people are up in Corvallis and the remaining 90 are

18  here in Las Vegas.

19  Q.   All right.  Let's talk about the products that Acres

20  Gaming makes.  You had briefly mentioned what those products

21  are.  Can you give us a little bit more detail about what

22  those products are that Acres makes and provides --

23  A.   Sure.

24  Q.   -- to its customers?

25  A.   Sure.  First is systems.  We do, you know, systems for

IGTB107166

158

1   casinos that handle a lot of their tracking of their
2   transactions.  The classical ones are the slot accounting
3   system, which is required by, I think, just about any casino
4   that keeps track of the transactions through the slot machines
5   on people on the casinos floor so they know exactly how much
6   they've won.  You've got to know exactly that because the
7   casino pays gaming taxes and some requirements for those
8   systems are pretty rigorous.  So that keeps track of the -- of
9   the win that comes from the slot machines.

10          We also do player tracking systems.  That keeps track
11  of the players' activities.  And many people, you know, join
12  slot clubs and they have these little cards.  And once they
13  put that card in, then the casino can keep track of how often
14  they play and give them rewards of whatever kind they think
15  are appropriate for -- for the person given -- given the way
16  they play.

17          We also do computer systems that keep track and help
18  handle the transactions at the tables and the cage for credit
19  purposes.  And so that's kind of the software side of the
20  basic systems that we do.

21          We also do hardware that goes into the slot machine.
22  The thing that reads the card, I talked about with the player
23  tracking systems, we do the -- we -- we don't actual
24  manufacture the card reader.  But we design it and then
25  assemble proprietary components for the card reader.

IGTB107167

159

1        '   Similar thing for the display that's on the slot

2    machine which gives you a message when you come into the --

3    when you come into the casino and walk up to a slot machine,

4    you'll see a display that says, you know, "welcome" or here

5    you are at casino A, B, C.

6           There is also a keypad which helps some functions at

7    the slot machine by either a player or typically a slot

8    technician.  There's also a little computer board that's

9    inside the machine which really is the way that we take

10   information from the slot machine and then communicate it

11   across the network back to these computer systems that we've

12   talked about.  So -- so that's the hardware side of it.  And

13   so those are our systems.  The --

14   Q.   In the systems area, are there any bonusing products?

15   A.   Yeah.  We do a lot of bonuses with our systems.  That --

16   that actually is a feature that we don't really consider part

17   of the basic system.  But in our case it's absolutely critical

18   to the sale of our system.  We do a very wide variety of

19   bonuses that can be pushed across some and perhaps all of the

20   slot machines through our system that's in place at that

21   casino.

22   Q.   And by "the system that's in place at the casino," what

23   are you referring to?

24   A.   Oh, it's the hardware that's in the slot machines and

25   then it's the communication networks that carry it back to the

IGTB107168

160

1   computers and then the software that's in those computers that

2   we have done that allows to us do all the things that I've

3   just described.

4   Q.   Okay.  Before we come back to bonusing, who are the

5   customers of Acres Gaming?

6   A.   Well, we try to sell to any and all casinos.  It's

7   obviously a casino-specific kind of business.  And we

8   currently do business with a lot of quite famous names:

9   Mandalay Resorts, Station Casinos, MGM, Mirage.  We also do

10  business overseas in South Africa, Australia.  So our -- we

11  have got quite a large number of customers, including a lot of

12  casino that are Native American operated.

13  Q.   Okay.  Do you sell the bonusing products to any of those

14  casinos?

15  A.   Yeah.  We -- well, we absolutely try to sell them to

16  everyone.  And we think that it's a pretty important element

17  in our sales approach because the basic systems are offered

18  by, you know, a lot of people.  I mean, slot accounting is

19  offered by kind-a large number of contenders.  So bonusing is

20  really what differentiates us and is frequently why customers

21  come to us to talk about doing business with us is because

22  they know that we do bonusing and nobody does it as well as we

23  do.  So we're kind of the -- the king of bonusing, if you

24  will.

25  Q.   About how many bonusing products does Acres have?

161

1   A.   You know, there have been a lot of design over the years.

2   The last list I looked at we had about 24 different bonuses on

3   it.  It's quite a large number.

4   Q.   Can you give us a couple of examples of bonuses that are

5   in place at casinos?

6   A.   Sure.  Multiple Jackpot Time is a good example of a good

7   bonus.  And the way that works is we will set up the casino so

8   that as the players play a pool of money is built up.  And

9   when it gets to a certain level where you can then give that

10   money back to the players, we -- we send off signals to the

11   slot machines.  And, as the players play then, the jackpots --

12   any jackpots they win or any -- actually, any winnings that

13   they win are absolutely doubled during that period of time.

14        So if you hit two cherries and you win a buck, you're

15   gonna -- if the Multiple Jackpot Time indicator is three

16   times, you'd be winning three times the amount.  So you'd get

17   three bucks instead of one buck.  And, obviously, if you hit a

18   thousand-dollar win during Multiple Jackpot Time with a three

19   in front of it, you'd get $3,000.

20        So it's a -- and it's very exciting during the period

21   of time when it is Multiple Jackpot Time because the players

22   know that anything that they are gonna win is gonna get, you

23   know, doubled; tripled; even go up to ten times, not as

24   frequently as we do the lower denominations.  But definitely

25   we go up quite high on the scale.  And it's a very exciting

162

1   element for players.

2   Q.   Can you tell us any places where Multiple Jackpot Time is

3   installed?

4   A.   I know Mandalay Resorts had it.  I'm not absolutely sure

5   they are still running it.  I think Armada Slots at -- at

6   Sunset Station is another place where Multiple Jackpot Time

7   operates.

8   Q.   Are -- excuse me -- are there any casinos outside the

9   United States that have any of the Acres bonuses?

10  A.   Oh, sure.  In fact, our initial large bonusing

11  installation was at the Crown Casino in Melbourne, Australia.

12  And they do a wide variety of bonusing.  Star City in Sydney,

13  Australia, does -- also does bonusing with our system.

14          And a new casino in South Africa has purchased it but

15  isn't yet using our bonusing.  One of the things you have to

16  do is get the gaming jurisdiction approval before you turn the

17  things on.  And we are still waiting in South Africa to get

18  that approval.  But that'll be on soon too.

19  Q.   Okay.  So can you describe, say, another example of an

20  Acres bonusing products?

21  A.   Sure.  What we call Lucky Coin is another good example, I

22  think.  Lucky Coin is pretty much what it says.  It's a

23  jackpot that could go off at any time and you're playing.

24  And, as long as you're playing at the time when a random

25  number is selected and this jackpot goes off, then one

IGTB107171

163

1   particular player that's played one particular coin -- that's

2   why we call it lucky coin -- one particular player wins the

3   jackpot.

4           And so it's just -- we -- we've done great with that

5   in the Motor City Casino in Detroit and also the Crown Casino

6   where both of them gave away a million dollars, you know,

7   pretty much once a month with the Lucky Coin jackpot.  And it

8   was one of the big draws to both -- both of those casinos.

9   Q.   Can you tell us whether the bonusing products are

10  important to Acres Gaming?

11  A.   Oh, they were absolutely critical.

12  Q.   Why is that?

13  A.   Well, as I said, I think the people that come to visit us

14  don't come because they want to hear about another company

15  that's got a slot accounting system or a player tracking

16  system.  Now, don't misunderstand me.  We're proud of those

17  systems that we've done.  I mean, we like our slot accounting;

18  we like our player tracking.  But casinos are not gonna change

19  their systems just because you've got a good slot accounting

20  system.

21          Now, there's got to be something -- a lot bigger

22  reason for them to do that.  And bonusing is really what we're

23  known for in the industry.  And people that are interested in

24  doing bonusing are the ones that typically come to talk to us.

25  Q.   Do the sales of bonusing products ever lead to the sales

IGTB107172

164

1   of other Acres Gaming products?

2   A.   Oh, absolutely.  People come in the door to learn about

3   bonusing and, you know, sometimes they'll leave with just

4   buying the basic system and plan to put bonusing in later.

5   Once you put our system in, then it's a real easy thing to

6   come in later.  And once we've got our basic system installed,

7   it's real easy to come in and install a bonus.  Any one of

8   those two dozen I talked about we kind of just put right in.

9        So a lot of casinos, you know, don't know for sure

10  what they are interested in.  And if they are putting in a

11  system, they are deciding to put a system in, gee whiz, and we

12  got a good system really.  But we've also got a bunch of

13  really cool bonuses -- and that was you're daughter's word,

14  wasn't it?  "Cool."

15  Q.   My word was "ain't."

16  A.   -- we got a lot of cool bonuses, they'll say, well, gee,

17  even though we maybe aren't ready to buy the cool bonuses yet

18  we think we will some day.  So we're gonna put your system in

19  knowing that we can do this bonusing down the road.

20  Q.   Is there any trend in bonusing?  Is it becoming more or

21  less successful?

22  A.   We went through really a long period of time where -- you

23  know, we had this really good success in Australia.  And you

24  would think that that would translate pretty quick to the

25  United States.  But the fact of the matter is we have several

IGTB107173

165

1    missteps in the United States.  Things have been very slow to

2    develop here.  But, finally, we have gotten some real break

3    throughs in the marketplace, I'm very proud to say.  And I

4    think we're on the verge of seeing our business improve quite

5    considerably.  And those sales, I do believe, are substantial

6    because of bonusing.

7    Q.    Why are they because of bonusing?

8    A.    Well, they are with customers that came to us and said

9    the reason we want to do this is because we know that you got

10   these bonusing products and, therefore, we are willing to put

11   your system in and go through, you know, a system change --

12   which, as I said, is not a small matter for a casino --

13   because we want to do these bonuses.

14         It's really a part of their strategy.  A casino looks

15   at a strategy and says, you know, we need something that's

16   gonna help differentiate ourselves from the casino next door.

17   If you -- you're from Seattle.  But if you've been on the

18   Strip long enough, you know you go from one casino to the

19   next.  Well, gee whiz.  Maybe the decorations are a little

20   different.  But, in fact, the machines are basically all the

21   same.

22         We give the casino the ability to differentiate their

23   offering to the customer by doing bonuses.  And they can be

24   very exciting and they can be merchandised uniquely to that

25   casino.  In fact, they put their own brand names on the

IGTB107174

166

1   bonuses sometimes.

2          Motor City Madness is a good example of that, where

3   they put their brand name on it.  And that is their -- what

4   they build their advertising campaigns around.  It's rather

5   incredible.

6   Q.   Can you give us an example of a recent casino that's come

7   to you because of the bonusing?

8   A.   Oh, absolutely.  Station Casinos.  Station Casinos

9   recently signed a contract with us to do bonusing and a basic

10  system in every one of their station properties.  That would

11  be Boulder, Sunset, Texas, Palace, and the one that's being

12  built at Green Valley Ranch.

13  Q.   I'd like to change the subject a little bit now and talk

14  about the competition.

15          What's the competition for bonusing products?

16  A.   Well, really bonuses, as you know, is a term that really

17  describes kind of anything extra that you get on top of the

18  base game payout.  You've got a slot machine sittin' there,

19  and there's a lot of ways for people to do bonuses.

20          A real simplistic way is, you know, put names in a

21  hat and pull one out and, you know, everybody that came in

22  puts your name in, pull it out, and give the person that wins

23  a thousand dollars.  But for big casinos with a lot of people

24  coming into them, that's kinda difficult to do.

25          But bonusing, per se, I mean, you can kind of dream

IGTB107175

1   up lots and lots of different ways to do bonuses.  We happen

2   to do bonuses in a rather specific way.  And the reasons why

3   casinos come to us, I think, is because we offer a system that

4   helps them do bonusing.  And our system works pretty good.

5   And so they don't have to worry about putting names in that

6   fishbowl and drawing them out.  Instead, you've got an

7   electronic system that keeps track of who's participating on

8   the floor and you can automatically give out a bonus based on

9   who's there.

10  Q.   Does the Mikohn Money Time system compete with Acres

11  bonusing?

12  A.   Yeah, I would say certainly so.

13  Q.   Does it compete with any particular products of Acres

14  bonusing?

