# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

WILLIAM J. WADE
DIRECTOR

DIRECT DIAL NUMBER
302-651-7718
WADE@RLF.COM

October 31, 2006

**VIA CM/ECF FILING &**
**HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 King Street
Wilmington, DE  19801

Re:  **IGT v. Bally Gaming International, Inc., Bally Technologies, Inc. and Bally Gaming, Inc., C.A. No. 06-282-KAJ**

Dear Judge Jordan:

We are in receipt of Mr. Blumenfeld's letter requesting a postponement of the technical tutorial scheduled in this matter for November 2 at 11 a.m. As Mr. Blumenfeld correctly notes, the technical tutorial is not the place to address infringement or validity issues and IGT does not intend to do so. IGT will address all of the patents-in-suit, not just the five patents at issue in the preliminary injunction motion. Moreover, IGT's tutorial will not address any Bally products. As a result, there is no need to postpone the tutorial until after IGT has filed its preliminary injunction papers (which were in fact filed this afternoon). Mr. Blumenfeld indicates that Bally is prepared to go forward on Thursday with the tutorial. IGT is prepared to go forward as well and respectfully requests that the Court decline Bally's suggestion to postpone the tutorial.

IGT does request, however, that if it is convenient to the Court, time be set aside at the conclusion of the tutorial to discuss the scheduling of proceedings on IGT's Motion for a Preliminary Injunction.

RLF1-3076758-1

The Honorable Kent A. Jordan
October 31, 2006
Page 2

      If Your Honor has any questions concerning the foregoing or if I can provide any further information, I am available at the Court's convenience.

Respectfully,

*[signature]*

William J. Wade (#704)

cc: Jack B. Blumenfeld, Esquire (via email)
     Edward DeFranco, Esquire (via email)
     David Enzminger, Esquire (via email)