IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation,<br><br>        Plaintiff,<br><br>v.<br><br>BALLY GAMING INTERNATIONAL, INC.,<br>BALLY TECHNOLOGIES, INC., and<br>BALLY GAMING, INC.,<br><br>        Defendants. | CA No. 06-282 (KAJ) |

## NOTICE OF LODGING

To:    Jack B. Blumenfeld
        Karen Jacobs Louden
        Morris, Nichols, Arsht & Tunnell
        1201 N. Market Street
        Wilmington, DE 19899

        Charles K. Verhoeven
        Quinn Emanuel Urquhart
          Oliver & Hedges, LLP
        50 California Street, 22nd Floor
        San Francisco, CA 94111

        Edward J. DeFranco
        Quinn Emanuel Urquhart
          Oliver & Hedges, LLP
        51 Madison Avenue
        New York, NY 10010-1601

PLEASE TAKE NOTICE THAT plaintiff IGT hereby lodges with the Court a cd-rom containing the video and animation clips from the tutorial provided to the Court today by IGT, a

copy of which has already been provided to counsel for defendants Bally Gaming International, Inc., Bally Technologies, Inc., and Bally Gaming, Inc.

OF COUNSEL

David P. Enzminger
Brett J. Williamson
David P. Dalke
Charles A. Thomasian
O'MELVENY & MYERS L.L.P.
400 S. Hope Street
Los Angeles, CA 90071
(213) 430-6000

Dated: November 2, 2006

William J. Wade (#704)
Anne Shea Gaza (#4093)
Matthew W. King (#4566)
Richards, Layton & Finger
wade@rlf.com
gaza@rlf.com
king@rlf.com
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

Attorneys for Plaintiff IGT

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Jack B. Blumenfeld, Esquire
> Karen Jacobs Louden, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> Wilmington, DE  19899

I hereby certify that on November 2, 2006, I caused to be sent by Federal Express the foregoing document to the following non-registered participants:

> Charles K. Verhoeven
> Quinn Emanuel Urquhart
>   Oliver & Hedges, LLP
> 50 California Street, 22nd Floor
> San Francisco, CA 94111

> Edward J. DeFranco
> Quinn Emanuel Urquhart
>   Oliver & Hedges, LLP
> 51 Madison Avenue
> New York, NY 10010-1601

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

