IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation,<br>Plaintiff,<br>v.<br>BALLY GAMING INTERNATIONAL, INC., BALLY TECHNOLOGIES, INC., and BALLY GAMING, INC.,<br>Defendant. | CIVIL ACTION<br>No. 06-282 (KAJ)<br><br>**REDACTED - PUBLIC VERSION** |

**DECLARATION OF DAVID P. DALKE IN SUPPORT OF IGT'S MOTION FOR A PRELIMINARY INJUNCTION**

I, David P. Dalke, hereby declare as follows:

1. I am an attorney in the law firm of O'Melveny & Myers, LLP, counsel for plaintiff IGT. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. [redacted]

3. [redacted]



6. Attached hereto as Exhibit 5 is a true and correct copy of a printout of a Bally webpage printed on October 27, 2006, available at http://www ballytech com/systems/P_Bonusing asp.

7. Attached hereto as Exhibit 6 is a true and correct copy of a printout of a Bally press release dated September 8, 2005, entitled "Bally Gaming and Systems' 'Real and Ready' G2E Lineup to Offer the Broadest Array of Products Among All Suppliers"

8. Attached hereto as Exhibit 7 is a true and correct copy of printout of a Bally press release dated September 8, 2005, entitled "Bally Gaming and Systems Announces Deal With Boyd Gaming To Provide Complete Systems Solution, 100% iVIEW™ Displays at Two Las Vegas Properties"

9. Attached hereto as Exhibit 8 is a true and correct copy of a printout of a Bally press release dated November 9, 2005, entitled "Bally Gaming and Systems Announces Hollywood Slots at Bangor Opens with CMS™ / SMS™, 30% Bally

Machines."

10. Attached hereto as Exhibit 9 is a true and correct copy of a printout of a Bally press release dated January 4, 2006, entitled "Bally Gaming and Systems Announces Borgata Goes Live With Power Winners™, Order for 4,000 iVIEW™ Displays."

11. Attached hereto as Exhibit 10 is a true and correct copy of a printout of a Bally press release dated January 5, 2006, entitled "Bally Gaming and Systems Announces Boyd Gaming's South Coast Opens With Powerful Systems and Bonusing Package."

12. Attached hereto as Exhibit 11 is a true and correct copy of a printout of a Bally press release dated January 5, 2006, entitled "Bally Gaming and Systems Announces Upgrade of Bally SDS® Technology at Greektown Casino in Detroit."

13. Attached hereto as Exhibit 12 is a true and correct copy of a printout of a Bally press release dated April 11, 2006, entitled "Bally Technologies Announces Enterprise-Wide Systems and Bonusing Deal With Boyd Gaming Corp."

14. Attached hereto as Exhibit 13 is a true and correct copy of a printout of a Bally press release dated May 10, 2006, entitled "Bally Technologies Announces Deployment of Bally Power Bonusing™ Technology at Chukchansi Gold Resort & Casino in California."

15. Attached hereto as Exhibit 14 is a true and correct copy of a printout of a Bally press release dated May 31, 2006, entitled "Bally Technologies Announces Deal With BLB Investors, LLC to Provide Bonusing and Player Tracking Solution, Up to

4,752 iVIEW™ Displays at Lincoln Park."

16. Attached hereto as Exhibit 15 is a true and correct copy of a printout of a Bally press release dated July 11, 2006, entitled "Bally Technologies Announces Systems and Bonusing Deals With Gaming Facilities in Texas, Washington, Colorado."

17. Attached hereto as Exhibit 16 is a true and correct copy of a printout of a Bally press release dated July 13, 2006, entitled "Bally Technologies Announces Deal With French Lick Resort & Casino to Provide More Than 25% of Slots and Complete Systems Solution."

18. Attached hereto as Exhibit 17 is a true and correct copy of a printout of a Bally press release dated July 17, 2006, entitled "Bally Technologies Announces Deal With Seminole Tribe for Bonusing and Server-Based Gaming Solutions."

19. Attached hereto as Exhibit 18 is a true and correct copy of a printout of a Bally press release dated August 16, 2006, entitled "Bally Technologies Announces Deal With Philadelphia Park Casino to Provide Systems and Features Solutions."

20. Attached hereto as Exhibit 19 is a true and correct copy of a printout of a Bally press release dated September 11, 2006, entitled "Bally Technologies Announces Deal With Magna Entertainment to Provide Complete Systems Solution, Variety of Machines at Gulfstream Park in Florida."

21. Attached hereto as Exhibit 20 is a true and correct copy of a printout of a Bally press release dated September 25, 2006, entitled "Bally Technologies Announces Deal to Provide Mohegan Sun at Pocono Downs With Complete Systems and Bonusing Solutions, 1,100 iVIEW™ Displays and More Than 20% of Slot Machine Mix."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on October 30, 2006, at Newport Beach, California.

David P. Dalke

# EXHIBITS 1-4
# REDACTED

# EXHIBIT 5







GAMES
SYSTEMS
NEWS & EVENTS
CUSTOMER CENTER
PLAYER CENTER
CONTACT

A Powerful Edge for Today's Casino

Bally
POWER
BONUSING

**Bally Power Bonusing™** gives you access to the industry's most complete and proven package of bonusing, gaming and promotions. With Bally Power Bonusing, it's easy to get started and there's no limit to the kinds of solutions you can create to fit any casino situation You can pick from a range of predefined bonus events, sweepstakes and promotional programs Whether it's the ACSC™, CMS/400™, Casino MarketPlace™ (CMP) or MCC™ product groups, Bally Technologies offers you the flexibility. seamless integration and powerful capabilities you won't find from other solutions

Player Credits with Staying Power
With **Bally Power Rewards™**, players have the ability to achieve additional awards based on play levels established by the casino Bally Power Rewards promotions are flexible to work across multiple departments including slots. tables, keno, and all other departments where the casino may offer patrons rewards When Bally Power Rewards are used on the slot floor, rewards can be downloaded directly from the slot machine Credits can even be used to promote increased play for chosen time periods. locations, or individual players

Hassle-Free Cash Incentives
**Bally Power Promotions™** gives the casino the ability to extend electronic incentive cash offers to its players automatically. With Bally Power Promotions, slot club members can use their slot club cards to convert their valuable accumulated points and promotional dollars into playable credits without the hassle of going to the slot club booth Not only does that keep club members playing longer. it means less labor to manage slot club operations

Keep Coupon Dollars Where They Belong
All too often. slot players will cash in a casino's free-play coupons they receive in the mail and then go play somewhere else **Bally Power Coupon™** eliminates this problem because its playable value must be played and can't be redeemed for cash A customer simply inserts the coupon directly into the bill validator Casino management has the ability to restrict coupons by patron. club levels. date and time That means top slot customers will stay and play right where they belong

Easy, Efficient Electronic Funds
With **Bally Power Bank™** players deposit money at the casino cage and these funds are associated with their unique player account number which is magnetically imprinted on their player card Using a secure personal identification number (PIN). players can then access their money by inserting their card into the slot machine Players can even upload their winnings directly to their Bally Power Bank account and keep right on playing

The Allure of Thrilling Jackpots
**Bally Power Sweepstakes™** brings powerful marketing leverage to your casino Players can earn power sweepstakes incentives based on the amount of coins played at the slot machine. slot floor or entire casino This adds a silver bullet to your bonusing arsenal to draw attention. attract and captivate players Exploit your iVIEW display capabilities to realize the full marketing potential of sweepstakes programs and growing jackpot amounts

Create Instant Excitement on the Floor

Bally Technologies, Inc. | Bally Power Bonusing Page 2 of 2

**Bally Power Winners**™* creates casino-wide or area-specific player excitement and increased gaming revenue. At a random time during the progressive growth the award is triggered and current progressive value is given to one or more winners based on criteria that you establish. The system allows you to run concurrent multi-level progressive promotions, adding a greater degree of interest and marketability. In addition to the progressive jackpot levels, the Bally Power Winners features allow specialty awards, such as points or promotional dollars, to be awarded to all or selected players currently eligible within the casino.

*Patent Pending

Games | Systems | News & Events | Customer Center | Player Center
Contact Us | Company Information | Investor Relations | Careers

6601 South Bermuda Road - Las Vegas, NV 89119 - (702) 584-7700 | Copyrights & Trademarks | Legal Disclaimer

http://www.ballytech.com/systems/P_Bonusing.asp 10/27/2006

# EXHIBIT 6



Bally Technologies, Inc. - Investor Relations - Press Release Page 1 of 3

Company Information | Investor Relations | Careers

GAMES
SYSTEMS
NEWS & EVENTS
CUSTOMER CENTER
PLAYER CENTER
CONTACT
ALPHA SLOTS
ALPHA VIDEO
SPECIALTY
PROGRESSIVES
CLASS II
WASHINGTON STATE
INTERNATIONAL

Investor Overview
Stock Information
Fundamentals
Press Releases
Financials
SEC Filings
Governance
Management
FAQs
Events
Email Alerts

PRESS RELEASE

View printer-friendly version

<< Back

**Bally Gaming and Systems' 'Real and Ready' G2E Lineup to Offer the Broadest Array of Products Among All Suppliers**

Downloadable Presentation. Bally System Games(TM) and Cinevision(TM) to Debut

LAS VEGAS. Sept 8 /PRNewswire-FirstCall/ -- Bally Gaming and Systems, a business unit of Alliance Gaming Corp (NYSE: AGI). announced today that it plans to showcase the broadest array of gaming products and technology of any supplier at the upcoming Global Gaming Expo (G2E). set for Sept 13-15 at the Las Vegas Convention Center

The Global Gaming Expo, the gaming industry's largest trade show. offers Bally an opportunity to display unique products and technology covering video slots; reel-spinning slots; Class II, lottery and central-determination games; wide-area progressives; specialty games; licensed titles; multiple systems platforms for both domestic and international markets; group-play games; table technology solutions for blackjack and baccarat; advanced bonusing technology; international games; proprietary poker games; system-based games; downloadable technology and other future concept machines and games

"Real and Ready" Theme

Bally is utilizing the "Real and Ready" theme to spotlight more than 160 machines and 100 new and unique titles that Bally Gaming and Systems will have on display in nearly 11.000 square feet of space in the Central Hall of the Las Vegas Convention Center

