# EXHIBIT A

Bart A. Lewin, Site Menu  |  Resume  |  Consultancy  |  Downloads

resume

# Bart A. Lewin

5060 Llano Dr.
Woodland Hills, CA 91364
balewin@mac.com
(702) 366-4908
http://homepage.mac.com/balewin

## objective

Obtain a permanent or temporary executive position in general or
technical management. I specialize in start-up (new company,
division), post merger integration and turnaround situations.

## work experience

### Bart A. Lewin
**2005 - Present**
Consultant
* IT Management and Technical Consulting
* Founded Technology Assurance Laboratory, Inc.
* Database Architecture
* Statistical Modeling
* CRM Technology
* Gaming System Design and Implementation
* Website Design and Marketing
* Custom Software Design and Development
* Due Diligence for Mergers and Acquisitions
* Expert Witness Testimony
* Independent Technology Quality Assurance

### Pinnacle Entertainment, Inc.
**2003 - 2005**
Chief Technology Officer
* Guided and implemented the technology direction for the
corporation.
* Developed Pinnacle's first functioning corporate level IT
Department
* Managed a staff of 50 in multiple locations and a $15 million
annual capital and operating budget
* Managed the IT functions associated with the opening of L'auberge
du Lac, Pinnacle's newest $400 million resort; Pinnacle's newest
property in Neuquen, Argentina and the initial stages of two
additional projects.
* Led the company to a successful 2004 Sarbanes-Oxley audit in the
IT areas.

### Bart A. Lewin
**2001 - 2003**
Proprietor
* Provided management consulting specializing in improving
corporate IT organizations.
* Provided expert witness testimony, expert witness search, and
expert witness preparation services
* Provided technical consulting specializing in marketing technology
(web based marketing, CRM, casino management, database
marketing) and database architecture for gaming, hospitality, and
catalog sales.
* Developed custom software for a variety of business and
marketing applications.

### Group 1 Software, Inc.
**1995 - 2001**

Chief Technology Officer

* Group 1 Software purchased DataDesigns, Inc and I was retained as a condition of the purchase.
* As a Group 1 executive, grew the DataDesigns Division from 7 to 40 employees and from $1 to $3 million in annual sales.
* Expanded the database marketing products division from the gaming and hospitality sectors to include health care, leasing services and manufacturing.
* Oversaw the development of several web based services from conception through delivery to market.
* Performed due diligence in support of acquisition activities.

**DataDesigns, Inc.**
**1990 - 1995**
Chief Technology Officer
* Co-founded a company that produced database marketing software primarily targeted at the hospitality and gaming industries. The software included ETL, CRM, campaign management, query and analysis tools and statistical modeling capability.
* Grew the company to $1 million in annual sales, accumulated 120 customers while generating profit margins in excess of 40% from inception.

**Datanamics**
**1988 - 1990**
Director of Software Development
* Directed a team of 12 software developers in the design, development, testing and implementation of accounting, financial forecasting and call center management software.
* These products were primarily utilized by the Hilton Hotel Corporation.

**International Game Technology**
**1984 - 1988**
Director of New Product Development
* Developed software to automate the accounting functions managing casino slot machines and table games
* Developed automated casino player tracking and marketing software. This software pioneered the current slot players club.
* Supervised a group of 17 hardware and software engineers.

**Chevron Chemical Company**
**1981 - 1984**
Instrument Mechanic, Foreman
* Developed process control software for the manufacture of pesticides This software had zero tolerance for error
* Supervised two subordinates.

**US Coast Guard**
**1973 - 1977**
Honorable Discharge from the U. S. Coast Guard in 1977. Attained the rank of E-5, received the Good Conduct Medal and several letters of commendation.

education
Reed College

    BA, Economics, 1982

skill
* M&A Due Diligence and integration
* Expert statistical modeling, database administration, software architecture and design, network administration, software development, network security administration skills
* Large project management
* Spanish language

# EXHIBIT B
# REDACTED

# EXHIBIT C





# Bonusing Solutions
## Without Limits

Discover the most comprehensive bonusing suite in the industry, offering the power of proven results.







