# EXHIBITS D-E
# REDACTED

# EXHIBIT F



Company Information | Investor Relations | Careers




**A Powerful Edge for Today's Casino**

Bally Power Bonusing™ gives you access to the industry's most complete and proven package of bonusing, gaming and promotions. With Bally Power Bonusing, it's easy to get started and there's no limit to the kinds of solutions you can create to fit any casino situation. You can pick from a range of predefined bonus events, sweepstakes and promotional programs. Whether it's the ACSC™, CMS/400™, Casino MarketPlace™ (CMP) or MCC™ product groups, Bally Technologies offers you the flexibility, seamless integration and powerful capabilities you won't find from other solutions



**Player Credits with Staying Power**
With Bally Power Rewards™, players have the ability to achieve additional awards based on play levels established by the casino. Bally Power Rewards promotions are flexible to work across multiple departments including slots, tables, keno, and all other departments where the casino may offer patrons rewards. When Bally Power Rewards are used on the slot floor, rewards can be downloaded directly from the slot machine. Credits can even be used to promote increased play for chosen time periods, locations, or individual players.

**Hassle-Free Cash Incentives**
Bally Power Promotions™ gives the casino the ability to extend electronic incentive cash offers to its players automatically. With Bally Power Promotions, slot club members can use their slot club cards to convert their valuable accumulated points and promotional dollars into playable credits without the hassle of going to the slot club booth. Not only does that keep club members playing longer, it means less labor to manage slot club operations

**Keep Coupon Dollars Where They Belong**
All too often, slot players will cash in a casino's free-play coupons they receive in the mail and then go play somewhere else. Bally Power Coupon™ eliminates this problem because its playable value must be played and can't be redeemed for cash. A customer simply inserts the coupon directly into the bill validator. Casino management has the ability to restrict coupons by patron, club levels, date and time. That means top slot customers will stay and play right where they belong.

**Easy, Efficient Electronic Funds**
With Bally Power Bank™ players deposit money at the casino cage and these funds are associated with their unique player account number which is magnetically imprinted on their player card. Using a secure personal identification number (PIN), players can then access their money by inserting their card into the slot machine. Players can even upload their winnings directly to their Bally Power Bank account and keep right on playing.

**The Allure of Thrilling Jackpots**
Bally Power Sweepstakes™ brings powerful marketing leverage to your casino. Players can earn power sweepstakes incentives based on the amount of coins played at the slot machine, slot floor or entire casino. This adds a silver bullet to your bonusing arsenal to draw attention, attract and captivate players.

Exploit your iVIEW display capabilities to realize the full marketing potential of sweepstakes programs and growing jackpot amounts

### Create Instant Excitement on the Floor

**Bally Power Winners™\*** creates casino-wide or area-specific player excitement and increased gaming revenue  At a random time during the progressive growth the award is triggered and current progressive value is given to one or more winners based on criteria that you establish  The system allows you to run concurrent multi-level progressive promotions, adding a greater degree of interest and marketability  In addition to the progressive jackpot levels, the Bally Power Winners features allow specialty awards, such as points or promotional dollars, to be awarded to all or selected players currently eligible within the casino

\*Patent Pending

Games  |  Systems  |  News & Events  |  Customer Center  |  Player Center
Contact Us  |  Company Information  |  Investor Relations  |  Careers

6601 South Bermuda Road - Las Vegas, NV 89119 - (702) 584-7700  |  Copyrights & Trademarks  |  Legal Disclaimer

# EXHIBITS G-H
# REDACTED

# EXHIBIT I



# Bally SMS.
### SLOT MANAGEMENT SYSTEMS

# Slot Management Systems
## ACSC™, SDS®, MCC™

The industry standard in solutions worldwide.



Bally



*Bally SMS solutions fully equip you to handle slot monitoring, slot accounting, slot operations, bonusing, sweepstakes, promotions, cashless transfer, ticketing, jackpots, promotional coupons, redemptions, and* soft *count.*

Expand the possibilities of your slot operations with Bally SMS.





## ACSC

The ACSC product line is more than just a customer database It's a powerful suite of IBM® "iSeries®"-based products designed to manage casino, slots, and hospitality data.

ACSC's line of slot monitoring, marketing, casino accounting, and hotel functions (SMS and CMS) blends seamlessly with Lodging Management Systems (LMS®) and HIS@the world standards in hospitality management systems.

The ACSC product lineup is fully customizable for any property's needs and fully integrated with SMS, CMS, LMS, and HIS. ACSC offers you these key benefits:

» **Operates to your specifications**, with built-in password controls and integrated functions that tie together hospitality, casino, and slot management in a powerful and user-friendly environment.

