# EXHIBIT J






Casino Management Systems
CMP™, CMS/400™, ACSC™, MCC








# Manage your systems—from accounting to marketing—with powerful, versatile, industry-leading tools.




Bally CMS solutions equip your operation for casino accounting, financial audits, credit lines/ markers, reconciliation, regulatory reporting, and compliance; management of player ratings for slots, tables and other games; marketing functionality including patron loyalty programs, multi-property support, single player cards, player extracts, direct mail, group and promotion tracking; and hotel integration.

Casino Marketplace's (CMP) arsenal of proven promotional software products gives you unparalleled command and control of a full range of dynamic marketing tools. This integrated suite of customer-relationship products fully automates a wide array of traffic-building promotional events designed to keep players in their seats and playing longer.




CMP is designed to keep players in their seats and playing longer.

Major casino companies, such as Mystic Lake, Pearl River Resorts, Creektown Casino, and Seminoles, rely on the outstanding flexibility and proven capabilities of CMP to effectively manage their customer-relationship marketing operations, as well as their casino management functions.

CMP's player-tracking database system helps you manage and evaluate your casino players. It allows casinos of all sizes to gather, track, and report mission-critical data. Best of all, with the user-friendly interface, it's easy to [illegible]rn and use. CMP lets you record specific information about your players that [illegible] other system does. You can insert photos, favorite beverages, and preferred language into a player profile field to enhance your interaction with customers.

The CMP player-tracking system is the complete package for all your marketing and tracking needs, including tax reporting (W2G, 1042S, and CTR tracking), bar-coded rewards, rating slips, and promotional mailings. CMP can also retrieve scanned documents, including checks, driver's licenses, and passports; print W2C forms on the casino floor, and even submit W2C forms electronically to the IRS. Here are just a few of key benefits you'll gain from all these capabilities:

- **Player tracking, bonusing, promotions, and cage and table accounting** using a Microsoft® Windows® PC-based environment. When paired with one of Bally Systems' slot-management products or class II game-management systems, CMP creates a total systems solution for a wide range of casino management and promotional functions



# CMP (continued)




CMP supports Bally Power Bonusing''', an award-winning suite of cashless gaming products.

» **User-friendly, real-world features designed by gaming-industry experts.** Even people who have never used a computer before find CMP is an easy-to-use tool that helps improve their operation. In addition, CMP provides you with comprehensive training, customer support, and customized services tailored to your casino's particular needs

» **The tools to create an array of exciting slot promotions** that can be fully automated from your PC with the click of a mouse. Special promotional modules, such as Bally Power Progressives™, Mad-Multiplier™, Step 'n Win™, Stay 'n Play™, Electronic Quick Draw™, and Quick Draw Tickets™ trigger thrilling bonus slot events for individuals or groups.

» **Full support of Bally Power Bonusing,** an award-winning suite of superior cashless gaming products, including Bally Power Rewards™, Bally Power Promotions™, Bally Power Bank™, Bally Power Coupon™, and Bally Power Sweepstakes™ These Bally Power Bonusing products give you the ultimate in flexible, scalable, and field-proven cashless wagering options Bally's innovative suite of products improve efficiency and bottom line profits that enhance your casino's ROI

» **CMP offers a complete solution for your credit and collections needs.** These features allow you to accept and refund front money, provide safe-keeping deposits, and maintain full regulatory compliance The system even allows you to issue and pay table and cage markers and includes the option to record partial payments You can set up check cashing for personal, payroll, and third party checks You can also accept a player's cashless gaming account deposits and withdrawals CMP performs these and many other credit functions

## CMP Key Technology Highlights

MP allows you to create an array of reports to help analyze your players, profitability, and promotions These reports can be sent directly to Microsoft® Excel, Word, and Access for easy printing and mailing

You can also run a report and send the list to your mail house for direct mailings Reports generated by CMP cover all of your reporting needs from accounting to marketing Examples of just some of the reports you can run include report action totals by group or player, report action after awards, report compliability, report daily a/r journal, report over-limit comp transactions, report period-to-date totals. and report player summary

