**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IGT, a Nevada corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>BALLY GAMING INTERNATIONAL, INC., a Delaware corporation; BALLY TECHNOLOGIES, INC., a Nevada corporation; and BALLY GAMING, INC., a Nevada corporation d/b/a BALLY TECHNOLOGIES,<br><br>        Defendants. | C.A. No. 06-282 (KAJ) |

**NOTICE OF DEPOSITION OF REED M. ALEWEL**

PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants Bally Gaming International, Inc., Bally Technologies, Inc., and Bally Gaming, Inc. (collectively "Bally") will take the deposition upon oral examination of Reed M. Alewel.  The deposition will be held at the offices of Morris, Nichols, Arsht & Tunnell LLP, Chase Manhattan Center, 18th Floor, 1201 North Market Street, Wilmington, Delaware 19899, or at another location if agreed upon by counsel.

The deposition shall be recorded stenographically, by videotape, and through the instant visual display of testimony.  The deposition will take place on December 8, 2006 commencing at 9:30 a.m. and continue day to day, Saturdays, Sundays and holidays excepted, or as otherwise agreed to by counsel, until completed.

.

- 1 -

- 2 -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/  Jack B. Blumenfeld (#1014)*

Jack B. Blumenfeld (# 1014)
Karen Jacobs Louden (# 2881)
jblumenfeld@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
Attorneys for Defendants

OF COUNSEL:

Charles K. Verhoeven
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street
San Francisco, CA  94111
(415) 875-6600

Edward J. DeFranco
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue
New York, NY  10010
(212) 849-7000

November 17, 2006

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on November 17, 2006 I electronically

filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of

such filing(s) to the following:

> William J. Wade
> Richards, Layton & Finger

and that I also caused copies to be served upon the following in the manner indicated:

### BY HAND

> William J. Wade
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE  19801

### BY FEDERAL EXPRESS

> David P. Enzminger
> O'Melveny & Myers LLP
> 610 Newport Center Drive
> Newport Beach, CA  92660

> */s/ Jack B. Blumenfeld (#1014)*
> _____
> Jack B. Blumenfeld
> jblumenfeld@mnat.com