IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 06-282-KAJ |
| BALLY GAMING INTERNATIONAL, INC., BALLY TECHNOLOGIES, INC., and BALLY GAMING, INC., | ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER

WHEREAS, plaintiff filed a motion for preliminary injunction (D.I. 75) and an opening brief (D.I. 77) on October 31, 2006;

IT IS HEREBY ORDERED that defendants' answering brief shall be filed on or before **February 15, 2007**, and plaintiff's reply brief shall be filed on or before **March 9, 2007**. Oral argument on the motion will be heard on **March 23, 2007** beginning at 1:30 p.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE

November 28, 2006
Wilmington, Delaware