IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>BALLY GAMING INTERNATIONAL, INC., BALLY TECHNOLOGIES, INC., and BALLY GAMING, INC.,<br><br>Defendants. | C.A. No. 06-282-KAJ |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of Plaintiff IGT's First Set of Interrogatories to Defendants (Nos. 1-3) were served on December 1, 2006 upon the following counsel of record in the manner indicated below:

**VIA HAND DELIVERY**
Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

**VIA FEDERAL EXPRESS**
Charles K. Verhoeven
Kevin P.B. Johnson
Amy H. Candido
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111

**VIA FEDERAL EXPRESS**
Edward J. DeFranco
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue
New York, NY 10010-1601

|  |  |
|---|---|
| *OF COUNSEL:* | /s/ Anne Shea Gaza |
| David P. Enzminger | William J. Wade (#704) |
| Brett J. Williamson | wade@rlf.com |
| David P. Dalke | Anne Shea Gaza (#4093) |
| Charles A. Thomasian | gaza@rlf.com |
| O'MELVENY & MYERS LLP | Richards, Layton & Finger |
| 610 Newport Center Drive, 17th Floor | One Rodney Square |
| Newport Beach, California 92660-6429 | P.O. Box 551 |
| (949) 760-9600 | Wilmington, DE 19899 |
|  | 302-651-7700 |
|  | *Attorneys for Plaintiff IGT* |

Dated: December 1, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Jack B. Blumenfeld, Esquire
> Karen Jacobs Louden, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> Wilmington, DE 19899

I hereby certify that on December 1, 2006, I caused to be sent by Federal Express the foregoing document to the following non-registered participants:

| | |
|---|---|
| Charles K. Verhoeven<br>Quinn Emanuel Urquhart<br>  Oliver & Hedges, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111 | Edward J. DeFranco<br>Quinn Emanuel Urquhart<br>  Oliver & Hedges, LLP<br>51 Madison Avenue<br>New York, NY 10010-1601 |

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700