IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 06-282-*** |
| ) | |
| v. ) | |
| ) | |
| BALLY GAMING INTERNATIONAL, ) | |
| INC., a Delaware corporation; BALLY ) | |
| TECHNOLOGIES, INC., a Nevada ) | |
| corporation; and BALLY GAMING, ) | |
| INC., a Nevada corporation d/b/a BALLY ) | |
| TECHNOLOGIES, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 5, 2007, copies of Plaintiff IGT's Responses and Objections to Bally's Rule 30(B)(6) Deposition Notice were served as follows:

**BY HAND**
Jack B. Blumenthal, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

*OF COUNSEL:*
David P. Enzminger
Brett J. Williamson
Charles A. Thomasian
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6429
(949) 760-9600

/s/ William J. Wade
William J. Wade (#704)
wade@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302-651-7700
*Attorneys for Plaintiff IGT*

Dated: February 5, 2007

RLF1-3111783-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

BY HAND

Jack B. Blumenthal, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

*/s/ William J. Wade*
William J. Wade (#704)