## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-282-*** |
| BALLY GAMING INTERNATIONAL INC., et al., | : |
| Defendants. | : |

### ORDER

At Wilmington this **5th** day of **February, 2007,**

IT IS ORDERED that oral argument scheduled before Judge Jordan on March 23, 2007 at 1:30 p.m. and the status teleconference scheduled for April 18, 2007 at 4:30 p.m. are canceled.

IT IS FURTHER ORDERED that a status teleconference has been scheduled for **Wednesday, February 21, 2007 at 2:30 p.m.** with Judge Thynge. **Plaintiff's counsel shall initiate the teleconference call.**

I	Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge  
UNITED STATES MAGISTRATE JUDGE