# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

February 15, 2007

BY E-FILING

The Honorable Mary Pat Thynge
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   IGT v. Bally Gaming International, Inc., et al.; C.A. No. 06-282 (***)

Dear Judge Thynge:

Attached is a Revised Scheduling Order being proposed by the parties. If it is acceptable, we request that it be entered. The parties will also be prepared to discuss this proposal with Your Honor during the telephone conference set for next Wednesday afternoon.

For the Court's convenience, the revised Order would make the following changes to the current scheduling order:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Defendants' preliminary injunction answering brief | February 15, 2007 | 45 days before hearing |
| Plaintiff's preliminary injunction reply brief | March 9, 2007 | 15 days before hearing |
| Preliminary Injunction Hearing | Not scheduled | To be set by Court |
| Motions to Amend or Supplement | February 16, 2007 | March 16, 2007 |
| Exchange of claim construction terms | June 27, 2007 | Unchanged |
| Submission of claim construction chart | July 10, 2007 | Unchanged |
| Opening Markman Briefs | July 13, 2007 | Unchanged |

The Honorable Mary Pat Thynge
February 15, 2007
Page 2

| Event | Current Date | Proposed Date |
|---|---|---|
| Answering Markman Briefs | August 3, 2007 | Unchanged |
| Markman Hearing | September 7, 2007 | Unchanged |
| Opening Expert Reports | April 20, 2007 | The later of October 12, 2007, or 35 days after Markman rulings |
| Rebuttal Expert Reports | May 18, 2007 | The later of November 16, 2007, or 70 days after Markman rulings |
| Discovery Cutoff | June 22, 2007 | The later of January 11, 2008, or 120 days after Markman rulings |
| Case Dispositive Motions | July 13, 2007 | The later of February 8, 2008, or 150 days after Markman rulings |
| Case Dispositive Motion Answering Briefs | August 3, 2007 | The later of February 29, 2008, or 175 days after Markman rulings |
| Case Dispositive Motion Reply Briefs | August 17, 2007 | The later of March 18, 2008 or 195 days after Markman rulings |
| Case Dispositive Motion Hearing | September 7, 2007 | To be set |
| Pretrial Conference | January 17, 2008 | To be set |
| Jury Trial | February 25, 2008 | May 2008 |

Respectfully,

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

Enclosure
cc:   Peter T. Dalleo, Clerk (by hand; w/ encl.)
      William J. Wade, Esquire (by hand; w/ encl.)
      David Enzminger, Esquire (by e-mail; w/ encl.)
      Charles Verhoeven, Esquire (by e-mail; w/ encl.)
      Edward DeFranco, Esquire (by e-mail; w/ encl.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-282 (***) |
| | ) |
| BALLY GAMING INTERNATIONAL, | ) |
| INC., BALLY TECHNOLOGIES, INC., | ) |
| and BALLY GAMING, INC., | ) |
| | ) |
| Defendants. | ) |

**REVISED SCHEDULING ORDER**

IT IS HEREBY stipulated by the parties, subject to the approval of the Court, that the Scheduling Order entered on July 11, 2006 (D.I. 45), and the Court's November 28, 2006 Order (D.I. 100), are revised as follows:

SCHEDULING ORDER

2.   Amendment of Pleadings.  All motions to amend or supplement the pleadings shall be filed on or before March 16, 2007.

3.   d.   Discovery Cut Off.  All discovery (including all fact and expert discovery) in this case shall be initiated so that it will be completed by the later of January 11, 2008, or 120 days after the Court's claim construction rulings.

e.   Disclosure of Expert Testimony.  Unless otherwise agreed to by the parties, they shall file their initial Federal Rule of Civil Procedure 26(a)(2) disclosures of expert testimony on issues on which the party bears the burden of proof on the later of October 12, 2007, or 35 days after the Court's claim construction rulings.  The parties shall file any rebuttal expert reports on or before

the later of November 16, 2007, or 70 days after the Court's claim construction rulings. To the extent any objection to expert testimony is made pursuant to the principles announced in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), it shall be made by motion no later than the deadline for dispositive motions set forth herein, unless otherwise ordered by the Court.

9. <u>Case Dispositive Motions.</u>  The deadline for all parties to file case dispositive motions, including any opening brief and affidavits in support of the motion, shall be the later of February 8, 2008, or 150 days after the Court's claim construction rulings. Opposition briefs to any case dispositive motions shall be filed by the later of February 29, 2008, or 175 days after the Court's claim construction rulings. Reply briefs shall be filed by the later of March 18, 2008, or 195 days after the Court's claim construction rulings. Evidence and argument on any case dispositive motions will be heard at a time to be set by the Court.

14. <u>Pretrial Conference</u>. The parties shall file with the Court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which accompanies this Scheduling Order twenty-eight days before the Pretrial Conference. The Final Pretrial Conference will be held in Chambers with counsel on a date to be set by the Court. Unless otherwise ordered by the Court, the parties should assume that filing the pretrial order satisfies the pretrial disclosure requirement of Federal Rule of Civil Procedure 26(a)(3).

17. <u>Trial</u>. This matter is scheduled for a ten (10) day jury trial beginning at 9:30 a.m. on May ___, 2008. For the purpose of completing pretrial preparations, counsel should plan on each side being allocated a total of twenty-two hours to present their case.

NOVEMBER 28, 2006 ORDER

Preliminary Injunction Motion. Oral argument on plaintiff's motion for a preliminary injunction (D.I. 75) will be heard at a time to be set by the Court. Defendants' answering brief shall be filed at least forty-five days before that hearing, and plaintiff's reply brief shall be filed at least fifteen days before that hearing.

_____
Magistrate Judge