IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, | : |
|       Plaintiff, | : |
|   v. | :   Civil Action No. 06-282-*** |
| BALLY GAMING INTERNATIONAL INC., et al., | : |
|       Defendants. | : |

### ORDER

At Wilmington this **21st** day of **February, 2007,**

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, February 28, 2007 at 2:00 p.m.** with Judge Thynge. **Jack B. Blumenfeld, Esquire shall initiate the teleconference call.**

I       Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                          /s/ Mary Pat Thynge  
                                          UNITED STATES MAGISTRATE JUDGE