IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>BALLY GAMING INTERNATIONAL, INC., a Delaware corporation; BALLY TECHNOLOGIES, INC., a Nevada corporation; and BALLY GAMING, INC., a Nevada corporation d/b/a BALLY TECHNOLOGIES,<br><br>    Defendants. | C.A. No. 06-282 (***) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Bally's Responses and Objections to IGT's Rule 30(b)(6) Notice were caused to be served on March 22, 2007 upon the following in the manner indicated:

### BY HAND

William J. Wade, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19801


### BY FEDERAL EXPRESS

David P. Enzminger, Esquire
O'Melveny & Myes LLP
610 Newport Center Drive
Newport Beach, CA  92660

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld (#1014)*
_____
Jack B. Blumenfeld. (#1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*Attorneys for Defendants*
  *Bally Gaming International, Inc.,*
  *Bally Technologies, Inc, and Bally Gaming, Inc.*

*Of Counsel:*

Charles K. Verhoeven
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
(415) 875-6600


Edward J. DeFranco
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue
New York, NY 10010
(212) 849-7000

March 22, 2007

2

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on March 22, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> William J. Wade, Esquire
> Richards, Layton & Finger

and that I also caused copies to be served upon the following in the manner indicated:

### BY HAND

William J. Wade, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19801

### BY FEDERAL EXPRESS

David P. Enzminger, Esquire
O'Melveny & Myers LLP
610 Newport Center Drive
Newport Beach, CA  92660

/s/ *Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com