IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, | : |
|       Plaintiff, | : |
| v. | :   Civil Action No. 06-282-SLR |
| BALLY GAMING INTERNATIONAL INC., et al., | : |
|       Defendants. | : |

## **ORDER**

At Wilmington this **3rd** day of **May, 2007,**

IT IS ORDERED that the mediation conference scheduled for Wednesday, May 16, 2007 at 9:00 a.m. with Judge Thynge is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                /s/ Mary Pat Thynge
                UNITED STATES MAGISTRATE JUDGE