IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT,                                           ) | |
|                                                ) | |
|     Plaintiff,             ) | |
|                                                ) | |
| v.                                             ) | C.A. No. 06-282 (SLR) |
|                                                ) | |
| BALLY GAMING INTERNATIONAL,                    ) | |
| INC., BALLY TECHNOLOGIES, INC.,                ) | |
| and BALLY GAMING, INC.,                        ) | |
|                                                ) | |
|     Defendants.             ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Bally's Objections And Responses To IGT's First Set Of Interrogatories To Defendants (Nos. 1-3) were caused to be served on May 15, 2007 upon the following counsel in the manner indicated:

**By Hand**

William J. Wade
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**By Federal Express**

David P. Enzminger
O'Melveny & Myers LLP
610 Newport Center Drive
Newport Beach, CA 92660

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Karen Jacobs Louden
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
  Attorneys for Defendants

OF COUNSEL:

Charles K. Verhoeven
Edward J. DeFranco
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive
Suite 560
Redwood Shores, CA  94065
(650) 801-5000

May 15, 2007
523823

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 15, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>William J. Wade
>Richards, Layton & Finger

and that I also caused copies to be served upon the following in the manner indicated:

### BY HAND

>William J. Wade
>Richards, Layton & Finger
>One Rodney Square
>P.O. Box 551
>Wilmington, DE 19801

### BY FEDERAL EXPRESS

>David P. Enzminger
>O'Melveny & Myers LLP
>610 Newport Center Drive
>Newport Beach, CA 92660

/s/ Karen Jacobs Louden (#2881)
klouden@mnat.com