IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-282-SLR |
| | ) |
| BALLY GAMING INTERNATIONAL INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 7th day of June, 2007, the court having conferred with counsel;

IT IS ORDERED that a discovery/scheduling conference will be conducted on **Tuesday, June 21, 2007**, at **10:00 a.m.** courtroom 6B on the 6th Floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

                                                                                           _____
                                                                                            United States District Judge