IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IGT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-282 (SLR) |
| | ) | |
| BALLY GAMING INTERNATIONAL, | ) | |
| INC., BALLY TECHNOLOGIES, INC., | ) | |
| and BALLY GAMING, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Alexander Rudis, Esquire of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 51 Madison Avenue, 22nd Floor, New York, NY 10010, to represent Defendants, Bally Gaming International, Inc., Bally Technologies, Inc. and Bally Gaming, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
*Attorneys for Defendants*

Date:   June 21, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of is granted.

Dated: _____       _____
United States District Judge

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date:  June 21, 2007

Alexander Rudis
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue
22nd Floor
New York, NY  10010
(212) 849-7000

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on June 21, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

William J. Wade, Esquire
Richards, Layton & Finger

and that I also caused copies to be served upon the following in the manner indicated:

### BY HAND

William J. Wade, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19801

### BY FEDERAL EXPRESS

David P. Enzminger, Esquire
O'Melveny & Myers LLP
610 Newport Center Drive
Newport Beach, CA  92660

/s/ *Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com