IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation, <br><br> Plaintiff, <br><br> v. <br><br> BALLY GAMING INTERNATIONAL, INC., BALLY TECHNOLOGIES, INC., and BALLY GAMING, INC., <br><br> Defendants. | C.A. No. 06-282-(SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of Plaintiff IGT's Second Supplemental Response to Bally's Interrogatory Nos. 2 and 10 from Bally's First Set of Interrogatories to IGT ( Nos. 1-11) were served on August 21, 2007 upon the following counsel of record in the manner indicated below:

**VIA HAND DELIVERY**
Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

**VIA FEDERAL EXPRESS**
Charles K. Verhoeven
Kevin P.B. Johnson
Amy H. Candido
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111

**VIA FEDERAL EXPRESS**
Edward J. DeFranco
Quinn Emanuel Urquhart
Oliver & Hedges, LLP
51 Madison Avenue
New York, NY 10010-1601

RLF1-3122544-1

|  |  |
|---|---|
| *OF COUNSEL:*<br>David P. Enzminger<br>Brett J. Williamson<br>David P. Dalke<br>Charles A. Thomasian<br>O'MELVENY & MYERS LLP<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, California 92660-6429<br>(949) 760-9600 | /s/ Anne Shea Gaza<br>William J. Wade (#704)<br>wade@rlf.com<br>Anne Shea Gaza (#4093)<br>gaza@rlf.com<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>302-651-7700<br>  *Attorneys for Plaintiff IGT* |

Dated: August 21, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Jack B. Blumenfeld, Esquire
> Karen Jacobs Louden, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> Wilmington, DE 19899

I hereby certify that on August 21, 2007, I caused to be sent by Federal Express the foregoing document to the following non-registered participants:

| | |
|---|---|
| Charles K. Verhoeven | Edward J. DeFranco |
| Quinn Emanuel Urquhart | Quinn Emanuel Urquhart |
|   Oliver & Hedges, LLP |   Oliver & Hedges, LLP |
| 50 California Street, 22nd Floor | 51 Madison Avenue |
| San Francisco, CA 94111 | New York, NY 10010-1601 |

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700