IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BALLY GAMING INTERNATIONAL, INC., a | )     C.A. No. 06-282 (SLR) |
| Delaware corporation; BALLY | ) |
| TECHNOLOGIES, INC., a Nevada corporation; | ) |
| and BALLY GAMING, INC., a Nevada | ) |
| corporation d/b/a BALLY TECHNOLOGIES, | ) |
| | ) |
| Defendants. | ) |

## BALLY'S NOTICE OF DEPOSITION OF MICHAEL SHELBY

PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants Bally Gaming International, Inc., Bally Technologies, Inc., and Bally Gaming, Inc. (collectively "Bally") will take the deposition upon oral examination of Michael Shelby. The deposition will take place on November 30, 2007 commencing at 8:00 a.m. and continue until 12:00 p.m., or as otherwise agreed to by counsel, until completed, at the Hilton Garden Inn, 2500 SW Western Boulevard, Corvallis, Oregon 97333, or at another location if agreed upon by counsel.

The deposition shall be recorded stenographically, by videotape, and through the instant visual display of testimony.

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        /s/ *Jack B. Blumenfeld (#1014)*
        Jack B. Blumenfeld (#1014)
        Karen Jacobs Louden (#2881)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899
        (302) 658-9200
        jblumenfeld@mnat.com
        klouden@mnat.com

        *Attorneys for Defendants Bally Gaming International, Inc., Bally Technologies, Inc, and Bally Gaming, Inc.*

*Of Counsel*:

Charles K. Verhoeven
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
(415) 875-6600

Edward J. DeFranco
Alexander Rudis
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue
New York, NY  10010
(212) 849-7000

Dated:  November 19, 2007

**CERTIFICATE OF SERVICE**

   I, Jack B. Blumenfeld, hereby certify that on November 10, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

   William J. Wade, Esquire
   RICHARDS, LAYTON & FINGER

and that I also caused copies to be served upon the following in the manner indicated:

   BY ELECTRONIC MAIL
   and HAND DELIVERY

   William J. Wade, Esquire
   RICHARDS, LAYTON & FINGER
   One Rodney Square
   Wilmington, DE  19801


   BY ELECTRONIC MAIL

   David P. Enzminger, Esquire
   David Dalke, Esquire
   O'MELVENY & MYERS LLP
   610 Newport Center Drive
   Newport Beach, CA  92660

         /s/  *Jack B. Blumenfeld (#1014)*
         Jack B. Blumenfeld (#1014)
         jblumenfeld@mnat.com