IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation,<br><br>             Plaintiff,<br><br>v.<br><br>BALLY GAMING INTERNATIONAL, INC., a Delaware corporation; BALLY TECHNOLOGIES, INC., a Nevada corporation; and BALLY GAMING, INC., a Nevada corporation d/b/a BALLY TECHNOLOGIES,<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 06-282 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 83.7, please withdraw the appearance of Charles Thomasian, formerly of O'Melveney & Myers LLC, as one of the attorneys of record for Plaintiff IGT in the above-captioned case.

| | |
|---|---|
| *OF COUNSEL*<br>David P. Enzminger<br>Brett J. Williamson<br>David P. Dalke<br>James Paul Jenal<br>O'Melveny & Myers LLP<br>400 S. Hope Street<br>Los Angeles, CA 90071<br>(213) 430-6000<br><br>Dated: November 21, 2007 | /s/ Anne Shea Gaza<br>William J. Wade (#704)<br>wade@rlf.com<br>Anne Shea Gaza (#4093)<br>gaza@rlf.com<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br><br>*Attorneys for Plaintiff IGT* |

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Jack B. Blumenfeld, Esquire
> Karen Jacobs Louden, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> Wilmington, DE 19899

I hereby certify that on November 21, 2007, I caused to be sent by Federal Express the foregoing document to the following non-registered participants:

| | |
|---|---|
| Charles K. Verhoeven | Edward J. DeFranco |
| Quinn Emanuel Urquhart | Quinn Emanuel Urquhart |
|   Oliver & Hedges, LLP |   Oliver & Hedges, LLP |
| 50 California Street, 22nd Floor | 51 Madison Avenue |
| San Francisco, CA 94111 | New York, NY 10010-1601 |

                                                  */s/ Anne Shea Gaza*
                                              Anne Shea Gaza (#4093)
                                              Gaza@rlf.com
                                              Richards, Layton & Finger, P.A.
                                              One Rodney Square
                                              P.O. Box 551
                                              Wilmington, Delaware 19899
                                              (302) 651-7700