IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation,<br><br>        Plaintiff,<br><br>      v.<br><br>BALLY GAMING INTERNATIONAL, INC.,<br>BALLY TECHNOLOGIES, INC., and<br>BALLY GAMING, INC.,<br><br>        Defendants. | C.A. No. 06-282 (SLR) |

## PLAINTIFF IGT'S NOTICE OF DEPOSITION OF WAYNE WALKWITZ

TO:   Jack B. Blumenfeld, Esquire  
        Karen Jacobs Louden, Esquire  
        Morris, Nichols, Arsht & Tunnel  
        1201 N. Market Street  
        Wilmington, DE 19899  

        Charles K. Verhoven  
        Quinn Emanuel Urquhart  
        Oliver & Hedges, LLP  
        50 California Street, 22nd Floor  
        San Francisco, CA 94111  

        Edward J. DeFranco  
        Quinn Emanuel Urquhart  
        Oliver & Hedges, LLP  
        51 Madison Avenue  
        New York, NY 10010-1601  

PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff and Counter-Defendant IGT will take the deposition upon oral examination of Wayne Walkwitz. This deposition will take place on Monday, January 14, 2008, commencing at 9:00 a.m., at the law offices of Morris Pickering Peterson and Trachok, 900 Bank of America Plaza, 300 South Fourth Street, Las Vegas, Nevada 89101, or at such other time and place as the parties may mutually agree. The deposition

will be recorded by stenographic (including instant visual display of the transcribed oral deposition testimony) (e.g., LiveNote) and sound-and-visual (videographic) means and will be taken before a Notary Public or other officer authorized to administer oaths.

|  |  |
|---|---|
| *OF COUNSEL*<br>David P. Enzminger<br>Brett J. Williamson<br>David P. Dalke<br>O'MELVENY & MYERS L.L.P.<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, CA 92660<br>(949) 760-9600 | /s/ William J. Wade<br>William J. Wade (#704)<br>wade@rlf.com<br>Anne Shea Gaza (#4093)<br>gaza@rlf.com<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br>   *Attorneys for Plaintiff IGT* |

Dated: December 14, 2007

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

> Jack B. Blumenfeld, Esquire
> Karen Jacobs Louden, Esquire
> Morris, Nichols, Arsht & Tunnel
> 1201 N. Market Street
> Wilmington, DE 19899

I hereby certify that on December 14, 2007, I caused to be sent by Federal Express the foregoing document to the following non-registered participants:

| | |
|---|---|
| Charles K. Verhoeven | Edward J. DeFranco |
| Quinn Emanuel Urquhart | Quinn Emanuel Urquhart |
| Oliver & Hedges, LLP | Oliver & Hedges, LLP |
| 50 California Street, 22nd Floor | 51 Madison Avenue |
| San Francisco, CA 94111 | New York, NY 10010-1601 |
| (415) 875-6600 | (212) 849-7000 |

/s/ William J. Wade
William J. Wade (#704)
wade@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700