IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation,<br><br>        Plaintiff,<br><br>v.<br><br>BALLY GAMING INTERNATIONAL, INC.,<br>BALLY TECHNOLOGIES, INC., and<br>BALLY GAMING, INC.,<br><br>        Defendants. | C.A. No. 06-282 (SLR) |

**PLAINTIFF IGT'S NOTICE OF DEPOSITION OF DENNIS LOCKARD**

TO:    Jack B. Blumenfeld, Esquire               Charles K. Verhoven
         Karen Jacobs Louden, Esquire           Quinn Emanuel Urquhart
         Morris, Nichols, Arsht & Tunnel          Oliver & Hedges, LLP
         1201 N. Market Street                        50 California Street, 22nd Floor
         Wilmington, DE 19899                      San Francisco, CA 94111

         Edward J. DeFranco
         Quinn Emanuel Urquhart
         Oliver & Hedges, LLP
         51 Madison Avenue
         New York, NY 10010-1601

PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff and Counter-Defendant IGT will take the deposition upon oral examination of Dennis Lockard. This deposition will take place on Friday, January 11, 2008, commencing at 9:00 a.m., at the law offices of Morris Pickering Peterson and Trachok, 900 Bank of America Plaza, 300 South Fourth Street, Las Vegas, Nevada 89101, or at such other time and place as the parties may mutually agree. The deposition

will be recorded by stenographic (including instant visual display of the transcribed oral deposition testimony) (e.g., LiveNote) and sound-and-visual (videographic) means and will be taken before a Notary Public or other officer authorized to administer oaths.

*OF COUNSEL*
David P. Enzminger
Brett J. Williamson
David P. Dalke
O'MELVENY & MYERS L.L.P.
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
(949) 760-9600

Dated: December 14, 2007

/s/ William Wade
William J. Wade (#704)
wade@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
   *Attorneys for Plaintiff IGT*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

> Jack B. Blumenfeld, Esquire
> Karen Jacobs Louden, Esquire
> Morris, Nichols, Arsht & Tunnel
> 1201 N. Market Street
> Wilmington, DE 19899

I hereby certify that on December 14, 2007, I caused to be sent by Federal Express the foregoing document to the following non-registered participants:

| | |
|---|---|
| Charles K. Verhoeven<br>Quinn Emanuel Urquhart<br>  Oliver & Hedges, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(415) 875-6600 | Edward J. DeFranco<br>Quinn Emanuel Urquhart<br>  Oliver & Hedges, LLP<br>51 Madison Avenue<br>New York, NY 10010-1601<br>(212) 849-7000 |

_____
William J. Wade (#704)
wade@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700