# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

IGT, a Nevada corporation,

                Plaintiff,

      v.

BALLY GAMING INTERNATIONAL, INC.,
BALLY TECHNOLOGIES, INC., and
BALLY GAMING, INC.,

                Defendants.

C.A. No. 06-282 (SLR)

## PLAINTIFF IGT'S NOTICE OF DEPOSITION OF FRANK SILVESTRO

TO:    Jack B. Blumenfeld, Esquire
        Karen Jacobs Louden, Esquire
        Morris, Nichols, Arsht & Tunnel
        1201 N. Market Street
        Wilmington, DE 19899

        Edward J. DeFranco
        Quinn Emanuel Urquhart
        Oliver & Hedges, LLP
        51 Madison Avenue
        New York, NY 10010-1601

Charles K. Verhoven
Quinn Emanuel Urquhart
Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111

     PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of

Civil Procedure, Plaintiff and Counter-Defendant IGT will take the deposition upon oral

examination of Frank Silvestro. This deposition will take place on Tuesday, January 8,

2008, commencing at 9:00 a.m., at the law offices of Morris Pickering Peterson and

Trachok, 900 Bank of America Plaza, 300 South Fourth Street, Las Vegas, Nevada

89101, or at such other time and place as the parties may mutually agree. The deposition

will be recorded by stenographic (including instant visual display of the transcribed oral

deposition testimony) (e.g., LiveNote) and sound-and-visual (videographic) means and

will be taken before a Notary Public or other officer authorized to administer oaths.

William J. Wade (#704)

*OF COUNSEL*                                 wade@rlf.com
David P. Enzminger                           Anne Shea Gaza (#4093)
Brett J. Williamson                          gaza@rlf.com
David P. Dalke                               Richards, Layton & Finger
O'MELVENY & MYERS L.L.P.                     One Rodney Square
610 Newport Center Drive, 17th Floor         P.O. Box 551
Newport Beach, CA 92660                      Wilmington, DE 19899
(949) 760-9600                               (302) 651-7700
                                                *Attorneys for Plaintiff IGT*

        Dated: December 14, 2007

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, I caused to be served by hand

delivery the foregoing document and electronically filed the same with the Clerk of the

Court using CM/ECF which will send notification of such filing(s) to the following:

> Jack B. Blumenfeld, Esquire
> Karen Jacobs Louden, Esquire
> Morris, Nichols, Arsht & Tunnel
> 1201 N. Market Street
> Wilmington, DE 19899

I hereby certify that on December 14, 2007, I caused to be sent by Federal

Express the foregoing document to the following non-registered participants:

| | |
|---|---|
| Charles K. Verhoeven | Edward J. DeFranco |
| Quinn Emanuel Urquhart | Quinn Emanuel Urquhart |
|   Oliver & Hedges, LLP |   Oliver & Hedges, LLP |
| 50 California Street, 22nd Floor | 51 Madison Avenue |
| San Francisco, CA 94111 | New York, NY 10010-1601 |
| (415) 875-6600 | (212) 849-7000 |

William J. Wade (#704)
wade@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700