IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation,<br><br>    Plaintiff,<br><br>v.<br><br>BALLY GAMING INTERNATIONAL, INC.,<br>BALLY TECHNOLOGIES, INC., and<br>BALLY GAMING, INC.,<br><br>    Defendants. | C.A. No. 06-282 (SLR) |

## PLAINTIFF IGT'S NOTICE OF DEPOSITION OF GENNADY SOLITERMAN

TO:  Jack B. Blumenfeld, Esquire  
      Karen Jacobs Louden, Esquire  
      Morris, Nichols, Arsht & Tunnel  
      1201 N. Market Street  
      Wilmington, DE 19899  

Charles K. Verhoven  
Quinn Emanuel Urquhart  
Oliver & Hedges, LLP  
50 California Street, 22nd Floor  
San Francisco, CA 94111  

      Edward J. DeFranco  
      Quinn Emanuel Urquhart  
      Oliver & Hedges, LLP  
      51 Madison Avenue  
      New York, NY 10010-1601  

PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff and Counter-Defendant IGT will take the deposition upon oral examination of Gennady Soliterman. This deposition will take place on Thursday, January 10, 2008, commencing at 9:00 a.m., at the law offices of Morris Pickering Peterson and Trachok, 900 Bank of America Plaza, 300 South Fourth Street, Las Vegas, Nevada 89101, or at such other time and place as the parties may mutually agree. The

deposition will be recorded by stenographic (including instant visual display of the transcribed oral deposition testimony) (e.g., LiveNote) and sound-and-visual (videographic) means and will be taken before a Notary Public or other officer authorized to administer oaths.

*OF COUNSEL*
David P. Enzminger
Brett J. Williamson
David P. Dalke
O'MELVENY & MYERS L.L.P.
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
(949) 760-9600

William J. Wade (#704)
wade@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
  *Attorneys for Plaintiff IGT*

Dated: December 14, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

>Jack B. Blumenfeld, Esquire
>Karen Jacobs Louden, Esquire
>Morris, Nichols, Arsht & Tunnel
>1201 N. Market Street
>Wilmington, DE 19899

I hereby certify that on December 14, 2007, I caused to be sent by Federal Express the foregoing document to the following non-registered participants:

| | |
|---|---|
| Charles K. Verhoeven | Edward J. DeFranco |
| Quinn Emanuel Urquhart | Quinn Emanuel Urquhart |
|   Oliver & Hedges, LLP |   Oliver & Hedges, LLP |
| 50 California Street, 22nd Floor | 51 Madison Avenue |
| San Francisco, CA 94111 | New York, NY 10010-1601 |
| (415) 875-6600 | (212) 849-7000 |

>*/s/ William J. Wade*
>William J. Wade (#704)
>wade@rlf.com
>Richards, Layton & Finger
>One Rodney Square
>P.O. Box 551
>Wilmington, DE 19899
>(302) 651-7700