## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

IGT, a Nevada corporation,

        Plaintiff,

    v.

BALLY GAMING INTERNATIONAL, INC.,
BALLY TECHNOLOGIES, INC., and
BALLY GAMING, INC.,

        Defendants.

C.A. No. 06-282 (SLR)

### PLAINTIFF IGT'S NOTICE OF DEPOSITION OF RONALD GALLAWAY

TO:   Jack B. Blumenfeld, Esquire
      Karen Jacobs Louden, Esquire
      Morris, Nichols, Arsht & Tunnel
      1201 N. Market Street
      Wilmington, DE 19899

      Edward J. DeFranco
      Quinn Emanuel Urquhart
      Oliver & Hedges, LLP
      51 Madison Avenue
      New York, NY 10010-1601

Charles K. Verhoven
Quinn Emanuel Urquhart
Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111

    PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of

Civil Procedure, Plaintiff and Counter-Defendant IGT will take the deposition upon oral

examination of Ronald Gallaway. This deposition will take place on Monday, January 7,

2008, commencing at 9:00 a.m., at the law offices of Morris Pickering Peterson and

Trachok, 900 Bank of America Plaza, 300 South Fourth Street, Las Vegas, Nevada

89101, or at such other time and place as the parties may mutually agree. The deposition

will be recorded by stenographic (including instant visual display of the transcribed oral deposition testimony) (e.g., LiveNote) and sound-and-visual (videographic) means and will be taken before a Notary Public or other officer authorized to administer oaths.

William J. Wade (#704)

*OF COUNSEL*
David P. Enzminger
Brett J. Williamson
David P. Dalke
O'MELVENY & MYERS L.L.P.
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
(949) 760-9600

wade@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
    *Attorneys for Plaintiff IGT*

    Dated: December 14, 2007

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, I caused to be served by hand

delivery the foregoing document and electronically filed the same with the Clerk of the

Court using CM/ECF which will send notification of such filing(s) to the following:

> Jack B. Blumenfeld, Esquire
> Karen Jacobs Louden, Esquire
> Morris, Nichols, Arsht & Tunnel
> 1201 N. Market Street
> Wilmington, DE 19899

I hereby certify that on December 14, 2007, I caused to be sent by Federal

Express the foregoing document to the following non-registered participants:

> Charles K. Verhoeven
> Quinn Emanuel Urquhart
>    Oliver & Hedges, LLP
> 50 California Street, 22nd Floor
> San Francisco, CA 94111
> (415) 875-6600

> Edward J. DeFranco
> Quinn Emanuel Urquhart
>    Oliver & Hedges, LLP
> 51 Madison Avenue
> New York, NY 10010-1601
> (212) 849-7000

William J. Wade (#704)
wade@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700