IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BALLY GAMING INTERNATIONAL, INC.,<br>BALLY TECHNOLOGIES, INC., and<br>BALLY GAMING, INC.,<br><br>　　　　　Defendants. | C.A. No. 06-282 (SLR) |

### PLAINTIFF IGT'S NOTICE OF DEPOSITION OF TOM REILLY

TO:　　Jack B. Blumenfeld, Esquire　　　　　　　Charles K. Verhoven
　　　　Karen Jacobs Louden, Esquire　　　　　　Quinn Emanuel Urquhart
　　　　Morris, Nichols, Arsht & Tunnel　　　　　Oliver & Hedges, LLP
　　　　1201 N. Market Street　　　　　　　　　　50 California Street, 22nd Floor
　　　　Wilmington, DE 19899　　　　　　　　　　San Francisco, CA 94111

　　　　Edward J. DeFranco
　　　　Quinn Emanuel Urquhart
　　　　Oliver & Hedges, LLP
　　　　51 Madison Avenue
　　　　New York, NY 10010-1601

　　　　PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff and Counter-Defendant IGT will take the deposition upon oral examination of Tom Reilly. This deposition will take place on Tuesday, January 8, 2008, commencing at 9:00 a.m., at the law offices of Morris Pickering Peterson and Trachok, 900 Bank of America Plaza, 300 South Fourth Street, Las Vegas, Nevada 89101, or at such other time and place as the parties may mutually agree. The deposition will be

recorded by stenographic (including instant visual display of the transcribed oral deposition testimony) (e.g., LiveNote) and sound-and-visual (videographic) means and will be taken before a Notary Public or other officer authorized to administer oaths.

|  |  |
|---|---|
| *OF COUNSEL*<br>David P. Enzminger<br>Brett J. Williamson<br>David P. Dalke<br>O'MELVENY & MYERS L.L.P.<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, CA 92660<br>(949) 760-9600 | /s/ William J. Wade<br>William J. Wade (#704)<br>wade@rlf.com<br>Anne Shea Gaza (#4093)<br>gaza@rlf.com<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br>   *Attorneys for Plaintiff IGT* |

Dated: December 14, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

> Jack B. Blumenfeld, Esquire
> Karen Jacobs Louden, Esquire
> Morris, Nichols, Arsht & Tunnel
> 1201 N. Market Street
> Wilmington, DE 19899

I hereby certify that on December 14, 2007, I caused to be sent by Federal Express the foregoing document to the following non-registered participants:

| | |
|---|---|
| Charles K. Verhoeven | Edward J. DeFranco |
| Quinn Emanuel Urquhart | Quinn Emanuel Urquhart |
| Oliver & Hedges, LLP | Oliver & Hedges, LLP |
| 50 California Street, 22nd Floor | 51 Madison Avenue |
| San Francisco, CA 94111 | New York, NY 10010-1601 |
| (415) 875-6600 | (212) 849-7000 |

*/s/ William J. Wade*
William J. Wade (#704)
wade@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700