IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation, | ) <br> ) |
| Plaintiff, | ) <br> ) <br> ) |
| v. | ) <br> )   C.A. No. 06-282 (SLR) |
| BALLY GAMING INTERNATIONAL, INC., a Delaware corporation; BALLY TECHNOLOGIES, INC., a Nevada corporation; and BALLY GAMING, INC., a Nevada corporation d/b/a BALLY TECHNOLOGIES, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification counsel moves the admission pro hac vice of James Paul Jenal of O'Melveney & Myers LLP, 400 S. Hope Street, Los Angeles, California 90071 to represent Plaintiff IGT in the above-captioned matter.

*OF COUNSEL*
David P. Enzminger
Brett J. Williamson
David P. Dalke
James Paul Jenal
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071
(213) 430-6000

/s/ Anne Shea Gaza
William J. Wade (#704)
wade@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

Dated: January 2, 2008

*Attorneys for Plaintiff IGT*

IT IS HEREBY ORDERED this _____ day of _____, 2008, that counsel's motion for admission pro hac vice is granted.

_____
Sue L. Robinson, Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

James Paul Jenal, Esquire
O'Melveny & Myers, LLP
400 S. Hope Street
Los Angeles, CA 90071

Dated: November 28, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

I hereby certify that on January 2, 2008, I caused to be sent by Federal Express the foregoing document to the following non-registered participants:

Charles K. Verhoeven
Quinn Emanuel Urquhart
 Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111

Edward J. DeFranco
Quinn Emanuel Urquhart
 Oliver & Hedges, LLP
51 Madison Avenue
New York, NY 10010-1601

Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3013436-1