IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation,<br><br>        Plaintiff,<br><br>v.<br><br>BALLY GAMING INTERNATIONAL, INC.,<br>BALLY TECHNOLOGIES, INC., and<br>BALLY GAMING, INC.,<br><br>        Defendants. | C.A. No. 06-282 (SLR) |

**PLAINTIFF IGT'S THIRD NOTICE OF DEPOSITION
OF DEFENDANTS
<u>PURSUANT TO F.R.C.P. (30)(b)(6)</u>**

TO:    Jack B. Blumenfeld, Esquire                 Charles K. Verhoven
         Karen Jacobs Louden, Esquire             Quinn Emanuel Urquhart
         Morris, Nichols, Arsht & Tunnel            Oliver & Hedges, LLP
         1201 N. Market Street                       50 California Street, 22nd Floor
         Wilmington, DE 19899                      San Francisco, CA 94111

         Edward J. DeFranco
         Quinn Emanuel Urquhart
         Oliver & Hedges, LLP
         51 Madison Avenue
         New York, NY 10010-1601

PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs and Counter-Defendants IGT will take the deposition of Defendants and Counter-Plaintiffs Bally Gaming International, Inc., Bally Technologies, Inc., and Bally Gaming, Inc. ("Defendants") on January 22, 2008, at 9:00 a.m., at the law offices of Morris Pickering Peterson and Trachok, 900 Bank of America Plaza, 300 South Fourth Street, Las Vegas, Nevada 89101, or at such other time and place as the parties may mutually agree. The deposition will be recorded by stenographic (including instant

visual display of the transcribed oral deposition testimony) (*e.g.*, Live Note) and sound-and-visual (videographic) means and will be taken before a Notary Public or other office authorized to administer oaths.

PLEASE TAKE FURTHER NOTICE THAT, IN ACCORDANCE WITH rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendants are required to designate one or more officers, directors, or managing agents (or other persons who consent to do so) to testify on their behalf as to all matters set forth in the "Description of Matters on Which Examination is Requested," attached as Exhibit A, and known or reasonably available to Defendants.

| | |
|---|---|
| *OF COUNSEL* <br> David P. Enzminger <br> Brett J. Williamson <br> David P. Dalke <br> O'MELVENY & MYERS L.L.P. <br> 610 Newport Center Drive, 17th Floor <br> Newport Beach, CA 92660 <br> (949) 760-9600 | /s/ Anne Shea Gaza <br> William J. Wade (#704) <br> wade@rlf.com <br> Anne Shea Gaza (#4093) <br> gaza@rlf.com <br> Richards, Layton & Finger <br> One Rodney Square <br> P.O. Box 551 <br> Wilmington, DE 19899 <br> (302) 651-7700 <br> *Attorneys for Plaintiff IGT* |

Dated: January 4, 2008

# EXHIBIT A

## DESCRIPTION OF MATTERS ON WHICH EXAMINATION IS REQUESTED

### DEFINITIONS

1. "**IGT**" means:

    (a) IGT, its parents, predecessors, divisions, subsidiaries, affiliates, partnerships, and joint ventures, either collectively, individually, or in any subset (including, but not limited to Acres Gaming, Incorporated); and

    (b) The present and former officers, directors, employees, agents, and other persons acting on behalf of IGT, its parents, predecessors, divisions, subsidiaries, affiliates, partnerships, or joint ventures.

2. The terms "**YOU**," "**YOUR**," "**BALLY**," and "**DEFENDANTS**" as used herein shall each mean and include Bally Gaming International, Inc., Bally Technologies, Inc., and Bally Gaming, Inc., together with each of their respective departments, divisions, subsidiaries, predecessors, and affiliates, past and present, and all employees, representatives, and/or agents acting or purporting to act on any or all of their respective behalf.

### DEPOSITION TOPICS

28. Bally's role in developing or participating in the development of any and all versions of the SAS protocol.

29. The basis for Bally's contentions that Bally is licensed to practice elements of claim 1 of U.S. Patent No. 6,432,983, claim 15 of U.S. Patent No. 6,607,441, or any other element of a claim of the patents-in-suit pursuant to Bally's implementation of the SAS protocol as alleged in Bally's First Supplemental Responses To IGT's First Set of Interrogatories To Defendants (Nos. 1-3).

30. Bally's reliance, if any, on opinions of counsel to defend IGT's charge of willful patent infringement of the patents-in-suit.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

>Jack B. Blumenfeld, Esquire
>Karen Jacobs Louden, Esquire
>Morris, Nichols, Arsht & Tunnel
>1201 N. Market Street
>Wilmington, DE 19899

I hereby certify that on January 4, 2008, I caused to be sent by Federal Express the foregoing document to the following non-registered participants:

| | |
|---|---|
| Charles K. Verhoven | Edward J. DeFranco |
| Quinn Emanuel Urquhart | Quinn Emanuel Urquhart |
|   Oliver & Hedges, LLP |   Oliver & Hedges, LLP |
| 50 California Street, 22nd Floor | 51 Madison Avenue |
| San Francisco, CA 94111 | New York, NY 10010-1601 |

 

                                               /s/ Anne Shea Gaza
                                               Anne Shea Gaza (#4093)
                                               gaza@rlf.com
                                               Richards, Layton & Finger
                                               One Rodney Square
                                               P.O. Box 551
                                               Wilmington, DE 19899
                                               (302) 651-7700