IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IGT, a Nevada corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BALLY GAMING INTERNATIONAL, INC., a | ) | C.A. No. 06-282 (SLR) |
| Delaware corporation; BALLY | ) | |
| TECHNOLOGIES, INC., a Nevada corporation; | ) | |
| and BALLY GAMING, INC., a Nevada | ) | |
| corporation d/b/a BALLY TECHNOLOGIES, | ) | |
| | ) | |
| Defendants. | ) | |

## BALLY'S NOTICE OF DEPOSITION OF JOHN F. ACRES

PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants Bally Gaming International, Inc., Bally Technologies, Inc., and Bally Gaming, Inc. will take the deposition upon oral examination of John F. Acres, commencing at 9:00 a.m. on March 26, 2008, or as otherwise agreed to by counsel, at the offices of Gregory J. Christensen, 730 S.W. 4th Street, Corvallis, Oregon 97339-2039.

The deposition will be videotaped and recorded stenographically.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com

*Attorneys for Defendants Bally Gaming International, Inc., Bally Technologies, Inc, and Bally Gaming, Inc.*

OF COUNSEL:

Charles K. Verhoeven
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
(415) 875-6600

Edward J. DeFranco
Alexander Rudis
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue
New York, NY  10010
(212) 849-7000

February 22, 2008
1642852

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on February 22, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> William J. Wade, Esquire
> RICHARDS, LAYTON & FINGER

and that I also caused copies to be served upon the following in the manner indicated:

> BY ELECTRONIC MAIL
> and HAND DELIVERY
>
> William J. Wade, Esquire
> RICHARDS, LAYTON & FINGER
> One Rodney Square
> Wilmington, DE  19801
>
> BY ELECTRONIC MAIL
>
> David P. Enzminger, Esquire
> David Dalke, Esquire
> O'MELVENY & MYERS LLP
> 610 Newport Center Drive
> Newport Beach, CA  92660

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com