IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>BALLY GAMING INTERNATIONAL, INC., a Delaware corporation; BALLY TECHNOLOGIES, INC., a Nevada corporation; and BALLY GAMING, INC., a Nevada corporation d/b/a BALLY TECHNOLOGIES,<br><br>    Defendants. | C.A. No. 06-282 (SLR) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *Bally's Second Set of Requests To IGT for Production of Documents and Things (Nos. 85-114)*; (2) *Bally's Third Set of Interrogatories (Nos. 13-18)*; (3) *Bally's Responses to IGT's Second Set of Interrogatories (Nos. 4-7)*; and (4) *Bally's Responses to IGT's Second Set of Requests For Production of Documents To Defendants (Nos. 41-60)* were caused to be served on February 25, 2008 upon the following in the manner indicated:

BY E-MAIL AND HAND DELIVERY

William J. Wade
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE 19801

BY E-MAIL

David P. Enzminger
David Dalke
O'MELVENY & MYERS LLP
610 Newport Center Drive
Newport Beach, CA 92660

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*Karen Jacobs Louden*
_____
Jack B. Blumenfeld. (#1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
(302) 658-9200
*Attorneys for Defendants*
   *Bally Gaming International, Inc.,*
   *Bally Technologies, Inc, and Bally Gaming, Inc.*

OF COUNSEL:

Charles K. Verhoeven
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600

Edward J. DeFranco
Alexander Rudis
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue
New York, NY 10010
(212) 849-7000

February 25, 2008

1645021

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 25, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>William J. Wade
>RICHARDS, LAYTON & FINGER

and that I also caused copies to be served upon the following in the manner indicated:

### BY E-MAIL AND HAND DELIVERY

>William J. Wade
>RICHARDS, LAYTON & FINGER
>One Rodney Square
>Wilmington, DE  19801

### BY E-MAIL

>David P. Enzminger
>David Dalke
>O'MELVENY & MYERS LLP
>610 Newport Center Drive
>Newport Beach, CA  92660

*/s/ Karen Jacobs Louden*
Karen Jacobs Louden (#2881)