AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following  X Patents or ☐ Trademarks:

| DOCKET NO.<br>06cv282 | DATE FILED<br>4/28/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>International Game Technology | | DEFENDANT<br>Bally Gaming International, Inc., Bally Technologies, Inc., and Bally Gaming, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US RE38,812 E | 10/4/05 | Acres Gaming Incorporated |
| 2 | US RE37,885 E | 10/15/02 | Acres Gaming Incorporated |
| 3 | US 6,832,958 B2 | 12/21/04 | Acres Gaming Incorporated |
| 4 | US 6,319,125 B1 | 11/20/01 | Acres Gaming Incorporated |
| 5 | US 6,244,958 B1 | 6/12/01 | Acres Gaming Incorporated |
|   | US 6,431,983 B2 | 8/13/02 | Acres Gaming Incorporated |
|   | US 6,607,441 B1 | 8/19/03 | Acres Gaming Incorporated |
|   | US 6,565,434 B1 | 5/20/03 | Acres Gaming Incorporated |
|   | US 6,620,046 B2 | 9/16/03 | IGT |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 US 6,319,125 | 11/20/01 | Acres Gaming Incorporated | |
| 2 US 6,565,434 B1 | 5/20/03 | Acres Gaming Incorporated | |
| 3 US 6,244,958 B1 | 6/12/01 | Acres Gaming Incorporated | |
| 4 US 6,620,046 B2 | 9/16/03 | IGT | |
| 5 US 6,832,958 B2 | 12/21/04 | Acres Gaming, Incorporated | |

In the above-entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Stipulation of the parties enclosed. The stipulation was "So ordered" on 2/25/08. |

AO 120 (Rev. 3/04)

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | F. Iassone | 2/26/08 |

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-282 (SLR) |
| | ) |
| BALLY GAMING INTERNATIONAL, INC., BALLY TECHNOLOGIES, INC., and BALLY GAMING, INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER**

This Stipulation and Order is entered into between Plaintiff and Counter Defendant IGT, on the one hand, and Defendants and Counter Plaintiffs Bally Gaming International, Inc., Bally Technologies, Inc., and Bally Gaming, Inc. ("Bally"), on the other hand, to remove all claims, defenses, and counterclaims related to certain patents pleaded in this action.

It is hereby stipulated and agreed that:

1. All claims, defenses, and counterclaims related to U.S. Patent No. 6,319,125 shall be dismissed from this action with prejudice.

2. All claims, defenses, and counterclaims related to U.S. Patent No. 6,565,434 shall be dismissed from this action with prejudice.

3. All claims, defenses, and counterclaims related to U.S. Patent No. 6,244,958 shall be dismissed from this action with prejudice.

4. All claims, defenses, and counterclaims related to U.S. Patent No. 6,620,046 shall be dismissed from this action with prejudice.

5. All claims, defenses, and counterclaims related to U.S. Patent No. 6,832,958 shall be dismissed from this action with prejudice.

6.  IGT further agrees not to assert the patents that are the subject of this Stipulation against any future Bally product(s) that contains essentially the same functions that IGT accused of infringement in this action.

7.  Each of the parties shall bear their own costs with respect to any attorneys' fees, costs, or expenses associated with the assertion of the claims, defenses, or counterclaims dismissed pursuant to this Stipulation and Order.

IT IS SO STIPULATED:

| RICHARDS, LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Anne Shea Gaza (#4093) | /s/ Jack Blumenfeld (#1014) |
| William J. Wade (#704)<br>Anne Shea Gaza (#4093)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>(302) 658-6541<br>wade@rlf.com<br>gaza@rlf.com | Jack Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>klouden@mnat.com |
| OF COUNSEL: | OF COUNSEL: |
| David P. Enzminger<br>Brett J. Williamson<br>Jim P. Jenal<br>David P. Dalke<br>O'MELVENY & MYERS LLP<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, CA  92660-6429<br>(949) 760-9600 | Charles K. Verhoeven<br>Edward DeFranco<br>Quinn Emanuel Urquhart<br>  Oliver & Hedges, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(415) 875-6600 |
| *Attorneys for Plaintiff IGT* | *Attorneys for Defendants Bally Gaming International, Inc., Bally Technologies, Inc., and Bally Gaming, Inc.* |
| Dated: February ___, 2008 | Dated: February ___, 2008 |

- 2 -

IT IS HEREBY ORDERED THIS _____ DAY OF _____, 2008.

                                                                          _____
                                                                          The Honorable Sue L. Robinson