IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 06-282-(SLR) |
| ) | |
| v. ) | |
| ) | |
| BALLY GAMING INTERNATIONAL, ) | |
| INC., a Delaware corporation; BALLY ) | |
| TECHNOLOGIES, INC., a Nevada ) | |
| corporation; and BALLY GAMING, ) | |
| INC., a Nevada corporation d/b/a BALLY ) | |
| TECHNOLOGIES, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 13, 2008, copies of Plaintiff IGT's Supplemental Disclosures Pursuant to Fed. R. Civ. P. 26(e)(1) were served as follows:

**BY HAND**
Jack B. Blumenthal, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

**BY FEDERAL EXPRESS:**

Charles K. Verhoven
Quinn Emanuel Urquhart
  Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111

Edward J. DeFranco
Quinn Emanuel Urquhart
  Oliver & Hedges, LLP
51 Madison Avenue
New York, NY 10010-1601

|  |  |
|---|---|
| | *[signature: William Wade]* |
| *OF COUNSEL* | William J. Wade (#704) |
| David P. Enzminger | wade@rlf.com |
| Brett J. Williamson | Anne Shea Gaza (#4093) |
| Charles A. Thomasian | gaza@rlf.com |
| O'MELVENY & MYERS LLP | Richards, Layton & Finger |
| 610 Newport Center Drive, 17th Floor | One Rodney Square |
| Newport Beach, California 92660-6429 | P.O. Box 551 |
| (949) 760-9600 | Wilmington, DE 19899 |
| | 302-651-7700 |
| | *Attorneys for Plaintiff IGT* |
| Dated: March 13, 2008 | |

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

> Jack B. Blumenfeld, Esquire
> Karen Jacobs Louden, Esquire
> Morris, Nichols, Arsht & Tunnel
> 1201 N. Market Street
> Wilmington, DE 19899

I hereby certify that on March 13, 2008, I caused to be sent by Federal Express the foregoing document to the following non-registered participants:

| | |
|---|---|
| Charles K. Verhoven<br>Quinn Emanuel Urquhart<br>  Oliver & Hedges, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111 | Edward J. DeFranco<br>Quinn Emanuel Urquhart<br>  Oliver & Hedges, LLP<br>51 Madison Avenue<br>New York, NY 10010-1601 |

/s/ William J. Wade
William J. Wade (#704)
wade@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

RLF1-3262790-1