IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v., | ) C.A. No. 06-282 (SLR) |
| | ) |
| BALLY GAMING INTERNATIONAL, | ) |
| INC., BALLY TECHNOLOGIES, INC., | ) |
| and BALLY GAMING, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER

IT IS HEREBY stipulated by the parties, subject to the approval of the Court, that the Stipulation and Order entered February 26, 2008 (D.I. 151) revising the Scheduling Order entered July 26, 2007 (D.I. 125) is revised as follows:

IT IS ORDERED that:

1. **Discovery:**

    A. All fact discovery shall be commenced in time to be completed by **April 18, 2008.**

    B. Expert discovery shall be commenced in time to be completed by **June 18, 2008.**

    1. Expert reports on issues for which the parties have the burden of proof due **April 30, 2008.** Rebuttal expert reports due **May 28, 2008.**

    2. All *Daubert* motions shall be filed on or before **June 30, 2008.**

2. **Claim Construction Issue Identification.** If the court does not find that a limited earlier claim construction would be helpful in resolving the case, on **February 29, 2008**, the parties shall exchange lists of those claim terms that they believe need construction. On **March 12,**

RLF1-3272911-1

**2008**, the parties shall exchange their proposed claim construction of those terms. This document will not be filed with the court. Subsequent to exchanging such lists, the parties will meet and confer to prepare a Joint Claim Construction Statement to be submitted pursuant to paragraph 5 below.

       3.      **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before **June 30, 2008**. Answering briefs shall be due **July 21, 2008** and reply briefs shall be due **August 1, 2008**. No summary judgment motion may be filed more than **ten (10)** days from the above date without leave of the court.

       4.      **Claim Construction.** The parties shall agree upon and file the Joint Claim Construction Statement on **May 28, 2008**, with the claim chart separately docketed. The parties will file simultaneous opening claim construction briefs on **June 30, 2008**. Simultaneous response briefs should be filed by **July 21, 2008**.

       5.      All other dates in the July 26, 2007 Scheduling Order remain in effect.

| RICHARDS, LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Anne Shea Gaza* | */s/ Karen Jacobs Louden* |
| William J. Wade (#704) | Jack B. Blumenfeld (#1014) |
| Anne Shea Gaza (#4093) | Karen Jacobs Louden (#2881) |
| One Rodney Square | 1201 North Market Street |
| 920 North King Street | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 651-7700 | (302) 658-9200 |
| wade@rlf.com | jblumenfeld@mnat.com |
| gaza@rlf.com | klouden@mnat.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

       SO ORDERED this _____ day of April, 2008.

                                                     United States District Judge