IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BALLY GAMING INTERNATIONAL, INC., a ) | C.A. No. 06-282 (SLR) |
| Delaware corporation; BALLY ) | |
| TECHNOLOGIES, INC., a Nevada corporation; ) | |
| and BALLY GAMING, INC., a Nevada ) | |
| corporation d/b/a BALLY TECHNOLOGIES, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Bally's Supplemental Rule 26 Disclosure Statement were caused to be served on April 16, 2008 upon the following in the manner indicated:

BY ELECTRONIC MAIL
and HAND DELIVERY

William J. Wade
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE 19801

BY ELECTRONIC MAIL

David P. Enzminger
David Dalke
O'MELVENY & MYERS LLP
610 Newport Center Drive
Newport Beach, CA 92660

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Karen Jacobs Louden*

                    _____
                    Jack B. Blumenfeld (#1014)
                    Karen Jacobs Louden (#2881)
                    1201 North Market Street
                    P.O. Box 1347
                    Wilmington, DE 19899
                    jblumenfeld@mnat.com
                    klouden@mnat.com
                    (302) 658-9200
                      *Attorneys for Defendants*
                      *Bally Gaming International, Inc.,*
                      *Bally Technologies, Inc, and Bally Gaming, Inc.*

OF COUNSEL:

Charles K. Verhoeven
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600

Edward J. DeFranco
Alexander Rudis
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue
New York, NY 10010
(212) 849-7000

April 16, 2008
519771

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 16, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>William J. Wade
>RICHARDS, LAYTON & FINGER

and that I also caused copies to be served upon the following in the manner indicated:

>BY ELECTRONIC MAIL
>and HAND DELIVERY
>
>William J. Wade
>RICHARDS, LAYTON & FINGER
>One Rodney Square
>Wilmington, DE 19801
>
>BY ELECTRONIC MAIL
>
>David P. Enzminger
>David Dalke
>O'MELVENY & MYERS LLP
>610 Newport Center Drive
>Newport Beach, CA 92660

>/s/ Karen Jacobs Louden
>―――――――――――――――
>klouden@mnat.com (#2881)