IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IGT, a Nevada corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BALLY GAMING INTERNATIONAL, INC., a Delaware corporation; BALLY TECHNOLOGIES, INC., a Nevada corporation; and BALLY GAMING, INC., a Nevada corporation d/b/a BALLY TECHNOLOGIES, | ) ) ) ) ) ) | C.A. No. 06-282 (SLR) |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of the Expert Report Of Dwight Crevelt were caused to be served on May 9, 2008 upon the following by email:

William J. Wade
Anne Shea Gaza
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE  19801

David P. Enzminger
David Dalke
O'MELVENY & MYERS LLP
610 Newport Center Drive
Newport Beach, CA  92660

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
klouden@mnat.com
(302) 658-9200
*Attorneys for Defendants*
   *Bally Gaming International, Inc.,*
   *Bally Technologies, Inc, and Bally Gaming, Inc.*

2

OF COUNSEL:

Charles K. Verhoeven
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
(415) 875-6600

Edward J. DeFranco
Alexander Rudis
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue
New York, NY  10010
(212) 849-7000

May 12, 2008

1645021

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on May 12, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>William J. Wade
>RICHARDS, LAYTON & FINGER

and that I also caused copies to be served upon the following in the manner indicated:

**BY E-MAIL**

>William J. Wade
>RICHARDS, LAYTON & FINGER
>One Rodney Square
>Wilmington, DE  19801
>
>David P. Enzminger
>David Dalke
>O'MELVENY & MYERS LLP
>610 Newport Center Drive
>Newport Beach, CA  92660

*/s/ Karen Jacobs Louden*

Karen Jacobs Louden (#2881)