AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Delaware___ on the following  x Patents or ___ Trademarks:

| DOCKET NO.<br>06-cv-282 | DATE FILED<br>04/28/06 | U.S. DISTRICT COURT<br>Delaware |
|---|---|---|
| PLAINTIFF<br>International Game Technology | | DEFENDANT<br>Bally Gaming International, Inc., Bally Technologies, Inc., and Bally Gaming, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 6,607,441 B1 | 8/19/03 | Acres Gaming Incorporated |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| DATE INCLUDED | INCLUDED BY<br>___ Amendment    ___ Answer    ___ Cross Bill    ___ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

**DECISION/JUDGEMENT**
All claims, defenses, and counterclaims related to U.S. Patent No. 6,607,441 shall be dismissed from this action with prejudice per Stipulation dated 5-16-2008.

| CLERK<br>Peter T. Dalleo, Clerk of Court | (BY) DEPUTY CLERK<br>*[signature]* | DATE<br>05/20/2008 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy