IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>BALLY GAMING INTERNATIONAL, INC., BALLY TECHNOLOGIES, INC., and BALLY GAMING, INC.,<br><br>Defendants. | C.A. No. 06-282 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of the Expert Reports of Neil Spencer and David G. Schwartz, Ph.D. were served on June 18, 2008 upon the following counsel of record in the manner indicated below:

**VIA E-MAIL**
Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

**VIA E-MAIL**
R. Tullos Delk
Alexander Rudis
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111

**VIA E-MAIL**
Edward J. DeFranco
Quinn Emanuel Urquhart
Oliver & Hedges, LLP
51 Madison Avenue
New York, NY 10010-1601

|  |  |
|---|---|
| | /s/ Anne Shea Gaza |
| | William J. Wade (#704) |
| *OF COUNSEL:* | wade@rlf.com |
| David P. Enzminger | Anne Shea Gaza (#4093) |
| David P. Dalke | gaza@rlf.com |
| O'MELVENY & MYERS LLP | Richards, Layton & Finger |
| 610 Newport Center Drive, 17th Floor | One Rodney Square |
| Newport Beach, California 92660-6429 | 920 N. King Street |
| (949) 760-9600 | Wilmington, DE 19801 |
| | (302) 651-7700 |
| Dated: June 19, 2008 | *Attorneys for Plaintiff IGT* |

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2008, I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Jack B. Blumenfeld, Esquire
> Karen Jacobs Louden, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> Wilmington, DE 19899
> jblumenfeld@mnat.com
> klouden@mnat.com

I hereby certify that on June 19, 2008, I caused to be sent by electronic mail the foregoing document to the following non-registered participants:

| | |
|---|---|
| Charles K. Verhoeven<br>Quinn Emanuel Urquhart<br>  Oliver & Hedges, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>charlesverhoeven@quinnemanuel.com | Edward J. DeFranco<br>Quinn Emanuel Urquhart<br>  Oliver & Hedges, LLP<br>51 Madison Avenue<br>New York, NY 10010-1601<br>eddefranco@quinnemanuel.com |

                                                  */s/ Anne Shea Gaza*
                                                  Anne Shea Gaza (#4093)
                                                  Gaza@rlf.com
                                                  Richards, Layton & Finger, P.A.
                                                  One Rodney Square
                                                  920 N. King Street
                                                  Wilmington, Delaware 19801
                                                  (302) 651-7700