IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IGT, a Nevada corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BALLY GAMING INTERNATIONAL, INC., a Delaware corporation; BALLY TECHNOLOGIES, INC., a Nevada corporation; and BALLY GAMING, INC., a Nevada corporation d/b/a BALLY TECHNOLOGIES, | ) ) ) ) ) ) | C.A. No. 06-282 (SLR) |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of the Rebuttal Expert Report Of Dwight Crevelt were caused to be served on June 18, 2008 upon the following by email:

| | |
|---|---|
| William J. Wade | David P. Enzminger |
| Anne Shea Gaza | David Dalke |
| RICHARDS, LAYTON & FINGER, P.A. | O'MELVENY & MYERS LLP |
| One Rodney Square | 610 Newport Center Drive |
| Wilmington, DE 19801 | Newport Beach, CA 92660 |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Karen Jacobs Louden
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
klouden@mnat.com
(302) 658-9200
*Attorneys for Defendants*
   *Bally Gaming International, Inc.,*
   *Bally Technologies, Inc, and Bally Gaming, Inc.*

2

OF COUNSEL:

Charles K. Verhoeven
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
(415) 875-6600

Edward J. DeFranco
Alexander Rudis
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue
New York, NY  10010
(212) 849-7000

June 19, 2008

1645021

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 19, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>William J. Wade
>RICHARDS, LAYTON & FINGER

and that I also caused copies to be served upon the following in the manner indicated:

### BY E-MAIL

>William J. Wade
>RICHARDS, LAYTON & FINGER
>One Rodney Square
>Wilmington, DE  19801
>
>David P. Enzminger
>David Dalke
>O'MELVENY & MYERS LLP
>610 Newport Center Drive
>Newport Beach, CA  92660

*/s/ Karen Jacobs Louden*

Karen Jacobs Louden (#2881)