IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IGT | )<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | ) C.A. No. 06-282 (SLR) |
| BALLY GAMING INTERNATIONAL, INC., BALLY TECHNOLOGIES, INC., and BALLY GAMING, INC., d/b/a BALLY TECHNOLOGIES, INC. | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**BALLY'S MOTION TO STRIKE THE DECLARATION OF RICHARD J. SCHNEIDER OFFERED IN SUPPORT OF IGT'S MOTION FOR A PERMANENT INJUNCTION**

Defendants Bally Gaming International, Inc., Bally Technologies, Inc. and Bally Gaming, Inc., d/b/a/ Bally Technologies, Inc. (collectively "Bally") hereby move to strike the declaration of Richard J. Schneider offered in support of IGT's motion for a permanent injunction. The grounds for this motion are set forth in Bally's opening brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
klouden@mnat.com
jtigan@mnat.com
(302) 658-9200
  *Attorneys for Defendants*
  *Bally Gaming International, Inc.,*
  *Bally Technologies, Inc, and Bally Gaming, Inc.*

OF COUNSEL:

Charles K. Verhoeven
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600

Edward J. DeFranco
Alexander Rudis
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue
New York, NY 10010
(212) 849-7000

JP Cody
Assistant General Counsel
 Intellectual Property
BALLY TECHNOLOGIES, INC.
6601 S. Bermuda Road
Las Vegas, NV 89119
(702) 584-7356

September 29, 2009

## RULE 7.1.1 CERTIFICATE

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the plaintiff and that we have not been able to reach agreement.

_____
Jack B. Blumenfeld (#1014)

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2009, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> William J. Wade, Esquire
> Richards, Layton & Finger

and that I also caused copies to be served upon the following in the manner indicated:

> BY ELECTRONIC MAIL
> and HAND DELIVERY
>
> William J. Wade, Esquire
> RICHARDS, LAYTON & FINGER
> One Rodney Square
> Wilmington, DE 19801
>
> BY ELECTRONIC MAIL
>
> David P. Enzminger, Esquire
> David Dalke, Esquire
> O'MELVENY & MYERS LLP
> 610 Newport Center Drive
> Newport Beach, CA 92660

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)