15  A.   Well, Mikohn is -- the Mikohn Money Time is really a

16  group of products that, as I understand it -- and I am not an

17  expert -- but, as I understand it, does bonusing much, I

18  think, like Multiple Jackpot Time.  Again, I'm not sure of

19  that.  So I'm not absolutely certain how, technically, Money

20  Time operates.  But most certainly the bonuses -- like Lucky

21  Coin, Multiple Jackpot Time -- those all would have a flavor

22  like Money Time.

23  Q.   Are the Acres bonusing patents important to Acres Gaming?

24  A.   Oh, incredibly important.  Our customers, you know, that

25  come in to talk to us about a system one of the first things

IGTB107176

168

1    had they want to know is:  Well, first of all, do I need to

2    change my system to do this?  And, second of all, if I buy

3    from you, am I gonna find that there, you know, is all this

4    competition and other people that I should be talking to and

5    so on and so forth.

6         And, you know, we're a small company.  Our results

7    have been -- over time have not been very often in the black.

8    And so every sale is absolutely critical to us.  And customers

9    will frequently ask the direct question:  Well, do you have

10   patent protection on these?  And I'll answer that.  And, of

11   course, I'm happy to say, "Yes, we do."

12        And so they are somewhat put to rest by the fact that

13   they know they are dealing with a company that has patents on

14   the products that its selling and that, in fact, the guy

15   across the street can't go buy from somebody else; put in the

16   same thing; and then end up duplicating what that casino has

17   done.  So, to the customers, it's -- it's extremely important.

18        Once you sign a contract with them, if they think

19   they hear of something going on that they think is a

20   violation, they'll be quick to call me and say, hey, make sure

21   you're enforcing these patents.  Make sure that, you know,

22   you're not letting these people do stuff that they are not

23   supposed to be doing.  So they are not only interested on the

24   front end.  But, on a continuing basis, they make those kind

25   of calls to me.

IGTB107177

169

1           MR. RIEDINGER:  Thank you, Mr. Glisson.  I have no

2    further questions.

3           THE WITNESS:  Thank you.

4           THE COURT:  How long do you have on cross,

5    Mr. Shapiro?

6           MR. SHAPIRO:  It probably isn't gonna be very long.

7           THE COURT:  Want to take a run at it before lunch?

8           MR. SHAPIRO:  Why don't we just get it over with,

9    yeah.  That'll probably save everybody time, your Honor.

10

11                         CROSS-EXAMINATION

12

13   BY MR. SHAPIRO:

14   Q.   Good morning, Mr. Glisson.

15   A.   Good morning, Mr. Shapiro.

16   Q.   I just want to cover a few things that you've mentioned.

17   And you -- how long have you been working at Acres Gaming?

18   A.   I've been there a little over two and a half years.

19   Q.   And Multiple Jackpot Time that you spoke about, is that

20   prior to your coming to the company?

21   A.   No.  The intensive experience I had with Multiple Jackpot

22   Time was at Mandalay Bay.  And that was the first major

23   installation that I was directly involved with at Acres

24   Gaming.

25   Q.   And, I take it from my understanding of what you are

IGTB107178

176

1    the jury.  And welcome back.

2            Mr. Riedinger, do you want to call your next witness?

3            MR. RIEDINGER:  Yes, your Honor.  Our next witness is

4    Mr. John Acres.

5            THE COURT:  Come on up and remain standing.

6            THE CLERK:  Please raise your right hand.

7

8                        JOHN ACRES,

9    called as a witness on behalf of the plaintiff, having been

10   first duly sworn, was examined and testified as follows:

11           THE CLERK:  Please raise your right hand.

12           You do solemnly swear that the testimony you will

13   give in the case now before this Court will be the truth, the

14   whole truth, and nothing but the truth, so help you God?

15           THE WITNESS:  I do.

16           THE CLERK:  Please be seated.  For the record, please

17   state your full name.

18           THE WITNESS:  John Francis Acres.

19           THE CLERK:  Please spell your last name.

20           THE WITNESS:  A-c-r-e-s.

21           THE CLERK:  Which city and state do you reside?

22           THE WITNESS:  Corvallis, Oregon.

23           THE CLERK:  Thank you.

24   / / /

25   / / /

IGTB107185

177

```
1    the jury.  And welcome back.

2             Mr. Riedinger, do you want to call your next witness?

3             MR. RIEDINGER:  Yes, your Honor.  Our next witness is

4    Mr. John Acres.

5             THE COURT:  Come on up and remain standing.

6             THE CLERK:  Please raise your right hand.

7

8                        JOHN ACRES,

9    called as a witness on behalf of the Acres Gaming, having been

10   first duly sworn, was examined and testified as follows:

11            THE CLERK:  Please raise your right hand.

12            You do solemnly swear that the testimony you will

13   give in the case now before this Court will be the truth, the

14   whole truth, and nothing but the truth, so help you God?

15            THE WITNESS:  I do.

16            THE CLERK:  Please be seated.  For the record, please

17   state your full name.

18            THE WITNESS:  John Francis Acres.

19            THE CLERK:  Please spell your last name.

20            THE WITNESS:  A-c-r-e-s.

21            THE CLERK:  Which city and state do you reside?

22            THE WITNESS:  Corvallis, Oregon.

23            THE CLERK:  Thank you.

24   / / /

25   / / /
```

178

1   Q.   Thank you.

2        Mr. Acres, in front of you are three patents.  They

3   are copies of the 961, 459, and 817 patents.

4        Do you recognize those patents?  I guess they are the

5   original three patents.

6   A.   Yes, I do.

7   Q.   Are you a named inventor on those patents?

8   A.   Yes, I am.

9   Q.   Who owns those patents?

10  A.   Acres Gaming.

11  Q.   How did it come about that Acres Gaming owns those

12  patents?

13  A.   Because I and the other inventors worked for Acres Gaming

14  at the time that these inventions occurred.

15  Q.   Okay.  There are two other people named as inventors,

16  Mr. Wiebenson and Mr. Ginsburg.  Could you tell us who they

17  are?

18  A.   Alec Ginsburg was a hardware engineer that worked for

19  Acres Gaming at the time and Dave Wiebenson is a software

20  engineer that worked for Acres Gaming at the time.

21  Q.   Can you tell us what they did in relation to what's

22  described in those patents?

23  A.   Sure.  In addition to designing the circuitry that we use

24  to implement our products and the software that ran the

25  circuitry, Dave and Alec would help flush out the ideas.  Our

179

1  goal was always to find ways to make games more -- casino

2  games more fun for players; make them, you know, entertaining.

3  And I had some concepts that I had come up with after visiting

4  a lot of casinos.  And then Alec and Dave helped make those

5  concepts realities.

6  Q.   Do you believe anyone is the primary inventor?

7  A.   I was the primary.

8  Q.   And why do you say that?

9  A.   Because I came up with the concepts themselves and then

10  Alec and Dave did a lot of important work to help refine those

11  concepts.

12  Q.   Okay.  I'd like to go into your background in the gaming

13  industry.  Have you worked in the gaming industry before Acres

14  Gaming?

15  A.   Yes.

16  Q.   Could you describe that for us?

17  A.   The first casino job I ever had was in 1972.  I was

18  stationed at Nellis Air Force Base.  And I started working

19  part time in a little place called Mr. Sy's Casino.  It was a

20  small 300-machine operation, no hotel/no table games, directly

21  across the street from the Stardust.

22  Q.   What did you do at Mr. Sy's?

23  A.   Originally, I was hired part time to help install sound

24  systems and I ended up designing slot machines.

25  Q.   Had you completed college when you worked at Mr. Sy's?

IGTB107188

180

1   A.   No, I had not.

2   Q.   Did you subsequently go to college?

3   A.   Yes, I did.

4   Q.   Did you get a degree?

5   A.   Yes.  I have a bachelor of science degree in math with a

6   major in computer science.

7   Q.   And when did you get that?

8   A.   I believe the date was 1977.

9   Q.   Okay.  I'd like to have you continue describing your

10  experience in the gaming industry.

11        Did there come a time when you formed a company in

12  the gaming industry?

13  A.   Yes.  In 1981, I started a company call EDT, Electronic

14  Display Technology.

15  Q.   What did EDT do?

16  A.   EDT made progressive jackpot systems.

17  Q.   Okay.  We've had a little bit of an explanation of

18  progressive jackpot systems.  Could you just tell us what kind

19  of systems EDT put together?

20  A.   Sure.  A progressive jackpot system, again, is where you

21  create a pool of money and you have what's essentially a

22  competition amongst all the players to win that amount of

23  money.  The amount might be anywhere from a few dollars up to

24  millions of dollars.  Megabucks is a great example of a

25  progressive system.

IGTB107189

181

1          When I started EDT, a progressive controller -- the

2    device that counted all the coins and calculated what the

3    jackpot amount was -- was built typically on a half a sheet of

4    plywood, a four-foot-by-four-feet piece of wood.  And it had a

5    special carousel and special accommodations to fit that into

6    the casino.

7          Microprocessors, or small computers, had become

8    pretty prevalent.  So I did a design using that.  And we made

9    it into a much smaller box.  And then we made a much more

10   cost-effective, more visually pleasing display to go with it.

11   Q.   Do you contend that you're the first person ever to

12   design a progressive jackpot system?

13   A.   No, sir.

14   Q.   Okay.  Did you start any gaming companies other than EDT?

15   A.   Yes.  After I sold EDT to IGT, I started another company

16   in 1980- -- late '85, I believe it was, called Mikohn.

17   Q.   Is that the same Mikohn that's a defendant in this case?

18   A.   Yes, it is.

19   Q.   You were one of the founders of Mikohn; is that correct?

20   A.   Yes.

21   Q.   How did that come about?

22   A.   Well, I had an idea for a -- yet another kind of a

23   progressive jackpot display.  There was some multicolored

24   display devices called "LED's" that had become available.  And

25   I came up with a way to present not only jackpot dollar values

IGTB107190

182

1   but messages saying you can win this now and other textural

2   things.  In fact, you see these displays in just about every

3   casino you go into now.

4   Q.   What positions did you hold at Mikohn?

5   A.   I was Vice President of Engineering.

6   Q.   What did you do as Vice President of Engineering?

7   A.   I was responsible for designing the products and

8   overseeing the engineers that helped to implement those

9   products.

10  Q.   Can you tell us where the name Mikohn came from?

11  A.   Sure.  My name is John, and my partner's name is Mike

12  Stone.  And at the time Japanese names were kind of popular.

13  So my wife came up with the idea of combining our two names.

14       And I really wanted my name to be first and Mike's to

15  be second.  But that would be J-o-k-e.  And we didn't like

16  that so well.  So we put his name first and mine second.  We

17  took the M-i-k from his name and the O-h-m from my name.  And

18  so Mike and John became Mikohn.

19  Q.   Okay.  Do you still own part of Mikohn?

20  A.   No.

21  Q.   When did you last own part of Mikohn?

22  A.   I think I sold my last share of Mikohn in 1988.

23  Q.   All right.  Do you still know the people at Mikohn?

24  A.   I know some of them, yes.

25  Q.   Mikohn plans a witness by the name of Eric Olsen.  Do you

IGTB107191

183

1  know Mr. Olsen?

2  A.   Yes, I do.

3  Q.   How did you come to know Mr. Olsen?

4  A.   I hired Eric when he graduated from UNLV and when he

5  worked for me as an engineering trainee for a couple years

6  while I was there.

7  Q.   All right.  I'd like to go on with some more of your

8  background in the gaming industry.

9        Did you form any other companies after Mikohn?

10 A.   Yes.  In early 1991, or thereabouts, I started a company

11 called Gaming Innovations and another one called

12 AT Information.

13 Q.   And what did those companies do?

14 A.   AT Information was meant to track the play on gaming

15 machines, keep track of how much money was played in machines

16 and how much money those machines paid back.  And Gaming

17 Innovations was -- was meant to create promotions, things that

18 make games more fun for players to play.

19 Q.   What happened with AT Information and Gaming Innovations?

20 A.   Eventually they were combined into one company.  And that

21 company is now called Acres Gaming.