This year's booth theme of "Real and Ready" means that approximately 80 percent of game titles on display will already be approved or submitted to a major U S regulatory body by the time the show opens on Sept 13 Of the total machines on display. nearly 50 titles will be on Bally Gaming's new ALPHA video platform in the M9000 cabinet In addition. 25 reel-spinning games on the Company's legendary S6000 platform also will be "Real and Ready "

"We are responding to our customers who have repeatedly told us over the years that while they may be intrigued by all of the future products displayed at G2E. they need to prioritize their focus during the show on products that will be available in a reasonable timeframe at the conclusion of G2E." said Richard Haddrill. Chief Executive Officer of Alliance Gaming Corp "Our main focus has been getting titles submitted and approved. but we will also have a private VIP area for our customers who want a sneak peek at our download strategy, the new Cinevision(TM) Series and other exciting technology that is still in development "

Downloadable / Bally System Games

Giving G2E attendees a glimpse into the slot floor of the future, Bally will also showcase a unique "Play Zone" offering a number of innovative slot products featuring new Bally System Games -- downloadable game technology displayed on Bally's interactive iVIEW(TM) touch-screen

http://phx.corporate-ir.net/phoenix.zhtml?c=81092&p=irol-newsArticle&ID=754487&highlight=global ga... 10/27/2006

A total of 18 games, including video poker. video slots and reel-spinners. will give attendees an opportunity to "test drive" this advanced technology that rewards players with iVIEW bonus games such as bingo, poker and tournament play A private VIP area will feature demonstrations of Bally's downloadable technology

Cinevision Series

A new concept in video gaming. Cinevision creates a unique personal environment that prompted Strictly Slots magazine, after an early preview. to write: "The effect is striking. like you're playing a slot game in a classic movie theater This. you have got to experience "

Bally Systems

Bally Systems will also have an expanded presence this year, showcasing technology from four distinct product lines -- Bally Casino Management Systems (CMS(R)). Bally Slot Management Systems (SMS(R)), Bally Table Management Systems (TMS(TM)) and the new Bally Power Bonusing (TM).

Bally Power Bonusing

As in previous years, the Bally Systems division is again featured prominently at this year's G2E gathering Bally Systems is displaying and demonstrating an array of advanced products for the global casino industry. including technology from the SDS(R), ACSC(TM). MCC(TM). CMS-400. Casino MarketPlace(TM) and CashMaster(TM) product lines The Bally Power Bonusing suite of products include the iVIEW interactive display, player-centric bonusing capabilities with Bally Power Rewards (TM). electronic credit transfer with Bally Power Bank(TM) and integrated casino-wide promotional capabilities with Bally Power Promotions(TM). Bally Power Sweepstakes(TM). Bally Power Progressives(TM) and Bally Power Coupon(TM)

Bally TMS

Bally TMS will display its flagship MP21(TM) table management technology, along with MPBacc(TM) and other advanced solutions for the pit. including the new MPX(TM) shuffler product

ALPHA on M9000 and New S9000

Bally Gaming is introducing a wide variety of game titles on its ALPHA video platform Housed in the ergonomically advanced M9000 cabinet, these games offer improved graphics, superior sound, multi-denom and multi- percentage, and other features designed to provide an exceptional video gaming experience A companion premium product is the new S9000 reel-spinning slot series, housed in a distinctive low-denomination five-reel version of the sleek M9000-style cabinet The Hot Shot Progressive(TM) game features a multi-level progressive displayed in the distinctive video top box that is standard on all S9000s

Group Play Games

A key highlight of the show will be a presentation of Bally's distinctive "group play" technology. displayed on two unique video slot products: Auction Fever(TM) and Estate Auction(TM) Both these games realistically simulate the excitement of an online Internet auction with "bidders" furiously competing to outbid one another in the game's fast-paced bonus round to the delight of a "seller" who initiates the linked bonus event

Premium Titles / WAPs

Bally will also display a variety of premium licensed titles. including new versions of Playboy. Saturday Night Live(TM), Rocky & Bullwinkle(TM) , S&H Green Stamps(TM) and Hee Haw(R), and will also feature wide-area progressive games on links such as QuarterMillion$(TM). Cartoon Jackpots(TM). Millionaire 777s(TM) and Cash For Life(TM).

International Games

Games designed especially for the emerging Class II. Central Determination and Video Lottery markets will also be on display at the Bally booth. along with international titles targeting markets such

Bally Technologies, Inc. - Investor Relations - Press Release Page 3 of 3

as Russia, Asia, Central Europe and South America

Las Vegas-based Bally Gaming and Systems. a business unit of Alliance Gaming Corp (NYSE: AGI). designs. manufactures. operates and distributes advanced gaming devices and systems worldwide Additional information on Bally Gaming and Systems can be found at www BallyGaming com or www BallySystems com Alliance Gaming. a diversified gaming company with headquarters in Las Vegas. also owns and operates Rainbow Casino in Vicksburg. Miss Additional information and material news about the Company can be found at www AllianceGaming com

In separate press releases today, Bally updated the status of its annual audit, revealed its plans for the forthcoming G2E show. and announced significant transactions with two of Boyd Gaming's Coast properties in Las Vegas and with Remington Park racino

This news release may contain "forward-looking" statements within the meaning of the Securities Act of 1933. as amended, and is subject to the safe harbor created thereby Such information involves important risks and uncertainties that could significantly affect the results in the future and. accordingly, such results may differ from those expressed in any forward- looking statements Future operating results may be adversely affected as a result of a number of risks that are detailed from time to time in the company's filings with the Securities and Exchange Commission

-BALLY GAMING AND SYSTEMS-

HEE HAW(R) is a registered trademark of Gaylord Program Services, Inc Copyright (C) 2004 Gaylord Program Services. Inc All rights reserved (C)2004 Playboy PLAYBOY and RABBIT HEAD DESIGN are marks of Playboy and used under license by Bally Gaming, Inc. SNL, Saturday Night Live and their related characters and elements are trademarks of NBC, Inc and are used with the permission of NBC. Inc ROCKY AND BULLWINKLE AND FRIENDS(TM), & (C)2004 Ward Productions, Inc Licensed by Bullwinkle Studios. LLC All rights reserved S&H, Green Points and Green Stamps are service marks of the Sperry and Hutchinson Company. Inc (C)2005 Bally Gaming. Inc All Rights Reserved

Investor Contact: Steven Des Champs Media Contact: Marcus Prater

-BALLY GAMING AND SYSTEMS

Investor Contact: Steven Des Champs
Alliance Gaming
(702) 270-7600

Media Contact: Marcus Prater
Bally Gaming and Systems
(702) 896-7828

SOURCE Alliance Gaming Corp

Games | Systems | News & Events | Customer Center | Player Center
Contact Us | Company Information | Investor Relations | Careers

6601 South Bermuda Road - Las Vegas Nv 89119- (702) 896-7700 | Copyrights & Trademarks | Legal Disclaimer

http://phx corporate-ir.net/phoenix.zhtml?c=81092&p=irol-newsArticle&ID=754487&highlight=global ga... 10/27/2006

# EXHIBIT 7



GAMES
SYSTEMS
NEWS & EVENTS
CUSTOMER CENTER
PLAYER CENTER
CONTACT

Bally
TECHNOLOGIES

Investor Overview
Stock Information
Fundamentals
Press Releases
Financials
SEC Filings
Governance
Management
FAQs
Events
Email Alerts

PRESS RELEASE

View printer-friendly version

<< Back

**Bally Gaming and Systems Announces Deal With Boyd Gaming to Provide Complete Systems Solution, 100% iVIEW(TM) Displays at Two Las Vegas Properties**

LAS VEGAS, Sept 08, 2005 /PRNewswire-FirstCall via COMTEX News Network/ -- Bally Gaming and Systems. a business unit of Alliance Gaming Corp (NYSE: AGI), announced today that it has entered into an agreement with Boyd Gaming Corp (NYSE: BYD) to provide a complete systems and bonusing solution covering nearly 5,000 slot machines at two of its Las Vegas locations. the South Coast Hotel and Casino now under construction and expected to open in early 2006 and another major locals property

The agreement calls for Bally Gaming and Systems to install complete slot and casino management systems at two of Boyd Gaming's Las Vegas properties and equip a total of nearly 5.000 slot machines, including 2,450 slot machines at the South Coast, with Bally iVIEW interactive touch-screen displays and the new Bally Power Bonusing(TM) technology

Boyd Gaming will utilize Bally Power Rewards(TM) (formerly known as eBONUS) from the suite of Bally Power Bonusing products to create a player- centric bonusing environment that will provide an enhanced level of rewards and excitement for Boyd Gaming casino guests Boyd Gaming also plans to utilize the Bally iVIEW displays embedded in every slot machine to convey player loyalty. bonusing and marketing messages directly to the player while seated at the games

"We're very pleased to have Boyd Gaming and its properties as partners on this project that will position two of Boyd's showcase Las Vegas locals properties as leaders in the push to utilize technology to enhance the player experience while boosting revenues and improving operational efficiencies." said Richard Haddrill, CEO of Alliance Gaming

"One of the driving forces behind this deal was the enhancement of the entertainment experience for our players, and we believe the Bally Systems suite of technology is a perfect fit for our properties." said David Ross. Chief Operating Officer of Boyd Gaming's Coast Casinos division "Bally's iVIEW technology is an incredibly powerful tool that will help us maintain our leading position in the marketplace "

Recognized as the industry systems leader with more than 345.000 machines and 625 casino, bingo. Class II, central determination and lottery locations worldwide -- including more than 140 locations currently running Bally eTICKET(TM) on more than 140,000 slot machines -- the Bally Systems product line offers slot machine cash monitoring. cashless. accounting. security. maintenance. marketing. promotional and bonusing capabilities. enabling operators to accurately analyze performance and accountability while providing an enhanced level of customer service

Las Vegas-based Bally Gaming and Systems. a business unit of Alliance Gaming Corp (NYSE: AGI). designs, manufactures. operates and distributes advanced gaming devices and systems worldwide Additional information on Bally Gaming and Systems can be found at www BallyGaming com or www BallySystems com Alliance Gaming. a diversified gaming company with headquarters in Las