BALLY00003750

*Bally's unmatched palette of bonusing options offers the power to be inventive—and competitive—by creating your own branded games, promotions and loyalty programs.*



# A World of Bonusing Solutions

## DESIGNED TO WORK ON **YOUR** TERMS.

*Bally is the world's #1 gaming systems company, and a market leader in new technology, from slot floor monitoring to cashless gaming*





2

BALLY00003751

# Bally Power Bonusing™



**Simply unlimited player-centric bonusing from the leader.**

Bally brings you bonusing the way it was meant to be. Bally Power Bonusing gives you access to the industry's most complete and proven package of bonusing, gaming and promotions. We've streamlined this rich feature set into a player-centric suite of bonusing solutions that's simple to customize. With Bally Power Bonusing, it's easy to get started and there's no limit to the kinds of solutions you can create to fit any casino situation, including:

» A myriad of rewards.

» The ability to target bonuses.

» Electronic coupons and cashable/non-cashable credits.

» Casino-branded bonuses at the machine.

» Seamlessly compatible data systems.

» Unlimited flexibility.

**A powerful edge for today's casino.**

Bally Power Bonusing gives you the power to create key competitive advantages for your casino. Our comprehensive bonusing systems are built on experience and innovation. Founded on a history of 30 years in gaming systems, Bally Power Bonusing brings you the most complete, time-tested and reliable solutions. Through ongoing partnerships with the nation's leading casinos, we've developed an approach to bonusing designed to:

» Create a competitive advantage.

» Identify your most valuable customers.

» Maximize return on investment.

**A palette of choices.**

With Bally Power Bonusing, you can pick from a range of predefined bonus events, sweepstakes and promotional programs. Whether it's the SDS®, ACSC™, Casino MarketPlace™ (CMP) or CMS/400™ product groups, Bally Systems offers you the flexibility, seamless integration and powerful capabilities you won't find from other solutions.



*Bally has been the leading gaming systems provider for 30 years—and counting—thanks to continuous innovation, and partners like you.*



GAMING • SYSTEMS

3

BALLY00003752





# Bally Power Rewards™



**Player credits with staying power.**

Bally Power Rewards give you the power to bring in visitors, turn them into players, and win their loyalty. Players get credits for play that stay at your casino and keep them playing. These credits follow your players as they change machines, denominations and membership levels—and if they leave the casino, remaining credits are waiting there to bring them back. You can also offer players credits for a predetermined level of play, or for initiating play with a player's club card. Credits can even be used to promote increased play for chosen time periods, locations, or individual players. You can use **Bally Power Rewards** to:

» Design promotions that reward your best customers while boosting loyalty, play and profits.

» Target promotions to multiple casinos, a select portion of a casino, even a specific machine type.

» Award bonuses to players when a specified dollar amount or point level is attained in a predefined timeframe.

» Personalize promotions and messages to individuals or patron groups.

» Fully automate and control player's club cash-back programs.

» Give players the satisfaction of extra play, and keep them playing longer.

4

BALLY00003753

BALLY00003753

*With Bally Power Rewards, you can increase loyalty, keep customers excited, attract hotel guests to play at the casino, and build play incentives around specific events—from birthdays to holidays*



*The first to introduce slot-floor monitoring in 1976, Bally continues to pioneer slot-management technology and bonusing solutions.*

» Award bonus points to new players on the spot.

» Enhance anticipation by randomly selecting a player to receive promotional credits.

» Lure the "haven't been there in a while" club members.

» Transform non-gaming bargain seekers into valuable players.

» Offer bonuses that can't be cashed or used in competing facilities.

» Let players have the flexibility to check their point balance at either machines, kiosks, or over the web.



*By giving players more time on their favorite machines, Bally Power Rewards offer an immediate, effective way to reward players—and keep them playing*



GAMING · SYSTEMS

5

BALLY00003754

BALLY00003754





## Hassle-free cash incentives.

Players love incentive cash but hate waiting in line. You want to keep them happy and on the slot floor while avoiding extra work for casino host staff. With **Bally Power Promotions**, you can let the good times roll and keep the profits up by empowering players to earn and download points themselves—at the machine. **Bally Power Promotions** give you the power to:

» Offer easy conversion of points and promotional dollars into playable credits.

» Encourage slot play with points and offers downloadable directly to the machine.

» Provide player's club account balances from the machine display.

» Eliminate long player's club lines and keep players at the machines.

» Reduce labor costs of slot club operations.

» Integrate convenient cash incentives into your casino's existing promotional programs.

# Bally Power Promotions™

*Bally Power Promotions keep your players where they want to be.*



6

BALLY00003755



More than 345,000 gaming
devices are driven by Bally
Systems—in more than 625
gaming locations worldwide.