» **A unique data warehouse** providing you with a single source of historical, marketing, and predictive customer analysis.

» **One of the industry's most reliable and comprehensive systems**, ACSC is a powerful tool for improving customer service time and increasing patron satisfaction.

» **No need to purchase new software chips** every time you need a new function. Simply download ACSC upgrades or a customized program directly to the slot machine

» **An ideal solution** for a cashless society, ACSC fully supports Bally Power Bonusing™, an award-winning suite of superior cashless gaming products.

Specific features include:
- Player-centric bonusing
- Cashless wagering
- Promotional credits/coupons
- Ticketing
- Point countdown
- Point transfer
- Accounting and analysis
- Game configuration
- Slot accounting and analysis



ACSC is a powerful suite of IBM "iSeries"-based products designed to manage casino, slots, and hospitality data.



Bally
GAMING • SYSTEMS

ACSC (continued)

## ACSC Key Technology Highlights

ACSC's easy-to-use keypad functions built into the slot machine provide instant access to cashless wagering features and is readily available for participation in your marketing programs and self-comping and custom services at the machine.

The ACSC reporting options are extensive. A small sampling includes machine ranking by denomination, progressive meter management, tilt logging, and custom maintenance reports.

## Solutions in Practice

When the new Seneca Niagara Casino got ready to open on New Year's Eve 2002, they used ACSC to accomplish the seemingly impossible: Open the property with a fully functioning casino management system, as well as a totally cashless slot floor, with just three months lead time.

# The Total Solution

## Bonusing that follows your patrons from floor to table, room to restaurant.

**LMS HIS**
Comping
Point of Sale
Guest Services
Housekeeping
Reservations & Ticketing
PBX
Group Booking
Hotel Accounting
Front Desk
Yield Management
Credit Card Processing

**SMS**
Bonusing
Electronic Funds Withdrawl
Tickets & Coupons
Sweepstakes & Promotions
Slot Accounting
Game Configurations

**CMS**
Player Tracking
Soft Count
Hard Count
Cage
Pit
Credit
Surveillance
Federal Reporting
Direct Marketing
Groups & Promotions
Comp Logic

Bally ACSC offers real-time integration of CMS, SMS and LMS/HIS systems — letting you structure an unmatched range of defined and custom-tailored bonus programs.



In 1976, Bally Gaming and Systems introduced the world's first slot-floor monitoring system to the global gaming industry. Known as SDS, this technological breakthrough ushered in a new era of slot management, slot accounting, and customer relationship database marketing for casinos around the world.

Through more than 25 years of evolution, SDS continues to set the Standard as the gaming industry's most accurate, reliable, and innovative slot-accounting and player-tracking system. With thousands of slots online at casinos worldwide, SDS continues to be the preferred choice of some of the world's biggest gaming operators, including Caesars Entertainment, Mystic Lake, Pearl River Resorts, Harrah's Entertainment, Foxwoods, and Trump Casinos.

The primary function of SDS is slot-accounting and player-tracking data collection. It is an integrated information system that continually monitors slot machines, other gaming devices, and customer gaming activity.

SDS offers superior single-wire functionality that even works on older machines from a variety of manufacturers. This critical advantage enables operators to integrate your entire slot accounting, player tracking, centralized reporting, database marketing, and cashless functions on one network.

SDS provides real-time data, accurate automated meter and jackpot/fill functions, and hard/soft count reconciliation cashless gaming options that optimize labor expenditures. Electronic tickets and funds both minimize or eliminate labor-intensive coin drop tasks. Constant monitoring of floor activity allows for increased game security and employee accountability, as well as immediate notification of needed machine maintenance, hopper fills, and jackpots. Here are just a few of the top benefits SDS offers you:

» **Full support for Bally Power Bonusing™,** an award-winning suite of superior cashless gaming products, including Bally Power Rewards™, Bally Power Promotions™, Bally Power Bank™, Bally Power Sweepstakes™, Bally Power Coupon™, and Bally Power Progressives™. From advanced ticket-in/ticket-out technology to the latest in cuttingedge customer-redemption capabilities, these Bally products provide you with the ultimate in flexible, scalable, and field-proven cashless wagering options to improve efficiency and bottom-line profits, enhancing your casino's ROI.



With thousands of slots onl at casinos worldwide, SDS continues to be the preferr choice of some of the worl biggest gaming operators.



## SDS (continued)



SDS fully supports Bally Power Bonusing, an award-winning suite of cashless gaming products.

» **Indispensable game-monitoring data** on every one of your slot machine in real-time, from comprehensive accounting and maintenance reports detailed security logs SDS comes through with the critical information you need to make immediate decisions. When you need to know now you can rely on SDS.