CMP's full-featured software allows you to set up credit accounts and per-trip limits, post and settle returned items and buy-back checks, write off uncollected balances and collect bad debts, maintain banking and credit-reference information, assess credit performance and assign credit ratings, print open-item reports, aged trial balances, and customer statements, and attach promotional events to accounting transactions to reward players for paying off markers on time

CMP automates your table-game and cage accounting to provide you up-to-the-minute game data With this software you can support international currencies and assign exchange rates to different denominations In addition, you can review outstanding requests for chips and response time, print stiff sheets and control totals, record table-game opening and closing chip inventory, and display shift recaps. You can also display control totals to show balances forward, debit and credit adjustments, and ending balances for any period by casino. game, and area

The CMP Windows software is installed on a state-of-the-art enterprise server that connects to and seamlessly interfaces with popular gaming machines and table-data collection systems on your existing casino management network

## Solutions in Practice

The Seminole Tribe of Florida was able to prese their players with exciting promotions, enhance rewards, and added bonuses by installing the CMP suite of products at its Florida locations, including the exciting new Seminole Hard Rock Hotel & Casino in Hollywood.




The CMP Windows software is installed on a state-of-the-art enterprise server that connects to and seamlessly interfaces with popular gaming machines.



# CMS/400




CMS/400 provides you with full range of customizable software products to manage virtually every aspect of your casino functions.

The CMS/400 product group offers a comprehensive, user-friendly assortmer of advanced software solutions that allows you to fully manage, extract, analyze, and control vital casino and player information. First developed in 1988, CMS/400 is widely used by major casino operators across the country and around the world, including Isle of Capri Casinos, Boyd Gaming Corporation, and Coast Casinos.

CMS/400 provides you with a full range of customizable software products to manage virtually every aspect of your casino functions. These include playe tracking and analysis, table-game management, cage and credit accounting, player's club enrollment and redemptions, a large library of pre-formatted reports, a variety of marketing promotional tools, Web-based player account access, and a totally seamless interface with all major slot accounting, point-of-sale, and hotel-management systems,

CMS/400 supports all the cashless capabilities of Bally Systems' Bally Power Bonusing products, including promotional credits, bonus play, cash back at the game, and coupons. When CMS/400 is installed with SDS®, the easy-to-use keypad or the exciting Web-enabled touch screen display allow instant access to cashless wagering (deposit or withdrawal, where there is regulatory approval). The cashless capabilities are integrated into the awards and recognition area of the CMS/400 promotions module.

» **Full support of Bally Power Bonusing,** an award-winning suite of superior cashless gaming products, including Bally Power Rewards, Bally Powe. Promotions, Bally Power Bank, Bally Power Coupon, Bally Power Sweepstakes, and Bally Power Progressives. From advanced ticket-in/ticket-out technology to the latest in cutting-edge customer-redemption capabilities, these Bally Power Bonusing products provide you with the ultimate in flexible, scalable, and field-proven cashless wagering options t improve efficiency and bottom-line profits, enhancing your casino's ROI.

» **Player Internet access to their casino accounts from anywhere** using the Web-based iCMS™ module. Notable features include online member sign-up, special-interest data capture, e-mail promotional blasts, offer solicitation and response, and real-time account status. The module is even designed to work with a property's existing Web site

» **Full integration with popular casino and hotel-management systems,** including SDS®, ICT Systems, Aristocrat Technologies' Oasis, Inter-American Data, Lodging Management System (LMS®), MAI Systems, Inc., HIS®, MICROS System, InfoGenesis, Mosler, and Glory.

» **Flexibility in establishing an array of automated promotions** from development to implementation using the CMS/400 Promotional Module. These include awarding bonus points, point multipliers, comps and redemption items, or other awards based on a variety of user-defined criteria

» **immediate in-house access to player's club reward points** using the CMS/400 kiosk capability. This kiosk module can be customized to provide players with only the level of access to their account information you decide to permit The touch screen kiosk unit communicates directly within the existing software architecture of the CMS/400 software products



The CMS/400 allows casi to establish an array of re promotions.