22 Q.   And when were they combined together?

23 A.   That would have been in the late summer or early fall of

24 1993, I believe it was.

25 Q.   Okay.  And what positions did you hold at AT Information

IGTB107192

184

1   and Gaming Innovations?

2   A.    I was the founder, president, took out the trash and. . .

3   Q.    How big were the companies?

4   A.    Well, at -- at the -- at the initial time it was just me.

5   And then we ended up getting maybe a dozen people in Gaming

6   Innovations and three or four people in AT Information.

7   Q.    So how big was Acres Gaming when it was started?

8   A.    Seems like the day that we combined them we had about 20

9   employees, something in that range.

10  Q.    Including yourself?

11  A.    Including myself, yes.

12  Q.    Okay.  I'd like to change the topic a little bit in

13  talking about your experience in designing gaming equipment in

14  the industry.

15       Can you describe for us the kinds of equipment and

16  games you've designed in the gaming industry?

17  A.    I've always worked on the gaming machines side of things,

18  specializing in slot machines I guess.  The first thing I ever

19  did was a progressive jackpot system, and then I came up with

20  this concept called "player tracking," and then the bonuses

21  that we're doing at Acres Gaming.

22  Q.    Have you done ticket dispensers?

23  A.    Yes.  Ticket dispensers kind of led to player tracking.

24  We've built some of those for Steve Wynn when he had the

25  Golden Nugget Casino.  And let's see.  That would have been in

IGTB107193

1 | late 1981, early '82.  Somewhere in there.

2 | Q.   How many different gaming products would you say you've

3 | designed over the years?

4 | A.   A dozen or so.

5 | Q.   And approximately how many casinos around the world have

6 | products designed by you that are operating today in casinos?

7 | A.   Well, it's hard to say for sure.  But I -- I don't know

8 | that there's -- there's probably very few casinos that don't

9 | use at least one of them, or -- or a variation of them that I

10 | designed.

11 | Q.   So if we went down the Strip today, say, to Bellagio or

12 | Treasure Island or something, would I find equipment in the

13 | casino that you designed?

14 | A.   Well, at the Bellagio you'd find a lot of Acres Gaming

15 | equipment.  You'd find our player tracking system and our data

16 | gathering system and some of our bonusing systems as well as

17 | the Acres Gaming versions of progressive jackpot systems.

18 | Q.   Okay.  Would I find similar gaming equipment at other

19 | casinos here in Las Vegas?

20 | A.   Yes, you would.  A lot of progressive jackpot systems use

21 | the design we did at Mikohn.  But, yes, you would find -- find

22 | something in those places.

23 | Q.   Okay.  I'd like to shift to bonusing systems at casinos.

24 | And I want you to describe your developments in that area.

25 |          The first thing I'd like you to do, though, is to

IGTB107194

1   help us understand that -- by describing the computer systems

2   that exist in large modern casinos.  Can you do that?

3   A.    Yeah.  Probably easier to -- to draw it though.

4          MR. RIEDINGER:  Your Honor, can Mr. Acres come

5   down -- can I bring over the pad and have Mr. Acres do a

6   drawing?

7          THE COURT:  Surely.

8          Any objection to that?

9          MR. SHAPIRO:  No, your Honor.

10         THE WITNESS:  Is it okay if I get up?

11         THE COURT:  He'll bring it to over to you, Mr. Acres.

12         THE WITNESS:  Oh, okay.

13         THE COURT:  And you can step down.

14         (Document drawn on butcher paper.)

15         THE COURT:  Put that so the Court can so see it too a

16  little bit.  You want the jury to be able to see it.

17         THE COURT:  See if you can angle it so I can see it

18  too.

19         JUROR CONNER:  I can see it.  I can see it.

20         THE COURT:  Thank you.

21         THE WITNESS:  I'll try to move back and forth.

22         THE COURT:  Don't knock it over, Mr. Acres.

23         THE WITNESS:  I'm blocking your view right now.

24         THE COURT:  That's all right.  I just need to be able

25  to see it if anybody says anything.

IGTB107195

187

1        THE WITNESS:   Okay.

2    Q.   BY MR. RIEDINGER:   The question was:   Could you describe

3    the computer systems at large modern casinos?

4    A.   You know, casinos today are -- are just chock full of

5    computers doing everything from hotel reservations to security

6    systems to point of sale in -- in the various restaurants and

7    gift shops that they have.

8            My experience is more on the casino floor side of

9    things, the slot machines.   And that's what I can demonstrate

10   here for you.

11   Q.   Please do.

12   A.   We start off with slot machines.   Typical casino today

13   has anywhere from two to three thousand machines.   I think the

14   biggest casino in the world is Fox Woods.   And they have over

15   6,000 machines on their casino floor right now.   So,

16   obviously, we won't draw all of them.   But I'll put -- these

17   eight here will be a representation of however many machines

18   that the casino has.

19           Each slot machine is its own self-contained entity as

20   originally designed.   They don't have to be hooked up to

21   anything to participate.   They'll take money in and they'll

22   let you play the game and they'll determine an outcome of the

23   game and then they'll pay you if that outcome is favorable to

24   you.

25           They are also designed to try and hold a little bit

IGTB107196

188

1    of money for the casino itself.  A slot machine always has to

2    keep a little bit more money than what it pays out or the

3    casino doesn't stay in business.

4         As machines multiply on the casino floor, it became

5    harder and harder to keep track of the performance of each

6    machine.  Originally, you would have someone go around the

7    casino every day and there would be little meters, like

8    odometers that showed how many coins were played and how many

9    coins have been played [sic] -- or how many coins, yeah, paid

10   and played and how many handle pulls there were and how many

11   coins went into the drop.

12        The drop is a little area right beneath the machine

13   that holds a bucket.  It's almost like a pail.  And when this

14   machine gets played, the coins go into it.  The payout

15   mechanism in that machine, the hopper, gets full and extra

16   money falls down into this bucket.  And then casinos would

17   have people go around every day to collect those buckets and

18   then count those coins.  And that would be their gross profit.

19        As I said, they'd go around and read these meters

20   every day to make sure that they knew how much money should be

21   collected and to make sure that amount is approximately

22   reconciled.  The casino has lots of concerns:  malfunctioning

23   machines, people that cheat, all sorts of things that can

24   cause a machine to misbehave.

25        And the burden of reading machines every day and

IGTB107197

189

1   doing these manual calculations got to be so great that the

2   casinos ended up putting all the machines on line.  They are

3   all connected through a communications wire to a computer

4   system so that the play on the machines is pretty much

5   automatically accounted for.  So with that you just go get a

6   computer report at any time of the day or night to see how the

7   machines are behaving.

8   Q.   Mr. Acres, you've got three boxes there.  What are those

9   three boxes?

10  A.   Okay.  This would be called a floor controller.  And a

11  system like Acres Gaming system will talk to each gaming

12  machine every half a second and say:  Hey, have you had any

13  coins played in you?  Have any jackpots occurred?  What's

14  goin' on?

15          And since the typical gaming takes about four and a

16  half to five seconds to complete, most of the answers to that

17  slot machine are, no, I have no activity.  If we have

18  thousands of slot machines saying I have no activity to the

19  main computer down here -- we'll call this the accounting

20  computer -- then it'll quickly get overwhelmed.

21          So the floor controllers are set up to each handle a

22  group of slot machines on their own.  They don't make any

23  decisions.  They don't hold any information.  But this floor

24  controller will say, hey, machine No. 1, do you have any

25  activity?  And that machine No. 1 will say, no, I don't.

IGTB107198

190

1       So then it'll say, hey, machine No. 2, do you have

2   any activity?  And machine No. 2 says, yes, I have three coins

3   in and two coins out.  And then the floor controller would

4   ignore the message about no activity and send the activity

5   message back to the accounting system.

6       So what that meant was that the floor controllers can

7   take on about -- can remove about 90 percent of the activity

8   that the accounting system would see otherwise.  It's like a

9   subsystem that helps to streamline the whole flow of

10  information through the casino.

11  Q.   Okay.  Is there anything more to a computer system in a

12  large modern casino?

13  A.   Yes.  This would be accounting.  And then we add this

14  concept of player tracking.  We want to keep track of how much

15  money each individual player plays because the casino wants to

16  develop a bond of loyalty with -- with players that play

17  frequently.

18      And so we ended up putting a card reader and a

19  display on the machines.  And we would issue to players a

20  card.  When they go up to a machine, they would slide that

21  card in.  And then we would put another computer down here for

22  the player tracking.  And it would get some of the same

23  information.  But instead of just saying I'll keep all of the

24  information about all the playing ever on machine No. 1, it

25  would say I'm gonna keep all the information forever about

IGTB107199

1  John Smith.

2          And if John Smith would slide his card into machine

3  No. 1, then this computer would start counting all the coins

4  played and paid while John Smith was on that game.  And it

5  would keep a permanent record for him and the casino in turn

6  would award John Smith points or extra bonuses based on how

7  much play he did at the casino.  That's the. . .

8  Q.   Okay.  Why don't you resume your seat.

9  A.   Okay.

10          (Witness returns to stand.)

11  Q.   BY MR. RIEDINGER:  Now, I'd like to talk about bonusing.

12  Can you tell us what bonusing is?

13  A.   Bonusing is -- is entertainment.  Machines pay back

14  jackpots.  And people come to a casino, they say, to win

15  money.  And they -- that's not really true though.  Because

16  the dichotomy is that someone comes into the casino to win

17  money, but they always come with a budget of how much they are

18  willing to lose.

19          So, obviously, they really don't expect to walk out

20  with more money than they came in with all the time.  What

21  they really want, in my view, is they want the chance to win

22  money and they want to have a good time while they are doing

23  it.  So we need to make jackpots that are exciting and fun and

24  that keep your entertainment fresh and different.  And bonuses

25  involve making those award fresher and more different than

IGTB107200

192

1  what the standard slot machines are.

2  Q.    Is there any goal of bonusing?

3  A.    Sorry?

4  Q.    Is there any goal of bonusing?

5  A.    Oh, absolutely.  The goals are two:  One would be to get

6  players to come at all and play and hopefully to develop a

7  bond of loyalty between that particular bonus and a player and

8  also to -- to show that player a good time so that the casino

9  experience becomes more of a -- a Disneyland kind of

10  experience.  You go and you spend money, but you enjoy that

11  experience and the cost was worth it for the enjoyment that

12  you got.

13        Everybody comes in with a budget.  And if that budget

14  lasts long enough and they have a good enough time, then they

15  don't feel like they've been taken.  They don't feel like

16  they've lost money.  They feel like they've spent the money on

17  entertainment in much the same way they would for a round of

18  golf or a movie theater or a dinner out.  Our goal is just to

19  make it fun.

20  Q.    Does the frequency of payout have anything to do with the

21  bonus?

22  A.    Sure.  Bonuses as they were originally perceived, like

23  with a progressive jackpot system -- like let's go back to

24  1981 when we did EDT.

25        A typical bonus would be in the range of two or three

IGTB107201

193

1   hundred thousand dollars.  And that wouldn't get one every

2   night; it wouldn't get one every week.  Sometimes it would be

3   months before that hit.

4        So most players that went in and tried to win that

5   money not only never won it themselves but they never saw

6   anybody else win it either.  And for a person who comes to

7   Las Vegas three times a year, if they see this jackpot at

8   $200,000 on the first visit and then $300,000 at the second

9   visit, $400,000 at the third visit, they are going, gee, maybe

10  this thing never pays off.

11       So what casinos found was that by lowering the amount

12  of the award and increasing the frequency, or how often it was

13  paid, that people got more excited.  If we took those -- let's

14  say we have $500,000 as a jackpot amount.  If instead of

15  giving one jackpot of $500,000 we gave 10 jackpots of $50,000,

16  then 10 times as many people got to win some money and 10

17  times as many people got to see it happen.

18       When we took that $50,000 jackpot and dropped it to

19  $5,000, then we upped the frequency of that by 10 times again.

20  And $5,000 was still a lot of money.  Most people would rather

21  go in and win $5,000 than not win $500,000.  And anybody that

22  was there and saw that happen would be somewhat enthused about

23  it too.  And we kept dropping the total award values and

24  upping the frequency because players got more enjoyment out of

25  it.  So frequency is everything.