Bally Technologies, Inc. - Investor Relations - Press Release Page 2 of 2

Vegas, also owns and operates Rainbow Casino in Vicksburg, Miss. Additional information and material news about the Company can be found at www.AllianceGaming.com

In separate press releases today, Bally updated the status of its annual audit, revealed its plans for the forthcoming G2E show. and announced significant transactions with two of Boyd Gaming's Coast properties in Las Vegas and with Remington Park racino

This news release may contain "forward-looking" statements within the meaning of the Securities Act of 1933, as amended. and is subject to the safe harbor created thereby Such information involves important risks and uncertainties that could significantly affect the results in the future and, accordingly, such results may differ from those expressed in any forward- looking statements Future operating results may be adversely affected as a result of a number of risks that are detailed from time to time in the company's filings with the Securities and Exchange Commission

-BALLY GAMING AND SYSTEMS

Investor Contact: Steven Des Champs
Alliance Gaming
(702) 270-7600

Media Contact: Marcus Prater
Bally Gaming and Systems
(702) 896-7828

SOURCE Alliance Gaming Corp

Games | Systems | News & Events | Customer Center | Player Center
Contact Us | Company Information | Investor Relations | Careers

6601 South Bermuda Road - Las Vegas NV 89119 - (702) 896-7700 | Copyrights & Trademarks | Legal Disclaimer

http://phx.corporate-ir.net/phoenix.zhtml?c=81092&p=irol-newsArticle&ID=754485&highlight=south coast 10/27/2006

# EXHIBIT 8



Bally Technologies, Inc. - Investor Relations - Press Release Page 1 of 2
Company Information | Investor Relations | Careers

GAMES
SYSTEMS
NEWS & EVENTS
CUSTOMER CENTER
PLAYER CENTER
CONTACT

Bally

Investor Overview
Stock Information
Fundamentals
Press Releases
Financials
SEC Filings
Governance
Management
FAQs
Events
Email Alerts

PRESS RELEASE

View printer-friendly version

<< Back

**Bally Gaming and Systems Announces Hollywood Slots at Bangor Opens with CMS(TM) / SMS (TM), 30% Bally Machines**

LAS VEGAS. Nov 09. 2005 /PRNewswire-FirstCall via COMTEX News Network/ -- Bally Gaming and Systems, a business unit of Alliance Gaming Corp (NYSE: AGI). announced today that Hollywood Slots at Bangor. a Penn National Gaming. Inc (Nasdaq: PENN) facility. opened to the public on Friday, Nov 4 featuring a complete slot accounting and casino management solution from Bally Casino Management Systems (CMS) and Bally Slot Management Systems (SMS) and a slot floor with 30 percent Bally machines

Long lines formed prior to the 10 a m opening, and once inside, visitors found a technologically advanced. completely coinless slot floor featuring eTICKET(TM) from Bally Systems Of Bally's 30 percent share of the machines, nearly half of that total is comprised of M9000 Alpha video slots

Along with the slot accounting and casino management systems, Penn National plans to introduce Bally Power Promotions(TM) from the Bally Power Bonusing(TM) suite of products

The opening of Hollywood Slots marks the seventh property owned or managed by Penn National Gaming to feature Bally Systems technology

"We are pleased to be partners with Penn National as it brings its operational expertise to Maine while continuing to grow nationally," said Tom Reilly. Vice President of Systems Sales for Eastern North America "We are confident our games will be a hit with players enjoying the new Hollywood Slots facility and that our systems products will meet Penn National's lofty standards for creating a wide variety of property efficiencies "

Recognized as the industry systems leader with more than 345.000 machines and 625 casino, bingo. Class II. central determination and lottery locations worldwide -- including more than 140 locations currently running Bally eTICKET(TM) on more than 140.000 slot machines -- the Bally Systems product line offers slot machine cash monitoring. cashless. accounting. security. maintenance. marketing. promotional and bonusing capabilities. enabling operators to accurately analyze performance and accountability while providing an enhanced level of customer service

Las Vegas-based Bally Gaming and Systems. a business unit of Alliance Gaming Corp (NYSE: AGI). designs. manufactures, operates and distributes advanced gaming devices and systems worldwide Additional information on Bally Gaming and Systems can be found at www BallyGaming com or www BallySystems com Alliance Gaming. a diversified gaming company with headquarters in Las Vegas. also owns and operates Rainbow Casino in Vicksburg. Miss Additional information about the Company can be found at www AllianceGaming com

This news release may contain "forward-looking" statements within the meaning of the Securities Act of 1933, as amended, and is subject to the safe harbor created thereby Such information involves important risks and uncertainties that could significantly affect the results in the future and.

http://phx.corporate-ir.net/phoenix.zhtml?c=81092&p=irol-newsArticle&ID=780687&highlight=bangor 10/27/2006

ally Technologies, Inc. - Investor Relations - Press Release Page 2 of 2

accordingly. such results may differ from those expressed in any forward- looking statements Future operating results may be adversely affected as a

result of a number of risks that are detailed from time to time in the company's filings with the Securities and Exchange Commission

SOURCE Alliance Gaming Corp

Investors, Mark Lipparelli of Alliance Gaming, +1-702-270-7600; or Media. Marcus Prater of Bally Gaming and Systems. +1-702-896-7828

Games | Systems | News & Events | Customer Center | Player Center
Contact Us | Company Information | Investor Relations | Careers

6601 South Bermuda Road - Las Vegas NV 89119 - (702) 896-7700 | Copyrights & Trademarks | Legal Disclaimer

http://phx.corporate-ir.net/phoenix.zhtml?c=81092&p=irol-newsArticle&ID=780687&highlight=bangor 10/27/2006

# EXHIBIT 9



Bally Technologies, Inc. - Investor Relations - Press Release Page 1 of 2
Company Information | Investor Relations | Careers

GAMES | ALPHA SLOTS | INTERNATIONAL
SYSTEMS | ALPHA VIDEO
NEWS & EVENTS | SPECIALTY
CUSTOMER CENTER | PROGRESSIVES
PLAYER CENTER | CLASS II
CONTACT | WASHINGTON STATE

Bally TECHNOLOGIES®

Investor Overview
Stock Information
Fundamentals
Press Releases
Financials
SEC Filings
Governance
Management
FAQs
Events
Email Alerts

PRESS RELEASE

View printer-friendly version

<< Back

**Bally Gaming and Systems Announces Borgata Goes Live With Power Winners(TM), Order for 4,000 iVIEW(TM) Displays**

LAS VEGAS, Jan 4 /PRNewswire-FirstCall/ -- Bally Gaming and Systems, a business unit of Alliance Gaming Corp (NYSE: AGI), announced today that Borgata Hotel Casino and Spa in Atlantic City has gone live with Bally Power Winners(TM), one of the signature products from the Bally Power Bonusing (TM) technology suite, and has placed an order to install iVIEW interactive touch-screen displays on more than 4,000 of its slot machines

Marketed under The PowerPrize Jackpot brand, Bally Power Winners allows Borgata to offer slot players using their My Borgata card the chance at a progressive jackpot starting at $100,000 that must hit by $150,000 In addition, when The PowerPrize Jackpot hits, players using their My Borgata card all receive either $25 or $50 in bonus slot dollars

The Bally iVIEWs will allow Borgata to display the Bally Power Winners technology in a dynamic new way while also providing the resort with a medium to present additional players club information, entertainment options and property amenities The iVIEW order covers all 3,600 slot machines currently on the floor as well as 500 machines scheduled to be added during Borgata's phase one expansion project expected to be completed in second quarter 2006

"We've been live with The PowerPrize Jackpot for a couple of weeks now and what was already one of the most energetic slot floors in the country has been noticeably boosted by this Bally technology," said Larry Mullin, Chief Operating Officer for Borgata "To be the first casino on the East Coast to offer this bonusing excitement to our players further reinforces our leadership position as a technology-driven resort that gives our players added benefits and enhanced customer service "

"We truly value our partnership with Borgata on this project and it's exciting for Bally to get the first regulatory approval for Power Winners in New Jersey and then to go live at one of the nation's premier casino resorts," said Richard Haddrill, CEO of Alliance Gaming "We're also gratified Borgata recognizes the power of our iVIEW display technology by placing the largest single-property order to date "

Bally Power Winners, formerly known as Power Progressives, was singled out as one of the winners in the Best Consumer Service Technology category of the 2005 Global Gaming Business Gaming & Technology Awards

Recognized as the industry systems leader with more than 345,000 machines and 625 casino, bingo, Class II, central determination and lottery locations worldwide -- including more than 150 locations currently running Bally eTICKET(TM) on more than 152,000 slot machines -- the Bally Systems product line offers slot machine cash monitoring, cashless, accounting, security, maintenance, marketing, promotional and bonusing capabilities, enabling operators to accurately analyze performance and accountability while providing an enhanced level of customer service

http://phx.corporate-ir.net/phoenix.zhtml?c=81092&p=irol-newsArticle&ID=800141&highlight=borgata 10/27/2006

Bally Technologies, Inc. - Investor Relations - Press Release Page 2 of 2

Las Vegas-based Bally Gaming and Systems, a business unit of Alliance Gaming Corp. (NYSE: AGI). designs, manufactures. operates and distributes advanced gaming devices and systems worldwide Additional information on Bally Gaming and Systems can be found at www BallyGaming com or www BallySystems com Alliance Gaming. a diversified gaming company with headquarters in Las Vegas, also owns and operates Rainbow Casino in Vicksburg. Miss Additional information about the Company can be found at www AllianceGaming com

Borgata is a joint venture of Boyd Gaming Corporation (NYSE: BYD) and MGM MIRAGE (NYSE: MGM) Located at Renaissance Pointe in Atlantic City, it features 2,000 guest rooms and suites. 125,000 square feet of gaming, 163 gaming tables, 3,600 slot machines, 11 destination restaurants. 11 retail boutiques. a 54,000 square foot spa. 70.000 square feet of event space. and parking for 7.100 cars

This news release may contain "forward-looking" statements within the meaning of the Securities Act of 1933. as amended, and is subject to the safe harbor created thereby Such information involves important risks and uncertainties that could significantly affect the results in the future and. accordingly. such results may differ from those expressed in any forward-looking statements Future operating results may be adversely affected as a result of a number of risks that are detailed from time to time in the company's filings with the Securities and Exchange Commission