*Bally Power Sweepstakes fortify your bonus
program with the possibility of a big win.*

# Bally Power Sweepstakes™



### The allure of thrilling jackpots.

Bally Power Sweepstakes bring powerful marketing leverage to your casino.
Players can earn power sweepstakes incentives based on the amount of
coins played at the slot machine, slot floor or entire casino. This adds a
silver bullet to your bonusing arsenal to draw attention, attract and captivate
players. With Bally Power Sweepstakes, you can:

» Evoke intense excitement with existing and potential players.

» Stimulate casino traffic and build competitive differentiation at
specific times.

» Stimulate existing players to spread the word as jackpot
amounts grow.

» Broadcast award messaging to machines across the floor.

» Exploit your iVIEW display capabilities to realize the full marketing
potential of sweepstakes programs and growing jackpot amounts.

» Encourage non-player's-club patrons to join and start playing.



7

BALLY00003756



*Bally Power Coupons are easy to award and use—
and designed to ensure patron loyalty*



# Bally Power Coupon™

**Keep coupon dollars where they belong.**

Bally Power Coupon adds the power of coupon-based rewards with total control over how they are redeemed. You'll give real players what they're looking for—a chance to play—while preventing redemptions that walk out the door. You determine whether or not the credits are cashable. Featuring coupons that patrons can easily redeem using the slot machine's bill validator, Bally Power Coupon lets you:

» Set parameters for player's club card holders and non-player's-club card holders.

» Reward players with set amounts of credits for a certain level of play.

» Issue coupons with restricted credits that can only be played at your casino.

» Encourage more play through coupon offers based on tiered player's club rewards.

» Create convenient direct mail and email campaigns featuring coupons.

» Automatically transfer offer amounts to the game's credit meter.



8

# Bally Power Bank™

**Easy, efficient electronic funds.**

Bally Power Bank takes the power of cashless gaming to a new level of convenience and efficiency. Players deposit money at the casino cage, establishing an account they can instantly access at the slot machine. Funds are tied to their unique player account number along with a PIN for added security, and winnings can be uploaded from the machine. Players can also be rewarded for depositing or uploading points. Bally Power Bank lets your casino:

» Improve customer convenience and satisfaction.

» Reduce traffic at the cash cage.

» Establish a place for customers to conveniently deposit and store winnings.

» Ensure security and accuracy.

» Make funds available across machines and properties.

» Reduce labor costs and minimize fills.

» Deposit money at the casino cage and earn player points.





*Bally is the choice of the world's largest casino operations—from Foxwoods and Mohegan Sun to the Venetian in Las Vegas and The Sands in Macau. Bally slot systems are the choice of 100 percent of the casinos on Atlantic City's Boardwalk.*





Bally
GAMING • SYSTEMS

9

# Bally Power Progressives™



## Create Instant Excitement on the Floor

Bally Power Progressives create casino-wide or area-specific player excitement and increased gaming revenue. At a random time during the progressive growth, the award is triggered and current progressive value is given to one or more winners based on criteria you establish. The system also allows you to run concurrent multi-level progressive promotions, adding a greater degree of interest and marketability. In addition to the progressive jackpot levels, the Bally Power Progressives features allow specialty awards, such as points or promotional dollars, to be awarded to all or selected players currently eligible within the casino. Bally Power Progressives add the power to:

» Create instant excitement on the floor by integrating your promotion with the system's graphical display package to drive display screens throughout the casino and complete the player experience.

» Enhance individual game attraction through the use of Bally iVIEW display at the machine.

» Create a player-bonusing incentive outside of standard machine play.

» Manage winning levels and frequency to produce random progressive awards, thereby maintaining a high level of player anticipation.

» Create specialized promotions to target your casino's specific marketing objectives, such as special promotions by club status level, game type, gaming area, selected casinos in a multi-property operation, time-period/schedule (weekdays, weekend, holiday, etc.).

» Use system reports to verify the success of the promotion.

» Access up-to-the-minute promotion results through system reports and display screens.

*patent pending



# Bally iVIEW™

Imagine the possibilities—and make them appear—with Bally iVIEW.™

Imagine inviting slot players to take advantage of gaming specials, discover player loyalty reward programs, or become aware of sister properties.

Imagine turning your casino's slot machines into dynamic customer-relationship marketing devices capable of cross-promoting everything from dining outlets to entertainment venues—with captivating color graphics.