» **A flexible architecture,** providing the interoperability to be fully integrate! with many of the gaming industry's most popular casino management systems, including CMP, CMS/400, and a host of third-party soft-coun wireless, ticket-redemption, player-tracking, and surveillance system vendors.

### SDS Key Technology Highlights

**SDS** is based on the rock-solid UNIX® platform. offering operators the ultimate in fail-safe data capture All functions that relate to changes in slot data are fully documented by audit trails showing the specific change and the individuals responsible.

SDS provides a fully integrated slot information system that continually monitors your casino's slot machines, other gaming devices, and customer activity through game monitoring units (GMUs) within each slot machine The GMUs are in constant real-time communication with the system's gateway server and networked host computer that acquires. archives, and distributes critical slot data to PCs o. data terminals through a dedicated and secure local-area network (LAN).

Unlike other systems, SDS offers superior single-wire functionality that even works on legacy machines from most manufacturers This integrated approach gives you the "big picture" overview of your entire gaming floor,

## Solutions In Practice

When the Foxwoods Casino Resort.
the world's largest casino, needed
to increase operational efficiencies,
increase customer time-on-device,
and improve the quality of customer
service, it installed the eTICKET™
cashless product from SDS



from slot maintenance, slot accounting, and slot security to changebooth
operations, player-tracking/slot club functions, marketing, and cage cashiering.
The system also allows you to zero in on the performance of individual slots
on your floor, allowing you to "fine tune" your slot game mix
for optimum profitability.

The iVIEW™ provides an interface touch screen which facilitates the player
experience, customer service, and employee functions. This product opens
the slot world to a whole new opportunity to enhance the players experience,
encouraging continuous play.

Slot Data Transport (SDT) provides the data pipeline (defined data path)
between SDS and CMS by communicating directly with the CMS application
programs so that the CMS is the target of any communication and SDS is the
originator of all communication links. This allows you to direct personalized
marketing messages to any combination of slot machines on your casino
floor, as well as provide player-rating data for promotional bonusing and
other player incentives

The SDS system also allow
you to zero in on the perfo
ance of individual slots on
floor, allowing you to "fine
tune" your slot game mix f
optimum profitability.



# MCC



MCC's suite of products allows for a flexible level of investment, depending on the size of your operation.

The MCC Product Group is a leading international casino management systems group supporting more than 100 casinos throughout Europe, th Mediterranean, the Middle East, Asia, and the Caribbean with its various suites of casino management products.

Headquartered in Europe, MCC specializes in offering a complete suite of casino management systems with its flagship product, Open Casino Manager™ (OCM)  The MCC Product Group offers casino operators a comprehensive array of flexible systems products, including slot accountin table-games management, player tracking, cashless wagering solutions, and customizable marketing modules.

Operating on the Microsoft® Windows® platform, these products are eas scalable to small and medium-sized casinos, in North America and arou the world  Because of its modular architecture, MCC's suite of products allows for a flexible level of investment, depending on the size of your operation. Key benefits include:

»  A powerful, scalable, and flexible assortment of
    French, German, Italian, and Spanish) software tools for the entire
    spectrum of their casino operations          OCM

»  Four integrated OCM product suites:  Back Office, Slot Machine
    Management, Marketing, and Table Games  Management

»  A total systems solution for comprehensive slot machine accounting,
    management, security, and monitoring. This includes real-time detail
    of individual machine events, tilt alerts and management, transactio
    searches, auto cash box and hopper counts, bar code printing and
    management, cash-desk management, and machine performance
    analysis reports.

» Slot management and security, including a total pager management system for floor attendants, security, and marketing personnel, as well as a host of other critical tools.

### MCC Key Technology Highlights

Multiple hardware solutions, including TCP/IP connection with Bally's VIEW™ interactive LCD touch screen, are embedded in the machine  Servers are scalable based on the size of your casino and the needs of your operation  100 Mbs network uses a 10/100 Mbs switch.



MCC offers a total system solution for comprehensiv slot machine accounting, management, security, and monitoring.



## Solutions In Practice

When Casino Divonne in France needed a break-through slot management system that paved the way for future expansion and upgrades to functionality. they selected Micro Clever Consulting (MCC) as their wireless solution.



Bally offers a palette of tools and a team of experts to help you create a rich, flexible, scalable SMS system. By partnering with the leader in gaming systems, you can count on a proven solution that's also designed to grow and adapt to your changing needs.





Bally Gaming and Systems
Las Vegas  NV  Headquarters
702-896-7700

Reno  NV Office
775-336-2500

European Office  Nice, France
+33 (0) 4 97 03 85 20

www ballysystems com





©2005 Bally Gaming, Inc.