## CMS/400 Key Technology Highlights

CMS/400 allows player account searches using a variety of search paramete including Name, SSN, Card Swipe, Customer Number, and Card Number supports multi-property implementation of a single player's club rewards c and permits you to establish your own free-form data fields for capturing a variety of key data, including marketing codes, pit host. and source codes

CMS/400 interfaces with the IBM® iSERIES AS/400-based PER/ZIP4, and GROUP1 for address verification and standardization It provides global updates for individual user profiles, complete W2C management, plus use defined local zip codes for trip length, and account status codes and contro

With CMS/400 you can create your own special codes for games, interests shifts, locations, limits, redemption items, game hold percentages, hands hour, and drop sequence. It also offers fully configurable chip and currency denominations, and supports multiple cage and pit locations CMS/400 gives you unlimited casino special interest codes, unlimited customer colle tion remarks. and unlimited redemption items as well as more than 1,000 game codes.

CMS/400 is helping casinos all over the world create exciting new promotions and patron rewards.

CMS/400 eTABLE™ is a touch screen application that allows you to perform real-time player ratings, handle markers, request chip fills and credits. input table closers, and print customer comps The CMS/400 eTABLE allows you to perform a number of real-time player ratings, request chip fills and credits, input table closers, print customer comps, and issue markers. It is a Web-browser-based JAVA application that requires no client software



## Solutions in Practice

Bally Systems' CMS/400 multi-property mc allowed Coast Casinos to provide its custon with the convenience of one-card access, po accruals, and comp dollars across all four c Las Vegas properties: Gold Coast. The Orle Casino, Barbary Coast, and Sun Coast



The ACSC product line is more than just a customer database It's a powe suite of IBM® "iSeries®"-based products designed to manage casino, slots hospitality data

ACSC's line of slot monitoring, marketing, casino accounting, and hotel fu tions (SMS and CMS) blends seamlessly with Lodging Management Syste (LMS) and HIS, the world standards in hospitality management systems

The ACSC product lineup is fully customizable for any property's needs an fully integrated with SMS, CMS, LMS, and HIS ACSC offers you these key benefits:

» **Operates to your specifications,** with built-in password controls and in grated functions that tie together hospitality. casino, and slot manage in a powerful and user-friendly environment

» **A unique data warehouse,** providing you with a single source of histor marketing, and predictive customer analysis

» **One of the industry's most reliable and comprehensive systems,** ACS a powerful tool for improving customer service time and increasing pa satisfaction.

» **No need to purchase new software chips** every time you need a new function Simply download ACSC upgrades or a customized program directly to the slot machine

» **An ideal solution for a cashless society,** ACSC fully supports Bally Pow Bonusing, an award-winning suite of superior cashless gaming products

ACSC is a powerful suite of products to manage slot, casino, and hospitality data.



Specific features include:

» Player-centric bonusing
» Cashless wagering
» Promotional credits/coupons
» Ticketing
» Point countdown
» Point transfer
» Accounting and analysis
» Pit operations
» Front window
» Cashier
» Casino credit
» Title 31 accounting
» Marker bank
» Night audit
» Player account managemer
» Group reporting
» Direct mail extract processi
» Comp issuance control and exception reporting
» Business intelligence

# The Total Solution

## Bonusing that follows your patrons from floor to table, room to restaurant.

**LMS HIS**
Comping
Point of Sale
Guest Services
Housekeeping
Reservations & Ticketing
PBX
Group Booking
Hotel Accounting
Front Desk
Yield Management
Credit Card Processing

LMS HIS
CUSTOMER
SERVICE
MARKETING ANALYSIS CRM
SMS
CMS
PERFORMANCE

**SMS**
Bonusing
Electronic Funds Withdrawl
Tickets & Coupons
Sweepstakes & Promotions
Slot Accounting
Game Configurations

**CMS**
Player Tracking
Soft Count
Hard Count
Cage
Pit
Credit
Surveillance
Federal Reporting
Direct Marketing
Groups & Promotions
Comp Logic

Bally ACSC offers real-time integration of CMS, SMS and LMS/HIS systems — letting you structure an unmatched range of defined and custom-tailored bonus programs.