IGTB107202

194

1    Q.    Okay.  You've talked about bonusing?  What's systems

2    bonusing?

3    A.    Systems bonusing is where you take a group of standard

4    games and you attach them to a computer system that could

5    cause those machines to behave differently, to cause them to

6    pay off bonuses on occasion.  I guess that's the short answer.

7    Q.    Does that differ from, say, the Monopoly game or Wheel of

8    Fortune?

9    A.    It -- it does to a degree.  You know, there's -- there's

10   variations of everything.  If you take a standard Wheel of

11   Fortune game without the progressive jackpot money and it's --

12   it's an excellent bonus.  The bonus being that you're playing

13   the regular game and you're winning the regular pay table,

14   like maybe Bar, Bar, Bar pays $20 and two Cherries pays four

15   credits or whatever.

16        But it also has a special symbol on the third wheel

17   that when you line that up you don't know what you win.  You

18   get to spin this wheel on the top and find out.  And before

19   you spin the wheel, it says "Wheel of Fortune" and attracts

20   all the attention of the other players.  So they are watching

21   you to see how much you've won as well.  And that just

22   heightens the entertainment value of it.

23        Wheel of Fortune by itself can exist without a system

24   behind it.  It can be a stand-alone game.  But Wheel of

25   Fortune also has a second bonus on it which is a progressive.

IGTB107203

195

1   That requires a system to implement.

2   Q.   Okay.  How about the term "eligibility"?  Does that have

3   anything to do with bonusing?

4   A.   Yes, very much.  Because as -- as we talked about before,

5   people like to see other people win.  And I always use the

6   fishing analogy.

7         If I go out and I'm fishing in a lake and I see other

8   people out there fishing and nobody's catching anything, then

9   I start to wonder:  Are there any fish here?  Does anybody

10  catch anything?  And maybe I'll -- I'll take out my boat and

11  go somewhere else.  And you can use that same analogy with a

12  casino.

13        If you go into a casino and you're not winning

14  anything and you're not seeing anybody else win anything, you

15  start to wonder:  Well, can anybody even win here?

16        But if you take that same lake analogy and I'm out

17  there throwing out my line and I'm not catching anything but I

18  see all the other boats around me pulling fish in, then I've

19  got a heightened level of excitement.  I'm saying, there's

20  fish in here.  I know that.  I see these other people catchin'

21  them.  I just got to change my technique or wait longer and my

22  turn will come.

23        And so we wanted to create these things called "bonus

24  periods" where extra jackpots would occur where the machines

25  would pay out in an especially rich fashion.

IGTB107204

196

1          But if we did that for everyone, then the machines

2    won't be able to make a profit because they were paying out

3    too much money.  So we created this concept called

4    "eligibility" so the players would have to have been wagering

5    on the machine before the bonus period started or they

6    wouldn't get to participate in the bonus period.  And that way

7    a person's incentive would be to come in and begin playing the

8    machine and hope that the bonus period will start while they

9    were playing instead of just simply sitting around waiting for

10   the bonus period to start and then play.

11   Q.   Okay.  How about the term "automatic pay," the pay at the

12   machine?  Does that have anything to do with bonusing?

13   A.   Yes, it does.  It has to do with the effective

14   implementation of bonusing.

15          If we go back to that $5,000 jackpot that we talked

16   about before, if I were playing a machine and I won $5,000,

17   that machine has no capacity to pay that much money.  So what

18   would happen is somehow the machine would automatically tell a

19   casino employee or, in a lot of cases, I have to get their

20   attention and say, hey, look.  I won.

21          Then that person would go get a floor supervisor who

22   would come over and inspect the machine and make sure that the

23   jackpot was valid.  They would then go get two for three other

24   people, depending on the casino's security features, to go to

25   the cage, take out $5,000, sign all the papers to do that, and

IGTB107205

197

1   bring that $5,000 over to me and pay me.

2           That whole process costs a lot of money.  You've got

3   employees tied up.  You've got to have the money in the cage.

4   And I -- as the player I'm not very happy.  I've won $5,000.

5   All I know is the casino takes my money immediately and then

6   they are just awful slow in paying me back.

7           So what we wanted to do was to cause the payment to

8   happen as quickly as the payment to play happened.  So if we

9   lower the jackpot amount and we raise the frequency, then we

10  very quickly reach the point to where the casino personnel

11  just can't keep up with all the jackpots.

12          If I have a $5,000 jackpot, maybe that gets hit once

13  or twice a week.  If I have a $500 jackpot, that gets hit

14  maybe 10 or 20 times a week.  But if I make that a $5 jackpot,

15  it's gonna get hit every few minutes.  And if we have to do a

16  manual lock up on the machine and a manual processing in the

17  payment, half the people in the casino are gonna be sitting

18  there twiddling their thumbs waiting for their money to come.

19  That means that play level in the casino goes down, the

20  entertainment goes down, and the cost of paying those jackpots

21  goes up.

22          Automatic payment means that we can take the

23  machine's already existing mechanism for paying out its

24  regular jackpots and cause that machine to pay out the extra

25  money as well.  So the customer gets the money as coins in

IGTB107206

198

1   their coin bowl or as credits on their credit meter

2   immediately.  And the casino has the full accounting because

3   they already have this on-line accounting system.  The casino

4   saves money.  Player has more fun.  Everything works real

5   well.

6   Q.   And when you say cause the -- the machine to pay out,

7   where is that cause started?  What's starting the machine

8   to -- to make the decision to pay out?

9   A.   Well, it depends on the particular promotion.  If it's a

10  progressive jackpot, for example, the progressive jackpot is

11  won by striking a particular combination of symbols on the

12  machine.  So the machine knows first that the jackpot has

13  occurred.  And it will then say, hey, central system, I have a

14  jackpot.  I have a progressive jackpot.  How much should I

15  pay?  And then the system sends back an amount of money, and

16  the machine knows to either pay it or to lock up because it's

17  bigger than its capacity to pay.

18       Other awards like, take our Lucky Coin promotion,

19  which is another name for our Mystery Jackpot, the central

20  system determines when the award occurs.  Because in a -- the

21  problem with a progressive jackpot was that it was won only by

22  striking the top combination of symbols on the machine.  And a

23  lot of people go through their whole gaming experience and

24  never have that happen.  The Lucky Coin promotion says if you

25  drop in the Lucky Coin, you win.

IGTB107207

199

1    Now, back in the -- in the underlying infrastructure

2    of the casino, we have a computer system sitting there

3    counting all the coins being played.  And we've chose a value

4    that no one knows about.  It's a secret amount of money.  And

5    when all the coins played cause that value to be met or

6    exceeded, whoever played the coin that caused that match to

7    occur wins that pool of money.

8    So people that think that they can never be skilled

9    enough or lucky enough to line up the top symbols on the

10   machine feel like they can at least maybe have the chance to

11   dropping one in the lucky coin that causes that increment to

12   happen.  But, even when they do, it's the computer system in

13   the back room that determines that a wins occurred.  And then

14   it tells the machine that a win occurred.  Because maybe I put

15   in the lucky coin and pull my handle and I hit Bar, Bar,

16   Blank.  The machine pays out nothing.

17   But with our system we will tell that machine to

18   change its pay table, to add to it, and pay this person

19   whatever they win normally plus this Mystery Jackpot amount of

20   money.  And then if there's a small enough amount of money, it

21   follows through and gets automatically paid.

22   Q.   Thank you.

23   Now, I'd like you to give the jury a demonstration of

24   some examples of bonuses.

25   MR. RIEDINGER:   Your Honor, at this time I'd like to

IGTB107208

200

1    have Mr. Acres come down and demonstrate some bonuses with the

2    equipment.

3            THE COURT:  Mr. Shapiro?

4            MR. SHAPIRO:  I have no objection, your Honor.

5            THE COURT:  Go ahead.

6            (Witness goes to slot machines.)

7            THE COURT:  Mr. Riedinger, does he get to keep

8    anything he wins?

9            THE WITNESS:  I have to pay to play.

10   Q.   BY MR. RIEDINGER:  Mr. Acres, the first thing I'd like

11   you to do is describe the equipment for us.  Would you please

12   do that?

13   A.   Sure.  What we have here are three slot machines, just

14   like you would find in most any casino.  These are absolutely

15   standard slot machines.  The only thing that's different about

16   them is they are located in a courtroom instead of on a casino

17   floor.

18           On each machine, we have a coin acceptor where we can

19   put in the money to play and the more modern innovation is to

20   have a bill acceptor so you can put in a 10- or a 20-dollar

21   bill and not have to mess with the coins themselves.

22           And then we have reels.  This is the game itself.

23   These reels are going to turn.  And depending on how they

24   land, we win or lose.

25           The amount that we win and the thing that's causing

IGTB107209

201

1   that is displayed up here on this pay table.  So if I get --

2   hitting two cherries I get 10 coins.  If I get Any Bar, Any

3   Bar, Any Bar, I get 10 coins.  If I get a single cherry, I get

4   four coins.  And if I get these "Five Times Pay" symbols, I

5   get 10,000 coins on this particular machine.

6           This machine is a $1 machine.  Every machine has it's

7   denomination labeled in the middle.  So this machine here is a

8   25 cent machine.

9           The machine on the left and the right are similar,

10  except this particular machine allows you to play one or two

11  coins at a time and this machine allows you to play up to

12  three coins at a time.  Some machines go up to five and some

13  of the newer ones allow you to play nine coins at a time.

14  It's all up to what the casino wants.

15          These machines -- these standard machines, then, are

16  connected by our system, as we drew up there, by wires that go

17  through these slot stands.  This is where the bucket of money

18  would normally be located.  Then we have wires going through

19  over to -- where is our rack?

20          SCOTT BOYD:  Behind you.

21          THE WITNESS:  Behind me?

22          SCOTT BOYD:  It's in the equipment room here.

23          THE WITNESS:  Oh, it's in there.

24          SCOTT BOYD:  Yeah.

25          THE WITNESS:  In this room over here, I guess we have

IGTB107210

202

1  a number of computers that are there to count the coins and

2  keep track of the awards.

3        Then we have a display here that's just meant to show

4  players what's going on.

5  Q.   BY MR. RIEDINGER:  And what are these boxes down there?

6  A.   These are boxes that generate images that you see on the

7  display.

8  Q.   Are they computers?

9  A.   Yes, they are computers.

10 Q.   Is this the same equipment that is used in Acres Gaming

11 installation in actual casinos?

12 A.   Yes, it is with just a couple of changes.

13       Here we have a switch -- because we didn't want to

14 bring in three separate displays for the three promotions

15 we're going to show you.  So, as we go through, we're gonna

16 change which bonus the display is showing at the time.  But,

17 except for that, it is the same.

18 Q.   Okay.  I'd like you to go to the demonstrations.  Can you

19 first demonstrate for us a standard progressive jackpot?

20 A.   Sure.  A progressive jackpot, which is probably one of

21 the very oldest of bonus promotions -- it's been around for a

22 good 30 years that I know of -- is, again, one in which a pool

23 of money is started and then a percentage of every coin played

24 in the machines that are connected to it are added to that

25 pool.  So here we have a pool being just an amount of money.

IGTB107211

203

1   We have $500 here.

2   Q.    Where does that $500 come from?

3   A.    Out of the air.  The casino says we can afford to start

4   our promotion at this amount of money.

5   Q.    Okay.  Go ahead.

6   A.    Now, we have these machines set up so that 10 percent of

7   every coin wagered will be added to this jackpot money.  Since

8   this is a $1 machine, 10 percent of that dollar is 10 cents.

9   I'll push this button here, which is "Bet One Credit" --

10  that's the same as dropping $1 into this coin chute -- and

11  hopefully we'll see this go up by 10 cents.  And there it

12  goes.  And it doesn't just jump by that.  We have it in

13  increments so that there is some drama and a sense of what's

14  going on for the players to look at.