Investor Contact: Mark Lipparelli Media Contact: Marcus Prater

SOURCE Alliance Gaming Corp
01/04/2006
CONTACT: Investors, Mark Lipparelli of Alliance Gaming Corp . +1-702-270-7600; or Media, Marcus Prater of Bally Gaming and Systems. +1-702-896-7828
Web site: http://www BallySystems com
Web site: http://www BallyGaming com
Web site: http://www alliancegaming com

Games | Systems | News & Events | Customer Center | Player Center
Contact Us | Company Information | Investor Relations | Careers

6601 South Bermuda Road - Las Vegas NV 89119- (702) 896-7700 | Copyrights & Trademarks | Legal Disclaimer

http://phx.corporate-ir.net/phoenix.zhtml?c=81092&p=irol-newsArticle&ID=800141&highlight=borgata 10/27/2006

# EXHIBIT 10



Bally Technologies, Inc. - Investor Relations - Press Release Page 1 of 2

Company Information | Investor Relations | Careers

Bally
TECHNOLOGIES

GAMES | ALPHA SLOTS | INTERNATIONAL
SYSTEMS | ALPHA VIDEO
NEWS & EVENTS | SPECIALTY
CUSTOMER CENTER | PROGRESSIVES
PLAYER CENTER | CLASS II
CONTACT | WASHINGTON STATE

Relations
Investor Overview
Stock Information
Fundamentals
Press Releases
Financials
SEC Filings
Governance
Management
FAQs
Events
Email Alerts

PRESS RELEASE

View printer-friendly version

<< Back

**Bally Gaming and Systems Announces Boyd Gaming's South Coast Opens With Powerful Systems and Bonusing Package**

LAS VEGAS, Jan 5 /PRNewswire-FirstCall/ -- Bally Gaming and Systems, a business unit of Alliance Gaming Corp (NYSE: AGI), announced today that Las Vegas' newest resort -- Boyd Gaming Corp 's (NYSE: BYD) expansive South Coast Hotel and Casino -- opened Dec 22 to rave reviews and an enhanced level of customer interaction delivered by Bally Systems technology

Bally Gaming and Systems provided complete slot and casino management systems at South Coast, including more than 2,400 slot machines equipped with Bally iVIEW(TM) interactive touch-screen displays and the new Bally Power Bonusing(TM) technology

Boyd Gaming offers its South Coast players Bally Power Rewards(TM) from the suite of Bally Power Bonusing products, creating a player-centric bonusing environment that provides an enhanced level of rewards and excitement for Boyd Gaming casino guests Boyd Gaming is also utilizing the Bally iVIEW displays embedded in every slot machine to convey player loyalty, bonusing and marketing messages directly to the player while seated at the games

"I can say that we put all of the Bally Systems technology through the most rigorous testing we've ever conducted, to the point of trying to break the system It is rock-solid and when we opened the doors to huge crowds on Dec 22, its performance was flawless," said David Ross, Chief Operating Officer of Boyd Gaming's Coast Casinos division "Bally also showed a tremendous commitment to quality by providing an extraordinary level of service in the weeks and days leading up to the opening "

"The South Coast is a powerful new addition to the Las Vegas skyline and we're proud to be part of such a successful opening," said Ramesh Srinivasan, Executive Vice President of Bally Systems "Our team worked side-by-side with all of the dedicated South Coast and Boyd Gaming employees to ensure the ultimate positive experience for South Coast guests "

Recognized as the industry systems leader with more than 345,000 machines and 625 casino, bingo, Class II, central determination and lottery locations worldwide -- including more than 150 locations currently running Bally eTICKET(TM) on more than 152,000 slot machines -- the Bally Systems product line offers slot machine cash monitoring, cashless, accounting, security, maintenance, marketing, promotional and bonusing capabilities, enabling operators to accurately analyze performance and accountability while providing an enhanced level of customer service

Las Vegas-based Bally Gaming and Systems, a business unit of Alliance Gaming Corp (NYSE: AGI), designs, manufactures, operates and distributes advanced gaming devices and systems worldwide Additional information on Bally Gaming and Systems can be found at www BallyGaming com or www BallySystems com Alliance Gaming, a diversified gaming company with headquarters in Las Vegas, also owns and operates Rainbow Casino in Vicksburg, Miss Additional information about the Company can be found at www AllianceGaming com

http://phx.corporate-ir.net/phoenix.zhtml?c=81092&p=irol-newsArticle&ID=801075&highlight=south coast 10/27/2006

This news release may contain "forward-looking" statements within the meaning of the Securities Act of 1933, as amended. and is subject to the safe harbor created thereby Such information involves important risks and uncertainties that could significantly affect the results in the future and, accordingly. such results may differ from those expressed in any forward-looking statements. Future operating results may be adversely affected as a result of a number of risks that are detailed from time to time in the company's filings with the Securities and Exchange Commission

SOURCE Alliance Gaming Corp
01/05/2006
CONTACT: Investors. Mark Lipparelli of Alliance Gaming Corp . +1-702-270-7600; or Media, Marcus Prater of Bally Gaming and Systems, +1-702-896-7828
http://www alliancegaming com
http://www BallyGaming com
http://www BallySystems com

Games | Systems | News & Events | Customer Center | Player Center
Contact Us | Company Information | Investor Relations | Careers

6601 South Bermuda Road - Las Vegas NV 89119 - (702) 896-7700 | Copyrights & Trademarks | Legal Disclaimer

# EXHIBIT 11



Bally Technologies, Inc. | News Page 1 of 2

Company Information | Investor Relations | Careers

Bally
TECHNOLOGIES

GAMES | ALPHA SLOTS | INTERNATIONAL
SYSTEMS | ALPHA VIDEO
NEWS & EVENTS | SPECIALTY
CUSTOMER CENTER | PROGRESSIVES
PLAYER CENTER | CLASS II
CONTACT | WASHINGTON STATE

NEWS & EVENTS

BREAKING NEWS

Bally
TECHNOLOGIES

**BALLY GAMING AND SYSTEMS ANNOUNCES UPGRADE OF BALLY SDS® TECHNOLOGY AT GREEKTOWN CASINO IN DETROIT**

LAS VEGAS, Jan. 5, 2006 – Bally Gaming and Systems, a leader in slots, video machines and casino management systems for the global gaming industry, announced today the upgrade of its Bally Slot Management System (SMS™) from SDS version 8.2.5.3 to version 9.01 Technical Standard Compliance System at Greektown Casino

The upgrade, which went live in early December 2005, gives the landmark Detroit casino one of the most technologically advanced slot management systems in the country, complete with new accounting and functional specifications previously unavailable

The luxurious Greektown Casino is in the heart of Detroit's vibrant Greektown District. With more than 2,400 slot machines, the casino is the first tribal-owned casino in the United States to open on non-tribal lands. Voted Michigan's Best Casino by the Detroit News and Detroit's Best Casino in 2001, 2002, 2003, and 2004 by the Detroit Free Press, the 75,000-square foot Mediterranean-themed gaming property is now positioned for growth to benefit both its customers and its overall operational efficiency

"A Bally customer since 2000, Greektown selected to continue with the SDS system by upgrading to the most current version of Bally's advance release of software to acquire more extensive accounting and data warehouse features," said Tom Doyle, Bally Vice President of Product Management. "The upgrade will also help them in their preparations for the deployment of Bally Power Bonusing™ functionality."

"Greektown Casino offers the best variety of premier gaming and entertainment experiences in Detroit, Michigan. In Detroit's competitive market, we need technologies such as SDS 9.01 to streamline operations, as well as provide tools that enable us to gain a strong competitive advantage," said George Tjilos, Senior Director of IT of Greektown Casino. "We are committed to the Bally brand; the install of SDS 9.01 was a successful and very fresh change to the Detroit market. We anticipate a great future with this product line as it grows. This is in line with our goals in becoming the ultimate long-term leader in the Detroit market. Bally has proven itself on many occasions, and this one shall be no different."

Recognized as the industry systems leader with more than 345,000 machines and 625 casino, bingo, Class II, central determination and lottery locations worldwide — including more than 150 locations

http://www.ballytech.com/media/news.asp?PRID=375 10/26/2006

Bally Technologies, Inc. | News Page 2 of 2

currently running Bally eTICKET™ on more than 152,000 slot machines — the Bally Systems product line offers slot machine cash monitoring, cashless, accounting, security, maintenance, marketing, promotional and bonusing capabilities, enabling operators to accurately analyze performance and accountability while providing an enhanced level of customer service.

Las Vegas-based Bally Gaming and Systems, a business unit of Alliance Gaming Corp (NYSE: AGI), designs, manufactures, operates and distributes advanced gaming devices and systems worldwide Additional information on Bally Gaming and Systems can be found at www.BallyGaming.com or www.BallySystems.com. Alliance Gaming, a diversified gaming company with headquarters in Las Vegas, also owns and operates Rainbow Casino in Vicksburg, Miss. Additional information about the Company can be found at www.AllianceGaming.com

This news release may contain "forward-looking" statements within the meaning of the Securities Act of 1933, as amended, and is subject to the safe harbor created thereby. Such information involves important risks and uncertainties that could significantly affect the results in the future and, accordingly, such results may differ from those expressed in any forward-looking statements. Future operating results may be adversely affected as a result of a number of risks that are detailed from time to time in the company's filings with the Securities and Exchange Commission

Games | Systems | News & Events | Customer Center | Player Center
Contact Us | Company Information | Investor Relations | Careers

6601 South Bermuda Road - Las Vegas NV 89119 - (702) 584-7700 | Copyrights & Trademarks | Legal Disclaimer

http://www.ballytech.com/media/news.asp?PRID=375 10/26/2006

# EXHIBIT 12



GAMES
SYSTEMS
NEWS & EVENTS
CUSTOMER CENTER
PLAYER CENTER
CONTACT

TECH

Investor Overview
Stock Information
Fundamentals
Press Releases
Financials
SEC Filings
Governance
Management
FAQs
Events
Email Alerts

PRESS RELEASE

View printer-friendly version

<< Back

**Bally Technologies Announces Enterprise-Wide Systems and Bonusing Deal With Boyd Gaming Corp.**

LAS VEGAS, April 11 /PRNewswire-FirstCall/ -- Bally Technologies (NYSE: BYI) announced today it has signed a contract with Boyd Gaming Corp. (NYSE: BYD) to provide complete casino management, slot accounting and bonusing solutions across all Boyd Gaming properties nationwide in an agreement that is structured to provide standardized technology for a total of approximately 30,000 slot machines at 19 casino properties in six states.