Imagine your slot players using a full-color interactive touch-screen display right at the slot machine to tally and apply their slot club reward points, automate comp requests, take instant customer surveys, request a casino host, order beverages—the possibilities are virtually endless with Bally iVIEW.















With Bally iVIEW, you can customize graphics and personalize messages to build your player relationships and feature your property's amenities.



11

BALLY00003760



# The power to succeed





Backed by a long list of successes at casino operations of all types and sizes, Bally Systems offers proven results starting with slot accounting and ending with bonusing. The success stories our customers share with us every day have these things in common—more powerful marketing, higher profits and happier patrons.

As the world's number one gaming systems company, Bally has helped further the success of some of the largest and most influential gaming corporations and casinos in the world. Here is a small sampling of the kinds of solutions Bally is providing to casinos worldwide:

» When Wyndham International, one of the world's leading hospitality companies, was seeking a gaming technology upgrade for its impressive portfolio of Puerto Rican resorts, it selected Bally Systems to provide advanced casino management and bonusing solutions for the Wyndham El San Juan Hotel & Casino, Wyndham Condado Plaza Hotel & Casino and Wyndham El Conquistador Resort & Golden Door® Spa.

» Dissatisfied with its legacy casino management system and seeking to build on its status as one of the most technologically advanced casinos in the world, the Barona Valley Ranch Resort and Casino in California chose ACSC™ from the Bally Casino Management Systems (CMS®) division to improve its integration among all of its gaming, hotel, retail, spa, food and beverage, and golf activities.

» When planning the spectacular Niagara Fallsview Casino Resort, Ontario Lottery and Gaming Corporation (OLGC) and Falls Management Company (FMC) officials selected SDS® from the Bally Slot Management Systems (SMS®) division to become the

12

BALLY00003761

first casino in Canada to offer its players the convenience of 100 percent ticket-in, ticket-out on all of its slot machines.

» Looking for a custom solution for a unique market, **Las Vegas Sands, Inc.** tapped Bally CMS to provide an integrated marketing, bonusing and casino management system for its Sands Macau resort in the rapidly growing special administrative region of China.

» Seeking to partner with one provider for a complete slot accounting, bonusing, cashless and professional services solution, the **Majestic Star Casino, LLC** and its subsidiaries selected both Bally CMS and Bally SMS to upgrade its casino properties in four distinct jurisdictions.

» **The Seminole Tribe of Florida**, one of the nation's premier Class II gaming entities, selected Bally CMS to provide a complete casino management, marketing and bonusing systems solution for up to five of its gaming locations, including the spectacular **Seminole Hard Rock Hotel & Casinos** in Tampa and Hollywood, Florida.

» When the world's largest casino, **Foxwoods Resort Casino** in Connecticut, was looking to replace a competitive ticketing system, it selected Bally eTICKET™, now the most dominant slot machine ticketing system in the world.

» Looking for a competitive advantage among Las Vegas "locals," casino operators at **Boyd Gaming Corp** selected Bally SMS and Bally CMS to provide a complete systems and bonusing solution, including the advanced iVIEW™ touch-screen display on nearly 5,000 slot machines at two of its Las Vegas properties, the **Suncoast Hotel and Casino** and the **South Coast Hotel and Casino**.

» **The Borgata Hotel Casino & Spa** selected Bally CMS to provide an integrated slot marketing and casino management system, reinforcing Bally's 100 percent systems market leadership position in the Atlantic City market.





CAMING • SYSTEMS

13



# Unique solutions tailored to your casino—and an expert team to help you.



Uniqueness is power. It differentiates you and gives patrons reasons to prefer your casino. When you're trying to create compelling, one-of-a-kind bonusing, it helps to have the most experienced gaming company in the business by your side.

Bally Power Bonusing offers much more than simply prepackaged bonus programs. We offer a true palette of tools and a team of experts to create a rich bonusing system made just for your casino. With our people, tools and experience, you'll have everything you need to tailor a bonusing solution that brings out the best your casino has to offer. With Bally, you'll also have plenty of options to evolve in the future.

**Speak with a Bally Power Bonusing representative today and start discovering endless new possibilities for your business.**

**Player-centric bonusing for the slot floor, and beyond.**
With Bally, you get innovative bonusing features that cover all the bases. With the industry's richest, most proven selection of bonus options, Bally Power Bonusing solutions are only limited by your imagination. And our bonusing model offers you a way to integrate the bonusing information you gather and the bonuses you award—now and in the future.

14



©2005 Bally Gaming, Inc.

BALLY00003764