### Key Technology Highlights

ACSC's CMS multi-function reporting options, including comps, win/loss by player, player activity and worth, and comp and credit activity, are just a few of the custom-tailored features of CMS. CMS is fully integrated with LMS and HIS, offering seamless interaction to help you make the best use of your lodging, customer service, and marketing know-how.

## Solutions in Practice

When the new Seneca Niagara Casino got ı to open on New Year's Eve 2002, they usec to accomplish the seemingly impossible: C the property with a fully functioning casino management system, as well as a totally ca slot floor, with just three months lead time






# MCC

The MCC Product Group is a leading international casino management systems group supporting more than 100 casinos throughout Europe. the Mediterranean, the Middle East. Asia, and the Caribbean with its various suites of casino management products

Headquartered in Europe, MCC specializes in offering a complete suite of casino management systems with its flagship product, Open Casino Manager™ (OCM) The MCC Product Croup offers casino operators a comprehensive array of flexible systems products, including slot accounting table-games management, player tracking, cashless wagering solutions, and customizable marketing modules

Operating on the Microsoft® Windows@platform, these products are easily scalable to small and medium-sized casinos in North America and around the world. Because of its modular architecture, MCC's suite of products allows for a flexible level of investment, depending on the size of your operation Key benefits include:

» **A powerful, scalable, and flexible assortment** of multilingual (English. French, German. Italian, and Spanish) software tools for the entire spectrum of their casino operations through OCM

» **Four integrated OCM product suites:** Back Office, Slot Machine Management, Marketing, and Table Games Management

- **A total casino management solution,** providing administrative, audit trail, slot, and live-game summary reports as well as main-cage consolidation, staff planning, security access/video surveillance, and transaction tools.

- **A robust and flexible array of customer relationship marketing tools** for promotional mailing, target audience segmentation, point-of-sale customer kiosks, player's club tracking and management, entrance-flow analysis, player tracking, and promotional display animation.

- **A premier collection of superior management tools,** such as float management for vault input/output control; live-game monitoring using chip readers, bill readers, and peripheral devices; complete cash-desk management; and table management. The module also offers an assortment of customer identification, follow-up, and security features, including entrance control, photo gallery, physical description, individual reports, and player statistics

## MCC Key Technology Highlights

Flexible and scalable for casino operations of any size, MCC utilizes the different levels of security featured in Windows@2000 and MS SQL 2000 to access data and applications, sixty-four or 128-bit password encryption. Audit system allows control of creation/updating of data.



## Solutions in Practice

Casino Divonne selected MCC running the iVIEW™ system for 355 of their video slot at video poker machines. Utilizing Microsoft® Windows@CE 5.0 wi-fi technology and enha 128-bit encryption, iVIEW Premium allows t Casino Divonne to wirelessly download stre Flash video advertising messages to individ slot machines.






Bally offers [illegible] of tools and a team of experts to help you create a rich, flexible [illegible] system. By partnering [illegible] gaming systems [illegible] proven solution that's also designed to grow and adapt to your changing [illegible]

For more details, contact a Bally Systems sales representative today.

Bally Gaming and Systems
Las Vegas, NV Headquarters
702-896-7700

Reno NV Office
775-336-2500

European Office, Nice, France
+33 (0) 4 97 03 85 20

www.ballysystems.com



Bally Gaming and Systems
Las Vegas NV Headquarters
702-896-7700

Reno NV Office
775-336-2500

European Office, Nice, France
+33(0)4 97 03 85 20

www.ballysystems.com

Bally

www.ballysystems.com

©2005 Bally Gaming, Inc.
All registered and unregistered trademarks are the property of their respective owners.

# EXHIBITS K-L
# REDACTED