15       Now, normally this progressive might be attached to

16  anywhere from 10 to a hundred slot machines.  So you'd see

17  that amount just going up very quickly because a percentage of

18  every game being played would be added.  If I push "Bet One

19  Credit" again, it goes up by 10 more.  And again.  And we'll

20  go up to a total of $500.30.  And if I hit "Five, Five, Five,"

21  I win the progressive.

22       Now, hitting that combination you probably have one

23  chance in 50,000.  And if I were to try to demonstrate to you

24  the jackpot, we'd be here for days playing one machine.  It's

25  illegal to have a machine that can be set up to -- to hit the

IGTB107212

204

1    jackpot.  So I can't demonstrate to you what happens when the

2    jackpot occurs.  All I can show you is that as we play this

3    machine the jackpot increases.

4        If I push this button here -- this is a short pad

5    button.  This is called a "Max Coins Button" -- if I push it,

6    it automatically plays three coins in the machine and pulls

7    the handle.  So we'll see this go up to $500.60 and the game

8    also plays.  Again, if I were to hit the "Five, Five, Five,"

9    and I've got one to show here -- then I would have been paid

10   $500.60.  And that's a progressive jackpot.

11   Q.    Okay.  Now, I'd like you to demonstrate bonusing with

12   eligibility.

13   A.    Okay.  In order to do that --

14   Q.    Before you do that, you're talking to somebody behind the

15   slot machines.  Who are you talking to?

16   A.    Yeah.  Scott, could you come here?

17        This is Scott Boyd.  He's one of the engineers at

18   Acres Gaming.  And what he's going is he's reconfiguring each

19   one of these promotions so we can demonstrate them to you one

20   at a time.  If we ran all three promotions at once then the

21   one that we aren't demonstrating might hit and cause

22   confusion.  So his job is to block out two of the three

23   promotions for each demonstration and make the third one work.

24   So if we could go ahead and set up for Multiple Jackpot Time,

25   that would be great.

205

1  Q.   You just used the term "Multiple Jackpot Time."  What is

2  that?

3  A.   Well, Multiple Jackpot Time is a promotion in which we

4  create a bonus period.  We saw with the progressive jackpot,

5  again, where we have a pool of money.  And that pool of money

6  is paid to the lucky individual that hits "Five, Five, Five"

7  on this center line.  That's not most of us.  So most of us

8  never get to win that.

9       We felt that by creating a bonus period during which

10  the machines paid something extra that we should have more

11  excitement.  Even if you didn't win, you were there during

12  this extra payment period.

13       And Multiple Jackpot Time during these bonus periods

14  will randomly pick a value between two and ten and cause the

15  machines to pay out any jackpot that you hit by that

16  multiplier.  So let's say that the multiplier chosen is five

17  and I hit a 20-coin jackpot.  The machine then will

18  automatically pay me a hundred coins for the duration of that

19  bonus period.

20  Q.   Are we ready to do the demonstration?

21  A.   Yeah.  I think we've got to cover one more thing.

22       We have a light here that is used to indicate

23  eligibility.  With the color of these lights, which are much

24  brighter in a casino, it's probably kind of washed out.  But

25  this light is red right now.  That means that I am not

206

1    eligible to win -- or to be in the bonus period.

2         All three of these machines are connected to the

3    bonus system.  If I play two coins in this machine, notice

4    that my bezel turns a yellow/orange.  That tells me that I'm

5    eligible.  If this machine got played and it caused that bonus

6    period to start, I would get to participate in it because my

7    bezel is yellow.  This machine wouldn't because it's bezel is

8    still red.

9         Now, the bezel turns yellow every time you play the

10   machine and it stays yellow for 15 seconds.  That time is

11   configurable at a computer.  The idea is that we only want to

12   give the bonus period to people that are actively playing the

13   machine.  But we also don't want to penalize people that have

14   to reach into their purse or their wallet to get another $20

15   bill to put in the machines.  So the 15 seconds is an attempt

16   to strike a balance there so the people can play at a fairly

17   leisurely pace and still be eligible.  But people that aren't

18   playing can't just come running over to these machines when

19   the bonus period starts.

20        Now, Multiple Jackpot Time is triggered by a hidden

21   pool of money.  Just like that progressive that we saw, this

22   pool is being implemented by a percentage of every coin

23   played.  And there's a secret threshold that's chosen.

24        When that pool of money reaches or exceeds that

25   secret threshold, the bonus period begins.  And we got that

IGTB107215

207

1  threshold set fairly low.  So what I'm gonna do here is I'm

2  gonna start playing these two machines to cause that threshold

3  to be reached.  And then we'll see the bonus period start.

4          (Witness plays slot machines.)

5          THE WITNESS:  If you notice here, I just hit a

6  jackpot.  I hit "Double Bar, Double Bar, Double Bar" which was

7  two coins inserted, which is what I had.  I get an award of 40

8  coins.  I don't know if you can see it or not over here.  It

9  says "Winner Paid" is 40 coins.  So it paid just like the

10  normal pay table here.

11          I'm gonna continue play (playing machines) and,

12  again, we have jackpot here.  And three bars of different

13  kinds -- and that one's called "Any Bar" -- "Any Bar, Any Bar,

14  Any Bar" pays 10 coins.  And here's my 10 coins.

15          We'll keep on playing here.  And hopefully this thing

16  will start up.  I'm winning a lot of money on this machine

17  over here.

18          Okay.  And now we've triggered the -- the bonus

19  period.  Normally the music would be very loud in the casino,

20  And notice this machine says, "Seven Times Pay."  Any jackpot

21  I hit on these two machines will pay out at seven times the

22  normal value.  So here I get "Triple Bar, Bar, Bar".  That's

23  the same as "Any Bar, Any Bar, Any Bar," which would normally

24  be a 15-coin award.

25          But instead of 15-coins, I got 15 times seven, or 105

IGTB107216

208

1    credits.  And those are automatically paid in the machine.

2    With the bonus I'm winning a lot of money here, seven times

3    what it should.  And I can keep playing for as long as this

4    bonus period continues, as can everybody else.

5           Notice these bezels are yellow.  If I were to play

6    this machine and hit a jackpot, I wouldn't win any bonus.  Its

7    display doesn't say I get paid seven times the normal amount.

8    So eligibility excludes this player from jumping in.

9           If I was watching and say, oh, my gosh.  Those

10   machines are paying seven times normal.  I couldn't run over

11   here and start playing this machine and expect to participate

12   in that bonus.  And that's what makes the promotion fiscally

13   possible for the casino.

14   Q.   "Fiscally possible," you mean affordable?

15   A.   I'm sorry?

16   Q.   You mean affordable?

17   A.   Affordable.  Right.

18          A casino has to pay for those rooms and the people

19   and everything else somehow.  And that means that the machines

20   have to earn a profit.

21          And now the bonus period is over.

22   Q.   I saw that the bezel on the machine on the right turned

23   yellow.  Why did it do that?

24   A.   Because I'm playing.  But since I wasn't eligible when

25   the bonus period started, I don't get paid.  If another bonus

IGTB107217

209

1   period started in that time, I would -- like if it started

2   right now, I could participate in that one.  But I am excluded

3   from any promotion when my bezel was not yellow when that

4   promotion started.

5   Q.   Okay.  You talked about this trigger to start the bonus

6   period.  How was that trigger set?

7   A.   The casino sets it.  They'll usually pick a -- they'll

8   have a minimal rate and a minimum value and a maximum value

9   and then --

10  Q.   Would it help if you drew that?

11  A.   Sure.

12       MR. RIEDINGER:  Your Honor, can we drew on the

13  butcher paper?

14       THE COURT:  Sure.

15       (Document drawn on butcher paper.)

16       THE WITNESS:  I don't know where the black one is, so

17  I'll use green.

18       THE COURT:  It's standing on the end there.

19       THE WITNESS:  Oh, thanks.

20       We start off with a minimum value and a maximum value

21  and then a starting value here.  And a promotion like this

22  would start at maybe zero.  And we would say we have to

23  accumulate at least $10 before this period would start and no

24  more than $50.  We don't want to wait any longer than that.

25       Once these values are specified, our bonus server, or

IGTB107218

210

1   the computer that runs this bonus, will then pick a random

2   value somewhere between $10 and $50.  It doesn't tell anybody

3   about that and doesn't display it to anyone.  It just knows

4   what that value is.

5        Let's say that that value was here and it was $35.47.

6   Now, as we play the machines, a percentage of each coin that

7   the casino decides is added to this amount.  So let's say

8   we're using 10 percent and I was playing dollars.  The first

9   time I put $2 in the machine it would add 20 cents to this

10  pool.  And the next time it would add 20 more cents.  And, of

11  course, we'd have lots of machines attached to it.  So the

12  pool would be growing very quickly.  And it would grow up

13  until it reached $10.

14       And since the secret number is higher than that, this

15  pool would continue to grow as coins are played until it

16  reaches this value.  And then we trigger what you just saw

17  there where the computer will pick some bonus multiplier and

18  send that value out to all of the eligible machines.  They'll

19  change their pay table to cause them to pay out that extra

20  bonus.  If you were gonna win 10 coins, you'd get 70 coins,

21  which is a pretty big bonus.

22       Then every time we pay a bonus, the bonus portion is

23  deducted from the pool.  And this thing starts going back down

24  again.  So if I paid out $3 in bonuses and I was at $34.47, I

25  would now drop to $32.47 and would keep going until it fell

IGTB107219

211

1    below this threshold and then the bonus period would be over.

2          There's a couple minor enhancements to this in that

3    we set it so that no bonus lasts for less than a minute or for

4    more than two minutes. But the pool is what triggers it.

5          And if we hit a lot of jackpots and that pool got

6    depleted below zero, which is possible because maybe I hit a

7    thousand-dollar jackpot, then it would have to start from that

8    negative value. And, as each coin is played, it slowly grows

9    and grows until it reaches this threshold again.

10          And what protects the casino is however much you win

11    in bonuses will determine how long it is again before that

12    bonus period starts. So if somebody wins a lot of money in

13    one bonus period, it might be an hour or so before the bonus

14    starts again. If -- if nobody wins, which can happen --

15    everybody's playing but they don't hit jackpots -- then those

16    bonus periods might start again in five minutes.

17          But the casino knows that it's spending 10 percent of

18    all the coins played as payments for the bonus. So it can

19    very precisely budget how much it's going to spend over the

20    long time. And that's what the casino needs to be in

21    business.

22    Q.    Okay. And just to clarify, Mr. Acres, when a bonus is

23    paid, where does the money come from?

24    A.    Well, the money comes from the casino. But as a bonus is

25    incremented, there is no pile of physical money that's

IGTB107220

212

1    tracked.  It's an electronic concept.

2              And in this case the bonuses are paid from the -- the

3    cash reserves that are within the machines.  If the bonus

4    exceeds the ability of the machine to pay out, then someone

5    will go to that cage and check out money from the cage to pay

6    the player.  But there's no -- as these bonus pools exist,

7    like the progressive, no one in the back of the casino says,

8    oh, here's $500 for this progressive.  Whoops.  It went up by

9    10 cents, so I'll put 10 more cents in.  It's just a -- it's

10   an accounting number.  Kind of like balancing your checkbook

11   until you finally take something out.

12   Q.    Okay.  Can you demonstrate bonusing other than Multiple

13   Jackpot Time?

14   A.    Sure.  We'll show you Lucky Coin, which is our name for

15   Mystery Jackpots.  Mystery Jackpots were a concept that was

16   invented in Australia in the very early to mid 1980's.  It's a

17   very powerful concept.  Mikohn's been successful with it, with

18   variations of it.  But it goes way back.

19             The idea behind Lucky Coin -- and I'll use the term

20   "Lucky Coin" because Mikohn has the term "Mystery Jackpot"

21   trademarked.  But other than that, they are pretty close to

22   the same -- we have a pool of money -- and we'll wait for

23   Scott to get them configured -- we have a pool of money that's

24   growing, just like the progressive jackpot.

25             In this case, we're going to start with $5 so we can

IGTB107221

213

1   have a very rapid jackpot.  And we're going to add a

2   percentage of every coin played to this pool of money.  But

3   instead of the person that hits a particular combination on

4   the machine, we've got a secret value just like in the

5   Multiple Jackpot Time.  And when that secret value is reached,

6   instead of starting a bonus period we're simply going to award

7   this entire amount of money to the player that dropped in the

8   coin that caused that secret value to be met.