The agreement calls for a transition of existing Bally systems to a common Bally CMS(R)/SMS(R) solution at multiple Boyd Gaming locations and the competitive replacement of systems technology at The Orleans Hotel and Casino, the Barbary Coast Hotel and Casino and the Gold Coast Hotel and Casino, all in Las Vegas. The deal also includes the installation of Bally iVIEW(TM) interactive touch-screen displays on slot machines at both The Orleans and the Gold Coast. Boyd Gaming is already live with a combined total of nearly 5,000 iVIEWs at the South Coast Hotel and Casino and the Suncoast in Las Vegas.

Where approved and allowed by the appropriate regulatory body, Boyd Gaming will also offer its players Bally Power Rewards(TM) from the suite of Bally Power Bonusing(TM) products and have the option to purchase additional bonusing technology. Already live at four Boyd Gaming properties, Bally Power Rewards creates a player-centric bonusing environment that provides an enhanced level of rewards and excitement for Boyd Gaming casino guests.

"The operational benefits of standardizing our systems technology enterprise-wide will be substantial," said Chris Gibase, Senior Vice President Operations of Boyd Gaming. "And this agreement with Bally will also create some exciting benefits for our guests, including improved player's club offerings and an expanded level of bonusing events and other player rewards. Stability is one of the primary reasons we selected Bally systems."

"Boyd Gaming has always been one of our most important partners as we have grown into the world's No. 1 gaming systems company," said Ramesh Srinivasan, Executive Vice President of Bally Systems. "Our Bally team is dedicated to ensuring that this agreement provides Boyd Gaming the technology to improve efficiencies while giving players a better overall experience."

Along with Bally Power Rewards, another bonusing technology contemplated for expansion among Boyd Gaming properties is Bally Power Winners(TM). It is expected that all of the upgrades and installations covered in the agreement with Boyd Gaming will begin immediately and be substantially completed by summer of 2007.

Recognized as the industry systems leader with more than 345,000 machines and 625 casino, bingo, Class II, central determination and lottery locations worldwide -- including more than 150 locations currently running Bally eTICKET(TM) on more than 152,000 slot machines -- the Bally Systems product line offers slot machine cash monitoring, table management, cashless, accounting, security,

Bally Technologies, Inc. - Investor Relations - Press Release Page 2 of 2

maintenance, marketing, promotional and bonusing capabilities, enabling operators to accurately analyze performance and accountability while providing an enhanced level of customer service

With a history dating back to 1932, Las Vegas-based Bally Technologies designs, manufactures, operates and distributes advanced gaming devices, systems and technology solutions worldwide Bally's product line includes reel-spinning slot machines, video slots, wide-area progressives and Class II, lottery and central determination games and platforms As the world's No 1 gaming systems company, Bally also offers an array of casino management, slot accounting, bonusing, cashless and table management solutions The Company also owns and operates Rainbow Casino in Vicksburg, Miss Additional information on the Company can be found at www BallyTech com

This news release may contain "forward-looking" statements within the meaning of the Securities Act of 1933, as amended, and is subject to the safe harbor created thereby Such information involves important risks and uncertainties that could significantly affect the results in the future and, accordingly, such results may differ from those expressed in any forward- looking statements Future operating results may be adversely affected as a result of a number of risks that are detailed from time to time in the company's filings with the Securities and Exchange Commission

SOURCE Bally Technologies
04/11/2006
CONTACT:
Investors, Mark Lipparelli, +1-702-584-7600, mlipparelli@ballytech.com
or
Media, Marcus Prater, +1-702-584-7828, mprater@ballytech com
both of Bally Technologies
Web site: http://www BallyTech com

Games | Systems | News & Events | Customer Center | Player Center
Contact Us | Company Information | Investor Relations | Careers

6601 South Bermuda Road - Las Vegas NV 89119 - (702) 896-7700 | Copyrights & Trademarks | Legal Disclaimer

http://phx corporate-ir.net/phoenix.zhtml?c=81092&p=irol-newsArticle&ID=841433&highlight=boyd 10/30/2006

# EXHIBIT 13

GAMES
SYSTEMS
NEWS & EVENTS
CUSTOMER CENTER
PLAYER CENTER
CONTACT
OFFICES
SUPPORT
NEWS & EVENTS

BREAKING NEWS

Bally
TECHNOLOGIES

**BALLY TECHNOLOGIES ANNOUNCES DEPLOYMENT OF BALLY POWER BONUSING™ TECHNOLOGY AT CHUKCHANSI GOLD RESORT & CASINO IN CALIFORNIA**

LAS VEGAS, May 10. 2006 – Bally Technologies. Inc (NYSE: BYI), a leader in slots. video machines and casino management systems for the global gaming industry, announced today the sale of 500 iVIEW™ interactive touch-screen displays running Bally Power Rewards™ and Bally Power Sweepstakes™ to complement the already-installed Bally Power Promotions™, three of the signature products from the Bally Power Bonusing™ technology suite, at the Chukchansi Gold Resort & Casino

Located in Coarsegold. Calif . along the Sierra Foothills, Chukchansi Gold is using Bally technology to provide incentives to its customers for playing at the resort The lavish 56,000-square foot property features 1,800 of the latest slot machines available and is considered central California's first high-end casino, resort and hotel property

"The use of iVIEWs on their slot machines will enhance the players' ability to download promotional credits using Bally's Power Promotions Customers are using this function to convert their player points to credit directly at the slot machine," said Joan Konsdorf, Vice President of Systems Client Services for Bally "Through our ongoing partnership with the nation's leading casinos, we've developed an approach to bonusing designed to create a competitive edge "

"Chukchansi Gold Casino's conventional cash-back awards required players to wait in line twice — first at the player's club to receive a voucher and then at the cage or gift shop to redeem a prize Besides inconvenience, this ultimately took time from the gaming experience." said Jeff Livingston. General Manager at Chukchansi

"Using the Bally Power Promotions product. the casino began offering its players cash back directly at the slot machine To convert slot points to cash at the slot machine. customers simply input their pin number on the keypad and download the number of credits they desire This significantly enhances the customer experience by eliminating the need to wait in lines Since deploying this product, the casino has seen significant increases in customer play. redemption of points and improved customer satisfaction." Livingston added

"Our selection of Power Rewards and Power Sweepstakes allows us to pick from a range of predefined bonus events. sweepstakes and promotional programs With our various bonusing capabilities combined with our new iVIEWs, we now have the ability to promote excitement on the floor through vibrant personalized messages using iVIEWs interactive touch-screen video technology "

Bally Power Rewards and Power Sweepstakes are two of six bonusing features within the Bally Power Bonusing product group, along with Bally Power Promotions. Bally Power Winners™, Bally Power Bank™

Bally Technologies, Inc. | News

Page 2 of 2

and Bally Power Coupon™ Bally also develops secondary bonus games on iVIEW that allow casinos to offer bonus gaming across the floor

Recognized as the industry systems leader with more than 345.000 machines and 625 casino. bingo, Class II. central determination and lottery locations worldwide — including more than 150 locations currently running Bally eTICKET™ on more than 152,000 slot machines — the Bally Technologies systems product line offers slot machine cash monitoring. cashless. accounting. security. maintenance. marketing. promotional and bonusing capabilities, enabling operators to accurately analyze performance and accountability while providing an enhanced level of customer service

With a history dating back to 1932, Las Vegas-based Bally Technologies designs. manufactures. operates and distributes advanced gaming devices. systems and technology solutions worldwide. Bally's product line includes reel-spinning slot machines. video slots, wide-area progressives and Class II. lottery and central determination games and platforms As the world's No 1 gaming systems company. Bally also offers an array of casino management. slot accounting, bonusing. cashless and table management solutions The Company also owns and operates Rainbow Casino in Vicksburg. Miss Additional information on the Company can be found at www BallyTech com

This news release may contain "forward-looking" statements within the meaning of the Securities Act of 1933. as amended, and is subject to the safe harbor created thereby Such information involves important risks and uncertainties that could significantly affect the results in the future and. accordingly. such results may differ from those expressed in any forward-looking statements Future operating results may be adversely affected as a result of a number of risks that are detailed from time to time in the company's filings with the Securities and Exchange Commission.

—BALLY TECHNOLOGIES. INC—

Games | Systems | News & Events | Customer Center | Player Center
Contact Us | Company Information | Investor Relations | Careers

6601 South Bermuda Road - Las Vegas NV 89119 - (702) 584-7700 | Copyrights & Trademarks Legal Disclaimer

http://www.ballytech.com/media/news.asp?PRID=405 10/30/2006

# EXHIBIT 14



Bally
TECHNOLOGIES

GAMES
SYSTEMS
NEWS & EVENTS
CUSTOMER CENTER
PLAYER CENTER
CONTACT

Bally

PRESS RELEASE

Investor Overview
Stock Information
Fundamentals
Press Releases
Financials
SEC Filings
Governance
Management
FAQs
Events
Email Alerts

View printer-friendly version

<< Back

**Bally Technologies Announces Deal With BLB Investors, LLC to Provide Bonusing and Player Tracking Solution, Up to 4,752 iVIEW(TM) Displays at Lincoln Park**

**Waterford Development Group, Kerzner International and Starwood Capital Group Driving Expansion**

LAS VEGAS. May 31. 2006 /PRNewswire-FirstCall via COMTEX News Network/ -- Bally Technologies, Inc (NYSE: BYI) announced today it has signed a contract with Lincoln Park. a subsidiary of BLB Investors. LLC whose owners are Waterford Development Group, Kerzner International. and Starwood Capital Group. to provide an advanced suite of Bally Power Bonusing(TM) products and up to 4.752 iVIEW touch-screen displays for all of the Video Lottery Terminals planned for the Lincoln Park racino in Lincoln. R I

Currently undergoing a major expansion, Lincoln Park conducted a thorough competitive review before selecting Bally and its Bally Power Bonusing technology Lincoln Park plans a major upgrade of its player's club, player tracking and player marketing capabilities. including the implementation of Bally Power Winners(TM), a configurable random progressive jackpot technology that rewards players using their player's club cards

Along with Bally Power Winners, Lincoln Park will select from a suite of Bally Power Bonusing products that also includes Bally Power Rewards(TM). Bally Power Sweepstakes(TM) and Bally Power Promotions(TM)

"We selected Bally in part because of its proven track record of providing large-scale gaming operations with leading-edge technology tools needed to improve overall operational efficiency while giving players an enhanced entertainment experience," said Kerry Smith. Vice President of Gaming for BLB "The combination of iVIEW and Bally Power Bonusing will take our gaming floor to a new level, which will coincide with the overall enhancement of our entire facility "

"We are pleased to add Lincoln Park to our growing list of racino locations utilizing our technology," said Ramesh Srinivasan. Executive Vice President of Bally Technologies' systems division "It is gratifying to be selected after a competitive review that validates the strength of our product lineup. particularly Bally Power Bonusing. and our commitment to a high level of service "

Recognized as the industry systems leader with more than 345.000 machines and 625 casino, bingo. Class II. central determination and lottery locations worldwide -- including more than 155 locations currently running Bally eTICKET(TM) on more than 157.000 slot machines -- the Bally Technologies systems product line offers slot machine cash monitoring. table management, cashless, accounting. security. maintenance, marketing. promotional and bonusing capabilities, enabling operators to accurately analyze performance and accountability while providing an enhanced level of customer service

With a history dating back to 1932, Las Vegas-based Bally Technologies designs. manufactures.