9          Now, if I -- if I play this machine, we'll put two

10  coins in.  And it'll add 20 cents to the pool and add 20 more

11  cents.  And this will keep going.  We have set a threshold.

12  We've said that this jackpot will be won for purposes of this

13  demonstration somewhere between the values of $6 and $8.  We

14  don't know what that is.  But, as soon as that value is

15  struck, a jackpot will occur and it pays to the machine that

16  causes that value to be met.

17         So now we're at $5.80.  This'll take us to six.  And,

18  now, we're eligible to win because we know what the threshold

19  is.  The players wouldn't know this because it's hidden in the

20  computer system.

21  Q.   Do players ever know that?

22  A.   Sometimes the casino will publish the high and low value.

23  It'll say this jackpot will occur between 4,000 and 5,000

24  dollars.  And it'll start at 4,000 and grow and grow.  And the

25  casino does that because as it gets closer and closer to

214

1    5,000, players get more excited about playing.

2            And here I just hit a jack- -- or an award on the

3    machine.  I get paid just like always.  These machines work

4    exactly as they always do, but this is a bonus that's on top

5    of that.

6            We're now at 6.80.  So somewhere in the next five or

7    six plays, if everything works well, we'll have an award.

8            I always get scared if it doesn't happen because it

9    means we've got a problem.  So it should occur on this next

10   push, if all is well.  There we go.

11           Okay.  So the amount that it selected is $7.99, which

12   is awful close to the top.  I put in 20 cents.  It took that

13   extra penny because I only put 19 cents in the pool.  And it

14   added it to the next jackpot because you're not allowed to

15   take any money from a player forever.  You have to just put it

16   into the next award.

17           So, now, the award is $5.01.  And these other

18   machines can start playing for that.  In the meantime, $7.99

19   has been sent as a pay to this machine, even though the

20   machine won nothing on its regular pay table.  We've told it:

21   Even though you've won nothing, add $7.99 to the amount.

22           Now, this is a dollar machine.  It can't pay pennies.

23   The casino so much wants to avoid manual payments that it'll

24   take every award like this and round it up to the next dollar.

25   So this machine will get $8 paid to it, instead of $7.99.

IGTB107223

215

1    To cause this pay to happen, I simply push this

2    button and it'll transfer the money to this machine.  Notice

3    how this is flashing to tell the player that he's won

4    something.  Because if the player was just looking at the

5    reels, he wouldn't know.  The credit meter here says 515

6    credits.  This is a dollar machine.  So when we add the eight

7    credits to the total it should go to 523.  Let's see if that

8    happens.

9    And there we have 523 credits.  It says eight coins

10   were paid.  This value goes away.  And, as soon as we play

11   again, that -- that information about the last jackpot paid

12   will disappear too.

13   Q.   Why does it say $5.01?

14   A.   That's the new value.  Because, remember, this machine

15   might be connected to hundreds, if not thousands, of machines.

16   So the other players are still eligible to play for the next

17   jackpot.  So we're showing that, oh, there's one person that's

18   already won and here's the new amount that you're playing for.

19   And now it just goes up just like we saw before.

20   Q.   Can the Lucky Coin concept be combined with other

21   bonusing concepts?

22   A.   Sure.

23   Q.   Can it be combined with eligibility?

24   A.   Lucky Coin itself doesn't require eligibility because

25   every coin played is eligible.  We take a percentage of every

IGTB107224

216

1    wager that you make and add it to the pool.  So by definition,

2    as soon as you play the game, you're eligible.

3    Q.    These three machines, can you have bonuses with more than

4    three machines?

5    A.    Absolutely.  We have bonuses across thousands of machines

6    in some casinos.

7    Q.    Can it be conducted across every machine that's in the

8    casino?

9    A.    Yes.  And you can have multiple bonuses on the machines.

10   Our limit is 16 bonuses on any one machine.

11   Q.    Who makes the decision as to how many machines are

12   included?

13   A.    The casino management according to how they want to

14   merchandise their machines and how they want to appeal to

15   players.

16   Q.    Okay.  You can resume your seat now.

17          (Witness resumes the stand.)

18   Q.    BY MR. RIEDINGER:  Now, Mr. Acres, I'd like to change and

19   go to the subject of how your developments came about.

20          Can you describe how you made your developments?

21   A.    I'm sorry.  Which developments?

22   Q.    Well, your -- your bonusing developments, the

23   developments that led to the patents in this case.

24   A.    We worked very hard on creating promotions.  I went out

25   and -- when I -- when I was ready to start this company --

IGTB107225

217

1  Q.  Well, why don't we start with where bonusing itself,

2  system bonusing, came from.  How did system bonusing arise?

3  A.  Well, to -- to get back to -- to the basic part, besides

4  progressive jackpots which have been around for a long time,

5  we really started customizing bonuses in the early '80s.

6        And Steve Wynn, again, did that with his ticket

7  dispensers on slot machines.  And he wanted a way to reward

8  his loyal players in much the way that people are playing

9  table games get comps.

10        If you go to a table game and you play at least $5 a

11  hand and you play for half an hour or so, someone will come up

12  to you and say:  Gee, would you like to have a meal on us?

13  Would you like to go to a show?  Where are you staying?  Can

14  we comp your room for you?

15        The idea is you want to develop a bond of loyalty

16  with that player.  He's a good customer, and you'd like for

17  him to spend all of his money with you instead of spreading it

18  around to all the other casinos.

19        That wasn't possible with the slot machines because a

20  person could go from one machine to another and play.  And by

21  definition there's no one following that person around to

22  measure their play.

23        Steve Wynn came up with the idea of putting a ticket

24  dispenser on the side of each of his dollar machines.  And the

25  tickets are just like what we see in an arcade on a skee ball

IGTB107226

218

1   game or something like that where every time you get so many

2   points a ticket comes out and then you take these paper

3   tickets and redeem them for little prizes.  A lot of kids like

4   this stuff; turns out adults like it too.

5           And Steve Wynn came up with the idea of putting

6   ticket dispensers on the sides of slot machines.  And one

7   ticket would come out for every $50 wagered in a slot machine.

8   Now, that's not quite as bad as it sounds because $50 wagered

9   in a machine, most of the dollar machines would pay about 95

10  percent.  So they would actually lose about $2.50 for every

11  $50 they wagered.

12          But then the players would accumulate these tickets.

13  Then they could take the tickets in and redeem them for

14  discounts on -- at the gift shop or for discounts on their

15  hotel room or for free meals or tickets to shows.  Just like

16  the table game players do.  And it worked very well.  That was

17  the -- the very first bonuses that I recall.

18  Q.   If -- how did bonusing of all -- system bonusing evolve

19  from ticket dispensers to where we are today?

20  A.   Well, the ticket dispensers were a pretty good promotion.

21  And I did the electronic design for the Steve Wynn ticket

22  dispensers.  And we built them for him.  And we started

23  selling them to other casinos, with the Golden Nugget's

24  permission.  And at the same time other companies saw these

25  things and they started building them too.

IGTB107227

219

1      Harrah's up in Reno liked the concept, and they

2  wanted -- they -- they had a small company up there build

3  ticket dispensers for them because this small company was

4  willing to build them cheaper than what we could.  They called

5  me one day because it turned out that they had some problem --

6  Q.   Mr. Acres, when was that?

7  A.   This was in 1982, fall of '82.

8  Q.   Okay.  Please go ahead.

9  A.   They -- they had several hundred of these ticket

10 dispensers installed on a casino floor.  And it turns out that

11 when a patron on a cold, dry day would walk across the carpet

12 in a casino and touch the ticket dispenser, a static discharge

13 would happen, you know, a big old stark.  But, unfortunately,

14 it would turn on the motor on the ticket dispenser and all the

15 tickets would be paid out.  And that wasn't a very good

16 experience for the casino, although the players certainly

17 liked it.  So they wanted to do something about that.  They

18 wanted to see if we had any ideas of how they could suppress

19 that problem.

20 Q.   And what company was this now?

21 A.   This was Harrah's.

22 Q.   Now, when you were being asked to do this, what company

23 were you at?

24 A.   I was at EDT.

25 Q.   Okay.  Thank you.

IGTB107228

220

1        So what happened?

2    A.    We gave them some ideas of how we suppressed static.  And

3    then it was like, well, that's too bad.

4        And I went on a trip to South Africa to visit a

5    casino there called Sun City, and we were selling them ticket

6    dispensers.  But I stayed there for several days.  And when I

7    checked in to the hotel, they gave me a card instead of a key.

8    And I had never seen this before.  Remember, now we're going

9    back 20 years.

10        And I thought this was really somethin' neat or cool

11    or whatever word you want to use that you wouldn't have to

12    have a key.  You can just slide in this card and it would read

13    the card and decide whether or not to unlock the door for you.

14    And I just remember thinking that was pretty neat.  Did my

15    work at the casino and then came home.

16        And when I got home it was Christmastime, or right

17    before Christmas.  And I was helpin' my wife put out Christmas

18    presents for our four kids.  And one of the presents that we

19    were giving them was a Speak and Spell.

20        And one of the great things about Christmas Eve was

21    it's my chance to play with all the toys.  And I was putting

22    the batteries in this thing and it lit up.  And it had this

23    beautiful little display on there that spelled out the word

24    that was being said and you could also pronounce it.

25        And this whole thing costs less than $50 which really

IGTB107229

221

1  struck me because the cheapest we could build any display for

2  was about 200.  And here's a commercial consumer product

3  that's being retailed for $50.  And I -- I was just stunned by

4  this.  And not only that, it ran on batteries.  So I ended up

5  taking the Speak and Spell apart to see what they did with it.

6  And --

7  Q.    Did your kids gets the Speak and Spell?

8  A.    No.  I couldn't get it back together.  But they got one

9  later.

10          But I did learn the kind of display was a vacuum

11  fluorescent display made by -- I think it was Noritake.  And

12  we contacted that manufacturer to see about getting it for our

13  progressive displays.

14          And then some -- the idea just came across that, you

15  know, this would be a great way to replace the ticket

16  dispensers.  Instead of having each of these devices on the

17  sides of machines and having it dispense tickets, why not take

18  the card meter idea that they used at the hotels and this

19  display and put a display and card reader on every machine in

20  the casino.

21          And then give the players cards.  And when they would

22  slide them in, we would have a computer that recognized that

23  it was Jane Smith who put in her card.  And then we would

24  automatically count all the coins played and then give her

25  points electronically instead of with tickets.  And that's

IGTB107230

222

1    where the whole idea of player tracking that you see in just

2    about every casino today came from.  And, for the first 10

3    years or so, every system that was sold used that same Speak

4    and Spell display.

5    Q.    Okay.  So how did player tracking -- how did that work

6    with player tracking lead to developments of your bonusing

7    ideas?

8    A.    Well, we found that the players responded very well to

9    getting these extra points and play went up.  The casinos

10   found that they could pay out these points and cover the cost

11   of them and overall play went up enough to more than account

12   for how much they spent in giving these extra rewards.

13          But the rewards are manual.  You accumulate your

14   points and then you have to go stand in a line at a service

15   center and present your card and then tell them what you want.

16   And you can pick a T-shirt or a toaster or jacket or get a

17   discount on your room or sometimes even redeem your points for

18   cash.

19          Well, you'd have to get that cash and you'd have to

20   go back onto the casino floor to spend it.  And what I always

21   wanted to do was to give rewards right at the slot machine so

22   that people wouldn't have to go stand in line and they would

23   have their money immediately.  And that was the genesis for

24   bonuses.

25   Q.    Okay.  So, when did that idea of, you know, being able to

IGTB107231

223

1  pay the money immediately -- when did that come about?

2  A.   Well, we first achieved that in probably 1994, I think it

3  was; '95.  Somewhere in there.

4  Q.   Okay.  What, if anything, happened between your work on

5  player tracking at EDT and your 1994 work that allowed you to

6  do this player tracking/bonusing combination?