Bally Technologies, Inc. - Investor Relations - Press Release Page 2 of 2

operates and distributes advanced gaming devices, systems and technology solutions worldwide Bally's product line includes reel-spinning slot machines, video slots, wide-area progressives and Class II, lottery and central determination games and platforms As the world's No 1 gaming systems company, Bally also offers an array of casino management, slot accounting, bonusing, cashless and table management solutions. The company also owns and operates Rainbow Casino in Vicksburg, MS Additional information on the company can be found at www BallyTech com

This news release may contain "forward-looking" statements within the meaning of the Securities Act of 1933, as amended, and is subject to the safe harbor created thereby Such information involves important risks and uncertainties that could significantly affect the results in the future and, accordingly, such results may differ from those expressed in any forward-looking statements. Future operating results may be adversely affected as a result of a number of risks that are detailed from time to time in the company's filings with the Securities and Exchange Commission

- BALLY TECHNOLOGIES, INC. -

Investor Contact: Mark Lipparelli
(702) 584-7600
mlipparelli@ballytech.com

Media Contact: Marcus Prater
(702) 584-7828
mprater@ballytech.com

SOURCE Bally Technologies, Inc

Investors,
Mark Lipparelli,
+1-702-584-7600,
mlipparelli@ballytech com,
or Media,
Marcus Prater,
+1-702-584-7828, mprater@ballytech com, both of Bally Technologies, Inc

Games | Systems | News & Events | Customer Center | Player Center
Contact Us | Company Information | Investor Relations | Careers

6601 South Bermuda Road - Las Vegas NV 89119 - (702) 896-7700 | Copyrights & Trademarks | Legal Disclaimer

http://phx.corporate-ir.net/phoenix.zhtml?c=81092&p=irol-newsArticle&ID=862069&highlight=lincoln park 10/27/2006

# EXHIBIT 15





BREAKING NEWS

**BALLY TECHNOLOGIES ANNOUNCES SYSTEMS AND BONUSING DEALS WITH GAMING FACILITIES IN TEXAS, WASHINGTON, COLORADO**

LAS VEGAS, July 11, 2006 – Bally Technologies, Inc. (NYSE: BYI), a leader in slots, video machines and casino management systems for the global gaming industry, announced today it has signed three separate contracts to provide casino management, slot accounting and bonusing solutions to gaming locations in Texas, Washington and Colorado

Kickapoo Lucky Eagle Casino, a Class II facility on the Mexico border in Eagle Pass, Texas, has already gone live with the Bally One System™ on its 1,300 electronic gaming devices and plans to implement Bally Power Bonusing™ technology as well The Bally One System provides the functionality of a single, unified slot-reporting system connecting machines from a variety of manufacturers and is designed to increase game play, time-on device, customer satisfaction and operational efficiency. Kickapoo Lucky Eagle Casino initially plans to utilize Bally Power Rewards™ as its key bonusing tool

"We plan on using Power Rewards for bonus point multipliers and drawings," said Rhonda Kennedy. Director of Gaming Operations for the Native American casino. "And the Bally One System will provide slot floor integration, accounting and ticketing while complementing our players club program that is designed to improve the marketing and bonusing impact for our players."

The Nisqually Red Wind Casino, an 85,000-square foot facility that features 675 slot machines in Olympia, Wash . also selected the Bally One System and Bally Power Bonusing technology to enhance the player experience and drive additional revenue.

"We've been a Bally customer for several years," said Tony Antalan, Chief Information Officer, "and we are looking forward to the integration of the Bally One System and Power Rewards. This will allow us to utilize a single ticket across multiple manufacturers' machines. That One System integration between Bally and other gaming manufacturers was a critical selling point for us We look forward to a deeper evaluation of our extensive player database to provide an even greater level of bonusing and rewards to our players." Century Casinos, Inc. also signed a systems contract with Bally for its under-construction hotel / casino in Central City, Colo. The Century casino will feature Bally's casino management, slot accounting and bonusing technology, including Bally Power Rewards and eTICKET™

"We selected Bally in part because of the consistency of the product and transference of knowledge from other properties," said Dave Aker, General Manager "We are currently running Bally technology at our

Bally Technologies, Inc. | News Page 2 of 2

Womack's Cripple Creek property and look forward to the same level of success using these excitement-generated bonusing programs at our new Century Casino property on 650 of our machines "

Three Bally systems contracts "These three contracts summarize one of our strengths — that no matter what kind of facility you have. whether it's small or large, Class II or Class III, Bally has a tremendous portfolio of solutions that will enhance the player experience while helping casinos achieve their operational goals," said Derik Mooberry. Vice President of System Sales, West Region

Recognized as the industry systems leader with more than 345,000 machines and 625 casino, bingo, Class II, central determination and lottery locations worldwide — including more than 165 locations currently running Bally eTICKET™ on more than 178,000 slot machines — the Bally Technologies systems product line offers slot machine cash monitoring, table management, cashless, accounting, security, maintenance, marketing, promotional and bonusing capabilities, enabling operators to accurately analyze performance and accountability while providing an enhanced level of customer service

With a history dating back to 1932, Las Vegas-based Bally Technologies designs, manufactures, operates and distributes advanced gaming devices, systems and technology solutions worldwide Bally's product line includes reel-spinning slot machines, video slots, wide-area progressives and Class II, lottery and central determination games and platforms As the world's No 1 gaming systems company, Bally also offers an array of casino management, slot accounting, bonusing, cashless and table management solutions The company also owns and operates Rainbow Casino in Vicksburg. MS Additional information on the company can be found at www BallyTech com

This news release may contain "forward-looking" statements within the meaning of the Securities Act of 1933, as amended. and is subject to the safe harbor created thereby Such information involves important risks and uncertainties that could significantly affect the results in the future and, accordingly, such results may differ from those expressed in any forward-looking statements Future operating results may be adversely affected as a result of a number of risks that are detailed from time to time in the company's filings with the Securities and Exchange Commission

— BALLY TECHNOLOGIES. INC —

Games | Systems | News & Events | Customer Center | Player Center
Contact Us | Company Information | Investor Relations | Careers

6601 South Bermuda Road - Las Vegas. NV 89119 - (702) 584-7700 | Copyrights & Trademarks | Legal Disclaimer

http://www.ballytech.com/media/news.asp?PRID=415 10/26/2006

# EXHIBIT 16







GAMES
SYSTEMS
NEWS & EVENTS
CUSTOMER CENTER
PLAYER CENTER
CONTACT

PRESS RELEASE

View printer-friendly version

<< Back

**Bally Technologies Announces Deal With French Lick Resort & Casino to Provide More Than 25% of Slots and Complete Systems Solution**

LAS VEGAS, July 13 /PRNewswire-FirstCall/ -- Bally Technologies, Inc (NYSE: BYI) announced today it has signed a contract with Blue Sky Casino, LLC (d/b/a French Lick Resort & Casino) to provide a complete systems solution and more than 300 slot machines for the new French Lick Resort & Casino scheduled to open in November 2006 in French Lick, Ind

French Lick Resort & Casino has selected technology from the Bally Casino Management Systems (CMS(R)) division, including Bally's slot accounting and management solutions for the casino's 42,000-square foot single-level gaming floor

"We are very excited to be able to offer our players at French Lick Resort & Casino the latest in technology," said Brian Marsh, Director of Slots "We are confident the game mix and bonusing options will create a very exciting and entertaining slot floor for our players "

"It's always gratifying to partner with a new customer for a resort opening and we are committed to providing the technology tools French Lick Resort & Casino needs to open the premier property in Indiana," said Richard Haddrill, CEO of Bally Technologies "Together, our proven systems technology and the strong performance of our entire slot product line is proving to be an attractive combination for casinos throughout the country "

Recognized as the industry systems leader with more than 345,000 machines and 625 casino, bingo, Class II, central determination and lottery locations worldwide -- including more than 165 locations currently running Bally eTICKET(TM) on more than 178,000 slot machines -- the Bally Technologies systems product line offers slot machine cash monitoring, table management, cashless, accounting, security, maintenance, marketing, promotional and bonusing capabilities, enabling operators to accurately analyze performance and accountability while providing an enhanced level of customer service

With a history dating back to 1932, Las Vegas-based Bally Technologies designs, manufactures, operates and distributes advanced gaming devices, systems and technology solutions worldwide Bally's product line includes reel-spinning slot machines, video slots, wide-area progressives and Class II, lottery and central determination games and platforms As the world's No 1 gaming systems company, Bally also offers an array of casino management, slot accounting, bonusing, cashless and table management solutions The company also owns and operates Rainbow Casino in Vicksburg, MS Additional information on the company can be found at www BallyTech com