7  A.   Well, like anything, actual development and

8  implementation of practical products runs well behind the

9  ideas for those products.  And so EDT became very successful

10  in doing plain old player tracking systems.  In fact, the name

11  was changed from Electronic Display Technology, that we made

12  it when we first started doing the progressives, to become

13  Electronic Data Technology.  And I sold that company to IGT.

14  And they went on to do over a hundred thousand machines worth

15  of installations in player tracking.  I left there and started

16  Mikohn where I worked for a couple years.  And then after I

17  left Mikohn I went to Acres Gaming.

18  Q.   Did you do any bonusing development at Mikohn?

19  A.   At Mikohn the original killer idea, I'll call it, was the

20  enhanced progressive jackpot display, the one that shows three

21  colors with the dots on it so you can put messages on there.

22  And we did a lot of business with that.  And we made really

23  good profit.

24       My partner, Mike Stone, did not want to take those

25  profits and invest them in other ideas, which is something I

IGTB107232

224

1   wanted to do.  So I ended up selling the company to him and --

2   and moving on.

3   Q.    Okay.  So can you tell us the sequence of what happened

4   in the development of these bonusing concepts that started

5   with the connection with player tracking?  How did that come

6   about?

7   A.    Well, as I -- when I wanted to get in the business again

8   of Acres Gaming, the industry was undergoing an enormous

9   change.  For a long time, it was Nevada only that had

10  gambling.  And then it was Nevada and New Jersey.

11         And somewhere in 1988, '89 and '90 a whole lot of

12  places started to legalize gambling.  And that changed how

13  everything worked.  Because a casino that in Nevada could

14  count on players traveling across the company to stay in front

15  of a slot machine, now had to compete with Native American

16  games that might be located within just a few miles of where a

17  lot of those players lived.

18         So I knew they'd have to be looking for something

19  different.  And I went to visit with people.  I met with Jack

20  Binion and Steve Wynn, amongst two.  And I -- I will always

21  remember that Steve Wynn conversation because he -- he told me

22  that the casino had to treat its players as renewable

23  resources.  In the earlier times, you could have your slot

24  machines, you could have your table games, and you could count

25  on -- on people that were dedicated gamblers coming in and

IGTB107233

225

1  spending all their money and going home and coming again.  But

2  there's a whole different class of people that aren't totally

3  infatuated with gambling.  They're gonna spend $50 or a

4  hundred dollars and go on to something else.

5        And his point was that those players had to be

6  satisfied.  He had to send them home after a visit to one of

7  his casinos with a smile on their face and money left in their

8  pocket.  He didn't want to take every dime they had.  He

9  wanted to give them an entertaining experience and have them

10 think, boy, I can't wait till my next vacation when I can go

11 there again.

12       And that just revived my interest that I had had

13 before in providing better benefits to players.  And I felt

14 that if we could make that gaming experience for players more

15 fun on the slot machines that would fit right into the

16 philosophy.  And that's what Acres Gaming is all about.

17 Q.   Okay.  Now, you gave us a demonstration of bonus with

18 eligibility.

19       What did you do to develop bonusing with eligibility?

20 Can you tell us how that came about?

21 A.   Well, a lot of this came from a concept that Tom Elardi

22 had.  He and his --

23 Q.   Who is Tom Elardi?

24 A.   He's a casino owner -- he was a casino owner.  And he and

25 his mother and, obviously, his father, owned the Pioneer Club

226

1    in downtown Las Vegas for a couple of decades.  And they ran a

2    promotion called Double Jackpot.  And this promotion was kinda

3    like the Multiple Jackpot Time we saw here in that at 10

4    minutes -- or 20 minutes after the hour and 10 minutes before

5    the hour for two minutes every machine in the place would pay

6    double jackpots.

7            They didn't have any of the technology to cause those

8    to be automatically paid.  So what they would do is they would

9    have their change people watch when Double Jackpot Time

10   started.  And if Jane Doe on Machine 1202 hit a jackpot

11   then -- for 20 points, then they would say, oh, here's 20 more

12   points.  And they'd just be running around for those two

13   minutes trying to give money to each person that hit a

14   jackpot.

15           That had a lot of limitations in that it was very

16   easy for the change girl to give money to her boyfriend that

17   really didn't win, it was easy for a person to miss paying

18   someone that really hit a jackpot, and it was also very easy

19   for people to jump onto slot machines only during Double

20   Jackpot Time.

21           Now, Tom Elardi's view on that was he could handle

22   that.  He could have his change people watch for gross abusers

23   and he wasn't too concerned about blocking people from jumping

24   on the machines.

25           We took that Double Jackpot Time and turned it, in

227

1   the 1994 time range, into a promotion.  And as we took it to

2   other casinos, we found that they were very interested in

3   eligibility, in not having people being able to automatically

4   jump on the machines.  Because where Tom Elardi's casino only

5   had 300 machines, when you go to the MGM with 2500 it becomes

6   much more difficult to monitor everyone properly.  So they

7   wanted to have an automatic way to exclude people from only

8   playing during bonus times.  And that's where eligibility came

9   from.

10  Q.    What was the first promotion you did with eligibility?

11  A.    The first promotion we did with eligibility was called

12  "Hurricane Zone."

13  Q.    Can you tell us how Hurricane Zone came about?

14  A.    I've been working on Double Dollar Time with Tom Elardi,

15  and I took a trip to the Bahamas to visit a casino there

16  called Crystal Palace.  And when I went there they had just

17  had a -- they just experienced a hurricane about a month

18  before.  And everybody was still talking about it and they

19  were pretty excited about it.

20          At the same time, I met with the casino management.

21  They were looking for ways to increase play on the slot

22  machines.  They had a pretty successful table game business.

23  But, for the most part, people ignored their slot machines.

24  And they were looking for something to pull people in.

25          And I had dinner with these guys and we talked about

IGTB107236

228

1   different concepts.  And I went to my room for the evening and

2   was thinking about the hurricane and thinking about this need

3   that they had and the thought came up with combining a

4   hurricane with a double jackpot.  The idea being that the

5   hurricane would be the excitement.

6           And so what we proposed to them was to create a big

7   sign over a bank of slot machines.  This sign looked like a

8   cloud.  And we put strobe lights in it and neon lights in the

9   shape of lightning bolts and we put a sound system in it and

10  we put fans on it and palm trees.  And we would build up this

11  pool of money, just like we talked about here.

12          And when that threshold would be reached, you'd hear

13  this thunder starting on the speaker system.  And now the fans

14  would turn on and they started blowing wind in the players

15  faces and then Hurricane's about to begin.  And then about 15

16  seconds later there would be a big clap of thunder and the

17  wind would blow really hard and the thunder would start in

18  full force and there would be lightning bolts and all the

19  machines would now be paying double or triple their normal

20  amount.  And, as long as that hurricane lasted, the machines

21  would be in the bonus round, like what we saw here.

22          But in order to keep people from jumping onto there,

23  we put in the eligibility criteria so if you weren't playing

24  when the thunder started you couldn't participate in that

25  bonus round.  And that blocked people out from just sitting on

IGTB107237

229

1    the sidelines and only playing when the machines were paying

2    out two or three times their normal amount.

3    Q.    How did Hurricane Zone differ, if at all, from the

4    demonstration of Multiple Jackpot Time that you gave a few

5    minutes ago?

6    A.    It was designed to be installed in a carousel of

7    machines.  It could be any number; usually it's about 30.  And

8    it had a signage on top of it.  That's pretty much the

9    difference.

10   Q.    Otherwise was it the same as --

11   A.    Otherwise --

12   Q.    -- as Multiple Jackpot Time?

13   A.    Multiple Jackpot Time is just a generic version of

14   Hurricane Zone.

15   Q.    Okay.  Which came first at Acres Gaming, Hurricane Zone

16   or Multiple Jackpot Time?

17   A.    Well, Double Jackpot -- Double Dollar Time came first,

18   and that's without eligibility.  Then we did Hurricane Zone,

19   which had eligibility, and also took it from just the two

20   times up into the three times and the five times.  And then we

21   turned that into Multiple Jackpot Time.

22   Q.    Okay.  So does Multiple Jackpot Time have that hidden

23   threshold in it and did Hurricane Zone have a hidden

24   threshold?

25   A.    Yes.

IGTB107238

230

1   Q.   Okay.   Did they both have bonuses paid out of the bonus

2   pool?

3   A.   Yes.

4   Q.   And was Hurricane Zone an automated pay system paid at

5   the machine?

6   A.   Yes.

7   Q.   Okay.   When was the first Hurricane Zone installed?

8   A.   Seems like it was in the -- early 1995.

9   Q.   Where was it installed?

10  A.   I believe the first one was at the Edgewater Casino in

11  Laughlin.

12  Q.   Okay.   Now, why would you install a Hurricane scene

13  promotion in Laughlin?

14  A.   Because nothing that we do the first time ever works

15  quite right.   And we needed to install it in someplace that

16  was closer to where we lived -- or where we had an office,

17  which was Las Vegas, than where the Bahamas were.   If we had

18  even the slightest problem, that meant two days of travel for

19  a technician to get over to the Bahamas to respond; where down

20  in Laughlin that meant an hour and a half drive.

21  Q.   Okay.   Did you eventually install Hurricane Zone in the

22  Bahamas?

23  A.   Yes, we did.

24  Q.   And did you install Hurricane Zone at any places other

25  than the casino in the Bahamas and the casino in Laughlin?

IGTB107239

231

1   A.   Yes.  We did about a dozen or so installations.  Circus

2   Circus here in town.  We put one on the cruise ship.  We put

3   one in the Gulf Coast.  We put a couple of then in Downtown

4   casinos.  I can't remember all the places, but there were

5   quite a few.

6   Q.   Did Acres do any -- Acres Gaming do any variations on

7   Hurricane Zone?

8   A.   Yes.  We took that same underlying concept and we put

9   different themes on top of them.  We had one that's called

10  Rodeo Grande.  And we had a horse that was in a corral.  And

11  when bonus time started, the horse would buck up and down and

12  the gates would shake and there would be appropriate sounds.

13        And we did one for the Stations Casino.  And I can't

14  remember what it was called.  But it's still there to this

15  day.  And it's -- it's at Sunset Station -- and it's got

16  pirate ships.  And when they start shooting each other, then

17  the bonus period starts.  But underlying that is the same

18  eligibility and the same Multiple Jackpot Time.

19  Q.   How about a volcano theme?  Was there one done in

20  volcanos?

21  A.   Yeah.  We had one called Molten Money, which was themed

22  on a volcano.  And when the volcano was erupting, then the

23  money was paying out.  But, again, the concept of the

24  promotion was the same.  It was purely to put different faces

25  on it to provide a different look and more entertainment to

232

1   players and also try to match more closely whatever theme the

2   casino had.

3   Q.    Okay.  We've talked a bit about automatic pay or machine

4   pay.  Is that important to your developments, automatic pay?

5   Is that important --

6   A.    It's crucial.

7   Q.    Why is it crucial?

8   A.    Because without the automated pay, you couldn't have

9   bonuses be frequent enough to affect everybody.  You'd just

10  have the manually paid progressives which couldn't go off more

11  than once or twice a day.  You'd lose the whole effect.  The

12  idea is to pay lots of small awards to just about everybody.

13  Q.    Okay.  Let's talk about casino-wide bonusing.  How did

14  that come about?

15  A.    Well, we -- we got introduced to a group of people that

16  were putting together a casino in Melbourne, Australia.  It

17  was called the Crown Casino.  And they did just a fantastic

18  job.

19          Crown Casino had a budget of about the same as what

20  the Bellagio here had, about 1.6, 1.7 billion dollars.  And

21  the Melbourne casino had a unique problem in that their table

22  game players would come from all over the world to play there.

23  But the slot machines drew purely on local play.  And they had

24  a lot of local casinos.  They called them clubs with a

25  hundred, two hundred machines located through the

233

1    neighborhoods in the whole area.

2           And Crown was located downtown.  It's harder to get

3    to.  It takes a longer drive.  So they wanted to have

4    promotions that would benefit from their size and that would

5    provide enough excitement to get people to make that drive and

6    visit the casino.