The French Lick Resort & Casino is a $382 million historic restoration and casino development project that includes the French Lick Springs Hotel, the new French Lick Casino (both opening November 2006) and the West Baden Springs Hotel (opening Spring 2007) When complete, this premier resort and casino destination will feature 684 guest rooms and suites; an 84,000-square foot casino with a 42,000-square foot, single-level gaming floor, 45 holes of golf, including the fully restored 1920-

Bally Technologies, Inc. - Investor Relations - Press Release Page 2 of 2

designed Donald Ross Course and a new 18-hole Pete Dye course, two full-service spas with a combined 36 treatment rooms totaling 41,000 square feet; and an array of dining and entertainment options More information is available at www frenchlick com

This news release may contain "forward-looking" statements within the meaning of the Securities Act of 1933, as amended, and is subject to the safe harbor created thereby Such information involves important risks and uncertainties that could significantly affect the results in the future and, accordingly, such results may differ from those expressed in any forward-looking statements Future operating results may be adversely affected as a result of a number of risks that are detailed from time to time in the company's filings with the Securities and Exchange Commission

SOURCE Bally Technologies, Inc
07/13/2006
CONTACT:
Investor Contact: Mark Lipparelli
(702) 584-7600
mlipparelli@ballytech com
Media Contact: Marcus Prater
(702) 584-7828
mprater@ballytech com
Web site: http://www BallyTech com
http://www frenchlick com

Games | Systems | News & Events | Customer Center | Player Center
Contact Us | Company Information | Investor Relations | Careers

6601 South Bermuda Road - Las Vegas NV 89119 - (702) 896-7700 | Copyrights & Trademarks | Legal Disclaimer

http://phx corporate-ir.net/phoenix.zhtml?c=81092&p=irol-newsArticle&ID=881616&highlight=french lick 10/27/2006

# EXHIBIT 17

PRESS RELEASE

View printer-friendly version

<< Back

**Bally Technologies Announces Deal With Seminole Tribe for Bonusing and Server-Based Gaming Solutions**

LAS VEGAS, July 17 /PRNewswire-FirstCall/ -- Bally Technologies, Inc (NYSE: BYI) announced today it has signed a contract with the Seminole Tribe of Florida to provide a suite of Bally Power Bonusing(TM) products, iVIEW(TM) interactive touch-screen displays and a variety of server-based gaming technologies for an implementation that will eventually cover six gaming locations in Florida and more than 6,200 machines

The Seminole Tribe already employs the Bally One System(TM) server-based gaming network at its existing Class II properties and was seeking an overall technology solution that allows it to potentially mix Class II and Class III machines in the future

The first phase of implementation will cover a total of more than 3,000 machines at the Seminole Hard Rock Hotel & Casino in Hollywood and the Coconut Creek Casino in Coconut Creek Already boasting the largest ethernet gaming infrastructure in the world, the Seminole Tribe plans to leverage its existing network strength and new Bally technologies to provide personalized and downloadable experiences for its players at every machine Upon completion of the first phase, it will be the first-ever complete implementation of the Game-to-System (G2S) protocol developed in conjunction with the Gaming Standards Association (GSA)

Each iVIEW player display will have its own independent high-speed network connection to provide direct and downloadable content to players at the machines This configuration will support different marketing messages and promotional offers for players along with the capability to support Bally Live Rewards(TM), a selection of downloadable secondary games formerly known as Bally System Games (TM) displayed on the iVIEW In addition, the Seminole Tribe will also have the ability to stream downloadable marketing messages across the top of the video screens on its bingo-based games

The Seminole Tribe also plans to introduce a wide range of Bally Power Bonusing products, including Bally Power Winners(TM), a configurable random progressive jackpot technology that rewards players using their player's club cards, Power Bank(TM), an electronic funds transfer technology, and Power Rewards(TM), a system feature that allows for the downloading of promotional credits to the machine

"We take pride in providing our guests with leading-edge technology that enhances the player experience and distinguishes our casinos and resorts from others," said Jim Allen, Chief Executive Officer of the Seminole tribe's gaming venture "We believe that Bally has proven itself over the years as the best technology partner for the Seminoles, and we are impressed with Bally's overall vision for server-based gaming and how it positively impacts and benefits the player "

According to Robert Luciano, Chief Technology Officer for Bally, the Seminole Tribe, as the largest single customer of server-based gaming technology in the world, is the perfect partner for creating new technology and moving forward with downloadable solutions

Bally Technologies, Inc. - Investor Relations - Press Release Page 2 of 2

"We want to combine the Seminole Tribe's existing infrastructure. innovative ideas and aggressive plans for the future with our unique technologies to deliver a world-class set of marketing and player-centric tools that we believe will push the concept of server-based gaming to new levels." Luciano said

Recognized as the industry systems leader with more than 345.000 machines and 625 casino. bingo. Class II. central determination and lottery locations worldwide -- including more than 165 locations currently running Bally eTICKET(TM) on more than 178.000 slot machines -- the Bally Technologies systems product line offers slot machine cash monitoring. table management. cashless, accounting. security. maintenance, marketing, promotional and bonusing capabilities, enabling operators to accurately analyze performance and accountability while providing an enhanced level of customer service

With a history dating back to 1932, Las Vegas-based Bally Technologies designs. manufactures, operates and distributes advanced gaming devices, systems and technology solutions worldwide Bally's product line includes reel-spinning slot machines, video slots, wide-area progressives and Class II. lottery and central determination games and platforms As the world's No 1 gaming systems company. Bally also offers an array of casino management. slot accounting. bonusing, cashless and table management solutions The company also owns and operates Rainbow Casino in Vicksburg. Miss Additional information on the company can be found at www BallyTech com

This news release may contain "forward-looking" statements within the meaning of the Securities Act of 1933, as amended. and is subject to the safe harbor created thereby Such information involves important risks and uncertainties that could significantly affect the results in the future and. accordingly, such results may differ from those expressed in any forward-looking statements Future operating results may be adversely affected as a result of a number of risks that are detailed from time to time in the company's filings with the Securities and Exchange Commission

SOURCE Bally Technologies, Inc
07/17/2006

Investor Contact:

Mark Lipparelli
(702) 584-7600
mlipparelli@ballytech com

Media Contact:

Marcus Prater
(702) 584-7828
mprater@ballytech com

Web site: http://www ballytech com
(BYI)

Games | Systems | News & Events | Customer Center | Player Center
Contact Us | Company Information | Investor Relations | Careers

6601 South Bermuda Road - Las Vegas NV 89119- (702) 896-7700 | Copyrights & Trademarks | Legal Disclaimer

http://phx.corporate-ir.net/phoenix.zhtml?c=81092&p=irol-newsArticle&ID=882482&highlight=seminole 10/27/2006

# EXHIBIT 18







GAMES
SYSTEMS
NEWS & EVENTS
CUSTOMER CENTER
PLAYER CENTER
CONTACT

PRESS RELEASE

View printer-friendly version

<< Back

**Bally Technologies Announces Deal With Philadelphia Park Casino to Provide Systems and Features Solutions**

LAS VEGAS, Aug 16 /PRNewswire-FirstCall/ -- Bally Technologies, Inc (NYSE: BYI) announced today it has signed a contract to provide a complete casino management system solution for the under-development Philadelphia Park Casino in Bensalem, Pa

Philadelphia Park Casino plans to utilize technology from the Bally Casino Management Systems (CMS(R)) and Bally Slot Management Systems (SMS(R)) product divisions and other system features yet to be announced at its casino tentatively scheduled to open this winter

"We looked at a variety of vendors who could help us create an exciting and rewarding slot floor for our players and came away impressed with Bally's long-term commitment to the systems business and its proven track record of stability and performance in a high-volume slot environment," said Dave Jonas, President and COO of Philadelphia Park Casino "We also feel we have the best partner in terms of a commitment to advanced technological development and a team of systems experts dedicated to the highest levels of service "

"As the Pennsylvania market continues to progress along, we're very pleased one of the first locations scheduled to open has selected Bally as its partner," said Ramesh Srinivasan, Executive Vice President of Bally's systems division "It's gratifying to see how customers in a variety of casino markets are recognizing our commitments to and investments in our systems business By partnering with Bally, our customers are also acknowledging how our lineup of Bally Power Bonusing(TM) products can enhance the player experience while driving additional revenue "

Recognized as the industry systems leader with more than 345,000 machines and 625 casino, bingo, Class II, central determination and lottery locations worldwide -- including more than 165 locations currently running Bally eTICKET(TM) on more than 178,000 slot machines -- the Bally Technologies systems product line offers slot machine cash monitoring, table management, cashless, accounting, security, maintenance, marketing, promotional and bonusing capabilities, enabling operators to accurately analyze performance and accountability while providing an enhanced level of customer service

With a history dating back to 1932, Las Vegas-based Bally Technologies designs, manufactures, operates and distributes advanced gaming devices, systems and technology solutions worldwide Bally's product line includes reel-spinning slot machines, video slots, wide-area progressives and Class II, lottery and central determination games and platforms As the world's No 1 gaming systems company, Bally also offers an array of casino management, slot accounting, bonusing, cashless and table management solutions The company also owns and operates Rainbow Casino in Vicksburg, Miss Additional information on the company can be found at www BallyTech com

This news release may contain "forward-looking" statements within the meaning of the Securities Act of 1933, as amended, and is subject to the safe harbor created thereby Such information involves

Bally Technologies, Inc. - Investor Relations - Press Release Page 2 of 2

important risks and uncertainties that could significantly affect the results in the future and, accordingly, such results may differ from those expressed in any forward-looking statements Future operating results may be adversely affected as a result of a number of risks that are detailed from time to time in the company's filings with the Securities and Exchange Commission

SOURCE Bally Technologies, Inc

CONTACT:
Investors, Mark Lipparelli
1-702-584-7600
mlipparelli@ballytech com
or
Media, Marcus Prater
1-702-584-7828
mprater@ballytech com
both of Bally Technologies, Inc

Games | Systems | News & Events | Customer Center | Player Center
Contact Us | Company Information | Investor Relations | Careers

6601 South Bermuda Road - Las Vegas NV 89119 - (702) 896-7700 | Copyrights & Trademarks | Legal Disclaimer

http://phx.corporate-ir.net/phoenix.zhtml?c=81092&p=irol-newsArticle&ID=896210&highlight=philadelp... 10/27/2006