7    Q.    Did you use any ideas from Hurricane Zone at the Crown

8    Casino?

9    A.    Yeah.

10   Q.    Crown Casino.  Excuse me.

11   A.    We did a version of Multiple Jackpot Time, we did a

12   number of versions of Lucky Coin, and we did a lot of

13   card-based bonuses as well.

14   Q.    A card-based bonus?  That's what?

15   A.    A bonus where you could only win it by using that player

16   tracking card.  In other words, they wanted their player to

17   have bonuses that would increase every time you came back.

18          So one of the bonuses we had was if you came into the

19   casino and you put in your card and you wagered at least $50

20   and then you came back again within a week after that as soon,

21   as your slide in your card, you would get an extra $5 worth of

22   free play put right on that credit meter.  You wouldn't have

23   to go stand in line or anything.  And we would call it a

24   Welcome Back Bonus.

25          So what we'd say is:  If you're here today, come

IGTB107242

234

1  visit us again. Because as soon as you walk in the door,

2  we'll give you $5 worth of free play just for being here. You

3  won't have to wait; you won't have to go through any lines.

4  Just slide in your card and the money would be there.

5        And that was a very successful promotion. It caused

6  people to -- to develop a loyal relationship with the Crown

7  Casino as opposed to the neighborhood casinos because they

8  want that free $5.

9  Q.  Were the Acres Gaming promotions available for the

10  general public to see them when they were in use?

11  A.  Yes.

12  Q.  Including Hurricane Zone and Lucky Coin and variations on

13  Hurricane Zone?

14  A.  Anybody that walked into the casino could see them.

15  Q.  Did you do any casino-wide bonusing in the United States?

16  A.  We did at Mandalay Bay.

17  Q.  Would you describe that, please, some of the promotions

18  Acres Gaming did at Mandalay Bay?

19  A.  We had the card-based bonuses, that return play bonus

20  that we talked about. We had promotions called Free for All,

21  we had Lucky Coin, we had progressive jackpots, and we had

22  Multiple Jackpot Time.

23  Q.  Is Mandalay Bay still using the Acres bonusing

24  promotions?

25  A.  They are using some of them. It was very difficult to

IGTB107243

235

1  convey the concepts to two -- we needed people that repeat

2  their visit on a very regular basis to begin to understand how

3  these games work. You can see the same things in the kinds of

4  games that the tourist casinos offer versus the locals.

5       Locals casinos typically have poker machines and the

6  featured games that are more complicated because a local

7  player gets bored with the same thing over and over again

8  where a tourist who only comes in once a year is kind of in

9  shock about how all these things work.

10  Q.  Did the owners of Mandalay Bay use the Acres bonusing at

11  other casinos?

12  A.  Yes. When they opened their Detroit casino, which is

13  called Motor City, that's a locals kind of a place. And they

14  at opening bought our system -- and we installed it -- to

15  provide bonuses and have a competitive advantage against the

16  other casinos. In fact, it was successful enough that their

17  main competitor, the MGM Casino, has since bought bonuses to

18  put into their casino as well.

19  Q.  Bonuses from Acres Gaming?

20  A.  Yes.

21  Q.  While you were running the company, did the bonusing

22  concept of Acres have any impact on sales?

23  A.  We did well with Crown. But bonuses were -- were slow to

24  take off. They did not do as well as we had liked, partly

25  because we didn't do as good a job at explaining them to

IGTB107244

236

1    players as what was necessary and partly it just takes a long

2    time for -- for casinos to understand, budget, and then

3    implement a system.  So we struggled for several years.

4    Q.    Did the presence of bonusing produce other sales at any

5    time?

6    A.    Yes.  Like, for example, at Crown, they bought from us

7    again and again to enhance their bonuses because they were

8    doing very well.  Even though bonuses didn't work in a lot of

9    cases at Mandalay Bay, they could see the power of them enough

10   that they bought it for their Motor City Casino.  And when

11   they did that, they -- they only put in a few bonuses in order

12   so they could have this expansion potential later on.  And, of

13   course, in this past year, even in the past few months, we've

14   seen a number of casinos sign contracts to apply bonuses.

15   Q.    I'd like to change the subject now.  And I'd like to talk

16   about infringement.

17         At some point did you discover anything that you

18   personally thought might be an infringement?

19   A.    Yes.

20   Q.    Would you describe that, please?

21   A.    We heard about a promotion called Money Time that we saw

22   an ad and a press release for Mikohn.  And we heard it was at

23   the New York, New York Casino.

24   Q.    When was this?

25   A.    This was -- it seems like it was in 1998, I think.

IGTB107245

237

1    Q.    You're the one who is testifying.  I can't tell you.

2    A.    The dates are kind of blurry.  Somewhere in the 1997/1998

3    time frame.

4    Q.    Okay.  Go ahead.  So what happened?

5    A.    Well, I went down to see the promotion, to see what it

6    was, because it sounded an awful lot like Hurricane Zone.  In

7    fact, in their ads they said something like don't be confused

8    by the storm.  Go for the -- the Money Time.

9              And I went to look at this promotion.  And it was

10   nicely done.  It was very nice signage.  And it had a bonus

11   period and it had eligibility.  And I -- I bought a hundred

12   dollars worth of coins and played it; found that if I wasn't

13   playing regularly when this bonus period occurred that I

14   couldn't go on to play it.  But if I did and I won something,

15   that those awards were automatically paid from the -- from the

16   machine.  I could also deduce, although I couldn't be sure, it

17   looked like they would have to be accruing a pool of money,

18   like what we were doing, in order to satisfy the casino's need

19   to have control over the promotion.

20   Q.    For the bonus period, was there anything to indicate the

21   start of the bonus period?

22   A.    They would have lights and things that flashed to say the

23   bonus has begun.  There was music that played.  And they also

24   had a PA system that would make announcements.

25   Q.    And was this a group of slot machines connected together?

IGTB107246

238

1   A.    As I recall, it was 40 or 50 machines connected together.

2   It was a whole area of the casino.

3   Q.    Okay.  Well, what happened?

4   A.    Well, we -- we sent a letter to Mikohn saying that we

5   thought that they might be infringing on our patents and we

6   sent a letter to the customers that had announced that they

7   were going to use Money Time saying that we thought that we

8   might have claims.  Without investigating Money Time

9   internally, we couldn't know.  So we sent a letter to Mikohn.

10  And, as a result, they sued us.

11  Q.    And was that the start of this lawsuit?

12  A.    Yes.

13  Q.    Okay.  Let's go back to your developments.  Mikohn and

14  CDS contend that your developments in CDS -- Mikohn contends

15  that your developments are old.

16       Are you aware of any earlier systems that you believe

17  are part of the same as your developments?

18  A.    No.  Certainly the promotions are old.  There's only so

19  many ways to pay people back.  But the methods that the

20  infrastructure that we used to pay them are -- are truly

21  unique.  And that's why casinos are willing to pay millions of

22  dollars to get them.

23  Q.    Are you aware of any patents or earlier products or

24  publications that provided your invention, your development,

25  to the public?

IGTB107247

239

1    A.    No, not our invention.  Our invention was just that it

2    was an invention.

3            MR. RIEDINGER:  Thank you very much.  I have no

4    further questions, your Honor.

5            THE COURT:  Okay.  Why don't we take a 10-minute

6    break.  And then I presume you'll have some cross-examination,

7    Mr. Shapiro?

8            MR. SHAPIRO:  Yes, your Honor, I'll have some brief

9    cross-examination.

10           THE COURT:  We'll be in recess for 10 minutes.

11           THE CLERK:  All rise.

12           (Judge steps off bench.)

13           THE COURT:  Ms. Clerk, will you take the jury out?

14           THE CLERK:  Yes, your Honor.

15           (Jury exited the courtroom.)

16           MR. SHAPIRO:  Your Honor, could we briefly speak with

17   you on one issue?

18           THE COURT:  Do we have a reporter?

19           MR. SHAPIRO:  Your Honor, I had listed Mr. Acres as a

20   witness -- as one of Mikohn's witnesses.  And I intend to put

21   him on, actually quite extensively, with respect to his -- a

22   lot of his -- with respect to certain priorities.  And I

23   believe it goes way beyond cross.  And what I prepared for

24   today is to cross-examine on what he has testified on.

25           I indicated to Mr. Riedinger:  Did you want me to

IGTB107248

# EXHIBIT 2

98A-9GLED



1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

13  ACRES GAMING INC.,                    NO. CV-S-98-1462-EJW (LRL)
14                                        (Base File)
                    Plaintiff,
15                                        NO. CV-S-97-1383-EJW (LRL)
                                          (Base File)
16          v.
17  MIKOHN GAMING CORPORATION; and        SPECIAL VERDICT FORM
18  CASINO DATA SYSTEMS,
19                  Defendants.
20
21
22
23
24
25
26
27
28

[25570-0023/Document3]                          1

IGTB089990

We, the jury, find as follows:

*VALIDITY*

1.    U.S. Patent No. 5,655,961

Has Mikohn proven by clear and convincing evidence that claim 1 of
U.S. Patent No. 5,655,961 is invalid?

                        Yes _____         No ___✕___

2.    U.S. Patent No. 5,752,882

Has Mikohn proven by clear and convincing evidence that the following
claims of U.S. Patent No. 5,752,882 are invalid?

            Claim 10:    Yes _____    No __✕__

            Claim 11:    Yes _____    No __✕__

3.    U.S. Patent No. 5,820,459

Has Mikohn proven by clear and convincing evidence that claim 1 of
U.S. Patent No. 5,820,459 is invalid?

                        Yes _____         No ___✕___

4.    U.S. Patent No. 5,836,817

Has Mikohn proven by clear and convincing evidence that the following
claims of U.S. Patent No. 5,836,817 are invalid?

            Claim 1:     Yes _____    No __✕__

            Claim 21:    Yes _____    No __✕__

            Claim 24:    Yes _____    No __✕__

            Claim 29:    Yes _____    No __✕__

IGTB089991

*INFRINGEMENT*

5.   U.S. Patent No. 5,655,961

Has Acres proven by a preponderance of the evidence that claim 1 of U.S. Patent No. 5,655,961 has been infringed by Mikohn?

Yes ___X___                    No _____

6.   U.S. Patent No. 5,836,817

Has Acres proven by a preponderance of the evidence that the following claims of U.S. Patent No. 5,836,817 have been infringed by Mikohn?

Claim 1:      Yes ___X___       No _____

Claim 21:     Yes ___X___       No _____

Claim 24:     Yes ___X___       No _____

Claim 29:     Yes ___X___       No _____

7.   If you have found any claim to be both valid and infringed, state whether the infringement was willful.

Yes _____                   No ___X___

8.   If you have found any claim to be both valid and infringed, state the amount of Acres' damages:

$ _1, 500,000._____

Date: __3/27/01___         Signatu.e _____
                                              Foreperson

[25370-0023/Document3]                         3

IGTB089992

# EXHIBIT 3

ENTERED AND
SERVED

MAR 29 2001

CLERK US DISTRICT COURT (5/85)   Judgment in a Civil Case ⊕   MAR 21 11:06
DISTRICT OF NEVADA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

_____   DISTRICT OF ___NEVADA___
         *****

MIKOHN GAMING CORPORATION, ETAL,

                              JUDGMENT IN A CIVIL CASE

        Plaintiffs

        V.
                              CV-S-97-1383-EJW(LRL)

ACRES GAMING, INC., ETAL,


        _____Defendants._____/


_X_ **Jury Verdict.** This action came before the jury for a trial by
   the Court.  The issues have been tried and the jury has rendered
   it's special verdict.

___**Decision by Court.** This action came before the Court and a
decision has been rendered.

   IT IS ORDERED AND ADJUDGED that judgment is entered against
Mikohn Gaming Corporation, et al and in favor of Acres Gaming,
Inc., in the amount of $1,500,000.00 for damages.


March 29, 2001                      LANCE S. WILSON
     Date                              Clerk


                                    (By) Deputy Clerk,



A 450 (Rev. 5/85)   Judgment in a Civil Case ⊕

IGTB090324