# EXHIBIT 19





Bally Technologies, Inc. - Investor Relations - Press Release Page 1 of 2
Company Information | Investor Relations | Careers

GAMES
SYSTEMS
NEWS & EVENTS
CUSTOMER CENTER
PLAYER CENTER
CONTACT

Investor Overview
Stock Information
Fundamentals
Press Releases
Financials
SEC Filings
Governance
Management
FAQs
Events
Email Alerts

PRESS RELEASE

View printer-friendly version

<< Back

**Bally Technologies Announces Deal With Magna Entertainment to Provide Complete Systems Solution, Variety of Machines at Gulfstream Park in Florida**

LAS VEGAS, Sept 11 /PRNewswire-FirstCall/ -- Bally Technologies, Inc (NYSE: BYI) announced today it has signed a contract with Magna Entertainment Corp (MEC) (Nasdaq: MECA) to provide a complete slot accounting, casino management and bonusing solution and a wide variety of gaming devices for MEC's Gulfstream Park racino as Class III gaming in Florida grows closer to becoming a reality

Already a world-class thoroughbred horse racing facility, Gulfstream Park in Hallandale near Miami is scheduled to open its slot machine entertainment complex in October 2006 Gulfstream Park is planning to open with 500 slot machines -- all to be equipped with the Bally iVIEW(TM) touch-screen displays -- and expand to 1,500 early next year The order for Bally slots includes a wide variety of ALPHA OS(TM) games on the M9000 and S9000 cabinets

In becoming the first Class III facility in Florida to select its systems provider, Gulfstream Park will install a combination Bally CMS(R) / SMS(R) solution for complete slot accounting, casino management, player tracking and bonusing technology from the Bally Power Bonusing(TM) suite of products

"We conducted a very thorough competitive review of all of the leading systems suppliers and determined that Bally was our preferred vendor," said Paul Micucci, President of Gulfstream Park "We're confident that a combination of games and bonusing technology from Bally will attract players and provide visitors to Gulfstream Park an exciting and entertaining gaming experience "

"We're pleased to secure the first Class III casino management system in Florida while partnering with Magna to help to create a new environment for gaming in that state," said Tom Reilly, Vice President, Eastern Region Systems Sales for Bally "I think a package of advanced Bally systems and gaming technology provides a compelling combination for any operator in Florida and beyond "

Recognized as the industry systems leader with more than 345,000 machines and 625 casino, bingo, Class II, central determination and lottery locations worldwide -- including more than 165 locations currently running Bally eTICKET(TM) on more than 178,000 slot machines -- the Bally Technologies systems product line offers slot machine cash monitoring, table management, cashless, accounting, security, maintenance, marketing, promotional and bonusing capabilities, enabling operators to accurately analyze performance and accountability while providing an enhanced level of customer service

With a history dating back to 1932, Las Vegas-based Bally Technologies designs, manufactures, operates and distributes advanced gaming devices, systems and technology solutions worldwide Bally's product line includes reel-spinning slot machines, video slots, wide-area progressives and Class II, lottery and central determination games and platforms As the world's No 1 gaming systems company, Bally also offers an array of casino management, slot accounting, bonusing, cashless and

http://phx.corporate-ir.net/phoenix.zhtml?c=81092&p=irol-newsArticle&ID=903654&highlight=gulfstream 10/27/2006

Bally Technologies, Inc. - Investor Relations - Press Release Page 2 of 2

table management solutions The Company also owns and operates Rainbow Casino in Vicksburg, Miss. Additional information on the Company can be found at www BallyTech com

This news release may contain "forward-looking" statements within the meaning of the Securities Act of 1933, as amended, and is subject to the safe harbor created thereby Such information involves important risks and uncertainties that could significantly affect the results in the future and, accordingly, such results may differ from those expressed in any forward-looking statements Future operating results may be adversely affected as a result of a number of risks that are detailed from time to time in the company's filings with the Securities and Exchange Commission

CONTACT:
Investors, Mark Lipparelli
1-702-584-7600
mlipparelli@ballytech com
or
Media, Marcus Prater
1-702-584-7828
mprater@ballytech com
both of Bally Technologies, Inc

SOURCE Bally Technologies, Inc

Games | Systems | News & Events | Customer Center | Player Center
Contact Us | Company Information | Investor Relations | Careers

6601 South Bermuda Road - Las Vegas NV 89119- (702) 896-7700 | Copyrights & Trademarks | Legal Disclaimer

http://phx.corporate-ir.net/phoenix.zhtml?c=81092&p=irol-newsArticle&ID=903654&highlight=gulfstream 10/27/2006

# EXHIBIT 20





PRESS RELEASE

View printer-friendly version

<< Back

**Bally Technologies Announces Deal to Provide Mohegan Sun at Pocono Downs With Complete Systems and Bonusing Solution, 1,100 iVIEW(TM) Displays and More Than 20 Percent of Slot Machine Mix**

LAS VEGAS, Sept 25 /PRNewswire-FirstCall/ -- Bally Technologies, Inc (NYSE: BYI) announced today it has signed a contract with Mohegan Sun at Pocono Downs to provide a complete casino management system, an advanced suite of Bally Power Bonusing(TM) products and an initial order of 1,100 iVIEW touch-screen displays for all of the slot machines planned for the racino resort's opening later this year

In addition, Bally secured an order for more than 20 percent of the initial slot mix, including premium titles such as Hot Shot Progressive(TM), Cash Wheel(TM), Hee Haw(R) and S&H Green Stamps(R) Mohegan Sun at Pocono Downs also became the first casino to order Bally's new ALPHA Elite(TM) S9C games, which are powered by a breakthrough technology that allows dozens of classic Bally reel-spinning titles from its legacy S6000 line to run on the advanced ALPHA OS(TM) without any additional game development The Bally game mix also includes a variety of S9000 reel-spinners, M9000 upright video slots and CineVision(TM) wide-screen video slots

Mohegan Sun at Pocono Downs is currently a harness racing facility located on 400 acres in Wilkes-Barre, Pa . and plans to be among the first racing locations in the state to open with slot machines

Currently undergoing a major expansion that will allow for the eventual installation of 2,000 machines, Mohegan Sun at Pocono Downs conducted a thorough competitive review before selecting Bally CMS (R) / SMS(R) and its Bally Power Bonusing technology Mohegan Sun at Pocono Downs plans to place a high level of emphasis on its player's club, player tracking and player marketing capabilities, including the implementation of Bally Power Rewards(TM), a configurable player-centric bonusing technology that rewards guests using their player's club cards

To complement Bally Power Rewards, Mohegan Sun at Pocono Downs will integrate the iVIEW displays to create a personalized multimedia experience for each patron as they play at the slot machine

"We looked at a number of vendors in our evaluation process and assessed a very detailed list of systems criteria," said Robert Soper, President and General Manager of Mohegan Sun at Pocono Downs "We chose Bally because of its long-term demonstrated commitment to gaming systems technology, product enhancements and customer service The Bally Power Bonusing features are excellent tools for creating excitement on the floor, and Bally's comprehensive CMS technology will allow multi-site player card functionality to be used in conjunction with Mohegan Sun, one of the nation's premier gaming destinations located in Uncasville, Conn "

"We're very proud to extend our long-standing relationship with Mohegan Sun and help its team succeed in a new market," said Ramesh Srinivasan, Executive Vice President of Systems "Mohegan Sun is obviously one of the most highly respected names in the gaming industry, partly because of

Bally Technologies, Inc. - Investor Relations - Press Release Page 2 of 2

their innovative thinking and creative use of technology Bally's player-centric design enables them to capitalize on the concept of tailored bonuses for the patron, thereby effectively managing marketing expenses and enhancing the player experience "

Recognized as the industry systems leader with more than 345.000 machines and 625 casino, bingo. Class II, central determination and lottery locations worldwide -- including more than 170 locations currently running Bally eTICKET(TM) on more than 192,000 slot machines -- the Bally Technologies systems product line offers slot machine cash monitoring. table management. cashless, accounting. security. maintenance. marketing. promotional and bonusing capabilities, enabling operators to accurately analyze performance and accountability while providing an enhanced level of customer service

With a history dating back to 1932. Las Vegas-based Bally Technologies designs, manufactures. operates and distributes advanced gaming devices. systems and technology solutions worldwide Bally's product line includes reel-spinning slot machines, video slots. wide-area progressives and Class II. lottery and central determination games and platforms As the world's No 1 gaming systems company. Bally also offers an array of casino management. slot accounting. bonusing. cashless and table management solutions The company also owns and operates Rainbow Casino in Vicksburg. Miss Additional information on the company can be found at www BallyTech com

This news release may contain "forward-looking" statements within the meaning of the Securities Act of 1933. as amended. and is subject to the safe harbor created thereby Such information involves important risks and uncertainties that could significantly affect the results in the future and. accordingly, such results may differ from those expressed in any forward-looking statements Future operating results may be adversely affected as a result of a number of risks that are detailed from time to time in the company's filings with the Securities and Exchange Commission

HEE HAW(R) is a registered trademark of Gaylord Program Services, Inc Copyright (C)2004 Gaylord Program Services, Inc All rights reserved "S&H, Green Points and Green Stamps are service marks of the Sperry and Hutchinson Company, Inc " All rights reserved

SOURCE Bally Technologies. Inc

CONTACT: Investors, Mark Lipparelli, +1-702-584-7600.
mlipparelli@ballytech com. or Media. Marcus Prater. +1-702-584-7828.
mprater@ballytech com. both of Bally Technologies. Inc

Games | Systems | News & Events | Customer Center | Player Center
Contact Us | Company Information | Investor Relations | Careers

6601 South Bermuda Road - Las Vegas NV 89119- (702) 896-7700 | Copyrights & Trademarks | Legal Disclaimer

http://phx.corporate-ir.net/phoenix.zhtml?c=81092&p=irol-newsArticle&ID=908500&highlight=mohegan ... 10/27/2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

I hereby certify that on November 7, 2006, I caused to be sent by Federal Express the foregoing document to the following non-registered participants:

Charles K. Verhoeven
Quinn Emanuel Urquhart
Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111

Edward J. DeFranco
Quinn Emanuel Urquhart
Oliver & Hedges, LLP
51 Madison Avenue
New York, NY 10010-1601

Anne Shea Gaza
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700